B6G (Official Form 6G) (12/07)

In re: **The Hammocks, LLC**      Case No. **09-10332**
                              Debtor                           (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ervin Leasing Company<br>PO Box 1689<br>Ann Arbor, MI 48106 | Telephone system |
| Gateway Park Properties, LLC<br>87 Richmond Hill Road<br>Asheville, NC 28806 | executory contract between Gateway Park Properties, LLC and The Hammocks, LLC for deed |

## DECLARATION

     I declare under penalty of perjury that I have read the foregoing amended document and that such are true and correct to the best of my knowledge, information and belief.

Signature: _____
William G. Gray, Member/Manager
The Hammocks, LLC


Date: 4/20/09