# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | 09-10332/Chapter 11 Proceeding |
| ) | |
| THE HAMMOCKS, LLC d/b/a ) | ACCEPTANCE OF EXECUTORY CONTRACT |
| Richmond Hill Inn,, ) | |
| ) | as to Gateway Park Properties, LLC |
| Debtor. ) | |

The debtor/debtor-in-possession indicates its acceptance of the executory contract, deed, between it and Gateway Park Properties, LLC.

This the 21st day of April, 2009.

/s/ David G. Gray
_____
**David G. Gray, Attorney for Debtor/D.I.P.**
**N. C. State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The undersigned certifies that copy of the foregoing has this day been served by first class mail in a properly addressed envelope with adequate postage affixed on the following:

**Gateway Park Properties, LLC**
**87 Richmond Hill Road**
**Asheville, NC 28806**

This the 21st day of April, 2009.

/s/ David G. Gray
_____
**David G. Gray, Attorney**