# 341 FIRST CREDITOR'S MEETING
## PROCEEDINGS MEMO
### CHAPTER 11

| | |
|---|---|
| DEBTOR: | **THE HAMMOCKS, LLC *dba* Richmond Hill Inn** |
| CASE NO.: | **09-10332** |
| DATE / TIME: | **4.29.2009 / 1:00 pm** |
| CONTINUED: | |
| FILING DATE: | 3.25.2009 |
| APPEARANCES: | |
| PRINCIPAL OFFICER / REPRESENTATIVE: | *William Gray, Managing Member* |
| SWORN / AFFIRMED: | ☑ YES    ☐ NO |
| DEBTOR ATTORNEY: | David G. Gray |

**AMENDMENTS / ANNOUNCEMENTS:**

| |
|---|
| *None* |
| |
| |

**EMPLOYEES, ETC.:**
**    STOCKHOLDERS:**

| |
|---|
| *Virginia Love, Jim Sloggatt, William Gray* |
| |
| |

**DIRECTORS:**

| |
|---|
| *N/A* |
| |
| |

**EMPLOYEES:**   Number F/T: _____ *8* _____
            Number P/T: _____ *3 or 4* _____

Key/Insider Employees:

Changes in above prior to filing:

| |
|---|
| *None* |
| |

Changes in above subsequent to filing:

LAID OFF ABOUT 20 PEOPLE

**BUSINESS OPERATION/ADMINISTRATIVE REQUIREMENTS:**

Nature of Business:

BED + BREAKFAST INN + RESTAURANT
87 RICHMOND HILL DRIVE, ASHEVILLE

Factors Contributing to Bankruptcy Filing:

LACK OF CASH FLOW; MORTGAGE CALLED (FORECLOSURE
PENDING); FIRE ON PREMISES

Compliance with Operating Order:

HAVE INSURANCE; NEW ACCTS WITH CAROLINA FIRST;
ADVISED RE: QUARTERLY FEES

Operational Changes Subsequent to Filing:

NONE, OTHER THAN CLOSING RESTAURANT

Plan Formulation:

SHOULD FILE PLAN WITHIN EXCLUSIVE PERIOD; TRUE
REORGANIZATION

## BANKRUPTCY ADMINISTRATOR
## WESTERN DISTRICT OF NORTH CAROLINA
## CREDITORS' COMMITTEE MEETING MINUTES

| CASE NAME: | THE HAMMOCKS, LLC *dba* Richmond Hill Inn |
|---|---|
| CASE NO.: | 09-10332 |
| DATE: | 4.29.2009 / 1:00 pm |

**PRESENT FOR CREDITORS' COMMITTEE:**

Counsel retained?   ☐ YES      ☐ NO

Accountant employed?   ☐ YES      ☐ NO

Topics Discussed (check)

___ Role of Creditors' Committee (powers and duties)
___ Debtor's Operating Reports
___ Compliance of Debtor with Operating Requirement
___ Appointment of Chapter 11 Trustee
___ Appointment of Examiner
___ Conversion or Dismissal of Case
___ Disclosure Statement and Plan
___ Other_____

**COMMENTS:**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE:                                    )    **Case No.:  09-10332**
                                          )    **Chapter 11**
THE HAMMOCKS, LLC                         )
*dba* RICHMOND HILL INN                   )
                                          )
TAX ID #:   01-0713585                    )
                                          )
_____Debtor(s)_____ )

| ATTORNEY FOR DEBTOR: | David G. Gray |
|---|---|
| PRESIDING OFFICER: | John L. Bramlett |
| DATE: | 4.29.2009 |

**SECTION 341 APPEARANCE SHEET - CHAPTER 11**

| CREDITOR | REPRESENTATIVE | ADDRESS & PHONE |
|---|---|---|
| CarePark | Bas Deutsch | |
| Jim Scoggatt | " " | |
| Richmond Hill, WC | Rebecca Rhinehart | |
| SELF | Sara Hodgden | |
| SELF | Les Caton | |
| SELF | Robert Berry | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ITEMS REQUESTED / ADDITIONAL REQUIREMENTS:**

ITEM                                                           DATE DUE

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**CREDITOR / ASSET INFORMATION:**

Secured Creditors:

| NAME | ASSET | VALUE | CLAIM |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Priority Creditors:

| NAME/CLASS | CLAIM | PROPOSED   DISTRIBUTION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Unsecured Creditors:

| NAME/CLASS | CLAIM | PROPOSED   DISTRIBUTION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**OTHER ASSETS:**  (Real Property, Accounts, Vehicles, Equipment,
Inventory, AIR, Contracts, Leases):

|  |
|---|
|  |
|  |

**POST PETITION PAYMENTS/CREDIT ARRANGEMENTS** Page 6 of 6

Cash Collateral/Post Petition Financing:

Taxes:

Operating Debt:

Secured Debt:

**COMMENTS:**

Presiding Officer