Case 09-10332   Doc 25   Filed 05/08/09   Entered 05/08/09 15:24:35   Desc Notice of Defective Filing   Page 1 of 1



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09–10332
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

The Hammocks, LLC
 dba Richmond Hill Inn
87 Richmond Hill Drive
Asheville, NC 28806
Social Security No.:
Debtor EIN:
69–0007721

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion (Other) filed in the above referenced case on 05/07/2009 as document # 23 is defective for the reason(s) marked below:

 Docketed Incorrectly
 Please re–docket using correct Motion Event

**PLEASE TAKE NOTICE** that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 8, 2009                    David E. Weich
                                   Clerk of Court

Electronically filed and signed (5/8/09)