## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | NOTICE OF HEARING |
| Richmond Hill Inn, | ) | |
| | ) | |
| Debtor. | ) | |

    TAKE NOTICE that the debtor/debtor-in-possession has filed application to employ professional; a copy of said application is attached hereto;

    TAKE FURTHER NOTICE that hearing on said application will be held before the Bankruptcy Judge Presiding on JUNE 2, 2009 at 10:00 a.m. or thereafter as called for hearing in the first floor courtroom of the U. S. courthouse, 100 Otis Street, Asheville, N.C.

    This the 22nd day of May, 2009.

                                              /s/ David G. Gray

                                  **David G. Gray, Attorney for Debtor**
                                  **N. C.  State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

                    * * * * * * * * * * * * * * * * *

    The undersigned certifies that copy of the foregoing notice with copy of application to employ professional has this day been served as electronically filed on the following:

    **John Bramlett, Bankruptcy Administrator**            Served Electronically

    This the 22nd day of May, 2009.

                                              /s/ David G. Gray

                                  **David G. Gray, Attorney**