B6B (Official Form 6B) (12/07)

In re  The Hammocks, LLC                                    Case No. 09-10332
                    Debtor                                              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Funds generally on hand at front desk, gift shop, grille, petty cash and change bank | | 2,150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Funds on deposit with Carolina First - balances vary daily/weekly | | 15,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits with Progress Energy and PSNC | | 20,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | oriental rugs | | 25,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | GAB Pearson - portrait | | amt. unk. |
| 6. Wearing apparel. | | Uniforms | | 1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Amts. due from guests in house | | 769.01 |
| Accounts receivable. | | Richmond Hill Inn, Inc. | | 133,112.09 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   The Hammocks, LLC                                    Case No. 09-10332
                        Debtor                                          (if known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim for employee dishonesty; claim filed with Travelers | | Amt. unk. |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chevrolet truck | | 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, etc. | | 176,250.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Fixtures, equipment and supplies | | 1,636,062.00 |
| 30. Inventory. | | wine, food, etc. | | 55,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Tractor | | 20,000.00 |
| 34. Farm supplies, chemicals, and feed. | | lawn chemicals | | 300.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | Credit balance w/ Staples Credit Plan | | 17.61 |
| Other personal property of any kind not already listed. Itemize. | | Credit balance w/Blue Cross/Blue Shield | | 13,969.92 |
| Other personal property of any kind not already listed. Itemize. | | Credit balance w/Craft-Tex/Ladybug | | 52.30 |
| Other personal property of any kind not already listed. Itemize. | | Credit balance w/Pitney Purchase Power | | 24.86 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  The Hammocks, LLC                                    Case No. 09-10332
                        Debtor                                         (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached    Total ➤ | | $2,110,707.79 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# Western District of North Carolina

In re **The Hammocks, LLC**, Debtor

Case No **09-10332**

Chapter **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 14,300,000.00 | | |
| B - Personal Property | YES | 3 | $ 2,110,707.79 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 6,991,316.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 9 | | $ 810,355.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 112,559.79 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 22 | $ 16,410,707.79 | $ 7,914,231.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  The Hammocks, LLC                                Case No  09-10332
                            Debtor                     Chapter  11

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U S C § 101(8)) filing a case under chapter 7 11 or 13, you must report all information requested below

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts  You are not required to report any information here

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 757,773.08 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 757,773.08 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR  Form 22C Line 20 ) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1 Total from Schedule D "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2 Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 810,355.26 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4 Total from Schedule F | | $112,559.79 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $112,559.79 |

## DECLARATION

I declare under penalty of perjury that I have read the foregoing amended document and that such are true and correct to the best of my knowledge, information and belief.

Signature: _____
William Gray, Member/Manager
The Hammocks, LLC

Date: _____