FILED & JUDGMENT ENTERED
David E. Weich

Jul 13 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (ASHEVILLE DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| The Hammocks, LLC | ) | Chapter 11 |
| d/b/a Richmond Hill Inn | ) | Case No. 09-10332 |
| _____ | ) | |
| WILLIAM G. GRAY and the HAMMOCKS, LLC | ) ) | |
| | ) | **ORDER** |
| Plaintiffs, | ) | **(Remand)** |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHMOND HILL, INC., ALBERT J. MICHAEL; MARGE MICHAEL and ROBERT BLAND HOLLAND | ) ) ) | |
| | ) | |
| Defendants, | ) | |

THIS MATTER coming on to be heard and being heard by the undersigned Federal Bankruptcy Judge of the Western District of North Carolina, Asheville Division, on 7 July 2009 upon the Motion for Remand filed by counsel for William G. Gray and The Hammocks, LLC, and after hearing the arguments of counsel it appears to the undersigned that there is good cause for granting the Motion; therefore:

It his hereby ORDERED that this matter be remanded to the State Court from which it was removed (Buncombe County, North Carolina, General Court of Justice, Superior Court Division bearing File No. 08 CVS 5278, entitled William G. Gray and The Hammocks, LLC vs. Richmond Hill, Inc., Albert J. Michel, Marge Michel and Robert Bland Holland), and all further proceedings shall reside therein.

This order has been signed electronically.
The judge's signature and court's seal appear
at the top of the Order.                                          United States Bankruptcy Court