UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

In Re:                                          )
    THE HAMMOCKS, LLC                    )
    dba RICHMOND HILL INN                 )    Case No.:  09-10332
                                                )    Chapter:  11
                                                )
Tax ID #:  69-0007721                           )
                                                )
                                  Debtor(s)     )

OBJECTION TO APPLICATION FOR FEE FOR SPECIAL COUNSEL

      The Office of the Bankruptcy Administrator for the Western District of North Carolina objects to the fee application for Long, Parker, Warren, Anderson & Payne, P.A. ("Long firm"), and says:

      1.  This is a Chapter 11 proceeding in which a voluntary petition was filed on or about March 25, 2009.

      2.  On May 11, 2009 an Order authorizing employment of the Long firm was entered.

      3.  June 30, 2009 the debtor filed an application for compensation to the Long firm.

      4.  The application includes billing from April 7, 2009 through May 29, 2009.

      5.  The Bankruptcy Administrator objects to the fees that were incurred prior to the Order authorizing employment of the Long firm.

      6.  Additionally, there are several entries where it appears that more than one professional has billed for the same task.

      7.  The Western District of North Carolina's Guidelines for Compensation and Expense Reimbursement of Professionals refers to this practice as "double-teaming" and recommends that explanations should be given whenever more than one professional attends a conference, hearing or meeting.

      Wherefore, the Office of the Bankruptcy Administrator of the Western District of North Carolina respectfully requests that the fees incurred prior to the Order authorizing employment and the fees where more than one professional has billed for the same task be disallowed and for such other relief as is the Court deems just and proper.

      This the 20th day of July, 2009.

/s/
Alexandria P. Kenny
402 West Trade Street, Suite 200
Charlotte, NC 28202
Telephone:  704-350-7585
Telecopier:  704-344-6666
E-mail:  alexandria_a_kenny@ncbwa.uscourts.gov
NC Bar #24352

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.:   09-10332 |
| | ) | **Chapter 11** |
| **THE HAMMOCKS, LLC** | ) | |
| **dba RICHMOND HILL INN** | ) | |
| | ) | |
| **TAX I. D. #: 69-0007721** | ) | |
| | ) | |
|           **Debtor(s)** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the pleading(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on July 20, 2009.

The Hammocks, LLC
87 Richmond Hill Drive
Asheville, NC 28806

David G. Gray
81 Central Avenue
Asheville, NC 28801

Long, Parker, Warren, Anderson & Payne, P.A.
P. O. Box 7216
Asheville, NC 28802

    /s/Alexandria P. Kenny
    Alexandria P. Kenny
    Office of the Bankruptcy Administrator
    402 W. Trade Street, Suite 200
    Charlotte, NC  28202-1669
    Telephone:  (704) 350-7585
    Telecopier:  (704) 344-6666
    E-mail:  alexandria__a_kenny@ncwba.uscourts.gov
    N.C. Bar  #24352