# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:      **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

CASE NO:   **09-10332**

**Reporting Period:**

> **FROM:** _____ 5-1-2009 _____
>
> **TO:** _____ 5-31-2009 _____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _____ June 11/09 _____
                          Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of _____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _____ Aug 17 2009 _____
                          Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 5-1-2009          AMOUNT: $ 16,134 36

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| LOAN -EMILY GRAY | 30,000.00 | | |
| LOAN -WAKE NORMAN | 1763.77 | Inventory Purchased | 1456.22 |
| | | Salaries/Wages | 22,944 33 |
| OLD UTILITY DEPOSITS | 2543.84 | INDP CONTRACTORS | 450.00 |
| GUARD INSURANCE | 4767.40 | Taxes (Total) | 1549.23 |
| SALES | 13,786.41 | Insurance (Total) | |
| | | Unsecured Loan Payments C FIRST | 1763.77 |
| | | Utilities (Total) | 3529.46 |
| | | Rent | |
| | | Professional Fee | |
| | | Maintenance/Repair | |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | GOOGLE ADWORDS | 873.11 |
| | | ERVIN LEASING | 1057.36 |
| | | 401K PLAN | 316.55 |
| | | PAWS LINEN | 646.56 |
| | | NEW CHECKS | 231.13 |
| | | STATE FEES | 202.00 |
| | | MISC | 2642.82 |
| | | CHARGE BACKS / NSF FEES | 21092.39 |
| TOTAL CASH RECEIPTS | 52,861.42 | TOTAL DISBURSEMENTS | 58,734.83 |

**ENDING CASH POSITION**

DATE: 5-31-09          AMOUNT: $ 10,260.95

# PAYMENTS TO SECURED CREDITORS

____ No Secured Debt

√ No Secured Debt Payments Made During Reporting Period

____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

____ No payments have been made on pre-petition unsecured debt during the reporting period.

X All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| ADVANCE DEPOSITS |  | ALL MONTH | 20,014 51 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

```
ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.
```

Name of Bank: SUNTRUST BANK

Address: P.O. Box 622227

Street and/or P. O. Box Number

ORLANDO   FL   32862-2227

City     State     Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): TAX

Account Number: 1000094493284

DATE PERIOD BEGINS: 5-1-2009

Ending Balance (per the attached
bank statement for this period)          $ 11,256.71

Outstanding Deposits and Other
Credits Not On Statement                 $

Outstanding Checks and Other
Debits Not On Statement                  $

Ending Reconciled Balance*               $ 11,256.71

DATE PERIOD ENDS: 5-31-09

Highest Daily Balance
During Above Period        $ 13805.94

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /64
1000094493284
05/31/2009



**SUNTRUST**

# Account
# Statement

|ılıllıdılıdıllııdlııdlıldıdııdlıdlıllıdlıııdllı|

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

KICK COMPLICATED TO THE CURB. MANAGE YOUR FINANCES ONLINE AND PROTECT YOUR
BUSINESS FROM FRAUD WITH ONLINE CASH MANAGER. PLUS ENTER TO WIN A FREE YEAR OF
SUNTRUST BUSINESS SOLUTIONS DESIGNED TO SAVE YOU TIME AND HASSLE. THE SOLID
PERFORMANCE CONTEST - REGISTER AT SUNTRUST.COM/BUSINESS; NO PURCHASE NECESSARY.

---

| Account Summary | Account Type | | Account Number | | | Statement Period |
|---|---|---|---|---|---|---|
| | FREE BUSINESS CHECKING | | 1000094493284 | | | 05/04/2009 - 05/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $5,843.39 |
| Deposits/Credits | $13,825.19 | Average Collected Balance | $5,765.57 |
| Checks | $1,549.23 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $1,019.25 | | |
| Ending Balance | $11,256.71 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 05/04 | 500.00 | | DEPOSIT | 05/18 | 2,179.44 | | DEPOSIT |
| | 05/18 | 2,543.84 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 | | | | |
| | 05/21 | 2,745.14 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 | | | | |
| | 05/21 | 2,857.68 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 | | | | |
| | 05/21 | 2,999.09 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 | | | | |

Deposits/Credits: 6                    Total Items Deposited: 1

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1001 | 568.78 | 05/27 | 1002 | 980.45 | 05/29 | | | |

Checks: 2

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 05/14 | 19.25 | | *IMPRINTED CHECK/DEPOSIT CHARGE* |
| | | | | HARLAND CLARKE     CHK ORDERS 8000194 |
| | 05/27 | 1,000.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493276 |

Withdrawals/Debits: 2

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/04 | 500.00 | 500.00 | 05/21 | 13,805.94 | 13,805.94 |
| | 05/14 | 480.75 | 480.75 | 05/27 | 12,237.16 | 12,237.16 |
| | 05/18 | 5,204.03 | 3,025.03 | 05/29 | 11,256.71 | 11,256.71 |
| | 05/19 | 5,204.03 | 5,204.03 | | | |

---

Member FDIC                    Continued on next page

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _SUN TRUST BANK_

Address: _P.O. Box 622227_
Street and/or P. O. Box Number

_ORLANDO   FL   32862-2227_
City                    State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _OPERATING_

Account Number: _100009449 3276_

DATE PERIOD BEGINS: _5-1-09_

Ending Balance (per the attached
bank statement for this period)       $ _3813.45_

Outstanding Deposits and Other
Credits Not On Statement              $ _0_

Outstanding Checks and Other
Debits Not On Statement               $ _1981.98_

Ending Reconciled Balance*            $ _1831.47_

DATE PERIOD ENDS: _5-31-09_

Highest Daily Balance
During Above Period       $ _32,002.84_

* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of May 31, 2009
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: May 31, 2009

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | |
| Add: Cash Receipts | | | | 50,042.06 |
| Less: Cash Disbursements | | | | (37,660.14) |
| Add (Less) Other | | | | (10,550.45) |
| Ending GL Balance | | | | 1,831.47 |
| Ending Bank Balance | | | | 3,813.45 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | May 8, 2009 | 1011 | (540.31) | |
| | May 22, 2009 | 1029 | (195.32) | |
| | May 22, 2009 | 1031 | (644.65) | |
| | May 22, 2009 | 1039 | (562.90) | |
| | May 28, 2009 | 1049 | (38.80) | |
| Total outstanding checks | | | | (1,981.98) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 1,831.47 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 8
36/E00/0175/0 /64
1000094493276
05/31/2009



# SunTrust

## Account Statement

ldldldldlldlldlldlldldldldldlldllludl
THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

KICK COMPLICATED TO THE CURB. MANAGE YOUR FINANCES ONLINE AND PROTECT YOUR
BUSINESS FROM FRAUD WITH ONLINE CASH MANAGER. PLUS ENTER TO WIN A FREE YEAR OF
SUNTRUST BUSINESS SOLUTIONS DESIGNED TO SAVE YOU TIME AND HASSLE. THE SOLID
PERFORMANCE CONTEST - REGISTER AT SUNTRUST.COM/BUSINESS; NO PURCHASE NECESSARY.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493276 | 05/04/2009 - 05/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $17,224.91 |
| Deposits/Credits | $51,341.09 | Average Collected Balance | $16,667.30 |
| Checks | $33,863.64 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $13,664.00 | | |
| Ending Balance | $3,813.45 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 05/04 | 14,500.00 | | DEPOSIT | 05/18 | 467.96 | | DEPOSIT |
| 05/11 | 16,763.77 | | DEPOSIT | 05/21 | 4,767.40 | | DEPOSIT |
| 05/15 | 2,543.84 | | DEPOSIT | 05/22 | 442.10 | | DEPOSIT |
| 05/13 | .46 | | | | | | |

05/13    .46

*ELECTRONIC/ACH CREDIT*
05/15    997.59    GOOGLE          ADWORDS        6383054
*ELECTRONIC/ACH CREDIT*
05/15    8,019.52    MERCHANT SERVICE 8015343539    8015343539
*ELECTRONIC/ACH CREDIT*
05/27    1,000.00    MERCHANT SERVICE 8015343539    8015343539
05/28    1,837.45    ONLINE BANKING TRANSFER FROM 0175 1000094493284
*ELECTRONIC/ACH CREDIT*
05/29    1.00    MERCHANT SERVICE 8015343539    8015343539
*ELECTRONIC/ACH CREDIT*
        MERCHANT SERVICE 8015343539    8015343539

Deposits/Credits:  12             Total Items Deposited: 9

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 93 | 655.31 | 05/11 | 1015 | 269.74 | 05/12 | 1034 | 624.66 | 05/26 |
| 94 | 29.92 | 05/11 | 1016 | 203.55 | 05/12 | 1035 | 85.88 | 05/27 |
| 95 | 22.50 | 05/11 | 1017 | 142.91 | 05/11 | 1036 | 114.05 | 05/26 |
| 96 | 514.91 | 05/08 | 1018 | 280.97 | 05/13 | 1037 | 514.81 | 05/26 |
| *1001 | 787.94 | 05/11 | 1019 | 35.99 | 05/13 | 1038 | 132.87 | 05/26 |
| *1003 | 1,081.38 | 05/11 | 1020 | 660.26 | 05/18 | *1040 | 586.91 | 05/26 |
| 1004 | 991.85 | 05/11 | 1021 | 1,057.26 | 05/18 | 1041 | 893.33 | 05/22 |
| 1005 | 866.64 | 05/12 | *1023 | 1,456.22 | 05/26 | *1043 | 250.00 | 05/27 |
| 1006 | 457.68 | 05/11 | 1024 | 70.00 | 05/20 | 1044 | 1,097.58 | 05/26 |
| 1007 | 1,097.58 | 05/08 | 1025 | 10,000.00 | 05/26 | 1045 | 991.85 | 05/26 |
| 1008 | 279.14 | 05/08 | 1026 | 210.02 | 05/22 | 1046 | 1,965.32 | 05/22 |
| 1009 | 663.75 | 05/11 | 1027 | 894.48 | 05/22 | 1047 | 200.00 | 05/26 |
| 1010 | 609.16 | 05/11 | 1028 | 164.11 | 05/22 | 1048 | 168.75 | 05/27 |
| *1012 | 275.02 | 05/14 | *1030 | 544.78 | 05/26 | | 225.00 | 05/05 |
| 1013 | 171.46 | 05/12 | *1032 | 788.67 | 05/27 | | | |
| 1014 | 595.67 | 05/11 | 1033 | 133.76 | 05/26 | | | |

---

160837                        Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 8
36/E00/0175/0 /64
1000094493276
05/31/2009


SUNTRUST

# Account
# Statement

Checks: 46                              *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 05/13 | 202 00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC SOS | FILINGS | 5090766 |
| | 05/14 | 211.88 | | *IMPRINTED CHECK/DEPOSIT CHARGE* | | |
| | | | | HARLAND CLARKE | CHK ORDERS | 8000194 |
| | 05/15 | 150 39 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST | CONTRIB | 065-80547 |
| | 05/18 | 2,543.84 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 05/18 | 238.76 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | GOOGLE | ADWORDS | 4054976 |
| | 05/21 | 2,745 14 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 05/21 | 2,857.68 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 05/21 | 2,999.09 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 05/21 | 395.59 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | GOOGLE | ADWORDS | 5344204 |
| | 05/22 | 31.54 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST | CONTRIB | 065-80547 |
| | 05/22 | 67.31 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST | CONTRIB | 065-80547 |
| | 05/22 | 67.31 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST | CONTRIB | 065-80547 |
| | 05/22 | 812.01 | | *CHECK CARD PURCHASE* | | |
| | | | | GDS ASHEVILLE | | 704-5961802 NC |
| | 05/28 | 23.46 | | *CHECK CARD PURCHASE* | | |
| | | | | LOWES #00617* | | ASHEVILLE   NC |
| | 05/29 | 299 03 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE  8015343539 | | 8015343539 |
| | 05/29 | 18.97 | | *CHECK CARD PURCHASE* | | |
| | | | | EBLEN SHORT STOP | | ASHEVILLE   NC |

Withdrawals/Debits: 16

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/04 | 14,500.00 | 14,500.00 | 05/19 | 27,970.68 | 27,970.68 |
| | 05/05 | 14,275.00 | 14,275.00 | 05/20 | 27,900.68 | 27,900.68 |
| | 05/08 | 12,383 37 | 12,383 37 | 05/21 | 23,670.58 | 18,903.58 |
| | 05/11 | 24,506.17 | 22,743.17 | 05/22 | 19,007.25 | 18,757.25 |
| | 05/12 | 21,597.68 | 21,597.68 | 05/26 | 2,609.76 | 2,609.76 |
| | 05/13 | 21,079.18 | 21,079.18 | 05/27 | 2,316.46 | 2,316.46 |
| | 05/14 | 20,592.28 | 20,592.28 | 05/28 | 4,130.45 | 4,130.45 |
| | 05/15 | 32,002.84 | 29,459.84 | 05/29 | 3,813.45 | 3,813.45 |
| | 05/18 | 27,970.68 | 27,516.68 | | | |

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank: _CAROLINA  FIRST  BANK_

Address: _200    COLLEGE    STREET_
Street and/or P. O. Box Number

_Asheville    NC    28801_
City        State    Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):    _NEW D/I/P  OPERATING_

Account Number:    _7102489680_

DATE PERIOD BEGINS:    _5-1-2009_

Ending Balance (per the attached
bank statement for this period)    $ _< 5108 957>_

Outstanding Deposits and Other
Credits Not On Statement    $ _____

Outstanding Checks and Other
Debits Not On Statement    $ _____

Ending Reconciled Balance*    $ _< 5108 95>_

DATE PERIOD ENDS:    _5-31-2009_

Highest Daily Balance
During Above Period    $ _15,735.89_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



**CAROLINA FIRST**

7102489680  31  I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

|  | Account Number 7102489680 | Page 1 of 6 2 enclosures |
|---|---|---|
| April 30, 2009 - May 31, 2009 | | |

| **ANALYSIS BUSINESS CHECKING** | | Summary | | 7102489680 |
|---|---|---|---|---|

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| 15,735 89 | 1,180 08 | 22,004 78 | 20 14 | 0 00 | -5,108 95 |

31  Days in Statement Period

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 05-04 | CAROLINA FIRST   ISYS DEP 000447731021010 RICHMOND HILL INN | 702 71 |
| 05-04 | CAROLINA FIRST   ISYS DEP 000447731021010 RICHMOND HILL INN | 127 37 |
| 05-08 | PHN XFER FR DDA 007100727854 | 350 00 |
| Total Deposits | $1,180 08 | |

**Checks**

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 05-08 | 0 | 365 59 | | | | | | |
| Total Checks | | $365 59 | | | | | | |

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN

Account Number   7102489680

Page 2 of 6

## Described Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 05-01 | CAROLINA FIRST   ISYS CHBK<br>000447731021010<br>RICHMOND HILL INN | 553.75 |
| 05-01 | CAROLINA FIRST   ISYS CHBK<br>000447731021010<br>RICHMOND HILL INN | 500.00 |
| 05-01 | CAROLINA FIRST   ISYS FEE<br>000447731021010<br>RICHMOND HILL INN | 488.72 |
| 05-01 | CAROLINA FIRST   ISYS CHBK<br>000447731021010<br>RICHMOND HILL INN | 254.73 |
| 05-01 | CAROLINA FIRST   ISYS CHBK<br>000447731021010<br>RICHMOND HILL INN | 199.35 |
| 05-04 | DEBIT MEMO | 1,500.00 |
| 05-05 | DELTACOM INC   PAYMENT CK<br>12861464<br>RICHMOND HILL INN | 1,409.68 |
| 05-05 | DELTACOM INC   PAYMENT CK<br>12861498<br>RICHMOND HILL INN | 1,057.76 |
| 05-07 | PHN XFER TO DDA 007102309885 | 1,000.00 |
| 05-07 | PHN XFER TO DDA 007102309885 | 2.00 |
| 05-08 | RETURN ITEM FEE<br>Hold | 34.00 |
| 05-08 | CAROLINA FIRST   ISYS CHBK<br>000447731021010<br>RICHMOND HILL INN | 348.86 |
| 05-11 | RETURN ITEM FEE<br>Hold | 136.00 |
| 05-12 | CAROLINA FIRST BANK<br>447731021010 | 531.60 |
| 05-12 | CAROLINA FIRST BANK<br>447731021010 | 500.00 |
| 05-12 | RETURN ITEM FEE<br>Insufficient funds | 34.00 |
| 05-12 | OVERDRAFT ITEM FEE<br>Hold | 34.00 |
| 05-13 | CAROLINA FIRST BANK<br>447731021010 | 328.93 |

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN

Account Number   7102489680

Page 3 of 6

## Described Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 05-13 | CAROLINA FIRST BANK 447731021010 | 321.18 |
| 05-13 | CAROLINA FIRST BANK 447731021010 | 304.56 |
| 05-13 | CAROLINA FIRST BANK 447731021010 | 300.41 |
| 05-13 | CAROLINA FIRST BANK 447731021010 | 254.43 |
| 05-13 | OVERDRAFT ITEM FEE Hold | 136.00 |
| 05-13 | RETURN ITEM FEE Hold | 34.00 |
| 05-15 | CAROLINA FIRST BANK 447731021010 | 199.18 |
| 05-15 | OVERDRAFT ITEM FEE Hold | 34.00 |
| 05-18 | RETURN ITEM FEE Hold | 170.00 |
| 05-19 | CAROLINA FIRST BANK 447731021010 | 393.16 |
| 05-19 | CAROLINA FIRST BANK 447731021010 | 348.86 |
| 05-19 | CAROLINA FIRST BANK 447731021010 | 254.73 |
| 05-19 | CAROLINA FIRST BANK 447731021010 | 254.73 |
| 05-19 | CAROLINA FIRST BANK 447731021010 | 254.43 |
| 05-19 | CAROLINA FIRST BANK 447731021010 | 166.13 |
| 05-19 | RETURN ITEM FEE Hold | 136.00 |
| 05-20 | CAROLINA FIRST BANK 447731021010 | 393.16 |
| 05-20 | RETURN ITEM FEE Hold | 68.00 |
| 05-21 | CAROLINA FIRST BANK 447731021010 | 2,215.00 |

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN

Account Number   7102489680

Page 4 of 6

**Described Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| 05-21 | CAROLINA FIRST BANK 447731021010 | 500 00 |
| 05-21 | CAROLINA FIRST BANK 447731021010 | 254 73 |
| 05-21 | CAROLINA FIRST BANK 447731021010 | 199 35 |
| 05-21 | OVERDRAFT ITEM FEE Hold | 102 00 |
| 05-22 | CAROLINA FIRST BANK 447731021010 | 681 11 |
| 05-22 | CAROLINA FIRST BANK 447731021010 | 564 66 |
| 05-22 | CAROLINA FIRST BANK 447731021010 | 492 84 |
| 05-22 | OVERDRAFT ITEM FEE Hold | 68 00 |
| 05-22 | RETURN ITEM FEE Hold | 34 00 |
| 05-26 | RETURN ITEM FEE Insufficient funds | 69 00 |
| 05-27 | CAROLINA FIRST BANK 447731021010 | 393 16 |
| 05-27 | OVERDRAFT ITEM FEE Insufficient funds | 35 00 |
| 05-28 | CAROLINA FIRST BANK 447731021010 | 2,715 00 |
| 05-28 | CAROLINA FIRST BANK 447731021010 | 250 00 |
| 05-28 | OVERDRAFT ITEM FEE Insufficient funds | 69 00 |
| 05-28 | RETURN ITEM FEE Insufficient funds | 35 00 |
| 05-29 | WEEKLY OVERDRAFT FEE | 25 00 |
| 05-31 | SERVICE CHARGE | 20 14 |

*Total Described Debits          $21,659 33*

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN

Account Number   7102489680

Page 5 of 6

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 04-30 Beginning Balance | 15,735.89 | 05-18 | 5,883.24 |
| 05-01 | 13,739.34 | 05-19 | 4,075.20 |
| 05-04 | 13,069.42 | 05-20 | 3,614.04 |
| 05-05 | 10,601.98 | 05-21 | 342.96 |
| 05-07 | 9,599.98 | 05-22 | -1,497.65 |
| 05-08 | 9,201.53 | 05-26 | -1,566.65 |
| 05-11 | 9,065.53 | 05-27 | -1,994.81 |
| 05-12 | 7,965.93 | 05-28 | -5,063.81 |
| 05-13 | 6,286.42 | 05-29 | -5,088.81 |
| 05-15 | 6,053.24 | 05-31 Ending Balance | -5,108.95 |

8/5/09 at 17:42:16.85

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of May 31, 2009
### 000-1004 - CAROLINA FIRST-GENERAL
### Bank Statement Date: May 31, 2009

| | |
|---|---:|
| Beginning GL Balance | 15,735.89 |
| Add: Cash Receipts | 830.08 |
| Less: Cash Disbursements | (2,833.03) |
| Add (Less) Other | (18,841.89) |
| Ending GL Balance | (5,108.95) |
| Ending Bank Balance | (5 108.95) |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (5,108.95) |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:  CAROLINA FIRST

Address:  200 COLLEGE STREET
Street and/or P. O. Box Number

Asheville          NC          28801
City                  State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):  OPERATING - PRE BK

Account Number:  7102309885

DATE PERIOD BEGINS:  5-1-2009

Ending Balance (per the attached
bank statement for this period)              $ 3343 45

Outstanding Deposits and Other
Credits Not On Statement                      $ 0

Outstanding Checks and Other
Debits Not On Statement                       $ 1029 59

Ending Reconciled Balance*                    $ 2313 86

DATE PERIOD ENDS:  5-31-09

Highest Daily Balance
During Above Period          $ 663172

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



**CAROLINA FIRST**

7102309885  31 I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

| April 30, 2009 - May 31, 2009 | Account Number 7102309885 | Page 1 of 4 12 enclosures |
| --- | --- | --- |

### ANALYSIS BUSINESS CHECKING   Summary   7102309885

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
| --- | --- | --- | --- | --- | --- |
| 6,536 58 | 1,638 00 | 4,814 62 | 16 51 | 0 00 | 3,343 45 |

31  Days in Statement Period

### Deposits

| Date | Description | Amount |
| --- | --- | --- |
| 05-04 | CREDIT MEMO | 500 00 |
| 05-04 | NSF FEE REVERSAL | 34 00 |
| 05-06 | NSF FEE REVERSAL | 34 00 |
| 05-07 | PHN XFER FR DDA 007102489680 | 1,000 00 |
| 05-07 | PHN XFER FR DDA 007102489680 | 2 00 |
| 05-08 | OVERDRAFT FEE REVERSAL | 68 00 |
| *Total Deposits* | *$1,638 00* | |

### Checks

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05-08 | 80824 | 650 00 | 05-07 | 80833* | 342 67 | 05-07 | 80854* | 181 48 |
| 05-07 | 80825 | 467 72 | 05-12 | 80835* | 180 00 | 05-04 | 80864* | 59 08 |
| 05-08 | 80826 | 175 00 | 05-19 | 80844* | 111 79 | 05-04 | 80899* | 345 78 |
| 05-15 | 80831* | 145 00 | 05-08 | 80845 | 169 63 | | | |

THE HAMMOCKS LLC
DBA RICHMOND HILL INN

Account Number   7102309885

## Checks (continued)

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| Total Checks | | $2,828 15 | | | | | | |

## Described Debits

| Date | Description | Amount |
|------|-------------|--------|
| 05-04 | RETURN ITEM FEE | 34.00 |
| | Hold | |
| 05-05 | AMERICAN EXPRESS COLLECTION | 93.09 |
| | 4320823396 | |
| | RICHMOND HIL4320823396 | |
| 05-07 | OVERDRAFT ITEM FEE | 68.00 |
| | Hold | |
| 05-08 | OVERDRAFT ITEM FEE | 34.00 |
| | Hold | |
| 05-11 | AMERICAN EXPRESS RDP COLLEC | 1,129 73 |
| | 4320823396 | |
| | RICHMOND HIL4320823396 | |
| 05-19 | AMERICAN EXPRESS COLLECTION | 199 35 |
| | 4320823396 | |
| | RICHMOND HIL4320823396 | |
| 05-22 | ADP PAYROLL FEES ADP - FEES | 277 54 |
| | 8Z032DS05695722 | |
| | RICHMOND HILL INN | |
| 05-26 | AMERICAN EXPRESS COLLECTION | 150 76 |
| | 4320823396 | |
| | RICHMOND HIL4320823396 | |
| 05-31 | SERVICE CHARGE | 16 51 |
| Total Described Debits | $2,002 98 | |

## Daily Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 04-30 Beginning Balance | 6,536 58 | 05-12 | 4,244 40 |
| 05-04 | 6,631 72 | 05-15 | 4,099 40 |
| 05-05 | 6,538 63 | 05-19 | 3,788 26 |
| 05-06 | 6,572 63 | 05-22 | 3,510 72 |
| 05-07 | 6,514 76 | 05-26 | 3,359 96 |
| 05-08 | 5,554 13 | 05-31 Ending Balance | 3,343 45 |
| 05-11 | 4,424 40 | | |

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of May 31, 2009
#### 000-1003 - Carolina First-New
#### Bank Statement Date: May 31, 2009

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 2,585.75 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | |
| Add (Less) Other | | | | (271.89) |
| Ending GL Balance | | | | 2,313.86 |
| Ending Bank Balance | | | | 3,343.45 |
| Add back deposits in transit | | | | |
| | Apr 14, 2009 | 04-14IA | 1,090.91 | |
| | Apr 17, 2009 | 04-17IA | 1,042.11 | |
| | Apr 26, 2009 | 04-26IA | 1,554.48 | |
| Total deposits in transit | | | | 3,687.50 |
| (Less) outstanding checks | | | | |
| | Jan 23, 2009 | 302473 | (72.40) | |
| | Feb 27, 2009 | 302509 | (68.98) | |
| | Mar 13, 2009 | 302563 | (51.64) | |
| | Mar 27, 2009 | 302599 | (79.57) | |
| | Dec 17, 2008 | 80557 | (76.00) | |
| | Jan 21, 2009 | 80647 | (110.00) | |
| | Mar 11, 2009 | 80802 | (69.00) | |
| | Mar 18, 2009 | 80846 | (402.00) | |
| | Apr 13, 2009 | 80888 | (100.00) | |
| Total outstanding checks | | | | (1,029.59) |
| Add (Less) Other | | | | |
| | Apr 24, 2009 | JE-AMEX | (1,554.48) | |
| | Apr 24, 2009 | JE-AMEX | (1,090.91) | |
| | Apr 24, 2009 | JE-AMEX | (1,042.11) | |
| Total other | | | | (3,687.50) |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 2,313.86 |

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank:  CAROLINA FIRST

Address:  200 COLLEGE

Street and/or P. O. Box Number

Asheville   NC   28801

City   State   Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):  OLDEST GENERAL

Account Number:  7100727854

DATE PERIOD BEGINS:  5-1-2009

Ending Balance (per the attached
bank statement for this period)  $  <32.14>

Outstanding Deposits and Other
Credits Not On Statement  $ _____

Outstanding Checks and Other
Debits Not On Statement  $ _____

Ending Reconciled Balance*  $  <32.04

DATE PERIOD ENDS:  5-31-2009

Highest Daily Balance
During Above Period  $  520.86

\* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.


**CAROLINA FIRST**

7100727854  31 I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

| | **Account Number**<br>7100727854 | Page 1 of 3<br>6 enclosures |
|---|---|---|
| April 30, 2009 - May 31, 2009 | | |

| **FREE BUSINESS CHECKING** | | **Summary** | | | 7100727854 |
|---|---|---|---|---|---|

| **+**<br>**Previous**<br>**Balance** | **Deposits**<br>**Credits** | **-**<br>**Checks**<br>**Debits** | **-**<br>**Service**<br>**Charges** | **+**<br>**Interest**<br>**Credits** | **New**<br>**Balance** |
|---|---|---|---|---|---|
| 14.63 | 1,890.01 | 1,936.78 | 0.00 | 0.00 | -32.14 |

31  Days in Statement Period

## Deposits

| Date | Description | Amount |
|---|---|---|
| 05-04 | CREDIT MEMO | 1,000.00 |
| 05-04 | NSF FEE REVERSAL | 35.00 |
| 05-04 | NSF FEE REVERSAL | 34.00 |
| 05-04 | OVERDRAFT FEE REVERSAL | 34.00 |
| 05-11 | CK# 70249 NSF | 787.01 |
| *Total Deposits* | *$1,890.01* | |

## Checks

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 05-04 | 70235 | 43.77 | 05-04 | 70243 | 30.00 | 05-11 | 70249* | 787.01 |
| 05-01 | 70242* | 400.00 | 05-11 | 70246* | 25.00 | | | |
| *Total Checks* | | *$1,285.78* | | | | | | |

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN

Account Number   7100727854

Page 2 of 3

## Described Debits

| Date | Description | Amount |
|------|-------------|--------|
| 05-01 | OVERDRAFT ITEM FEE | 34 00 |
| | Insufficient funds | |
| 05-04 | OVERDRAFT ITEM FEE | 69 00 |
| | Insufficient funds | |
| 05-04 | HRTLAND PMT SYS  MC/V DISC | 20 00 |
| | 650000003135483 | |
| | RICHMOND HILL INN RES | |
| 05-08 | PHN XFER TO DDA 007102489680 | 350 00 |
| 05-11 | OVERDRAFT ITEM FEE | 35 00 |
| | Insufficient funds | |
| 05-12 | RETURN ITEM FEE | 71 00 |
| | Insufficient funds | |
| 05-13 | RETURN ITEM FEE | 36 00 |
| | Insufficient funds | |
| 05-14 | RETURN ITEM FEE | 36 00 |
| | Insufficient funds | |

*Total Described Debits*          *$651 00*

## Daily Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 04-30 Beginning Balance | 14 63 | 05-11 | 110 86 |
| 05-01 | -419 37 | 05-12 | 39 86 |
| 05-04 | 520 86 | 05-13 | 3 86 |
| 05-08 | 170 86 | 05-14 Ending Balance | -32 14 |

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of May 31, 2009
### 000-1002 - Carolina First Checking
### Bank Statement Date: May 31, 2009

| | |
|---|---:|
| Beginning GL Balance | (2,187.28) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | 1,703.14 |
| Add (Less) Other | 452.00 |
| Ending GL Balance | (32.14) |
| Ending Bank Balance | (32.14) |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (32.14) |

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of: _____5-31-2009_____
(Date of Reporting Period)

II.  Sales (gross) During Reporting Period: $ __21,415.54__

III. Collections of Accounts Receivable
During Reporting Period:   $ __13,786.41__

IV.  New Accounts Receivables Generated
During Reporting Period:   $ __7629.13__

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ 7629.13 | $ 6535.48 | $ 1093.65 |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

## INVENTORY (Cost Basis)

Beginning Date:_____   Ending Date:_____

### LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

## Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|      |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |

## Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|---|---|
| | $ |
| SALARIED | $ 7953.84 |
| WAGE | $ 15,040.49 |
| | $ |
| | $ |

## Commission/Bonus Payments:

| AMOUNT PAID |
|---|
| $ |
| $ |
| $ |
| $ |

## Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| DANA KENDALL | | $ 140.00 |
| MASSAGES - PAID CASH | | $ 310.00 |
|      |      | $ |
|      |      | $ |

## Total   Salary/Wage/Commission/
Payments

$ 23,444.33

* "Insider" is defined in 11U.S.C.
Sec101(31)

# ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

___ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Am Hotel Register | 4-13-2009 | 417 30 |
| Carolina First Visa | 4-28-2009 | 1197.99 |
| City of Asheville - Water | 4-20-2009 | 2757.73 |
| Curbside | 4-1-2009/5-1-09 | 225.00 |
| Deltacom | 5-17-2009 | 1336.76 |
| Enmark | 5-20-2009 | 9 N 44 |
| Ervin Leasing | 5-20-2009 | 1057.26 |
| Frank Rice, JP | 4-30-2009 | 27 75 |
| GDS | 5-5-2009 | 365.97 |
| Main Street Online | 4-1/5-1-2009 | 1530.00 |
| Mt. Food | 5-28-2009 | 565.15 |
| Progress Energy | 4-30/5-20-200 | 3169.02 34 |
| PSNC Energy | 5-20-2009 | 3145.59 |
| Southern Foods | 5-21-2009 | 2065.74 |
| Staples | 5-10-2009 | 573.10 |
| Thyssen Krupp | 4-1/5-1-2009 | 507 56 |
| Webb Chemical | 4-2-2009 | 121.33 |
| Yellowbook USA | 4-1/5-1-2009 | 335.06 |
| AT&T Advert | 4-1/5-1-2009 | 506.06 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                    $ 23 732.01

## AFFIRMATIONS



1.   Yes _____ ✓   No _____      All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes _____ ✓   No _____      All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes _____ ✓   No _____      All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes _____ ✓   No* _____     All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes _____ ✓   No _____      New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes _____ ✓   No _____      New DIP financial books and records have been opened and are being maintained monthly and are current.

*     If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned certifies that copy of Monthly Status Report for the month of May, 2009 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
**402 West Trade Street, Room 200**
**Charlotte NC 28202-1669**

**Internal Revenue Service**
**320 Federal Place**
**Greensboro NC 27401**

**Securities & Exchange Commission**
**Atlanta Regional Office**
**3475 Lenox Road, Ste. 1000**
**Atlanta GA 30326-1232**

This the 18th day of August, 2009.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**