# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:      **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

CASE NO:    **09-10332**

**Reporting Period:**

FROM:      _AUGUST 1, 2009_

TO:        _AUGUST 31, 2009_

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _9/25/09_      _William B. Troy_
                        Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of _____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _Sept 28, 2009_      _____
                              Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## PAYMENTS TO SECURED CREDITORS

____  No Secured Debt

_X_  No Secured Debt Payments Made During Reporting Period

____  All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

## PAYMENTS ON PRE-PETITION DEBT

____  No payments have been made on pre-petition unsecured debt during the reporting period.

____  All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| MARY ANNE ELLIOTT | NONE | 8-25-09 | 282.41 |
| SUSAN NEVINS | NONE | 8-25-09 | 250.00 |
|  | BOTH ARE |  |  |
|  | ADVANCE |  |  |
|  | DEPOSIT REFUNDS |  |  |

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: _8-1-09_   AMOUNT: $ _<12,958 38>_

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description<br>SALES | 45,229.60 | Description | |
| LOANS - EMILY GRAY | 26,000.00 | Inventory Purchased | 2034.50 |
| MISC | 5,543.65 | Salaries/Wages | 22,568.39 |
| | | Taxes (Total) | 9,352.65 |
| | | Insurance (Total | 102.27 |
| | | Unsecured Loan Payments | 915.76 |
| | | Utilities (Total) | 17,220.54 |
| | | Rent | |
| | | Professional Fee | 3769.10 |
| | | Maintenance/Repair | 1004.95 |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | GOOGLE ADWORDS | 1037.33 |
| | | PLUS LINENS | 845.19 |
| | | BANK/CREDIT CARD FEES | 2670.08 |
| | | HOUSEKEEPING SUPPLIES | 643.94 |
| | | BANKRUPTCY COURT FEES | 1625.00 |
| | | MISC | 3961.35 |
| TOTAL CASH RECEIPTS | 76,773.25 | TOTAL DISBURSEMENTS | 67,750.95 |

**ENDING CASH POSITION**

DATE: _8-31-2009_   AMOUNT: $ _(3936.08)_

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _SUNTRUST BANK_

Address: _P.O Box 622227_
Street and/or P. O. Box Number

_ORLANDO    FL    32862-2227_
City                State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _TAX_

Account Number: _10000 9443284_

DATE PERIOD BEGINS: _8-1-2009_

Ending Balance (per the attached
bank statement for this period)    $ _1993.15_

Outstanding Deposits and Other
Credits Not On Statement    $ _0_

Outstanding Checks and Other
Debits Not On Statement    $ _0_

Ending Reconciled Balance*    $ _1993.15_

DATE PERIOD ENDS: _8-31-2009_

Highest Daily Balance
During Above Period    $ _6561.20_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Aug 31, 2009
### 000-1007 - SUNTRUST-TAX D/I/P
### Bank Statement Date: August 31, 2009

| | |
|---|---:|
| Beginning GL Balance | (2,139.43) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (7,539.56) |
| Add (Less) Other | 11,672.14 |
| Ending GL Balance | 1,993.15 |
| Ending Bank Balance | 1,993.15 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 1,993.15 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /64
1000094493284
08/31/2009



## SunTrust

# Account
# Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493284 | 08/01/2009 - 08/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,206.15 | Average Balance | $2,318.51 |
| Deposits/Credits | $11,672.14 | Average Collected Balance | $2,318.51 |
| Checks | $4,914.77 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5,970.37 | | |
| Ending Balance | $1,993.15 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 08/04 | 2,938.94 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |
| 08/11 | 2,672.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |
| 08/14 | 1,813.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |
| 08/19 | 4,248.20 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |

Deposits/Credits: 4          Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1008 | 3,345.58 | 08/14 | 1009 | 1,569.19 | 08/21 | | | |

Checks: 2

---

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|
| 08/05 | 32.57 | | *ELECTRONIC/ACH DEBIT* IRS | USATAXPYMT | 270961700049581 |
| 08/05 | 2,938.94 | | *ELECTRONIC/ACH DEBIT* IRS | USATAXPYMT | 270961700919779 |
| 08/20 | 2,679.01 | | *ELECTRONIC/ACH DEBIT* NC DEPT OF REVEN | SALES&USE | 4923114006790 |
| 08/26 | 32.14 | | *ELECTRONIC/ACH DEBIT* IRS | USATAXPYMT | 270963800192718 |
| 08/26 | 287.71 | | *ELECTRONIC/ACH DEBIT* IRS | USATAXPYMT | 270963800380651 |

Withdrawals/Debits: 5

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 1,206.15 | 1,206.15 | 08/19 | 6,561.20 | 6,561.20 |
| 08/04 | 4,145.09 | 4,145.09 | 08/20 | 3,882.19 | 3,882.19 |
| 08/05 | 1,173.58 | 1,173.58 | 08/21 | 2,313.00 | 2,313.00 |
| 08/11 | 3,845.58 | 3,845.58 | 08/26 | 1,993.15 | 1,993.15 |
| 08/14 | 2,313.00 | 2,313.00 | | | |

---

159829          Member FDIC          Continued on next page

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: _____SUNTRUST  BANK_____

Address: _____P.O. Box  62227_____
Street and/or P. O. Box Number

_____ORLANDO        FL       32862-2227_____
City                      State         Zip Code

Type of Account: _____OPERATING_____
(i.e., Payroll, Tax, Operating):

Account Number: _____10000 944932.76_____

DATE PERIOD BEGINS: _____8-1-2009_____

Ending Balance (per the attached          $ _____14,556.32_____
bank statement for this period)

Outstanding Deposits and Other            $ _____41588_____
Credits Not On Statement

Outstanding Checks and Other              $ _____6684.95_____
Debits Not On Statement

Ending Reconciled Balance*                $ _____8287.25_____

DATE PERIOD ENDS: _____8-31-2009_____

Highest Daily Balance
During Above Period          $ _____29,331.28_____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

9/24/09 at 13:52:45.38

## The Hammocks, Inc. LLC
## Account Reconciliation
### As of Aug 31, 2009
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: August 31, 2009

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 2,824.97 |
| Add: Cash Receipts | | | | 76,498.73 |
| Less: Cash Disbursements | | | | (56,719.10) |
| Add (Less) Other | | | | (14,317.35) |
| Ending GL Balance | | | | 8,287.25 |
| Ending Bank Balance | | | | 14,556.32 |
| Add back deposits in transit | | | | |
| | Aug 31, 2009 | 08-31IM | 415.88 | |
| Total deposits in transit | | | | 415.88 |
| (Less) outstanding checks | | | | |
| | Aug 25, 2009 | 1272 | (282.41) | |
| | Aug 26, 2009 | 1273 | (250.00) | |
| | Aug 28, 2009 | 1275 | (764.12) | |
| | Aug 28, 2009 | 1277 | (642.92) | |
| | Aug 28, 2009 | 1283 | (293.88) | |
| | Aug 28, 2009 | 1284 | (575.58) | |
| | Aug 28, 2009 | 1289 | (503.01) | |
| | Aug 28, 2009 | 1291 | (145.80) | |
| | Aug 28, 2009 | 1292 | (90.00) | |
| | Aug 28, 2009 | 1293 | (82.43) | |
| | Aug 28, 2009 | 1294 | (105.00) | |
| | Aug 28, 2009 | 1295 | (105.00) | |
| | Aug 28  2009 | 1296 | (175.00) | |
| | Aug 31, 2009 | 1300 | (148.89) | |
| | Aug 31, 2009 | 1301 | (215.00) | |
| | Aug 31, 2009 | 1302 | (2,305.91) | |
| Total outstanding checks | | | | (6,684.95) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 8,287.25 |

Page 1 of 14
36/E00/0175/0 /64
1000094493276
08/31/2009

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227


**SUNTRUST**

# Account
# Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | | | | Statement Period |
|---|---|---|---|---|
| | Account Type | | Account Number | 08/01/2009 - 08/31/2009 |
| | FREE BUSINESS CHECKING | | 1000094493276 | |

| | Description | Amount | Description | Amount |
|---|---|---|---|---|
| | Beginning Balance | $21,142.86 | Average Balance | $16,535.19 |
| | Deposits/Credits | $79,894.24 | Average Collected Balance | $15,353.77 |
| | Checks | $63,111.34 | Number of Days in Statement Period | 31 |
| | Withdrawals/Debits | $23,369.44 | | |
| | Ending Balance | $14,556.32 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 08/04 | 84.12 | | DEPOSIT | 08/14 | 609.12 | | DEPOSIT |
| | 08/04 | 100.00 | | DEPOSIT | 08/21 | 33.65 | | DEPOSIT |
| | 08/04 | 166.12 | | DEPOSIT | 08/21 | 2,582.71 | | DEPOSIT |
| | 08/04 | 515.00 | | DEPOSIT | 08/26 | 2,813.77 | | DEPOSIT |
| | 08/11 | 397.74 | | DEPOSIT | 08/26 | 10,000.00 | | DEPOSIT |
| | 08/12 | 16,000.00 | | DEPOSIT | | | | |
| | 08/03 | 894.31 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/03 | 2,978.41 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/03 | 3,021.87 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/04 | 818.58 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/05 | 1.59 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/06 | 2,741.08 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/07 | 1,675.70 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/10 | 20.82 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/10 | 1,792.77 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/10 | 1,950.61 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/10 | 2,590.10 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/10 | 3,960.54 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/11 | 917.34 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |
| | 08/12 | 709.77 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | 8015343539 | |

Member FDIC

Continued on next page

159815

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 14
36/E00/0175/0 /64
1000094493276
08/31/2009


**SUNTRUST**

# Account
# Statement

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 08/13 | 537.23 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/14 | 1,176.41 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/17 | 922.00 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/17 | 1,148.84 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/17 | 1,385.88 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/18 | 1,722.95 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/20 | 416.69 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/20 | 111.17 | | *CHECK CARD CREDIT* |
| | | | | THE HOME DEPOT 3            ASHEVILLE  NC |
| | 08/21 | 470.70 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/24 | 264.47 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/24 | 757.28 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/24 | 2,401.91 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/25 | 3,665.56 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/26 | 1,329.31 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/27 | 1,269.89 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/28 | 1,053.52 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/31 | 806.53 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/31 | 1,516.12 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |
| | 08/31 | 1,562.06 | | *ELECTRONIC/ACH CREDIT* |
| | | | | MERCHANT SERVICE  8015343539       8015343539 |

Deposits/Credits:  44                    Total Items Deposited: 8

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1136 | 55.41 | 08/27 | 1219 | 46.00 | 08/17 | *1241 | 554.11 | 08/14 |
| | *1147 | 396.38 | 08/21 | 1220 | 33.44 | 08/18 | 1242 | 770.06 | 08/17 |
| | *1183 | 299.00 | 08/04 | 1221 | 40.42 | 08/13 | 1243 | 927.65 | 08/17 |
| | *1194 | 264.47 | 08/06 | 1222 | 85.00 | 08/11 | 1244 | 132.87 | 08/20 |
| | 1195 | 764.12 | 08/03 | 1223 | 261.65 | 08/10 | 1245 | 495.34 | 08/18 |
| | *1197 | 753.76 | 08/06 | 1224 | 318.90 | 08/07 | 1246 | 1,097.58 | 08/14 |
| | *1200 | 749.65 | 08/05 | 1225 | 329.24 | 08/11 | 1247 | 506.31 | 08/14 |
| | *1202 | 852.85 | 08/03 | 1226 | 1,625.00 | 08/11 | 1248 | 280.25 | 08/17 |
| | 1203 | 631.46 | 08/03 | 1227 | 1,132.75 | 08/18 | 1249 | 102.27 | 08/25 |
| | 1204 | 568.09 | 08/03 | 1228 | 455.30 | 08/14 | 1250 | 48.00 | 08/20 |
| | 1205 | 222.30 | 08/03 | 1229 | 780.25 | 08/18 | 1251 | 114.00 | 08/18 |
| | 1206 | 959.75 | 08/03 | 1230 | 552.80 | 08/19 | 1252 | 1,025.00 | 08/19 |
| | 1207 | 74.81 | 08/04 | 1231 | 403.70 | 08/17 | 1253 | 83.11 | 08/21 |
| | *1210 | 472.69 | 08/03 | 1232 | 818.18 | 08/17 | 1254 | 192.18 | 08/18 |
| | 1211 | 991.85 | 08/03 | 1233 | 991.85 | 08/17 | 1255 | 125.00 | 08/20 |
| | 1212 | 7,936.54 | 08/04 | 1234 | 894.48 | 08/17 | 1256 | 452.76 | 08/27 |
| | 1213 | 3,906.06 | 08/04 | 1235 | 401.12 | 08/17 | 1257 | 122.35 | 08/25 |
| | *1215 | 22.00 | 08/03 | 1236 | 212.33 | 08/17 | 1258 | 104.42 | 08/25 |
| | 1216 | 234.70 | 08/03 | 1237 | 709.85 | 08/17 | 1259 | 37.00 | 08/26 |
| | 1217 | 55.17 | 08/03 | 1238 | 596.28 | 08/14 | 1260 | 78.00 | 08/26 |
| | 1218 | 128.10 | 08/07 | 1239 | 735.40 | 08/17 | 1261 | 640.10 | 08/21 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 14
36/E00/0175/0 /64
1000094493276
08/31/2009



# SUNTRUST

## Account Statement

| Checks | Check Number | Amount Date Paid | Check Number | Amount Date Paid | Check Number | Amount Date Paid |
|---|---|---|---|---|---|---|
| | 1262 | 174.88 08/25 | 1270 | 1,531.97 08/31 | 1282 | 787.16 08/31 |
| | 1263 | 1,405.08 08/25 | 1271 | 1,649.78 08/25 | ✳1285 | 551.52 08/31 |
| | 1264 | 64.35 08/25 | ✳1274 | 465.61 08/31 | 1286 | 105.28 08/31 |
| | 1265 | 53.96 08/25 | ✳1276 | 1,097.58 08/31 | 1287 | 867.62 08/31 |
| | 1266 | 8,600.84 08/27 | ✳1278 | 526.08 08/31 | ✳1290 | 991.85 08/31 |
| | 1267 | 90.00 08/31 | 1279 | 392.49 08/28 | ✳1297 | 332.12 08/28 |
| | 1268 | 1,057.26 08/31 | 1280 | 782.70 08/31 | ✳1299 | 663.24 08/28 |
| | 1269 | 374.03 08/31 | 1281 | 894.48 08/31 | | |

Checks: 86          ✳Break in check sequence

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 08/03 | 1,445.03 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE 8015343539 | 8015343539 | |
| | 08/03 | 6.61 | | *CHECK CARD PURCHASE* | | |
| | | | | KMART | ASHEVILLE | NC |
| | 08/03 | 17.08 | | *CHECK CARD PURCHASE* | | |
| | | | | SSC W CAROLINA-A | ASHEVILLE | NC |
| | 08/03 | 35.81 | | *CHECK CARD PURCHASE* | | |
| | | | | BOB LAWRENCE POW | ASHVILLE | NC |
| | 08/03 | 39.41 | | *CHECK CARD PURCHASE* | | |
| | | | | INGLES GAS EXPRE | WEAVERVILLE NC | |
| | 08/03 | 99.76 | | *CHECK CARD PURCHASE* | | |
| | | | | INGLES #180 | WEAVERVILLE NC | |
| | 08/04 | 2,938.94 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 08/04 | 25.58 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AUTHNET GATEWAY BILLING | 16524760 | |
| | 08/05 | 104.81 | | *CHECK CARD PURCHASE* | | |
| | | | | ECO CONCEPTS | 305-937-7456 FL | |
| | 08/06 | 83.08 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST CONTRIB | 065-80547 | |
| | 08/06 | 83.08 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST CONTRIB | 065-80547 | |
| | 08/06 | 83.08 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST CONTRIB | 065-80547 | |
| | 08/06 | 588.78 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | DELTACOM INC PAYMENT CK 12861498 | | |
| | 08/06 | 750.99 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | DELTACOM INC PAYMENT CK 12861464 | | |
| | 08/06 | 649.57 | | *CHECK CARD PURCHASE* | | |
| | | | | CHARTER COMM | 888-438-2427 TN | |
| | 08/10 | 31.00 | | *CHECK CARD PURCHASE* | | |
| | | | | EXXONMOBIL 47 | ASHEVILLE NC | |
| | 08/10 | 1,878.80 | | *CHECK CARD PURCHASE* | | |
| | | | | TSA CHOICE INC | 828-2544464 NC | |
| | 08/11 | 2,672.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 08/11 | 6.74 | | *POINT OF SALE DEBIT* | TR DATE 08/11 | |
| | | | | USPS 3603070306/1302 P | ASHEVILLE NC | 32302697 |
| | 08/11 | 864.00 | | *POINT OF SALE DEBIT* | TR DATE 08/11 | |
| | | | | USPS 3603070306/1302 P | ASHEVILLE NC | 32302697 |
| | 08/12 | 517.67 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | GOOGLE ADWORDS | 5812735 | |
| | 08/14 | 1,813.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 08/17 | 1,813.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN WHOLDING | 4922614004834 | |
| | 08/19 | 4,248.20 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 08/19 | 163.35 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE 8015343539 | 8015343539 | |
| | 08/19 | 613.66 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE 8015343539 | 8015343539 | |
| | 08/20 | 4.50 | | ACCOUNT ANALYSIS FEE | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 14
36/E00/0175/0 /64
1000094493276
08/31/2009



# SUNTRUST™

## Account
## Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 08/20 | 63.69 | | *CHECK CARD PURCHASE* | | |
| | | | | THE HOME DEPOT 3 | ASHEVILLE | NC |
| | 08/20 | 332.12 | | *CHECK CARD PURCHASE* | | |
| | | | | THE HOME DEPOT 3 | ASHEVILLE | NC |
| | 08/21 | 83.08 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST          CONTRIB | 065-80547 | |
| | 08/21 | 15.99 | | *CHECK CARD PURCHASE* | | TR DATE 08/19 |
| | | | | LOWES #00617* | ASHEVILLE | NC |
| | 08/21 | 125.02 | | *CHECK CARD PURCHASE* | | TR DATE 08/18 |
| | | | | THE HOME DEPOT 3625 | ASHEVILLE | NC |
| | 08/24 | 4.27 | | *CHECK CARD PURCHASE* | | TR DATE 08/20 |
| | | | | J M HEARN & CO | ASHEVILLE | NC |
| | 08/24 | 285.00 | | *CHECK CARD PURCHASE* | | TR DATE 08/19 |
| | | | | RESERVATION NEXUS | 801-6231796 UT | |
| | 08/25 | 519.66 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | GOOGLE          ADWORDS | 1367143 | |
| | 08/27 | 25.41 | | *CHECK CARD PURCHASE* | | TR DATE 08/24 |
| | | | | BOB LAWRENCE POWER E | ASHVILLE | NC |
| | 08/28 | 3.37 | | *CHECK CARD PURCHASE* | | TR DATE 08/25 |
| | | | | THE HOME DEPOT 3645 | ASHEVILLE | NC |
| | 08/28 | 5.33 | | *CHECK CARD PURCHASE* | | TR DATE 08/25 |
| | | | | KMART          4112 | ASHEVILLE | NC |
| | 08/28 | 16.99 | | *CHECK CARD PURCHASE* | | TR DATE 08/25 |
| | | | | CVS PHARMACY #3847 Q03 | ASHEVILLE | NC |
| | 08/28 | 77.66 | | *CHECK CARD PURCHASE* | | TR DATE 08/25 |
| | | | | THE HOME DEPOT 3645 | ASHEVILLE | NC |
| | 08/31 | 83.08 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NW TRUST          CONTRIB | 065-80547 | |
| | 08/31 | 10.49 | | *CHECK CARD PURCHASE* | | TR DATE 08/28 |
| | | | | USPS 36030603032302416 | ASHEVILLE | NC |
| | 08/31 | 132.00 | | *CHECK CARD PURCHASE* | | TR DATE 08/28 |
| | | | | USPS 36030603032302416 | ASHEVILLE | NC |
| | 08/31 | 8.75 | | ACTIVITY FEE | | |

Withdrawals/Debits: 44

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/01 | 21,142.86 | 21,142.86 | 08/17 | 18,762.96 | 18,762.96 |
| | 08/03 | 20,618.77 | 20,618.77 | 08/18 | 17,737.95 | 17,737.95 |
| | 08/04 | 7,121.66 | 6,606.66 | 08/19 | 11,134.94 | 11,134.94 |
| | 08/05 | 6,268.79 | 6,268.79 | 08/20 | 10,956.62 | 10,956.62 |
| | 08/06 | 5,753.06 | 5,753.06 | 08/21 | 12,663.00 | 10,231.00 |
| | 08/07 | 6,981.76 | 6,981.76 | 08/24 | 15,797.39 | 15,797.39 |
| | 08/10 | 15,125.15 | 15,125.15 | 08/25 | 15,266.20 | 15,266.20 |
| | 08/11 | 10,858.25 | 10,858.25 | 08/26 | 29,331.28 | 16,518.28 |
| | 08/12 | 27,050.35 | 11,050.35 | 08/27 | 21,466.75 | 21,466.75 |
| | 08/13 | 27,547.16 | 27,547.16 | 08/28 | 21,029.07 | 21,029.07 |
| | 08/14 | 24,310.11 | 24,310.11 | 08/31 | 14,556.32 | 14,556.32 |

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: _____CAROLINA   FIRST_____

Address: _____200 COLLEGE   STREET_____
Street and/or P. O. Box Number

_____Asheville_____ ___NC___ ___28806___
City                                State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): ___NEW DI/P OPERATING___

Account Number: ___7102489680___

DATE PERIOD BEGINS: ___8-1-2009___

Ending Balance (per the attached
bank statement for this period)            $ (14 216 48)

Outstanding Deposits and Other
Credits Not On Statement                   $_____0_____

Outstanding Checks and Other
Debits Not On Statement                    $_____0_____

Ending Reconciled Balance*                 $ (14,216.48)

DATE PERIOD ENDS: ___8-31-2009___

Highest Daily Balance
During Above Period        $ (13 643.92

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

9/24/09 at 13:56:51.82

## The Hammocks, Inc. LLC
### Account Reconciliation
### As of Aug 31, 2009
### 000-1004 - CAROLINA FIRST-GENERAL
### Bank Statement Date: August 31, 2009

| | |
|---|---:|
| Beginning GL Balance | (13,643.92) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (572.56) |
| Ending GL Balance | (14,216.48) |
| Ending Bank Balance | (14,216.48) |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (14,216.48) |



**CAROLINA FIRST**

7102489680  31 I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

With Overdraft Protection funds from a deposit account (AccountLink) or Line
of Credit are automatically transferred to your checking account guarding you
against unexpected cash flow shortages. Visit your local branch to learn more.
Effective 9/1/09 AccountLink transfers will incur a $9 per daily transfer fee.

| | Account Number | Page 1 of 2 |
|---|---|---|
| July 31, 2009 - August 31, 2009 | 7102489680 | No enclosures |

**FREE BUSINESS CHECKING**          Summary          **7102489680**

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -13,643.92 | 0.00 | 572.56 | 0.00 | 0.00 | -14,216.48 |

31  Days in Statement Period

**Described Debits**

| Date | Description | Amount |
|---|---|---|
| 08-04 | CAROLINA FIRST  TSYS FEE | 60.00 |
| | 000447731021010 | |
| | RICHMOND HILL INN | |
| 08-04 | OVERDRAFT ITEM FEE | 36.00 |
| | Insufficient funds | |
| | NSF/OD Effective Date 08/03/09 | |
| 08-07 | WEEKLY OVERDRAFT FEE | 25.00 |
| 08-14 | WEEKLY OVERDRAFT FEE | 25.00 |
| 08-21 | WEEKLY OVERDRAFT FEE | 25.00 |
| 08-26 | RETURN ITEM FEE | 36.00 |
| | Insufficient funds | |
| | NSF/OD Effective Date 08/25/09 | |
| 08-28 | CAROLINA FIRST BANK | 304.56 |
| | 447731021010 | |
| 08-28 | OVERDRAFT ITEM FEE | 36.00 |
| | Insufficient funds | |

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN

Account Number   7102489680

Page 2 of 2

## Described Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
|      | NSF/OD Effective Date 08/27/09 | |
| 08-28 | WEEKLY OVERDRAFT FEE | 25.00 |

*Total Described Debits*        *$572.56*

## Daily Balance Summary

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 07-31 Beginning Balance | -13,643 92 | 08-21 | -13,814 92 |
| 08-04 | -13,739 92 | 08-26 | -13,850 92 |
| 08-07 | -13,764 92 | 08-28 Ending Balance | -14,216 48 |
| 08-14 | -13,789 92 | | |

# SALES/ACCOUNTS RECEIVABLE

I.    Accounts Receivable Pending As of:   7-31-2009
      (Date of Reporting Period)

II.   Sales (gross) During Reporting Period:   40,648 91

III.  Collections of Accounts Receivable
      During Reporting Period:   $   45,229 66

IV.   New Accounts Receivables Generated
      During Reporting Period:   $   903.25

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ 903.25 | $ 903.25 | $ 0 |
| 31-60 DAYS | $ 1258.41 | $ 1258.41 | $ 0 |
| 61-90 DAYS | $ 1884.62 | $ 0 | $ 1884.62 |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

# INVENTORY (Cost Basis)

Beginning Date:_____   Ending Date:_____

## LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|      |      | $           |
|      |      | $           |
|      |      | $           |
|      |      | $           |
|      |      | $           |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|---|---|
| SALARIED | $ 56,292.30 |
| WAGE | $ 21,433.70 |
|  | $ |
|  | $ |

### Commission/Bonus Payments:

| | AMOUNT PAID |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| DANA KENDALL | MASSEUSE | $ 190.00 |
| KATHLEEN PARRY | MASSEUSE | $ 105.00 |
|  |  | $ |
|  |  | $ |

### Total   Salary/Wage/Commission/ Payments

| | AMOUNT PAID |
|---|---|
|  | $ 28,020.00 |

* "Insider" is defined in 11U.S.C. Sec101(31)

## ACCRUED POST-PETITION LIABILITIES

___   No accrued liabilities existed at the end of this reporting period.

___   All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Amazing Home Products | 6-18-09 | 101 07 |
| Amenity Services | 7-15-09 | 295.56 |
| American Hotel | 7-12-09 | 562.37 |
| C.C. Dickson | 6-8-09 | 645.16 |
| Charter | 8-1-09 | 104.44 |
| Deltacom | 6-17-09 | 1339.77 |
| Ervin Leasing | 8-20-09 | 1057.26 |
| Progress Energy | 8-17-09 | 4354.44 |
| PSNC Energy | 8-15-09 | 615.97 |
| Thyssenkrup | April/June 09 | 1015.12 |
| Webb Chemical | June 20-09 | 179.56 |
| Yellow Book | April/June 09 | 833.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Accrued Liabilities          $ 11,103.72

# AFFIRMATIONS

1.  Yes _____   No __X__   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.  Yes __X__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.  Yes __X__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.  Yes __X__   No*_____   All post-petition taxes have been paid or deposited into a designated tax account.

5.  Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.  Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

\*    If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned certifies that copy of Monthly Status Report for the month of August, 2009 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
402 West Trade Street, Room 200
Charlotte NC 28202-1669

**Internal Revenue Service**
320 Federal Place
Greensboro NC 27401

**Securities & Exchange Commission**
Atlanta Regional Office
3475 Lenox Road, Ste. 1000
Atlanta GA 30326-1232

This the 29th day of September, 2009.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305