# EXHIBIT "D"

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801     8282595636

| A | 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 | **NFIRS -1** |
|---|---|---|---|---|---|---|---|
| | FDID | State | Incident Date | Station | Incident Number | Exposure | **Basic** |

**B** Location

☐ See Wildland Fire Module for Location                    Census Tract

1 Street address    87    RICHMOND HILL    DR
                    Number/Milepost  Prefix  Street or Highway              Street Type  Suffix
                            ASHEVILLE              NC    28806-
                    Apt./Suite/Room    City                State    Zip Code

Cross Street or Directions

**C** Incident Type

111 Building fire
Incident Type

**D** Aid Given or Received

2 Automatic aid

**E₁** Dates & Times
Local Option

| | | Date | Time |
|---|---|---|---|
| | Dispatch | 03/19/2009 | 00:56:55 |
| ☒ | Arrival | 03/19/2009 | 01:05:53 |
| ☒ | Controlled | 03/19/2009 | 04:44:21 |
| ☒ | Last Unit Cleared | 03/19/2009 | 20:31:08 |

**E₂** Shifts & Alarms
Local Option

| C | 2 | FB1 |
|---|---|---|
| Shift or platoon | Alarms | District |

**E₃** Special Studies
Local Option

Special Study ID#        Special Study Value

**F** Action Taken

11 Extinguishment by fire service personnel
Primary Action Taken (1)

12 Salvage & overhaul
Additional Action Taken (2)

Additional Action Taken (3)

**G₁** Resources

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 11 | 43 |
| EMS | 1 | 4 |
| Other | 6 | 6 |

☐ Check box if resource counts include aid received resources.

**G₂** Estimated Dollar Losses & Values

LOSSES: Required for all fires if known. Optional for non fires.    None

| | | | | |
|---|---|---|---|---|
| Property | $ | 7,000,000 | ☐ |
| Contents | $ | 1,000,000 | ☐ |

PRE-INCIDENT VALUE:

| Property | $ | 7,000,000 | ☐ |
| Contents | $ | 1,000,000 | ☐ |

**Completed Modules**

☒ Fire-2
☒ Structure-3
☐ Civilian Fire Cas.-4
☐ Fire Serv. Casualty-5
☐ EMS-6
☐ Hazmat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

**H₁** Casualties        ☒ None

|  | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

**H₂** Detector

U Unknown

**H₃** Hazardous Materials Release

N None

**I** Mixed Use Property

NN Not mixed use.

**J** Property Use

439 Boarding/rooming house, residential hotels

**M** Authorization

Officer in charge ID                    Rank    Assignment    Date
                                                CHF OFF

Signature
GARY K CORNETT

Check box if same as Officer in charge ☐

Member Making Report's ID    HENDRENB        Rank    Assignment    Date
                                            BATCH    CHF OFF    03/23/2009

Signature
BARRY L HENDREN

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

Incident: 09003075-00

| K1 | Person/Entity Involved | Richmond Hill INN | | | |
|---|---|---|---|---|---|
| | Local Option | Business name (if applicable) | | | Phone Number |

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

MR
Mr., Ms., Mrs.    First Name                                         MI          Last Name                                    Suffix

87                                    RICHMOND HILL                                          DR
Number          Prefix            Street or Highway                                      Street Type      Suffix

                                                              ASHEVILLE
Post Office Box                    Apt./Suite/Room              City

NC
State          Zip Code

| K2 | Owner | ☒ Same as person involved? Then check this box and skip the rest of this section. | Richmond Hill INN | | |
|---|---|---|---|---|---|
| | Local Option | | Business name (if applicable) | | Phone Number |

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

MR
Mr., Ms., Mrs.    First Name                                         MI          Last Name                                    Suffix

87                                    RICHMOND HILL                                          DR
Number          Prefix            Street or Highway                                      Street Type      Suffix

                                                              ASHEVILLE
Post Office Box                    Apt./Suite/Room              City

NC
State          Zip Code

| L | Remarks: |
|---|---|
| | Local Option |

Initial dispatch was for a single company investigation due to an incomplete 911 call from the Richmond Hill Inn.  E-6 responded and while en route nature of call was changed from an investigation to a structure fire due to reports were being received of a working fire at the inn.

E-6 arrived to find a heavily involved structure with fire visible as they approached.  E-6 then forced entry onto the grounds of the property and relayed a size up of "2 story wood frame fully involved, Code 2"  and established IMS with Captain Hendrix initially in command, he then also called for a second alarm due to the size of the structure and amount of fire involvement.

Additional units were directed to locate and secure water supply points and to

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595638

**L 2**    Remarks:

Local Option

lay a line to E-6.  E-6 began deploying 3 21/2" hand lines for a defensive
operation on the B division of the structure.  Next arriving units were S-1 and
B-1, S-1 assisted in deploying hoselines and upon conferring with IC Battalion 1
assumed command of incident.

As E-1 and L-1 arrived they were directed to connect to a hydrant that had been
located on the grounds of the inn and to begin operations with both an elevated
stream and handlines from the driveway at the A/D divisions.  E-2 was directed
to locate another water source not on the property, nor close to the drive in
hopes of it not affecting the supply being established for L-1.  E-2 then
connected to a hydrant at the intersection of Richmond Rd and Skylyn Ct.
They laid off their supply line and then E-7 completed that lay to E-6.  Upon
securing water supply crews from E-6, R-3, S-1 began utilizing handlines on the
A/B Divisions.  While attempting to flow on both sides of the structure neither
could maintain an effective fire stream if both were flowing at the same time.
At this point E-601 reported that there was additional buildings in the
C-Division that were not involved at this point and could be defended if
apparatus were repositioned.  The aerial operation was suspended and the
apparatus was relocated to the C-Division to a location that was better suited
for their operation.  They then caught an additional hydrant in the C-Division
and E-1 then supplied them water from two hydrants.  E-6's stream was shut down
after the relocation of equipment and a water shuttle was established to supply
it.  C-4 was assigned that division and worked with both AFR and mutual aid
resources to supply E-6.

Upon arrival C-2 was briefed as to the situation at this point and he assumed
command of operations and Batt. 1 was assigned to Operations Division.  R-3,
S-1, E-8, & E-6 began salvage operations to remove any items that could be from
ground floor of structure on the B/C divisions.  E-7 assisted E-1 with
relocating equipment and establishing additional handlines.  E-7 was then
assigned to force entry into basement and see if there was any kind of salvage
efforts worth undertaking, they reported that there was not.

Then assigned S-1, R-3, and E-8 to attempt to ladder structure with ground
ladders and access wall at the point where the roof lines change on the
C-Division.  They then cut an access hole into the wall to allow for water to be
applied from the C-Division side into the attic.  This in addition to the
elevated stream allowed for the fire to called under control at 04:44:21.

L-1 reported that two of the chimneys on the D-Division appeared to leaning an
they were instructed to avoid both with their aerial stream, the one closest to
the middle of the structure eventually fell back into the structure.  Another
chimney closest to the A/B
Division did collapse without warning and did scatter debris all over the
driveway.

Crews continued overhaul efforts and applying water to the smoldering parts of
the structure until shift change between 0700 and 0800 hrs.

The following is a status update that was generated by A-Shift Batt.1 J. Presley
"L-1 set-up their truck and we knocked down the other chimney. E-1 made sure
there were no hot spots left on 1st or 2nd floor. Q-5 wet down the fire area. I
released E-1 and L-1 around 14:30 hours and I kept Q-5 to wet down fire area
until around 17:30 hours. FM 10 and FM 41 were on scene along with 3 SBI agents
and 3 insurance agents and 3 private investigators' for the insurance company."

Time/Date: 16:46 on 03/23/2009 by BARRY L HENDREN AF130 HENDRENB

Investigation Notes:

Over a period of several days the AB-ATF, assisted by the NCSBI conducted a fire
scene exam. This fire has been determined to be an intentionally set fire at or
near the front entrance of the structure. (see AB-ATF report)

M.K. Thompson

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

**A**
| 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 |
|---|---|---|---|---|---|
| FDID | State | Incident Date | Station | Incident Number | Exposure |

**NFIRS - 2 Fire**

---

**B  Property Details**

**B1**  8.00  ☐ Not Residential
Estimated number of residential living units in building of origin whether or not all units became involved

**B2**  1.00  ☐ Buildings not involved
Number of buildings involved

**B3**  ☐ None
Acres burned (outside fires)  ☐ Less than one acre

**C  On-Site Materials or Products**  ☒ None

On-site material (1)  ☐

On-site material (2)

On-site material (3)

---

**D  Ignition**

**D1**  93 Courtyard, patio, porch, terrace
Area of fire origin

**D2**  65 Lighter: cigarette, cigar
Heat source

**D3**  UU Undetermined
Item first ignited  1 ☐ Check box if fire spread was confined to object of origin

**D4**  UU Undetermined
Type of material first ignited  Required only if item first ignited code is 00 or <70.

**E1  Cause of Ignition**
☐ Check box if this is an exposure report.
1 ☒ Intentional

**E2  Factors Contributing to Ignition**  ☒ None

Factor contributing to ignition (1)

Factor contributing to ignition (2)

**E3  Human Factors Contributing to Ignition**
1 ☐ Asleep
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mentally disabled
5 ☐ Physically disabled
6 ☐ Multiple persons involved

7 ☐ Age was a factor

Estimated age of person involved

1 ☐ Male    2 ☐ Female

---

**F1  Equipment Involved in Ignition**
☒ None  If equipment was not involved, skip to Section G

Equipment Involved

Brand

Model

Serial #

Year

**F2  Equipment Power**

Equipment Power Source

**F3  Equipment Portability**
☐
Portable equipment normally can be moved by one person, is designed to be used in multiple locations, and requires no tools to install.

**G  Fire Suppression Factors**
Enter up to three codes.  ☐ None

520 Automatic sprinkler, standpipe
Fire suppression factor (1)

411 Delayed detection of fire
Fire suppression factor (2)

412 Delayed reporting of fire
Fire suppression factor (3)

---

**H1  Mobile Property Involved**
☒ None

**H2  Mobile Property Type & Make**

Mobile property type

Mobile property make

Mobile property model    Year

License Plate Number    State    VIN Number

**Local Use**
☐ Pre-Fire Plan Available

Some of the incidformation presented in this report may be based upon reports from other agencies:
☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801     8282595636

| I1 Structure Type | I2 Building Status | I3 Building Height | I4 Main Floor Size | NFIRS - 3 Structure Fire |
|---|---|---|---|---|
| If fire was in an enclosed building or a portable/mobile structure complete the rest of this form | | Do not count the ROOF as a story | | |
| 1 [X] Enclosed building | 5 [X] Vacant and secured | 2 | 11,760 | |
| | | Total number of stories at or above grade | Total square foot | |
| | | | OR | |
| | | 1 | 168    BY    70 | |
| | | Total number of stories below grade | Length in feet    Width in feet | |

| J1 Fire Origin | J3 Number of Stories Damaged By Flame | K Material Contributing Most To Flame Spread |
|---|---|---|
| 1 | Count the ROOF as part of the highest story | [ ] Check if no flame spread OR same as material first ignited OR unable to determine |
| Story of fire origin    [ ] Below grade | Number of stories w/ minor damage (1 to 24% flame damage) | K1 UU Undetermined |
| | Number of stories w/ minor damage (25 to 49% flame damage) | from contributing most to flame spread |
| J2 Fire Spread | Number of stories w/ minor damage (50 to 74% flame damage) | K2 UU Undetermined |
| 4 [X] Confined to building of origin | 2 Number of stories w/ minor damage (75 to 100% flame damage) | Type of material contributing most to flame spread |

| L1 Presence of Detectors (in area of the fire) | L3 Detector Power Supply | L5 Detector Effectiveness Required if detector operated |
|---|---|---|
| 1 [X] Present | 7 [X] Multiple detectors and power supplies | [ ] |
| L2 Detector Type | L4 Detector Operation | L6 Detector Effectiveness Required if detector failed to operate |
| 6 [X] More than one type present | 3 [X] Detector failed to operate | 1 [X] Power failure, hardwired det. shut off, disconnect |

| M1 Presence of Automatic Extinguishment System | M3 Automatic Extinguishment System Failure Reason | M5 Automatic Extinguishment System Failure Reason |
|---|---|---|
| 1 [X] Present | 4 [X] System did not operate | Required if system failed |
| | | 1 [X] System shut off |
| M2 Type of Automatic Extinguishment System Required if fire was within designated range of AES | M4 Number of Sprinkler Heads Required if system operated | |
| 3 [X] Other sprinkler system | Number of sprinkler heads operating | |

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

| A | 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 | ☐ Delete | NFIRS - 9 |
|---|---|---|---|---|---|---|---|---|
| | FDID | State | Incident Date | Station | Incident Number | Exposure | ☐ Change | Apparatus or Resources |

| B | Apparatus or Resource | Dates and Times | | | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|
| | Use codes listed below | Check if same date as alarm date | | | [X] | | Check ONE box for each apparatus to indicate its main use at the incident. | |
| 14 | ID FM51 | Dispatch [X] | 03/19/2009 | 0128 | ☐ | 1 | [X] Other | |
| | | Arrival [X] | 03/19/2009 | 0152 | | | | |
| | Type 60 | Clear [X] | 03/19/2009 | 2031 | | | | |
| 15 | ID FE4 | Dispatch [X] | 03/19/2009 | 0239 | ☐ | 3 | [X] Suppression | |
| | | Arrival [X] | 03/19/2009 | 0300 | | | | |
| | Type 11 | Clear [X] | 03/19/2009 | 0604 | | | | |
| 16 | ID FM10 | Dispatch [X] | 03/19/2009 | 0639 | ☐ | 1 | [X] Other | |
| | | Arrival [X] | 03/19/2009 | 0640 | | | | |
| | Type 60 | Clear [X] | 03/19/2009 | 2031 | | | | |
| 17 | ID FQ5 | Dispatch [X] | 03/19/2009 | 0810 | ☐ | 4 | [X] Suppression | |
| | | Arrival [X] | 03/19/2009 | 0822 | | | | |
| | Type 13 | Clear [X] | 03/19/2009 | 1708 | | | | |
| 18 | ID FE8 | Dispatch [X] | 03/19/2009 | 1003 | ☐ | 6 | [X] Suppression | |
| | | Arrival ☐ | | | | | | |
| | Type 11 | Clear [X] | 03/19/2009 | 1012 | | | | |

**Type of Apparatus or Resource**

| Ground Fire Suppression | Aircraft | Medical & Rescue |
|---|---|---|
| 11 Engine | 41 Aircraft: fixed wing tanker | 71 Rescue unit |
| 12 Truck or aerial | 42 Helitanker | 72 Urban search & rescue unit |
| 13 Quint | 43 Helicopter | 73 High angle rescue unit |
| 14 Tanker & pumper combination | 40 Aircraft, other | 75 BLS unit |
| 16 Brush truck | | 76 ALS unit |
| 17 ARF (Aircraft Rescue and Firefighting) | Marine Equipment | 70 Medical and rescue unit, other |
| 10 Ground fire suppression, other | 51 Fire boat with pump | |
| | 52 Boat, no pump | Other |
| Heavy Ground Equipment | 50 Marine apparatus, other | 91 Mobile command post |
| 21 Dozer or plow | | 92 Chief officer car |
| 22 Tractor | Support Equipment | 93 HazMat unit |
| 24 Tanker or tender | 61 Breathing apparatus support | 94 Type 1 hand crew |
| 20 Heavy equipment, other | 62 Light and air unit | 95 Type 2 hand crew |
| | 60 Support apparatus, other | 99 Privately owned vehicle |
| | | 00 Other apparatus/resource |

More apparatus?
Use additional sheets.

NN None
UU Undetermined

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

| A | | | | | | | | | NFIRS - 9 Apparatus or Resources |
|---|---|---|---|---|---|---|---|---|---|
| 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 | ☐ Delete | | | |
| FDID | State | Incident Date | Station | Incident Number | Exposure | ☐ Change | | | |

| B | Apparatus or Resource | Dates and Times | | Sent ☐ | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|
| | Use codes listed below | Check if same date as alarm date | | | | Check ONE box for each apparatus to indicate its main use at the incident. | |
| 1  ID FE6  Type 11 | Dispatch [X] 03/19/2009 0056 / Arrival [X] 03/19/2009 0105 / Clear [X] 03/19/2009 0642 | | | ☐ | 3 | [X] Suppression | |
| 2  ID FBAT1  Type 92 | Dispatch [X] 03/19/2009 0105 / Arrival [X] 03/19/2009 0112 / Clear [X] 03/19/2009 1733 | | | ☐ | 1 | [X] Other | |
| 3  ID FE1  Type 11 | Dispatch [X] 03/19/2009 0105 / Arrival [X] 03/19/2009 0113 / Clear [X] 03/19/2009 1403 | | | ☐ | 4 | [X] Suppression | |
| 4  ID FE2  Type 11 | Dispatch [X] 03/19/2009 0105 / Arrival [X] 03/19/2009 0114 / Clear [X] 03/19/2009 0539 | | | ☐ | 4 | [X] Suppression | |
| 5  ID FL1  Type 12 | Dispatch [X] 03/19/2009 0105 / Arrival [X] 03/19/2009 0113 / Clear [X] 03/19/2009 1409 | | | ☐ | 3 | [X] Suppression | |
| 6  ID FR3  Type 71 | Dispatch [X] 03/19/2009 0105 / Arrival [X] 03/19/2009 0113 / Clear [X] 03/19/2009 0620 | | | ☐ | 4 | [X] EMS | |
| 7  ID FSQD1  Type 16 | Dispatch [X] 03/19/2009 0105 / Arrival [X] 03/19/2009 0111 / Clear [X] 03/19/2009 0651 | | | ☐ | 3 | [X] Suppression | |
| 8  ID FE7  Type 11 | Dispatch [X] 03/19/2009 0110 / Arrival [X] 03/19/2009 0119 / Clear [X] 03/19/2009 0638 | | | ☐ | 4 | [X] Suppression | |
| 9  ID FL10  Type 12 | Dispatch [X] 03/19/2009 0110 / Arrival [X] 03/19/2009 0127 / Clear [X] 03/19/2009 0636 | | | ☐ | 3 | [X] Suppression | |
| 10  ID FE8  Type 11 | Dispatch [X] 03/19/2009 0110 / Arrival [X] 03/19/2009 0119 / Clear [X] 03/19/2009 0617 | | | ☐ | 6 | [X] Suppression | |
| 11  ID FCHF4  Type 92 | Dispatch [X] 03/19/2009 0116 / Arrival [X] 03/19/2009 0116 / Clear [X] 03/19/2009 0807 | | | ☐ | 1 | [X] Other | |
| 12  ID FM41  Type 60 | Dispatch [X] 03/19/2009 0123 / Arrival [X] 03/19/2009 0152 / Clear [X] 03/19/2009 1812 | | | ☐ | 1 | [X] Other | |
| 13  ID FCHF2  Type 92 | Dispatch [X] 03/19/2009 0123 / Arrival [X] 03/19/2009 0147 / Clear [X] 03/19/2009 1001 | | | ☐ | 1 | [X] Other | |

**Type of Apparatus or Resource**

**Ground Fire Suppression**
11 Engine
12 Truck or aerial
13 Quint
14 Tanker & pumper combination
16 Brush truck
17 ARF (Aircraft Rescue and Firefighting)
10 Ground fire suppression, other

**Heavy Ground Equipment**
21 Dozer or plow
22 Tractor
24 Tanker or tender
20 Heavy equipment, other

**Aircraft**
41 Aircraft: fixed wing tasker
42 Helitanker
43 Helicopter
40 Aircraft, other

**Marine Equipment**
51 Fire boat with pump
52 Boat, no pump
50 Marine apparatus, other

**Support Equipment**
61 Breathing apparatus support
62 Light and air unit
60 Support apparatus, other

**Medical & Rescue**
71 Rescue unit
72 Urban search & rescue unit
73 High angle rescue unit
75 BLS unit
76 ALS unit
70 Medical and rescue unit, other

**Other**
91 Mobile command post
92 Chief officer car
93 Hazmat unit
94 Type 1 hand crew
95 Type 2 hand crew
99 Privately owned vehicle
00 Other apparatus/resource

More apparatus?
Use additional sheets.

NN None
UU Undetermined

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801      8282595636

| A | 01101<br>FDID | NC<br>State | 03/19/2009<br>Incident Date | F06<br>Station | 09003075<br>Incident Number | 00<br>Exposure | ☐ Delete<br>☐ Change | NFIRS - 10<br>Personnel |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel. |
|---|---|---|---|---|---|---|
| 17 | ID FR3<br>Type 71 | Dispatch ☒ 03/19/2009 0105<br>Arrival ☒ 03/19/2009 0113<br>Clear ☒ 03/19/2009 0620 | ☐ | 4 | ☒ EMS | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF336 | RILEY, MICHAEL P | FF2 | ☐ | | | | |
| AF212 | BOWEN, JEFFREY S | LT | ☐ | | | | |
| AF366 | MCCOLLUM, MICHAEL R | FFT | ☐ | | | | |
| AF187 | ROBERSON, HERBERT R | ENG | ☐ | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel. |
|---|---|---|---|---|---|---|
| 18 | ID FSQD1<br>Type 16 | Dispatch ☒ 03/19/2009 0105<br>Arrival ☒ 03/19/2009 0111<br>Clear ☒ 03/19/2009 0651 | ☐ | 3 | ☒ Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF332 | CAUGHORN, CARL E | FF2 | ☐ | | | | |
| AF288 | FOX, JEREMY | FF1 | ☐ | | | | |
| AF160 | WYATT, EDDIE E | LT | ☐ | | | | |

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

| A | 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 | ☐ Delete | NFIRS - 10 |
|---|---|---|---|---|---|---|---|---|
| | FDID | State | Incident Date | Station | Incident Number | Exposure | ☐ Change | Personnel |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|
| 12 ID FL10<br>Type 12 | Dispatch ☒ 03/19/2009 0110<br>Arrival ☒ 03/19/2009 0127<br>Clear ☒ 03/19/2009 0636 | | | ☐ | 3 | ☒ Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF302 | BROOKS, JEREMY C | FF2 | ☐ | | | | |
| AF167 | EDWARDS, MICHAEL D | ENG | ☐ | | | | |
| AF120 | MORROW, LARRY D | CAPT | ☐ | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|
| 13 ID FM10<br>Type 60 | Dispatch ☒ 03/19/2009 0639<br>Arrival ☒ 03/19/2009 0640<br>Clear ☒ 03/19/2009 2031 | | | ☐ | 1 | ☒ Other | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF181 | KEITH, ROBERT L | DFM | ☐ | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|
| 14 ID FM41<br>Type 60 | Dispatch ☒ 03/19/2009 0123<br>Arrival ☒ 03/19/2009 0152<br>Clear ☒ 03/19/2009 1812 | | | ☐ | 1 | ☒ Other | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|
| 15 ID FM51<br>Type 60 | Dispatch ☒ 03/19/2009 0128<br>Arrival ☒ 03/19/2009 0152<br>Clear ☒ 03/19/2009 2031 | | | ☐ | 1 | ☒ Other | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | Sent<br>☒ | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|
| 16 ID FQ5<br>Type 13 | Dispatch ☒ 03/19/2009 0810<br>Arrival ☒ 03/19/2009 0822<br>Clear ☒ 03/19/2009 1708 | | | ☐ | 4 | ☒ Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF095 | BUTLER, TOM J | ENG | ☐ | | | | |
| AF318 | HITESMAN, JAMES J | FFT | ☐ | | | | |
| AF197 | ZUENDT, DOUGLAS J | CAPT | ☐ | | | | |
| AF383 | ROBERTSON, JOHN S | FFT | ☐ | | | | |

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

| A | 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 | ☐ Delete | NFIRS - 10 |
| | FDID | State. | Incident Date | Station | Incident Number | Exposure | ☐ Change | Personnel |

| B Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| Use codes listed below: | Check if same date as alarm date | ☒ | | Check ONE box for each apparatus to indicate its main use at the incident. | List up to 4 actions for each apparatus and each personnel |

| 9 | ID FE8 | Dispatch ☒ 03/19/2009 0110 | ☐ | 6 | ☒ Suppression |
| | Type 11 | Arrival ☒ 03/19/2009 0119 | | | |
| | | Clear ☒ 03/19/2009 0617 | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF242 | ROBESON, JASON R | FF2 | ☐ | | | | |
| AF088 | CAUSEY, II, JIMMIE J | FF2 | ☐ | | | | |
| AF175 | FENDER, EDDIE D | ENG | ☐ | | | | |
| AF150 | DODSON, LARRY F | CAPT | ☐ | | | | |
| AF137 | METTS, BRYAN W | ENG | ☐ | | | | |
| AF375 | WETMORE, ZACHARY P | FFT | ☐ | | | | |

| B Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| Use codes listed below: | Check if same date as alarm date | ☒ | | Check ONE box for each apparatus to indicate its main use at the incident. | List up to 4 actions for each apparatus and each personnel |

| 10 | ID FE8 | Dispatch ☒ 03/19/2009 1003 | ☐ | 6 | ☒ Suppression |
| | Type 11 | Arrival ☐ | | | |
| | | Clear ☒ 03/19/2009 1012 | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF242 | ROBESON, JASON R | FF2 | ☐ | | | | |
| AF088 | CAUSEY, II, JIMMIE J | FF2 | ☐ | | | | |
| AF175 | FENDER, EDDIE D | ENG | ☐ | | | | |
| AF150 | DODSON, LARRY F | CAPT | ☐ | | | | |
| AF137 | METTS, BRYAN W | ENG | ☐ | | | | |
| AF375 | WETMORE, ZACHARY P | FFT | ☐ | | | | |
| AF242 | ROBESON, JASON R | FF2 | ☐ | | | | |
| AF088 | CAUSEY, II, JIMMIE J | FF2 | ☐ | | | | |
| AF175 | FENDER, EDDIE D | ENG | ☐ | | | | |
| AF150 | DODSON, LARRY F | CAPT | ☐ | | | | |
| AF137 | METTS, BRYAN W | ENG | ☐ | | | | |
| AF375 | WETMORE, ZACHARY P | FFT | ☐ | | | | |

| B Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| Use codes listed below: | Check if same date as alarm date | ☒ | | Check ONE box for each apparatus to indicate its main use at the incident. | List up to 4 actions for each apparatus and each personnel |

| 11 | ID FL1 | Dispatch ☒ 03/19/2009 0105 | ☐ | 3 | ☒ Suppression |
| | Type 12 | Arrival ☒ 03/19/2009 0113 | | | |
| | | Clear ☒ 03/19/2009 1409 | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF355 | GENETTI, DIMITRI N | FFT | ☐ | | | | |
| AF276 | MARLOWE, STEVEN D | ENG | ☐ | | | | |
| AF106 | ROLAND, MIKE T | CAPT | ☐ | | | | |

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801    8282595636

| A | | | | | | | | NFIRS – 10 Personnel |
|---|---|---|---|---|---|---|---|---|
| 01101 FDID | NC State | 03/19/2009 Incident Date | F06 Station | 09003075 Incident Number | 00 Exposure | ☐ Delete ☐ Change | | |

### Apparatus 6

| B | Apparatus or Resource Use codes listed below | Dates and Times Check if same date as alarm date | | | Sent [X] | Number of People | Use Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|
| 6. ID FE4 Type 11 | | Dispatch [X] 03/19/2009 0239 Arrival [X] 03/19/2009 0300 Clear [X] 03/19/2009 0604 | | | ☐ | 3 | [X] Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF225 | SHEPPARD, BARRY G | DFM | ☐ | | | | |
| AF374 | PARCELL, ERIK N | FFT | ☐ | | | | |
| AF128 | WILLOUGHBY, PETE A | CAPT | ☐ | | | | |

### Apparatus 7

| B | Apparatus or Resource Use codes listed below | Dates and Times Check if same date as alarm date | | | Sent [X] | Number of People | Use Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|
| 7. ID FE6 Type 11 | | Dispatch [X] 03/19/2009 0056 Arrival [X] 03/19/2009 0105 Clear [X] 03/19/2009 0642 | | | ☐ | 3 | [X] Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF073 | HENDRIX, GREG G | CAPT | ☐ | | | | |
| AF371 | LONG, JAKE W | FFT | ☐ | | | | |
| AF161 | WATTS, FLOYD (ALAN) A | ENG | ☐ | | | | |

### Apparatus 8

| B | Apparatus or Resource Use codes listed below | Dates and Times Check if same date as alarm date | | | Sent [X] | Number of People | Use Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|
| 8. ID FE7 Type 11 | | Dispatch [X] 03/19/2009 0110 Arrival [X] 03/19/2009 0119 Clear [X] 03/19/2009 0638 | | | ☐ | 4 | [X] Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF297 | BROOKS, CHAD C | FF2 | ☐ | | | | |
| AF314 | STAGEMAN, MICHAEL A | FF2 | ☐ | | | | |
| AF387 | BALLANCE, MATTHEW F | FFT | ☐ | | | | |
| AF204 | PONDER, JOY M | LT | ☐ | | | | |

### Apparatus 9

| B | Apparatus or Resource Use codes listed below | Dates and Times Check if same date as alarm date | | | Sent [X] | Number of People | Use Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|
| 9. ID FE8 Type 11 | | Dispatch [X] 03/19/2009 0110 Arrival [X] 03/19/2009 0119 Clear [X] 03/19/2009 0617 | | | ☐ | 6 | [X] Suppression | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF242 | ROBESON, JASON R | FF2 | ☐ | | | | |
| AF088 | CAUSEY, II, JIMMIE J | FF2 | ☐ | | | | |
| AF175 | FENDER, EDDIE D | ENG | ☐ | | | | |
| AF150 | DODSON, LARRY F | CAPT | ☐ | | | | |
| AF137 | METTS, BRYAN W | ENG | ☐ | | | | |
| AF375 | WETMORE, ZACHARY P | FFT | ☐ | | | | |

ASHEVILLE FIRE RESCUE - 100 COURT PLAZA, ASHEVILLE, NC 28801        8282595636

| A | 01101 | NC | 03/19/2009 | F06 | 09003075 | 00 | ☐ Delete | NFIRS - 10 |
|---|---|---|---|---|---|---|---|---|
| | FDID | State | Incident Date | Station | Incident Number | Exposure | ☐ Change | Personnel |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | | | Sent | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ID  FBAT1 | Dispatch | X | 03/19/2009 | 0105 | ☐ | 1 | | |
| | | Arrival | X | 03/19/2009 | 0112 | | | X Other | |
| | Type  92 | Clear | X | 03/19/2009 | 1733 | | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF130 | HENDREN, BARRY L | BATCH | ☐ | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | | | Sent | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ID  FCHF2 | Dispatch | X | 03/19/2009 | 0123 | X | 1 | | |
| | | Arrival | X | 03/19/2009 | 0147 | | | X Other | |
| | Type  92 | Clear | X | 03/19/2009 | 1001 | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | | | Sent | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|---|
| 3 | ID  FCHF4 | Dispatch | X | 03/19/2009 | 0116 | X | 1 | | |
| | | Arrival | X | 03/19/2009 | 0116 | | | X Other | |
| | Type  92 | Clear | X | 03/19/2009 | 0807 | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | | | Sent | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ID  FE1 | Dispatch | X | 03/19/2009 | 0105 | X | 4 | | |
| | | Arrival | X | 03/19/2009 | 0113 | | | X Suppression | |
| | Type  11 | Clear | X | 03/19/2009 | 1403 | | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF316 | JOHNSON, ERIC C | FF2 | ☐ | | | | |
| AF377 | RHINEHART, STEVEN D | FFT | ☐ | | | | |
| AF092 | MCCOY, MICHAEL L | CAPT | ☐ | | | | |
| AF329 | PIGMAN, ANNA L | FFT | ☐ | | | | |

| B | Apparatus or Resource<br>Use codes listed below | Dates and Times<br>Check if same date as alarm date | | | | Sent | Number of People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ID  FE2 | Dispatch | X | 03/19/2009 | 0105 | X | 4 | | |
| | | Arrival | X | 03/19/2009 | 0114 | | | X Suppression | |
| | Type  11 | Clear | X | 03/19/2009 | 0539 | | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AF134 | RADFORD, KEN J | CART | ☐ | | | | |
| AF170 | SHUART, KAREN A | ENG | ☐ | | | | |
| AF301 | WALKER, PAUL P | FF2 | ☐ | | | | |
| AF383 | ROBERTSON, JOHN S | FFT | ☐ | | | | |