# EXHIBIT "E"

## LONG, PARKER, WARREN, ANDERSON & PAYNE, P.A.

ATTORNEYS AT LAW
14 SOUTH PACK SQUARE, SUITE 600
ASHEVILLE, NORTH CAROLINA  28801

(828) 258-2296

ROBERT B. LONG, JR.
WILLIAM A. PARKER
STEVE R. WARREN
PHILIP S. ANDERSON
RONALD K. PAYNE
ANDREW B. PARKER

*MAILING ADDRESS*
Post Office Box 7216
Asheville, NC  28802

*FACSIMILE*
(828) 253-1073

May 29, 2009

Michael R. Nelson
Nelson Levine de Luca & Horst, LLC
518 Township Line Road, Suite 300
Blue Bell, PA  19422

> RE:  Policyholder: The Hammocks, LLC d/b/a "The Richmond
>      Hill Inn"
>      Fire Loss
>      Date of Loss: March 19, 2009
>      Harleysville Insurance Claim Nº:  S0-840619

Dear Mr. Nelson:

Pursuant to David Brown's directions, I have enclosed an original Proof of Loss on behalf of the Hammocks, LLC, and I am providing a copy to Mr. Brown under cover of this letter.

If you have any questions, please call me.

                                            Sincerely,

                                            Ronald K. Payne

enclosures
cc (w/o enclosures):
    David L. Brown

# SWORN STATEMENT IN PROOF OF LOSS

$ 16,240,000.00
AMOUNT OF POLICY AT TIME OF LOSS
10/19/08          10/19/09
DATE ISSUED       DATE EXPIRES

OF 3M 2977
POLICY NUMBER
32-9597- White Insurance Agency
AGENT

To the Harleysville Mutual Insurance Company
of Harleysville, Pa.
At the time of loss, by the above indicated policy of insurance you insured The Hammocks, LLC
_d/b/a The Richmond Hill Inn
against loss by fire or other casualty  to the property described under Schedule "A", according to the
terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. Time and Origin: A fire loss occurred about the hour of one o'clock A M on
the 19th day of March , 20 09 . The cause and origin of the loss were: unknown

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows,
and for no other purpose whatsoever: A historic mansion used as a hotel and restaurant

3. Title and Interest: At the time of the loss the interest of your insured in the property described herein was
fee simple interest . No other person or persons had any interest therein or encumbrance thereon, except:
Richmond Hill, Inc. by virtue of a deed of trust, William Gray, Ervin Leasing (phone system
4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy West End
possession, location, or exposure of the property described, except: none (coffee
                                                                              utensils)
5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss,
$ 16,240,000.00 as more particularly specified in the apportionment attached under Schedule "C", besides
which there was no policy or other contract of insurance, written or oral, valid or invalid.
6. The Actual Cash Value of said property at the time of the loss was.........................$ 13,240,000.00 -all property
7. The Whole Loss and Damage was .....................................................$ 6,041,563.00 + amount to be
8. Less Amount of Deductible ..........................................................$ 20,000.00  determined
9. The Amount Claimed under the above numbered policy is.............................$ 6,021,563.00 + amount to be
                                                                                                     determined

The said loss did not originate by any act, design, or procurement on the part of your insured, or this affiant; nothing has been
done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void;
no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no
property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss,
has in any manner been made. Any other information that may be required will be furnished and considered a part of this
proof.

The Insured hereby covenants that no release has been, or will be given to, or settlement, or compromise made with any third
party who may be liable in damages to the Insured, and the Insured in consideration of the payment made under this policy
hereby subrogates the said Company to all rights and causes of action the said Insured has against any person, persons, or
corporations whomsoever for damage arising out of or incident to said loss, or damage to said property and authorizes said
Company to sue in the name of the Insured but at the cost of the Company any such third party, pledging full cooperation in
such action.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver
any of its rights.

SIGNATURE
                                              Manager, The Hammocks, LLC
NOTARY: State of North Carolina ; County of Buncombe ; SS
On this 28th day of May , 20 09 , before me appeared William Gilman Gray,
Manager of the Hammocks, LLC d/b/a The Richmond Hill Inn
who is known to be the person(s) named herein and who voluntarily executed this release.

Notary Signature                              7-28-09
                                              Date Commission Expires

Form 2170F
© 2003 Nationwide Publishing Company, Inc.
http://www.claimspages.com

ROBIN WILSON RAMSEY
NOTARY
PUBLIC
BUNCOMBE, CO., N.C.

## SCHEDULE "A" POLICY FORM

Policy Form Nbr:    COP 7113                                              Dated:    3/06

Item 1. $ 11,740,000.00    on Buildings, (agreed value 87 Richmond Hill Drive $5,089,119.00)
Item 2. $ 1,500,000.00     on Blanket Business Personal Property
Item 3. $ 3,000,000.00     on Blanket Total Income Coverage
Item 4. $ limits           on Various Supplemental Coverages
Situated 86-88 Richmond Hill Drive, Asheville, NC 28806
Coinsurance, Average, Distribution or Deductible Clauses, if any $20,000 deductible ($10,000 buildings, $10,000
Loss, if any, payable to  The Hammocks LLC d/b/a Richmond Hill Inn                                    personal
       debtor in possession 09-10332                                                                 property)

### SCHEDULE "B"
#### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| QUANTITY | ITEM | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
| | 87 Richmond Hill Drive (Inn, Manison) | 5,089,119.00 | 5,089,119.00 |
| | | | |
| | | | |
| | SEE ATTACHED SCHEDULE "B" FOR OTHER CLAIMS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS: | | | |

### SCHEDULE "C" – APPORTIONMENT

| POLICY NBR | EXPIRES | NAME OF COMPANY | ITEM NBR | | ITEM NBR | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
| | | NONE | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS: | | | | | | |

                                                                    _____  Adjuster

### RECEIPT FOR PAYMENT

Received _____
Dollars ($_____) from _____
_____ (insurer) in full satisfaction
and indemnity for all claims and demands upon said company on account of said loss and damage and the said policy is
hereby _____ (State whether Reduced, Reduced and Reinstated or Canceled by payment).


Date _____          Signature _____

Date _____          Signature of the Mortgagee

Form 2170F
© 2003 Nationwide Publishing Company, Inc.
http://www.claimspages.com

## SCHEDULE '"B"

| QUANITY | ITEM | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
| | Furniture, Furnishings and decorations  (per attachment) | $616,357.00 | $616,357.00 |
| | Linens, Housekeeping supplies, office supplies (per attachment) | 20,630.00 | 20,630.00 |
| | Wine, alcohol, beer and food stock (per attachment) | 50,564.00 | 50,564.00 |
| | China and Silver (per attachment) | 39,730.00 | 39,730.00 |
| | 9 Heat pumps, key machine, tools, etc. (per attachment) | 40,834.00 | 40,834.00 |
| | Debris Removal (per estimate attached) | 38,400.00 | 38,400.00 |
| | Debris Removal (not included in estimate approximation) | 10,000.00 | 10,000.00 |
| | Lost Net Income (approximation per statement) | 63,262.00 | 63,262.00 |
| | Labor incurred in connection with fire | 15,871.00 | 15,871.00 |
| | Items in basement including but not limited to walk-in cooler, walk-in freezer, wine closet, desk, dining room linens | To be determined | To be determined |
| | Kitchen items, including but not limited to Range Hood, Ovens, Microwaves, Commercial Bread Warmers, 2 Commercial Gas Stoves, Grill, Griddle, Refrigerators, Coolers for Meats, Coolers For Produce, Warming units, Commercial Dishwasher, Expresso Machine, Coffee Makers, Mixers, Ice Maker, Cooking Utensils, other kitchen utensils and phone system for mansion | To be determined | To be determined |
| | Plants, landscaping, sump pumps for waterfalls, irrigation system for gardens and yards.  Plants in greenhouse, cottages, Carriage house (per attachment) | 56,814.00 | 56,814.00 |

Room      Outside furniture of the Manor

| | | |
|---|---|---|
| Fifteen green wooden rockers | 150.00 each | 2,250.00 |
| Five round metal tables | 50.00 each | 250.00 |
| Three 4x8 floor rugs | 30.00 each | 90.00 |
| Two stone smoking urines | 100.00 each | 200.00 |
| One metal pedestal ash tray | 75.00 each | 75.00 |
| One antique black buggy | 15,000.00 | 15,000.00 |
| One trash can/ash tray combination | 100.00 each | 100.00 |
| Two One large stone pot with trees | 200.00 each | 400.00 |

Total = $18,365.00

Room        Manor Grand foyer

| | |
|---|---|
| One large wood grandfather clock | 3,000.00 |
| One wood and leather gray desk chair | 120.00 |
| One two drawer wooden file cabinet | 100.00 |
| One five drawer wooden desk | 200.00 |
| One four piece desk set - Pearson | 60.00 |
| Two ceramic desk lamps | 400.00 |
| One brown vase with flower arrangement | 150.00 |
| One brass pot with flower | 100.00 |
| Two half round wood tables with glass tops | 400.00 |
| One wood lamp | 200.00 |
| One ceramic vase and arrangement | 100.00 |
| One black antique table | 1,000.00 |
| Two upholstered love seats | 600.00 |
| One custom grand foyer rug | 3,000.00 |
| One fire screen | 200.00 |
| Five large gold framed family wall oil paintings | 25,000.00 |
| Two square ceramic vases with stands - chinese | 600.00 |
| One wooden two drawer drop leg table - Antique | 500.00 |
| One stone pot with arrangement | 100.00 |
| Two upholstered chairs with matching pillows | 1,200.00 |
| One two cushion upholstered couch with pillows | 1,200.00 |
| One round pillow | 50.00 |
| Two wooden drop leaf tables with glass tops | 1,200.00 |
| Two red ceramic table lamps | 400.00 |
| Two coffee table books | 100.00 |
| Four wood table lamps | 500.00 |
| One seven drawer chest - Antique mahagony | 1,500.00 |
| One five drawer chest | 1,200.00 |
| One umbrella jar - black and white | 200.00 |
| One umbrella holder - brass and four umbrellas | 200.00 |
| One cushion deacon's bench | 600.00 |
| Nine croquet racket and seven balls, three games | 80.00 |
| Four umbrellas, 38 VCRs, 20 CDs, Sony CD player, tuner | 600.00 |

Total = $ 99,860.00

Room        Manor sitting area

| | |
|---|---|
| One coffee table | 600.00 |
| One round scalloped edge wood table | 1,200.00 |
| One brass bell | 100.00 |
| Two brass and crystal lamps | 400.00 |
| Two oriental type temple jars with lids | 1,200.00 |
| One cloth three cushion sofa | 1,200.00 |
| One baby grand piano – Steinway | 15,000.00 |
| One square wooden back table | 400.00 |
| One wooden base flower arrangement | 200.00 |
| One three drawer wood table | 500.00 |
| Two white ceramic serving bowls | 300.00 |
| ~~Two wood wall painted boards~~ \ MIRROR | 1,000.00 |
| One wood floor lamp | 200.00 |
| One 9x12 antiques floor rug | 1,600.00 |
| One fire screen | 200.00 |
| One fan fold fire screen | 125.00 |
| One gold mirror | 500.00 |
| Two lamps with crystal prisms | 500.00 |

Total: $25,225.00

Room        Manor first floor bar

| | |
|---|---|
| One RCA television with remote | 100.00 |
| One book | 10.00 |
| Five window wood blinds | 1,000.00 |
| One wood teachers podium | 300.00 |
| One wood antique crank music box | 200.00 |
| One brass ships compass | 800.00 |
| Three brass floor lamps | 300.00 |
| One granite top bar with brass foot rest | 1,800.00 |
| Fifteen glass bar stem ware | |
| Three glass decanters | |
| One pepper grinder | 12.00 |
| One desert plate | 15.00 |
| One glass vase with arrangement | 60.00 |
| Five table candles holders | 100.00 |
| One ceramic and brass globe and stand | 100.00 |
| One wood serving tray and stand | 300.00 |
| One wood pedestal liquor stand - Antique | 600.00 |
| Eight leather bar stools    150.00 each | 1,200.00 |
| Three round wood bar tables    250.00 each | 750.00 |
| One gold framed oil painting of Richmond Pearson | 5,000.00 |
| Two oriental type vases | 600.00 |
| One ceramic pot with arrangement | 150.00 |
| One fire screen | 150.00 |
| One 10x12 oriental type rug | 1,200.00 |
| Two brass wall plaques | 200.00 |
| Five hundred and nine books - antique Pearson 10.00 each | 5,090.00 |
| Nine plates and stands | |
| Twelve cup and saucers - Satsuma Japanese Antique | 900.00 |
| One tea pot and creamer, ceramic water pitcher  Antique Satsuma | |
| Two ceramic square vases | 200.00 |
| One pair of antique oriental type shoes, telescope in box | 200.00 |
| One framed print, one print, one brass four foot horn | 400.00 |

**Total = $ 21,737.00**

Room        Manor Office Area

| Item | Price |
|------|------|
| One A&B two door- drop type safe | 1,200.00 |
| One ten pound ABC fire extinguisher | 30.00 |
| One black metal desk lamp | 40.00 |
| One OKI micro line 320 printer | 400.00 |
| One Lucent tec cut printer | 300.00 |
| One three shelf wire rack | 60.00 |
| One 2800 system key card printer | 2,500.00 |
| One HP 1320 printer | 600.00 |
| One Dell 5/50 computer tower and 17" monitor, key board, mouse. | 800.00 |
| One brass multifunction desk lamp | 80.00 |
| One MP 27D adding machine | 40.00 |
| One six foot wood office desk | 300.00 |
| One floor lamp | 100.00 |
| One two drawer wood file cabinet | 200.00 |
| One Sentry digital floor safe | 150.00 |
| One upholstered office chair with arms | 600.00 |
| One wood blind | 100.00 |
| One waste basket | 10.00 |
| One framed Richmond Hill print | 60.00 |
| Two award plaques | 200.00 |

Total = $7,770.00

Room        Grand Ballroom in Manor

| | | |
|---|---|---|
| Seven folding tables | | 700.00 |
| Sixteen leather bottom chairs | 200.00 each | 3,200.00 |
| One wicker chair | | 200.00 |
| One curved wood top folding table | | 150.00 |
| One wash rack  - Edwardian - Antique | | 500.00 |
| Eight window curtains - drapes - Long | 400.00 each | 3,200.00 |
| Three window blinds - wood | 400.00 each | 1,200.00 |
| Two oriental type ceramic ginger jars with lids | 300.00 each | 600.00 |
| Two tall glass bud vases | | 120.00 |
| Two oil candles with holders | | 40.00 |
| One large ceramic plate and stand | | 600.00 |
| One wood four drawer side board | | 800.00 |
| Eighteen large knives  - stock | | |
| Five butter knives - stock | | |
| Fifteen forks - stock | | |
| Three gold rimed desert plates | 100.00 each | 300.00 |
| One ice tea spoon - stock | | |
| Two saucers   -        stock | | |
| Fifteen chargers | 80.00 each | 1,200.00 |
| Twenty two stem glasses | | |
| Two plastic silverware holders | | |
| One 18x24 oriental type floor rug | | 12,000.00 |
| One ceramic pot with arrangement | | 200.00 |
| One large plastic trash can | | 20.00 |
| One marble top wood side table | | 900.00 |

Total = $25,950.00

Room    . Manor first floor side dinning room

| | | |
|---|---|---|
| One wood serving cart | | 200.00 |
| Two ceramic table lamps | | 400.00 |
| One marble top wood seven drawer side board | | 1,800.00 |
| Twelve glass stem ware - spiegelau | | |
| One salt and pepper shakers | | |
| Twelve glass candle holders with candles | 36.00 each | 432.00 |
| One cup and saucer | | |
| Thirteen wood and leather dinning chairs | 200.00 each | 2,600.00 |
| One glass bowl with arrangement | | 100.00 |
| Two wicker baskets with plants and stand | | 100.00 |
| Three wood window blinds | 200.00 each | 600.00 |
| One 12x15 oriental type floor rug | | 1,600.00 |
| One wood waste basket | | 30.00 |
| Two oil candles | | 60.00 |
| One side serving table seven foot | , | 600.00 |
| One wood 5x12 dinning table | ' | 3,000.00 |
| Two pots with arrangements | | 600.00 |
| One gold framed oil painting | | 8,000.00 |
| One fire screen | | 150.00 |

Total = $ 63,090.00

## William Gray's items contributed to Mansion

### Pages 1-2

| | | |
|---|---|---|
| 2-19th Century Rose Medallion Temple Vases- 5 feet tall | | 20,000.00 |
| 9-Antique fireplace Tools | 50.00 each | 450.00 |
| 3-Brass Antique fireplace fans | 50.00 each | 150.00 |
| 2- Large crystal chandeliers | | 12,000.00 |
| 1-Czeck New Crystal Chandelier – Large | | 3,000.00 |
| 1-Antique Spanish Crystal Chandelier –Large | | 1,500.00 |
| 1-Smaller antique crystal chandelier | | 2,000.00 |
| 1-Large Brass antique chandelier | | 1,200.00 |
| 2-Dark blue Satsuma Vases-19th Century-with stands | | 200.00 |
| 1-19th Century English water color-country side pond scene | | 400.00 |
| 1-19th Century oil painting-mother & child | | 1,800.00 |
| 2-Sets of tea & coffee service-Satsuma-Japanese-early 20th century | | 120.00 |
| 4-Japanese Kutani-Ginger Jars-19th Century-floral with birds | | 800.00 |
| 1-Rose Medallion Tea Caddy-Chinese 19th Century | | 300.00 |
| 3-Silverplated wine bottle holders-display | 100.00 each | 300.00 |
| 2-Sets Silver plated Candleholders-19th Century | 150.00 each set | 1,600.00 |
| 2-19th Century Chinese blue & white ginger jars with wooden stands | | 600.00 |
| 1- Blue & white Imari-Japanese Charger-19th Century | | 720.00 |
| 1-Cherry Blossom flower arrangement-silk | | 500.00 |
| 1-Carved Chinese screen-20th century – 3 panels | | 800.00 |
| 1-Edwardian English buffet-antique | | 300.00 |
| 1-Country style china chest – 19th century | | 800.00 |
| 2-Satsuma Vases-12in- 19th century | | 800.00 |
| 2-18th Century Chinese porcelain vases- birds & flowers | | 200.00 |
| 2-20th Century Chinese porcelain vases- birds & flowers | | 1,000.00 |
| 2-Large Imari-Japanese vases, 3-4ft tall- orange & blue | | 200.00 |
| 2-Large Polychrome ceramic statues-man & woman-20th century | | |
| 1-Pair Chinese cloisonné vases-multi color design | | 150.00 |
| 1-Silk painted Chinese Screens- 6 panels-12in | | 200.00 |
| 1-Black & gold lacquer tray Chinese-19th century | | 600.00 |
| 1-Cloisonne charger- Japanese-early 20th century | | 800.00 |
| 1-Sung dynasty incense-brass bowls and vases 19th & 20th century | | 600.00 |
| 1-Kutani tea set-Japanese early 20th century | | 200.00 |
| 1-Japanese Satsuma dinner set 8plates, cups & saucers | | 1,000.00 |
| 1-Victorian parlor set 5peices newly upholstered, sofa, 2chairs, and 2 end tables | | 1,600.00 |
| 1-3-tiered mahogany table 19th century | | 300.00 |
| 2-Balinese wood carvings – Indonesian | | 100.00 |
| 4-Oriental tea pots | | 80.00 |
| 1-Pair French hand painted porcelain vases 19th century | | 1,200.00 |
| 1-Ladies bonnet for riding-19th century | | 60.00 |
| 1-Antique shawl-ladies-lace | | 30.00 |

24-Place settings, cups & saucers, dessert plates. Country rose pattern English tea pattern.    1,200.00

2-Tea pots of country rose pattern English design    180.00

4-3-tiered serving trays-country rose pattern –china    240.00

6-Serving platters-country rose pattern    320.00

4-Sets of cream & sugar service-country rose pattern    160.00

4-Silver plated wine cooler buckets    400.00

1-Silver platted punch bowl    600.00

1-Small oil painting 19th century scene    300.00

1-Large print of 19th century country scene picture    50.00

1-3-looped gold guild mirror    180.00

1-Large oval gold guild mirror    250.0

3-Small gold guild bathroom mirrors    60.0

Total = $ 58,680.00

**Room**    **Manor Third floor Common Area**

| | | |
|---|---|---|
| Eleven centry fire extinguishers | 60.00 each | 660.00 |
| One east lake upholstered love seat | | 400.00 |
| One small framed print | | 40.00 |
| One oriental type plant stand | | 200.00 |
| One wood back chair | | 100.00 |
| Twenty four books | | 50.00 |
| One three level wood book shelf | | 200.00 |
| Two brass figurine book ends | | 100.00 |
| One ceramic oriental type vase | | 200.00 |
| One wood framed print | | 100.00 |
| One three shelf wood book case with glass doors | | 200.00 |
| One small ceramic vase | | 50.00 |
| One oriental type covered bowl | | 150.00 |
| One viro game | | 10.00 |
| One wicker bottom wood chair | | 100.00 |
| Two wood plant stands | | 100.00 |
| One oriental type flower pot and stand | | 100.00 |
| One brass floor lamp | | 100.00 |
| One drop leaf table | | 300.00 |
| One Duncan Phyfe solfa | | 400.00 |
| One framed duck print | | 100.00 |
| One round wall mirror | | 300.00 |
| One asian tea pot | | 50.00 |
| Two framed prints | | 100.00 |

Total = $ 9,130.00

Room    Second floor Common Area

| | |
|---|---|
| One large framed oil painting ~ Victoria Landscape | 5,000.00 |
| Three framed mirrors | 3,000.00 |
| One Amerex fire extinguisher | 40.00 |
| One upholstered antique love seat | 300.00 |
| One framed print | 100.00 |
| One green flower print valance | 200.00 |
| One hall runner 2x30 ~ Persian Rug | 3,000.00 |
| One waste basket | 20.00 |
| Two 3x12 floor runners ~ persian | 400.00 |
| One framed mirror | 1,000.00 |
| One brass table lamp | 100.00 |
| One one drawer wood large side table | 600.00 |
| One Amerix fire extinguisher | 50.00 |
| Three wood upholstered chairs | 300.00 |
| One oriental type vase with stand | 400.00 |
| One three sided wood glass display case | 500.00 |
| Four figurines, five bud vases, one budda figure | 1,000.00 |
| One black vase with stand | 300.00 |
| One framed print ~ Antique | 500.00 |
| One large oil painting of mother and child ~ stairway wall | 15,000.00 |
| One Manitowoc series 150 ice machine | 1,000.00 |
| One Kenmore refrigerator | 500.00 |
| One framed print | 200.00 |
| One large wood and glass wall mirror | 1,000.00 |
| One small square table | 300.00 |

Total = $ 35,230.00

**Room        Manor Dinning area**

| Item | | Value |
|---|---|---|
| One framed oil painting | | 5,000.00 |
| One oval serving table wood | | 800.00 |
| One framed gold mirror | | 1,200.00 |
| Two ceramic vases | 300.00 each | 600.00 |
| Two fire screens | 200.00 each | 400.00 |
| One brass coal box | | 300.00 |
| One gold frame oil painting – Sheppard + sheep – mountain | | 5,000.00 |
| Two ceramic plates with stands | | 300.00 |
| One oriental type vase | | 400.00 |
| One marble top side board antique | | 1,500.00 |
| One framed oil painting | | 3,000.00 |
| One gold framed mirror | | 600.00 |
| One wood plant stand | | 120.00 |
| Two brass vase with flower arrangements | | 200.00 |
| One crystal double light table lamp | | 300.00 |
| One wood side table | | 500.00 |
| Two brass double light lamps | | 200.00 |
| One ceramic flower vase | | 100.00 |
| One oriental type vase and stand | | 400.00 |
| One bust of Bethoven | | 300.00 |
| One two door mahogany cabinet | | 500.00 |
| One five door wood side table | | 2,000.00 |
| One round ceramic flower bowl | | 1,000.00 |
| One wood folding top table | | 300.00 |
| One white shaded table lamp | | 200.00 |
| Two leather and wood armed chairs | 600.00 each | 100.00 |
| One wing backed upholstered chair | | 1,200.00 |
| One wood and upholstered chair | | 600.00 |
| Two hundred eighty stemmed wine glasses | | 500.00 |
| Ten glass flower vases | | 200.00 |
| Sixteen coffee cups | | |
| Twenty saucers | | |
| Seventeen square dinning tables | 200.00 | 3,400.00 |

**Room       Manor Dinning area  continued**

| | | |
|---|---|---|
| Twenty one chairs with wicker backs | 300.00 each | 6,300.00 |
| Three topiary plants with brass pots and metal stands | 300.00 each | 900.00 |
| Twenty three wood dinning chairs with leather seats | 200.00 each | 4,600.00 |
| One wood small secretary | | 600.00 |
| Two framed wall prints | | 300.00 |
| One small wood serving table | | 100.00 |
| One four panel screen | | 400.00 |
| One wood plant stand | | 100.00 |
| One silk plant with clay pot | | 80.00 |
| One wood side table with claw feet | | 500.00 |
| One two door wood china storage cabinet | | 3,000.00 |
| Two brass candle stands | | 50.00 |
| One flower arrangement with glass disk | | 100.00 |
| One tea caddy with assorted tea bags | | 300.00 |

Total = $43,250.00

Room      Manor Service area off Kitchen

One Delifield/Alco freezer stainless steel, does not work ____ 0
Fifteen silver service trays            150.00  each      2,250.00
Five champagne buckets                  100.00  each        500.00
Six silver coffee pots                  300.00  each      1,800.00
Thirteen silver water pots pitcher      150.00  each      1,950.00
Two double eye Bunn coffee warmers              45.00 each   130.00
One Sharp adding machine                                     60.00
Three silver top decanters - crystal    100.00  each        300.00
Two crystal water decanters             150.00   "          300.00
Twenty one crystal flower vases         100.00   "        2,100.00
One white stoneware cake plate                              100.00
One Tramsen stainless steel commercial upright cooler     3,000.00
One Eurocave upright wine cooler                          3,000.00

Total = $15,490.00

## Room      Gail Godwin

| Item | | |
|---|---|---|
| Two folding luggage racks | 40.00 each | 80.00 |
| Two Richmond Hill robes | 90.00 each | 180.00 |
| One umbrella – Richmond Hill Logo | | 60.00 |
| One queen bed with upholstered head board | | 1,000.00 |
| One queen box springs and mattress | | 1,600.00 |
| One decorator pillow | | 100.00 |
| Two trash cans | | 30.00 |
| One wood table | | 200.00 |
| One wall mount hair dryer | | 80.00 |
| One round wood framed mirror | | 100.00 |
| One three shelf wicker book case | | 200.00 |
| One telephone | | 40.00 |
| One CD player with one CD | | 80.00 |
| One ice bucket/tray/four glasses | | 100.00 |
| Nineteen books | | 190.00 |
| One two shelf glass front book case | | 120.00 |
| Two framed wall prints | | 200.00 |
| One small wood drop front secretary | | 600.00 |
| One wicker basket and top | | 30.00 |
| One glass flower vase | | 20.00 |
| One upholstered chair | | 300.00 |
| One small square upholstered chair | | 150.00 |
| One brass floor lamp | | 120.00 |
| One Zenith television with remote – Flat screen | | 400.00 |
| One three drawer oak dresser with mirror | | 600.00 |
| One brass table lamp | | 100.00 |

Total = $6,680.00

**Room      Carl Sandberg**

| Item | Price |
|---|---|
| One queen large antique wood bed | 1,200.00 |
| One queen box springs and mattress | 1,600.00 |
| Two decorator pillows | 200.00 |
| One telephone | 40.00 |
| One black framed mirror | 100.00 |
| Two metal table lamps | 200.00 |
| One two drawer wood drop leaf side table | 400.00 |
| One round wood side table | 300.00 |
| Two luggage racks    40.00 each | 80.00 |
| Two Richmond Hill robes    90.00 each | 180.00 |
| Two framed wall prints | 200.00 |
| Two trash cans | 30.00 |
| One wall mount hair dryer | 80.00 |
| One framed wood wall mirror | 100.00 |
| Two white wicker square table | 400.00 |
| Twenty one books | 210.00 |
| One two shelf glass door book case | 120.00 |
| One brass vase | 80.00 |
| One glass flower vase | 20.00 |
| One ice bucket/tray/four glasses | 100.00 |
| One wood floor lamp | 120.00 |
| One upholstered chair | 400.00 |
| One wicker bottom wood chair | 200.00 |
| One small wood table | 100.00 |
| One ~~Zenith~~ television and remote . Flat Screen | 400.00 |
| One six drawer chest | 800.00 |
| One CD | 10.00 |
| One CD Player | 80.00 |

Total = $7,750.00

**Room    Wilma Dykeman**

| | | |
|---|---|---|
| **Two Richmond Hill robes** | 90.00 each | 180.00 |
| **Two night stands** | | 400.00 |
| **Two black metal table lamps** | | 200.00 |
| **One queen upholstered head board bed** | | 1,200.00 |
| **One queen box springs and mattress** | | 1,600.00 |
| **Two white ceramic lamps** | | 300.00 |
| **One telephone** | | 40.00 |
| **One ice bucket/tray/four glasses** | | 100.00 |
| **One glass flower vase** | | 20.00 |
| **One three drawer mirrored dresser** | | 600.00 |
| **Eighteen books** | | 180.00 |
| **One two shelf glass door book case** | | 300.00 |
| **One JVC television with remote** | | 400.00 |
| **One GE clock radio** | | 50.00 |
| **Two framed wall prints** | | 200.00 |
| **One wing back upholstered chair** | | 400.00 |
| **One small upholstered chair with pillow** | | 300.00 |
| **Two trash cans** | | 30.00 |
| **One wall mount hair dryer** | | 80.00 |
| **One wood framed wall mirror** | | 100.00 |
| **One three shelf wicker floor stand** | | 200.00 |
| **Two decorator pillows** | | 200.00 |

Total=$ 7,080.00

**Room      John Ehle**

| Item | | Value |
|---|---|---|
| **Two wood night stands** | | 300.00 |
| **One telephone** | | 40.00 |
| **Two decorator pillows** | | 100.00 |
| **One RCA DVD/radio** | | 80.00 |
| **One folding luggage rack** | | 40.00 |
| **Two Richmond Hill robes** | 90.00 each | 180.00 |
| **Two trash cans** | | 30.00 |
| **One white wicker table** | | 200.00 |
| **One wall mount hair dryer** | | 80.00 |
| **One glass wall mirror** | | 200.00 |
| **One wood framed wall mirror** | | 200.00 |
| **Twenty four books** | | 240.00 |
| **One wood two shelf book case with glass doors** | | 120.00 |
| **One ice bucket/tray/four glasses** | | 100.00 |
| **One ~~Zenith~~ TV with remote** ~Flat Screen | | 400.00 |
| **One wood marble top three drawer chest** | | 600.00 |
| **One glass flower vase** | | 20.00 |
| **One wood frame wall mirror** | | 200.00 |
| **Two wood framed wall prints** | | 200.00 |
| **Two window seats with cushions** | | 300.00 |
| **One upholstered chaise lounge** | | 400.00 |
| **One wicker basket** | | 10.00 |
| **One green wicker table** | | 100.00 |
| **One upholstered chair** | | 400.00 |
| **One floor brass lamp** | | 120.00 |
| **One queen upholstered head board bed** | | 1,200.00 |
| **One queen box springs and mattress** | | 1,600.00 |

Total = $ 7,180.00

**Room        F. Scott Fitzgerald**

| | |
|---|---|
| **One queen wood sleigh bed** | $ 800.00 |
| **One queen box springs and mattress** | 1,600.00 |
| **Four decorator pillows** | 400.00 |
| **Two pillow shams** | 100.00 |
| **One glass top round table with skirt** | 150.00 |
| **Two Richmond Hill robes** 90.00 each | 180.00 |
| **Three table lamps** | 450.00 |
| **Two ceramic lamps** | 200.00 |
| **One wood floor lamps** | 150.00 |
| **One drop leaf wood table** | 600.00 |
| **One oak table** | 400.00 |
| **One round wood table** | 300.00 |
| **One gold framed print** | 200.00 |
| **One wood frame** print | 200.00 |
| **Eight books** | 80.00 |
| **One glass vase** | 30.00 |
| **Two wood and upholstered chair with wicker back** | 600.00 |
| **One ~~Zenith~~ television with remote** flat screen | 400.00 |
| **One Sony radio/CD with three CDs** | 100.00 |
| **One ice bucket/tray/four glasses** | 100.00 |
| **Two trash cans** | 30.00 |
| **One window seat** | 300.00 |
| **One round antique leather case** – Hat | 300.00 |
| **One brass magazine rack with three shelves** | 300.00 |
| **Two folding luggage racks** | 80.00 |
| **One telephone** | 40.00 |

Total = $ 8,090.0

**Room        Gabrielle Pearson**

| | |
|---|---|
| **Two framed prints** | 60.00 |
| **Two Richmond Hill robes**    90.00 each | 180.00 |
| **One digital safe** | 150.00 |
| **One three lady ceramic figures** | 1,600.00 |
| **One fire screen** | 200.00 |
| **One 4x8 oriental type rug** | 800.00 |
| **One GE CD player with two CD** | 100.00 |
| **One telephone** | 40.00 |
| **One ceramic and metal table lamp** | 400.00 |
| **One wood heart side table** | 300.00 |
| **One king poster bed with canopy** ~custom made  mahagony | 10,000.00 |
| **One king box springs and mattress** | 1,800.00 |
| **Five decorative  pillows** | 500.00 |
| **One brass floor lamp** | 200.00 |
| **Two folding luggage racks** | 80.00 |
| **One wood bed step stool** | 200.00 |
| **Two trash cans** | 30.00 |
| **One 10x12 oriental type rug** | 1,200.00 |
| **One wicker bottom chair** | 200.00 |
| **One five drawer dressing table** ~antique | 2,000.00 |
| **Four table lamps , one white three legged table** | 600.00 |
| **One mirror with stand , one wall mounted hair dryer** | 150.00 |
| **One ceramic egg** | 200.00 |
| **Four books** | 40.00 |
| **One pot with arrangement** | 100.00 |
| **Two round tables with glass tops and skirts** | 300.00 |
| **One floor wood mirror on a stand** | 400.00 |
| **Two single cushion upholstered chairs** | 1,200.00 |
| **One large round ottoman** | 300.00 |
| **One sofa with two pillows** | 2,000.00 |
| **One glass flower vase** | 30.00 |
| **One three shelf chrome cart** | 120.00 |
| **Two Gold Star window air conditioners** | 600.00 |

Total = $ 26,080.00

**Room      Richmond Pearson**

| | | |
|---|---|---|
| Five framed oil paintings _Victorian_ | 1,000.00 each | 5,000.00 |
| Five framed prints | 200.00 each | 1,000.00 |
| One wood square _wall_ mirror – _Antique_ | | 800.00 |
| One three shelf chrome cart | | 120.00 |
| One wall mount hair dryer | | 80.00 |
| One round chrome wall mirror | | 100.00 |
| Two trash cans | | 30.00 |
| One book-coffee table | | 50.00 |
| One ceramic vase | | 50.00 |
| One steamer trunk | | 600.00 |
| One framed mirror | | 300.00 |
| One seven drawer wood dresser | | 900.00 |
| One ice bucket/tray/four glasses | | 100.00 |
| One glass flower vase | | 20.00 |
| One ~~Zenith~~ television with remote – _Flat Screen_ | | 600.00 |
| One swirl top television table | | 200.00 |
| Two marble table lamps | | 600.00 |
| Two one drawer wood side tables | | 400.00 |
| One wing back upholstered chair | | 600.00 |
| One Victorian rose chair | | 800.00 |
| One telephone | | 40.00 |
| Two ceramic staffshire dog figures | | 800.00 |
| One CD player with one CD | | 80.00 |
| One decorator pillow | | 100.00 |
| One queen spiral post canopy bed _mahogany_ – _custom made_ | | 8,000.00 |
| One queen box springs and mattress | | 1,600.00 |
| One green 14x12 rug | | 1,200.00 |
| ~~One~~ _Two_ folding luggage rack | | 80.00 |

Total = $29,250.00

**Room      Chief Justice Suite**

| | | |
|---|---|---|
| Six wall prints | 60.00 each | 120.00 |
| Three framed wall mirrors | | 600.00 |
| One framed oil painting - Victorian - English Garden - old man whitebeard | | 10,000.00 |
| Six books | | 60.00 |
| One chess set- metal | | 100.00 |
| One wood coffee table with two drawers | | 300.00 |
| Two drop leaf wood end tables with glass tops | | 300.00 |
| Two metal table lamps | | 200.00 |
| Two brass boxes with lids | 300.00 each | 600.00 |
| Two leather chairs | 600.00 each | 1,200.00 |
| One leather two cushion couch | | 2,000.00 |
| One oriental type rug | | 1,000.00 |
| One ice bucket/tray/four glasses | | 100.00 |
| One antique mirror armoire | | 2,800.00 |
| Two folding luggage racks | | 80.00 |
| One upholstered wood chair | | 400.00 |
| Two four drawer night stands | 300.00 each | 600.00 |
| Two black metal lamps | | 200.00 |
| Queen hand carved wooden antique bed | | 8,000.00 |
| One queen box springs and mattress | | 1,600.00 |
| Five decorative pillows | | 500.00 |
| One telephone | | 40.00 |
| One CD/radio | | 80.00 |
| One plant stand | | 100.00 |
| One round ceramic pot with arrangement | | 200.00 |
| One ~~Quasar~~ television with remote - Flat Screen | | 600.00 |
| One digital safe | | 120.00 |
| One four feet bench | | 300.00 |
| One four door wood armoire | | 3,000.00 |
| One oriental type vase | | 300.00 |
| Two pewter figurines | | 400.00 |
| One mantle clock | | 300.00 |
| One fire screen, one coal bucket | | 200.00 |
| Two Richmond Hill Robes | | 180.00 |
| One Wall Mounted Hair Dryer | | 80.00 |

Total = $36,660.00

**Room      Colonel Richmond Pearson**

| | |
|---|---|
| One ~~Zenith~~ television with remote _Flat Screen_ | 600.00 |
| One three drawer television table | 400.00 |
| One armoire with mirror | 1,800.00 |
| One digital floor safe | 150.00 |
| Two folding luggage racks | 80.00 |
| Two Richmond Hill robes | 180.00 |
| One brass floor lamp | 150.00 |
| Two upholstered chairs with wood arms | 800.00 |
| One east lake marble top antique table | 1,000.00 |
| One telephone | 40.00 |
| Two metal table lamps | 200.00 |
| One ice bucket/tray/four glasses | 100.00 |
| One Sony CD player with one CD | 80.00 |
| Five books | 50.00 |
| One marble top one drawer side table | 400.00 |
| One queen poster bed with canopy _custom made_ | 8,000.00 |
| One queen box springs and mattress | 1,600.00 |
| Two custom pillows | 200.00 |
| Two trash cans | 30.00 |
| One 10x12 oriental type rug | 1,800.00 |
| One bed warmer | 250.00 |
| One bellows | 200.00 |
| One fire screen | 200.00 |
| One bellows fire starter | 150.00 |
| Two brass candle lamp on mantle | 100.00 |
| Two inlaid wood boxes _Eng. 18th Cent._ | 800.00 |
| One glass flower vase | 30.00 |
| One Wall Mounted Hair Dryer | 80.00 |

Total $19,470.00