**Room      Theodore Roosevelt**

| | |
|---|---|
| **One framed print** | 200.00 |
| **Two trash cans** | 30.00 |
| **Twelve books** | 120.00 |
| **One wood entertainment center** | 1,800.00 |
| **Two brass floor lamps** | 200.00 |
| **Two queen pencil post wood beds** | 3,200.00 |
| **Two queen box springs and mattresses** | 3,200.00 |
| **Two decorative pillows** | 200.00 |
| **Two folding luggage racks** | 80.00 |
| **Two CDs** + CD Player | 180.00 |
| **One round wood scalloped edge table** | 300.00 |
| **One telephone** | 40.00 |
| **Two round table lamps** | 600.00 |
| **One wood end table** | 300.00 |
| **Two wood and brass wall sconces** | 300.00 |
| **Two upholstered chairs** 600.00 ea. | 1,200.00 |
| **One upholstered ottoman** | 300.00 |
| **One ~~Zenith~~ television with remote** -Flat Screen | 600.00 |
| **One digital floor safe** | 150.00 |
| **One warming bench** | 300.00 |
| **One square wood television table** | 200.00 |
| **One fire screen** | 200.00 |
| **One wood frame mirror** | 300.00 |
| **Two matching sconces** | 150.00 |
| **Two matching inlaid wood boxes** -Eng. Antique | 600.00 |
| **One riding hat** | 180.00 |
| **One glass flower vase** | 20.00 |
| **One ice bucket/tray/four glasses** | 100.00 |
| Two Richmond Hill Robes | 180.00 |
| One Wall Mounted Hair Dryer | 80.00 |

Total = $15,150.00

**Room      O'Henry**

| | |
|---|---|
| **One wood bed step stool** | 150.00 |
| **One queen rice pencil post bed** | 1,600.00 |
| **One queen box springs and mattress** | 1,600.08 |
| **Two Richmond Hill robes** | 180.00 |
| **One umbrella** | 60.00 |
| **One digital floor safe** | 150.00 |
| **Four decorator pillows** | 200.00 |
| **Three shelf rolling chrome cart** | 180.00 |
| **One wall mount hair dryer** | 80.00 |
| **One oval wood frame mirror** | 200.00 |
| **Two trash cans** | 30.00 |
| **Two folding luggage racks** 40.00 each | 80.00 |
| **Two red side table lamps** 150.00 each | 300.00 |
| **One glass top side table with skirt** | 100.00 |
| **One brass and crystal table lamp** | 300.00 |
| **One brass letter holder** | 80.00 |
| **One telephone** | 40.00 |
| **One CD player/radio with three CDs** | 100.00 |
| **One four drawer wood chest** | 500.00 |
| **Two wing back upholstered chairs** 400.00 each | 800.00 |
| **One framed print** | 100.00 |
| **One framed antique letter** ~ from O' Henry | 300.00 |
| **One framed oil painting** | 600.00 |
| **One wood framed wall mirror** | 200.00 |
| **Fourteen books** | 140.00 |
| **One four shelf one drawer wood book case** | 120.00 |
| **One oriental type vase** | 400.00 |
| **One flower glass vase** | 30.00 |
| **One brass floor lamp** | 150.00 |
| **One seven drawer wood dresser** | 800.00 |
| **One ~~Zenith~~ television with remote** Flat Screen | 480.00 |
| **One ice bucket/tray/four glasses** | 100.00 |

Total = $ 23,360.00

**Room      Sidney Lanier**

| | |
|---|---|
| **Eight books** | 80.00 |
| **One queen pencil post bed** | 1,600.00 |
| **One queen box springs and mattress** | 1,600.00 |
| **Two Decorator pillows** | 200.00 |
| **One two drawer wood book shelf** | 300.00 |
| **One metal figurine** | 100.00 |
| **Seven framed wall prints**  100.00 each | 700.00 |
| **One bed step stool- wood** | 100.00 |
| **Two trash cans** | 30.00 |
| **Two oriental type side chest with two doors** | 600.00 |
| **Two black oriental type lamp** | 200.00 |
| **One telephone** | 40.00 |
| **One wall mount hair dryer** | 60.00 |
| **One wood oval wall mirror** | 300.00 |
| **One wood one drawer small table** | 150.00 |
| **Two leather chairs**  400.00 each | 800.00 |
| **Two leather ottomans**  150.00 each | 300.00 |
| **One ice bucket/tray/four glasses** | 100.00 |
| **One six drawer chest** | 800.00 |
| **One ~~Zenith~~ television with remote** flat screen | 600.00 |
| **One wood floor lamp** | 120.00 |
| **One glass flower vase** | 30.00 |
| **Two folding luggage racks** | 80.00 |
| **Two Richmond Hill robes**  90.00 each | 180.00 |
| **One round wood plant stand** | 100.00 |
| **One RCA CD/radio with three CDs** | 100.00 |

Total = $9,270.00

<u>William Gray's items contributed to Mansion</u>

| Item | Unit price | Total |
|------|-----------|-------|
| 4- Wall sconces, Antique gold gild candle holders | 20.00 each | 80.00 |
| 1- Desk lamp for reading | | 40.00 |
| 1- German water color – Town entrance gate wall | | 80.00 |
| 1- Antique buffet – Mahogany finish | | 600.00 |
| 1- 17th century French stone lithograph, hand colored | | 800.00 |
| 1- Oil painting – 18th century country farm scene 3x4 feet | | 1,000.00 |
| 1- 20th century oil painting mountain scene | | 500.00 |
| 15- old lithograph or water color pictures- all scenes | | 3,000.00 |
| 2- Primitive oil paintings portraits 19th century children | 300.00 each | 600.00 |
| 4-Upholstered arm chairs 2 bedroom & 2 hallway | 200.00 each | 800.00 |
| 1-Antique rocking chair | | 120.00 |
| 10- Carved Chinese vase stands | | 100.00 |
| 4- Large water color paintings m Beaufort sc – Mansion, water & marsh scenes by Paul Genet | 200.00 each | 8,000.00 |
| 2- Prints by Paul Genet- Water scenes | | 400.00 |
| 12-Silver plated serving trays | 100.00 each | 1,200.00 |
| 6- Silver plated serving dishes | 100.00 each | 600.00 |
| 12-Sets sterling salt * pepper spoons and small bowls | 50.00 each | 600.00 |
| 1-Crystal punch bowl - wife's grandmothers | | 800.00 |
| 1-Antique doll and doll carriage | | 400.00 |
| 1-Antique children's spinning wheel | | 200.00 |
| 1-Japanese wedding kimono | | 800.00 |
| 100-5 Piece place settings- silver plated flat ware | 120.00 each place setting | 12,000.00 |
| 60-Dining chairs upholstered bottom – Stanley furniture co. carved backs-fruit wood | | 10,000.00 |
| 3-Reproduction queen size bed frames & head board | | 3,000.00 |
| 2-Antique straight chairs-19th century | | 400.00 |
| 1-Old rosewood quallin statute-woman goddess | | 120.00 |
| ✳ 10-12- flat screen TV's 26-32 inch | | 6,000.00 |
| ✳ 12-DVD players | 50.00 each | 600.00 |
| ✳ 5-Persain wool-silk large area rugs | 600.00 each | 3,000.00 |
| ✳ 2-22ft. persian hall runners-wool rugs | 3,000.00 each | 6,000.00 |
| ✳ 1-Ballroom size Persian rug wool | | 12,000.00 |
| ✳ 1-Large parlor size Persian rug | | 3,000.00 |
| ✳ 1-Pair Dark Blue Satsuma Vases with scenes | | 1,200.00 |
| 2-Old Japanese hand painted wall screens | | 2,000.00 |
| 2-Large oil paintings-newer-garden & pond scenes-flowers/fruit | | 500.00 |
| 2-Black & White Drawings-winter scenes-Antique Japanese | | 400.00 |
| 15-Antique Silverplated serving spoons & cake servers | | 500.00 |
| 1- Oval reproduction tilt frame floor mirror-wood | | 100.00 |

$ 85,010.0

Total= (handwritten scribble)

4- Antique lamp tables-wood                    150.00 each        600.00
2-Antique wood wall clock                                         300.00
1-6X8 modern woven tapestry                                       300.00
30-Plate stands/display holders-wood- Chinese   15.00 each        150.00
10 Cup & Saucer display holders-wood-Chinese   10.00 each         100.00
✳ 1-French Capamande Porcelain Statues-1900                     1,600.00

### SUPPLIES LOST

LINENS

| | | |
|---|---|---|
| 2005 | | 4,960.69 |
| 2006 | | 17,760.07 |
| 2007 | | 6,815.73 |
| 2008 | | 11,986.42 |
| 2009 | | -0- |
| | Total | 41,522.91 |
| 30% | | 12,456.87 |
| | | |
| HOUSEKEEPING | | 6,354.71 |
| | | |
| OFFICE | | 1,819.39 |
| | | 20,630.97 |

<u>Office Operational</u>
*Desk Area:*
-Paper Shredder
-Computer (CPU/monitor/keyboard/mouse)
-Printer
-Multi-line Phone
-Mouse Pad
-Desk (mahogany)
-Communication Radios
-Adding Machine
-Office Chair
-Three Chairs (2 leather/1 upholstered)
-Black filing cabinet ($500 cash?)
-Master Keys (cards for GP and cottages) – red binder
-Biltmore Tickets
-Calculators
-Metal Shelves and Organizers
-Metal key box on wall
-Keys
-Adjustable desk lamps (2)
-Floor Lamps (2)
-RHI Pens
-Desk pad (for notes)
-Assorted Holders (for -pens/files/paper clips)
-Stapler
-Scissors
-Pens
-Tape
-Paper clips
-Rubber bands
-File folders
-Large & small binders
-Binder clips
-Hole punch
-Stationary & cards (RHI labeled)
-Holder for scotch tape
-Receipt Book,
-"Posted" Stamp & stamp pad
- "Select Registry" Stamp
-Printer/Copy Paper
-Envelopes
-Barbecue Chips
-<u>Toiletries for guest</u>
          -Toothpaste
          -Tampons
          -Razors

-Deodorant
-Shaving Cream
-Mouth wash
-Toothbrush
-Combs
-Flashlight
-Batteries
-Scissors


*Marble Bar Area: Antique bar used for guest registration*
*Items located in bar area:*
-Key Maker
-3 Boxes of plastic keys
-Blue box that held hard keys
-Metal box that held hard keys
-At least 4 keys & key chains for each room
- Safe
- Matchbooks
- 4 large leather boxes that held files & info
- Leather box that registration cards
- Assorted plastic holders for brochures
- Plastic holders for registration cards
-2 Decks of cards

*Library Decorative Items*
-Globe
-Painting (behind check in bar)
-2 silk flower arrangements
-Victrola used for table
-Chandelier
-Mirror above fireplace
-2 decorative gold trays
-2 mantel vases
- Fireplace accessories
-Stoker (horn)
-2 Floor lamps
-4 Sets of wood blinds for windows

IRENE'S  INVENTORY LOST IN MANSION FIRE 3/19/09

38 Terry Cloth Robes
9 Boxes Bottled Water
20 Blankets
2 ½  Boxes Toilet Paper
2 ½ Boxes Keeenex
47 Pens
2 Boxes Small Soaps
2 Boxes Big Soaps
2 Bags Makeup Remover
18 Cuddle Down Blankets
2 ½ Boxes Registry Books
3 Boxes Vanity Kits
3 Boxes Shower Caps
21 Bed Spreads
34 Blanket Covers
20 Mattress Covers
2 Boxes Large Garbage Bags
56 Small Glasses
38 Wash Cloths
38 Hand Towels
20 Bath Mats
33 Pillow Shams
46 Pillows
26 Queen Flat Sheets
26 Queen Fitted Sheets
46 Standard Pillow Cases
36 Pillow Covers
6 King Flat Sheets
6 King Fitted Sheets
10 King Pillow Cases
13 Waste Baskets
12 Telephones
35 Window Blinds (Assorted Sizes)
40 Laundry Bags
40 Laundry Lists

7 Ironing Boards
9 Irons
5 Radios
7 CDRadios
24 CD's
12 TV's
12 Remote Controls
3 Boxes Platex Gloves
3 Boxes Dust Swiffers
19 Luggage Racks
14 Assorted Lamps
27 Standing Lamps
41 (100 W) Light Bulbs
10 Fuzzy Floor Mats
2 Cases Coke
2 Cases Diet Coke
2 Cases Sprite
2 Cases Ginger Ale
130 Hangers
1 Box Asheville Magazines
1 Box Garden & Guns Magazines
12 Guest Gift Baskets (each with
2 chocolates, 2 chips, 4 granola,
1 Trail Mix, 1 Cheese Straws, and
1 bag cookies)
12 Ice Buckets
12 Plastic Trays
2 Boxes Sewing Kits
2 Shower Curtains
20 Shower Liners
70 Bath Towels
1 Small Refrigerator
1 Ice Machine
4 Fireplace Tool Sets
4 Fireplace Screen Guards

60 Note Pads
12 Thermostats
20 Bedside Tables
15 Binders14
Soap Dishes
14 Amenities Trays
4 Stainless Amenities Stands
8 Wooden Amenities Stands
12 Assorted Mirrors
7 Magnifying Mirrors

*HK Linen*

| Date | Reference | Trans Description | Debit Amt |
|---|---|---|---|
| 10/1/05 | | Beginning Balance | |
| 10/14/05 | 4633007 | American Hotel Register Compan | 39.93 |
| 10/24/05 | 10519 | Capel Incorporated | 633.66 |
| 12/31/05 | 67X6NU | The Grove Park Inn Resort & Sp | 4,287.10 |
| 12/31/05 | | **Fiscal Year End Balance** | **4,960.69** |
| | | | |
| 5/31/06 | I464430 | H. W. Baker Linen Co. LLC | 434.54 |
| 6/1/06 | linen | The Grove Park Inn Resort & Sp | 15,507.19 |
| 11/1/06 | 1101-0600 | Bed Bath & Beyond | 128.38 |
| 11/30/06 | Linen | Standard Textile | 1,292.98 |
| 11/30/06 | 6562541 | American Hotel Register Compan | 81.87 |
| 12/12/06 | 6405603 | American Hotel Register Compan | 315.11 |
| 12/31/06 | | **Ending Balance** | **17,760.07** |
| | | | |
| 2/15/07 | 6724848 | American Hotel Register | 934.21 |
| 2/26/07 | 6747341 | American Hotel Register | 313.88 |
| 3/16/07 | 6643731 | American Hotel Register | 835.53 |
| 4/2/07 | 6833541 | American Hotel Register | 453.05 |
| 4/27/07 | 6905246 | American Hotel Register | 134.24 |
| 5/1/07 | 6912875 | American Hotel Register | 186.74 |
| 5/21/07 | 6945547 | American Hotel Register | 531.11 |
| 5/30/07 | 6825871 | American Hotel Register | 138.21 |
| 6/26/07 | 7069485 | American Hotel Register | 299.12 |
| 6/26/07 | 7069486 | American Hotel Register | 297.28 |
| 8/1/07 | 7173974 | American Hotel Register | 395.62 |
| 8/7/07 | 7188500 | American Hotel Register | 77.21 |
| 8/17/07 | 7222373 | American Hotel Register | 546.13 |
| 8/24/07 | 7242766 | American Hotel Register | 305.43 |
| 8/28/07 | 7238799 | American Hotel Register | 165.98 |
| 9/11/07 | 269624 | InnStyle | 230.50 |
| 9/14/07 | 7294931 | American Hotel Register | 165.98 |
| 9/20/07 | StanTox 9-20- | Carolina First Bank | 139.49 |
| 9/26/07 | 7325125 | American Hotel Register | 29.02 |
| 11/28/07 | Noiv. 2007 | Carolina First Bank | 637.00 |
| 12/31/07 | | **Fiscal Year End Balance** | **6,815.73** |
| | | | |
| 1/30/08 | 7620978 | American Hotel Register | 538.44 |
| 2/11/08 | StandardTex 2 | Carolina First Bank | 588.25 |
| 2/15/08 | 7660098 | American Hotel Register | 112.88 |
| 2/18/08 | 7663395 | American Hotel Register | 263.49 |
| 2/25/08 | 7680084 | American Hotel Register | 113.94 |
| 3/3/08 | STANEX 3-3-( | Carolina First Bank | 871.66 |
| 3/7/08 | 7492139 | American Hotel Register | 1,118.46 |
| 4/10/08 | 7800339 | American Hotel Register | 494.07 |
| 4/16/08 | 7815818 | American Hotel Register | 183.98 |
| 4/21/08 | 7826770 | American Hotel Register | 260.41 |
| 5/14/08 | 7890103 | American Hotel Register | 421.36 |
| 5/16/08 | 7897681 | American Hotel Register | 333.38 |
| 5/22/08 | 7913513 | American Hotel Register | 772.82 |
| 5/29/08 | 7929412 | American Hotel Register | 45.18 |
| 5/29/08 | 7929411 | American Hotel Register | 129.03 |
| 6/9/08 | STANTEX 6-9 | Carolina First Bank | 177.30 |
| 6/17/08 | 7980402 | American Hotel Register | 326.38 |

| Date | Reference | Trans Description | Debit Amt |
|------|-----------|-------------------|-----------|
| 6/26/08 | 8008357 | American Hotel Register | 548.38 |
| 6/30/08 | INVENTORY | Misc. Receipts | 129.00 |
| 7/2/08 | 8024049 | American Hotel Register | 543.27 |
| 7/14/08 | 8051881 | American Hotel Register | 636.66 |
| 8/12/08 | bedbath 0170 | Carolina First Bank | 152.05 |
| 8/12/08 | 8136608 | American Hotel Register | 561.16 |
| 9/8/08 | stantex 9-8-08 | Carolina First Bank | 1,455.02 |
| 9/15/08 | CUDDLE 140 | Carolina First Bank | 200.69 |
| 11/5/08 | CUDDLEDOW | Carolina First Bank | 1,009.16 |
| 12/31/08 | | **Fiscal Year End Balance** | 11,986.42 |
| | | | |
| 1/1/09 | | Beginning Balance | |
| 2/1/09 | | Beginning Balance | |
| 3/1/09 | | Beginning Balance | |
| 4/1/09 | | Beginning Balance | |
| 5/1/09 | | Beginning Balance | |
| 5/31/09 | | **Ending Balance** | |

*41,522.91*


HOUSEKEEPING SUPPLIES

### The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 10/1/05 | | Beginning Balance | | | |
| 10/10/05 | 36918802 | Coca-Cola Bottling Co. Consoli | 271.25 | | |
| 10/12/05 | 510120953 | SYSCO Food Services Charlotte | 24.76 | | |
| 10/13/05 | 510131674 | SYSCO Food Services Charlotte | 265.78 | | |
| 10/13/05 | 4629731 | American Hotel Register Compan | 243.86 | | |
| 10/13/05 | 668982 | Gilchrist & Soames | 278.98 | | |
| 10/17/05 | 36919501 | Coca-Cola Bottling Co. Consoli | 83.46 | | |
| 10/18/05 | 195776 | Webb Chemical & Paper Co., Inc | 69.04 | | |
| 10/20/05 | 638478 | Ingles | 67.11 | | |
| 10/20/05 | 391718 | Citizens Hardware | 5.56 | | |
| 10/20/05 | 31185465 | The Home Depot Supply | 94.07 | | |
| 10/20/05 | 679915-00 | Guest Distribution | 515.93 | | |
| 10/21/05 | 671676 | Gilchrist & Soames | 373.21 | | |
| 10/26/05 | 510260693 | SYSCO Food Services Charlotte | 447.29 | | |
| 10/27/05 | 60268816 | Mutual Distributing Company | 267.50 | | |
| 10/27/05 | 31185465 cre | The Home Depot Supply | | 35.28 | |
| 10/31/05 | 36911006 | Coca-Cola Bottling Co. Consoli | 208.65 | | |
| 10/31/05 | #3 | Accrue Petty Cash | 51.78 | | |
| | | Current Period Change | 3,268.23 | 35.28 | 3,232.95 |
| 11/1/05 | | Beginning Balance | | | 3,232.95 |
| 11/1/05 | #3 | Accrue Petty Cash | | 51.78 | |
| 11/1/05 | 675344 | Gilchrist & Soames | 413.33 | | |
| 11/1/05 | 2332 | Amazing Home Products | 96.25 | | |
| 11/3/05 | 10536 | Sam's Club | 124.29 | | |
| 11/7/05 | 36911704 | Coca-Cola Bottling Co. Consoli | 125.19 | | |
| 11/7/05 | 511070456 | SYSCO Food Services Charlotte | 223.50 | | |
| 11/8/05 | INV32134 | Amenity Services | 119.38 | | |
| 11/10/05 | 136098 | Godiva Chocolatier | 641.09 | | |
| 11/14/05 | 36912403 | Coca-Cola Bottling Co. Consoli | 208.65 | | |
| 11/14/05 | ABC VAcuum | Carolina First Bank | 1,162.02 | | |
| 11/16/05 | WalMart 11/16 | Carolina First Bank | 42.48 | | |
| 11/16/05 | 681590 | Gilchrist & Soames | 192.29 | | |
| 11/17/05 | 724181-00 | Guest Distribution | 146.69 | | |
| 11/21/05 | 474872 | Ingles | 24.03 | | |
| 11/21/05 | 36913104 | Coca-Cola Bottling Co. Consoli | 146.06 | | |
| 11/22/05 | 199074 | Webb Chemical & Paper Co., Inc | 111.98 | | |
| 11/22/05 | 60273089 | Mutual Distributing Company | 267.50 | | |
| 11/23/05 | 511231048 | SYSCO Food Services of Charlot | 42.53 | | |
| 11/23/05 | 14979 | Saniway Vacuum Cleaner Co. | 12.50 | | |
| 11/23/05 | 684826 | Gilchrist & Soames | 698.58 | | |
| 11/30/05 | November | Carol Ann Labosky | 146.11 | | |
| 11/30/05 | Nov #2 | General Inventory | | 3,543.92 | |
| | | Current Period Change | 4,944.35 | 3,595.70 | 1,348.65 |
| 12/1/05 | | Beginning Balance | | | 4,581.60 |
| 12/1/05 | Nov #2 | General Inventory | 3,543.92 | | |
| 12/1/05 | INV32593 | Amenity Services | 129.01 | | |
| 12/1/05 | 36913802 | Coca-Cola Bottling Co. Consoli | 104.33 | | |
| 12/1/05 | 4678225 | American Hotel Register.Compan | 34.01 | | |
| 12/2/05 | 689765 | Gilchrist & Soames | 140.17 | | |
| 12/7/05 | 701066 | Gilchrist & Soames | 339.96 | | |
| 12/7/05 | 151790 | Godiva Chocolatier | 434.55 | | |
| 12/8/05 | 44601 | C and C Chemical Company, Inc. | 414.89 | | |

## The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 12/9/05 | 99994 | Standard Paper Sales | 50.56 | | |
| 12/12/05 | 36915215 | Coca-Cola Bottling Co. Consoli | 48.75 | | |
| 12/12/05 | 36916215 Tax | Coca-Cola Bottling Co. Consoli | 3.41 | | |
| 12/16/05 | 255472 | InnStyle | 147.06 | | |
| 12/17/05 | 638381 | Ingles | 115.00 | | |
| 12/19/05 | 36915903 | Coca-Cola Bottling Co. Consoli | 260.81 | | |
| 12/19/05 | 60276809 | Mutual Distributing Company | 222.56 | | |
| 12/19/05 | 0451788384 | Grainger | 47.86 | | |
| 12/19/05 | 775569 | Guest Distribution | 146.59 | | |
| 12/19/05 | 10581 | Sam's Club | 168.46 | | |
| 12/20/05 | INV33798 | Amenity Services | 119.38 | | |
| 12/21/05 | 512211014 | SYSCO Food Services of Charlot | 48.04 | | |
| 12/22/05 | 713732 | Gilchrist & Soames | 652.79 | | |
| 12/22/05 | 779827 | Guest Distribution | 168.12 | | |
| 12/28/05 | 202051 | Webb Chemical & Paper Co., Inc | 82.96 | | |
| 12/28/05 | 4785217 | American Hotel Register Compan | 232.43 | | |
| | | Current Period Change | 7,645.62 | | 7,645.62 |
| 12/31/05 | | Fiscal Year End Balance | | | 12,227.22 |
| 1/1/06 | | Beginning Balance | | | |
| 1/3/06 | 55287417 | Coca-Cola Bottling Co. Consoli | 104.33 | | |
| 1/6/06 | 3011 | Aaron Price CD-Bouquet | 274.17 | | |
| 1/16/06 | 55288701 | Coca-Cola Bottling Co. Consoli | 177.35 | | |
| 1/17/06 | 4820967 | American Hotel Register Compan | 319.24 | | |
| 1/17/06 | 6320765 | American Hotel Register Compan | | 51.35 | |
| 1/18/06 | 601181130 | SYSCO Food Services of Charlot | 88.16 | | |
| 1/18/06 | 60280741 | Mutual Distributing Company | 222.56 | | |
| 1/18/06 | 722525 | Gilchrist & Soames | 715.63 | | |
| 1/18/06 | 820798-00 | Guest Distribution | 466.68 | | |
| 1/23/06 | 55289406 | Coca-Cola Bottling Co. Consoli | 83.46 | | |
| 1/24/06 | 204424 | Webb Chemical & Paper Co., Inc | 82.96 | | |
| 1/24/06 | 10012462 | Monarch | 1,024.37 | | |
| | | Current Period Change | 3,558.91 | 51.35 | 3,507.56 |
| 2/1/06 | | Beginning Balance | | | 3,507.56 |
| 2/2/06 | 10609 | Sam's Club | 48.06 | | |
| 2/3/06 | 10610 | Sam's Club | 29.34 | | |
| 2/20/06 | 55282305 | Coca-Cola Bottling Co. Consoli | 83.46 | | |
| 2/27/06 | 55283003 | Coca-Cola Bottling Co. Consoli | 104.33 | | |
| 2/27/06 | Turndown | Carol Ann Labosky | 132.02 | | |
| | | Current Period Change | 397.21 | | 397.21 |
| 3/1/06 | | Beginning Balance | | | 3,904.77 |
| 3/5/06 | 3570 | Amazing Home Products | 111.22 | | |
| 3/6/06 | 55283706 | Coca-Cola Bottling Co. Consoli | 125.19 | | |
| 3/6/06 | 743152 | Gilchrist & Soames | 66.58 | | |
| 3/9/06 | 603091377 | SYSCO Food Services of Charlot | 128.96 | | |
| 3/15/06 | 9059152620 | Grainger | 9.53 | | |
| 3/17/06 | 60289152 | Mutual Distributing Company | 222.56 | | |
| 3/17/06 | 920656-00 | Guest Distribution | 309.33 | | |
| 3/20/06 | 55285104 | Coca-Cola Bottling Co. Consoli | 41.73 | | |
| 3/20/06 | 747280 | Gilchrist & Soames | 436.78 | | |
| 3/21/06 | 209514 | Webb Chemical & Paper Co., Inc | 75.36 | | |
| | | Current Period Change | 1,527.24 | | 1,527.24 |

## The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 4/1/06 | | Beginning Balance | | | 5,432.01 |
| 4/3/06 | 55286502 | Coca-Cola Bottling Co. Consoli | 83.46 | | |
| 4/7/06 | 604071158 | SYSCO Food Services of Charlot | 30.71 | | |
| 4/10/06 | 55287203 | Coca-Cola Bottling Co. Consoli | 41.73 | | |
| 4/11/06 | WalMart 6802 | Carolina First Bank | 171.78 | | |
| 4/11/06 | 10658 | Sam's Club | 139.39 | | |
| 4/12/06 | 5009523 | American Hotel Register Compan | 111.12 | | |
| 4/17/06 | 6904170538 | SYSCO Food Services of Charlot | 49.60 | | |
| 4/17/06 | 55287905 | Coca-Cola Bottling Co. Consoli | 114.76 | | |
| 4/18/06 | 6010512 | American Hotel Register Compan | 266.54 | | |
| 4/18/06 | 758323 | Gilchrist & Soames | 486.08 | | |
| 4/18/06 | INV38309 | Amenity Services | 65.20 | | |
| 4/19/06 | 257507 | InnStyle | 147.06 | | |
| 4/19/06 | 973038-00 | Guest Distribution | 272.68 | | |
| 4/20/06 | 758940 | Gilchrist & Soames | 149.47 | | |
| 4/25/06 | 212551 | Webb Chemical & Paper Co., Inc | 34.08 | | |
| 4/27/06 | 244719 | Astor Chocolate Corporation | 1,609.99 | | |
| | | Current Period Change | 3,773.65 | | 3,773.65 |
| 5/1/06 | | Beginning Balance | | | 9,205.66 |
| 5/1/06 | 55289302 | Coca-Cola Bottling Co. Consoli | 166.92 | | |
| 5/2/06 | 60296284 | Mutual Distributing Company | 21.36 | | |
| 5/4/06 | 61292 | MR Promotions | 1,632.82 | | |
| 5/8/06 | 4264 | Amazing Home Products | 120.95 | | |
| 5/8/06 | 60297055 | Mutual Distributing Company | 222.56 | | |
| 5/8/06 | 605080483 | SYSCO Food Services of Charlot | 181.98 | | |
| 5/8/06 | INV39084 | Amenity Services | 56.45 | | |
| 5/9/06 | 767251 | Gilchrist & Soames | 530.60 | | |
| 5/15/06 | 55280801 | Coca-Cola Bottling Co. Consoli | 83.46 | | |
| 5/18/06 | 10703 | Sam's Club | 119.56 | | |
| 5/22/06 | 55281503 | Coca-Cola Bottling Co. Consoli | 177.35 | | |
| 5/24/06 | 60299911 | Mutual Distributing Company | 222.56 | | |
| 5/24/06 | 605240901 | SYSCO Food Services of Charlot | 60.67 | | |
| 5/25/06 | WalMart-HSK | Chris Baron | 75.05 | | |
| 5/30/06 | 55282321 | Coca-Cola Bottling Co. Consoli | 52.16 | | |
| 5/31/06 | 215602 | Webb Chemical & Paper Co., Inc | 69.34 | | |
| | | Current Period Change | 3,793.79 | | 3,793.79 |
| 6/1/06 | | Beginning Balance | | | 12,999.45 |
| 6/7/06 | WALMart | Carolina First Bank | 59.67 | | |
| 6/8/06 | INV40199 | Amenity Services | 54.57 | | |
| 6/9/06 | 606091387 | SYSCO Food Services of Charlot | 53.41 | | |
| 6/9/06 | 248532 | Astor Chocolate Corporation | 1,678.80 | | |
| 6/12/06 | 780844 | Gilchrist & Soames | 765.24 | | |
| 6/12/06 | 55283602 | Coca-Cola Bottling Co. Consoli | 250.38 | | |
| 6/16/06 | 60304239 | Mutual Distributing Company | 222.56 | | |
| 6/19/06 | 55284301 | Coca-Cola Bottling Co. Consoli | 73.03 | | |
| 6/22/06 | 10744 | Sam's Club | 167.03 | | |
| 6/23/06 | 606231304 | SYSCO Food Services of Charlot | 50.13 | | |
| 6/26/06 | 55285003 | Coca-Cola Bottling Co. Consoli | 166.92 | | |
| 6/27/06 | 218034 | Webb Chemical & Paper Co., Inc | 75.14 | | |
| 6/27/06 | 111828 | Standard Paper Sales | 51.56 | | |
| | | Current Period Change | 3,668.44 | | 3,668.44 |
| 7/1/06 | | Beginning Balance | | | 16,667.89 |

## The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 7/1/06 | 241713 | Piedmont Graphics | 353.76 | | |
| 7/1/06 | 6354162 3/10/ | Edward Don & Company | 79.35 | | |
| 7/3/06 | 55285701 | Coca-Cola Bottling Co. Consoli | 62.60 | | |
| 7/6/06 | 259524 | InnStyle | 147.06 | | |
| 7/8/06 | 427316 | Guest Distribution | 341.07 | | |
| 7/10/06 | 115255-00 | Guest Distribution | 303.94 | | |
| 7/11/06 | Sam's Club | Chris Baron | 21.89 | | |
| 7/11/06 | 791373 | Gilchrist & Soames | 674.50 | | |
| 7/11/06 | 607110853 | SYSCO Food Services of Charlot | 133.20 | | |
| 7/13/06 | 250996 | Astor Chocolate Corporation | 1,658.44 | | |
| 7/17/06 | 55287101 | Coca-Cola Bottling Co. Consoli | 135.62 | | |
| 7/17/06 | 607170734 | SYSCO Food Services of Charlot | 30.34 | | |
| 7/17/06 | 6233627 | American Hotel Register Compan | 266.82 | | |
| 7/19/06 | 60310238 | Mutual Distributing Company | 222.56 | | |
| 7/24/06 | 55287800 | Coca-Cola Bottling Co. Consoli | 156.49 | | |
| 7/25/06 | 220400 | Webb Chemical & Paper Co., Inc | 76.95 | | |
| 7/31/06 | 607310668 | SYSCO Food Services of Charlot | 863.85 | | |
| | | Current Period Change | 5,528.44 | | 5,528.44 |
| 8/1/06 | | Beginning Balance | | | 22,196.33 |
| 8/1/06 | 5085 | Amazing Home Products | 96.25 | | |
| 8/2/06 | 608021095 | SYSCO Food Services of Charlot | 53.68 | | |
| 8/2/06 | 798987 | Gilchrist & Soames | 778.08 | | |
| 8/2/06 | 159402 | Guest Distribution | 309.33 | | |
| 8/2/06 | 9157075095 | Grainger | 82.56 | | |
| 8/2/06 | 0795613PU | SYSCO Food Services of Charlot | | 31.40 | |
| 8/2/06 | 0795614PU | SYSCO Food Services of Charlot | | 39.95 | |
| 8/4/06 | 60313504 | Mutual Distributing Company | 222.56 | | |
| 8/7/06 | 55289205 | Coca-Cola Bottling Co. Consoli | 187.79 | | |
| 8/14/06 | 55289902 | Coca-Cola Bottling Co. Consoli | 198.22 | | |
| 8/18/06 | 254052 | Astor Chocolate Corporation | 1,502.69 | | |
| 8/21/06 | 55280703 | Coca-Cola Bottling Co. Consoli | 83.46 | | |
| 8/23/06 | 223365 | Webb Chemical & Paper Co., Inc | 76.95 | | |
| 8/25/06 | 808197 | Gilchrist & Soames | 893.59 | | |
| 8/25/06 | 254557 | Astor Chocolate Corporation | 65.68 | | |
| 8/25/06 | 60317352 | Mutual Distributing Company | 222.56 | | |
| 8/28/06 | 55281402 | Coca-Cola Bottling Co. Consoli | 219.08 | | |
| 8/29/06 | 10819 | Sam's Club | 188.02 | | |
| 8/30/06 | 206373-00 | Guest Distribution | 309.33 | | |
| | | Current Period Change | 5,489.83 | 71.35 | 5,418.48 |
| 9/1/06 | | Beginning Balance | | | 27,614.81 |
| 9/1/06 | 260224 | InnStyle | 155.44 | | |
| 9/1/06 | 42935 | Amenity Services | 90.60 | | |
| 9/7/06 | 55282416 | Coca-Cola Bottling Co. Consoli | 166.92 | | |
| 9/11/06 | 55282802 | Coca-Cola Bottling Co. Consoli | 146.06 | | |
| 9/11/06 | Pioneer 09/11 | Carolina First Bank | 100.02 | | |
| 9/12/06 | 09/11/06 | | 37.17 | | |
| 9/13/06 | 5449 | Amazing Home Products | 89.95 | | |
| 9/13/06 | 4112 01 6943 | Chris Baron | 13.65 | | |
| 9/15/06 | 817019 | Gilchrist & Soames | 943.14 | | |
| 9/15/06 | 60320986 | Mutual Distributing Company | 222.56 | | |
| 9/19/06 | 225188 | Webb Chemical & Paper Co., Inc | 164.74 | | |
| 9/20/06 | 6397943 | American Hotel Register Compan | 267.01 | | |

# The Hammocks, LLC
## General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 9/21/06 | 149862 | The Erwyn Group | 434.32 | | |
| 9/22/06 | 609220659 | SYSCO Food Services of Charlot | 113.10 | | |
| 9/25/06 | 1339 | The Chocolate Fetish | 312.98 | | |
| | | Current Period Change | 3,257.66 | | 3,257.66 |
| 10/1/06 | | Beginning Balance | | | 30,872.47 |
| 10/1/06 | 60329408 | Mutual Distributing Company | 222.56 | | |
| 10/1/06 | 60325518 | Mutual Distributing Company | 85.44 | | |
| 10/4/06 | 610040693 | SYSCO Food Services of Charlot | 358.77 | | |
| 10/5/06 | 6433732 | American Hotel Register Compan | 245.61 | | |
| 10/9/06 | 55285601 | Coca-Cola Bottling Co. Consoli | 134.82 | | |
| 10/11/06 | 1349 | The Chocolate Fetish | 650.99 | | |
| 10/13/06 | 270801-00 | Guest Distribution | 388.00 | | |
| 10/16/06 | 55286306 | Coca-Cola Bottling Co. Consoli | 123.59 | | |
| 10/17/06 | Wal-Mart 10/1 | Carolina First Bank | 137.14 | | |
| 10/18/06 | 4112 25 3076 | Chris Baron - Clock Radios | 86.64 | | |
| 10/18/06 | 60326881 | Mutual Distributing Company | 222.56 | | |
| 10/18/06 | 60326884 | Mutual Distributing Company | 720.00 | | |
| 10/19/06 | 610191284 | SYSCO Food Services of Charlot | 83.84 | | |
| 10/19/06 | 829908 | Gilchrist & Soames | 328.35 | | |
| 10/23/06 | 55287001 | Coca-Cola Bottling Co. Consoli | 146.06 | | |
| 10/23/06 | 10/23 Replen | Chris Baron - Petty Cash Admin | 19.07 | | |
| 10/23/06 | 10/23 Replen | Chris Baron - Petty Cash Admin | 12.82 | | |
| 10/23/06 | 1355 | The Chocolate Fetish | 250.38 | | |
| 10/24/06 | 120154 | Standard Paper Sales - Ice Bucket Lir | 86.97 | | |
| 10/25/06 | 5881 | Amazing Home Products | 89.95 | | |
| 10/26/06 | 6486798 | American Hotel Register Compan | 427.41 | | |
| 10/26/06 | 1356 | The Chocolate Fetish | 333.84 | | |
| 10/27/06 | 610270808 | SYSCO Food Services of Charlot | 168.57 | | |
| 10/30/06 | 55287700 | Coca-Cola Bottling Co. Consoli | 146.06 | | |
| 10/31/06 | 262300 | InnStyle | 155.44 | | |
| | | Current Period Change | 5,624.88 | | 5,624.88 |
| 11/1/06 | | Beginning Balance | | | 36,497.35 |
| 11/1/06 | 611010711 | SYSCO Food Services of Charlot | 358.77 | | |
| 11/1/06 | INV45054 | Amenity Services | 135.85 | | |
| 11/2/06 | 834889 | Gilchrist & Soames | 821.94 | | |
| 11/6/06 | 55288402 | Coca-Cola Bottling Co. Consoli | 179.76 | | |
| 11/6/06 | 6452006 | Sam's Club | 281.69 | | |
| 11/6/06 | 62134 | MR Promotions | 1,571.56 | | |
| 11/6/06 | 1359 | The Chocolate Fetish | 250.38 | | |
| 11/6/06 | 304267-00 | Guest Distribution | 388.00 | | |
| 11/7/06 | Ingles 9515 | Carolina First Bank | 28.69 | | |
| 11/7/06 | 229638 | Webb Chemical & Paper Co., Inc | 164.74 | | |
| 11/7/06 | 6513143 | American Hotel Register Compan - Paid on CFirst | | 48.65 | |
| 11/8/06 | 6516224 | American Hotel Register Compan | 369.81 | | |
| 11/10/06 | 67049 | Sarah McCullagh-PettyCash Admi | 22.34 | | |
| 11/13/06 | 55289101 | Coca-Cola Bottling Co. Consoli | 89.88 | | |
| 11/15/06 | 6532998 | American Hotel Register Compan | 24.07 | | |
| 11/16/06 | 1382 | The Chocolate Fetish | 208.65 | | |
| 11/17/06 | kmart 11-17-0 | Carolina First Bank | 70.02 | | |
| 11/20/06 | 55289801 | Coca-Cola Bottling Co. Consoli | 44.94 | | |
| 11/21/06 | 844820 | Gilchrist & Soames | 404.44 | | |
| 11/22/06 | 60333268 | Mutual Distributing Company | 106.80 | | |

## The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria Includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 11/22/06 | 329073-00 | Guest Distribution | 236.03 | | |
| 11/25/06 | 1370 | The Chocolate Fetish | 385.20 | | |
| 11/27/06 | 55280601 | Coca-Cola Bottling Co. Consoli | 247.17 | | |
| 11/27/06 | 848707 | Gilchrist & Soames | 505.48 | | |
| 11/28/06 | 851714 | Gilchrist & Soames | 212.63 | | |
| 11/29/06 | 60334141 | Mutual Distributing Company | 222.56 | | |
| 11/30/06 | 6265 | Amazing Home Products | 89.95 | | |
| 11/30/06 | 247661 | Piedmont Graphics | 373.13 | | |
| | | Current Period Change | 7,794.48 | 48.65 | 7,745.83 |
| 12/1/06 | | Beginning Balance | | | 44,243.18 |
| 12/4/06 | 55281301 | Coca-Cola Bottling Co. Consoli | 56.04 | | |
| 12/4/06 | 1389 | The Chocolate Fetish | 112.41 | | |
| 12/8/06 | 612080605 | SYSCO Food Services of Charlot | 357.93 | | |
| 12/18/06 | 55282705 | Coca-Cola Bottling Co. Consoli | 313.85 | | |
| 12/18/06 | 873300 | Gilchrist & Soames | 63.89 | | |
| 12/18/06 | 6459 | Amazing Home Products | 89.95 | | |
| 12/22/06 | 1388 | The Chocolate Fetish | 149.88 | | |
| 12/23/06 | 12-23-2006 | Inn Daily Sales | 0.75 | | |
| 12/24/06 | 12-24-2006 | Inn Daily Sales | 0.75 | | |
| 12/26/06 | 47077 | Amenity Services | 48.04 | | |
| 12/27/06 | 1387 | The Chocolate Fetish | 149.88 | | |
| 12/28/06 | 602828661 | Mutual Distributing Company | 309.42 | | |
| | | Current Period Change | 1,652.79 | | 1,652.79 |
| 12/31/06 | | Ending Balance | | | 45,895.97 |
| | | Beginning Balance | | | |
| 1/1/07 | 602834133 | Mutual Distributing Company | 222.04 | | |
| 1/3/07 | 6634457 | American Hotel Register | 182.80 | | |
| 1/8/07 | 1393 | The Chocolate Fetish | 74.94 | | |
| 1/8/07 | 552285501 | Coca-Cola Bottling Company | 67.25 | | |
| 1/15/07 | 1392 | The Chocolate Fetish | 74.94 | | |
| 1/17/07 | 1399 | The Chocolate Fetish | 74.94 | | |
| 1/18/07 | 48078 | Amenity Services | 45.00 | | |
| 1/19/07 | 236063 | Webb Chemical & Paper Co, Inc. | 263.95 | | |
| 1/23/07 | 67355 | Sara Hodgdon | 51.24 | | |
| 1/24/07 | 1398 | The Chocolate Fetish | 74.94 | | |
| 1/25/07 | JE-17 | | | 139.50 | |
| 1/31/07 | | Current Period Change | 1,132.04 | 139.50 | 992.54 |
| | | Beginning Balance | | | 992.54 |
| 2/1/07 | 1401 | The Chocolate Fetish | 74.94 | | |
| 2/5/07 | 237312 | Webb Chemical & Paper Co, Inc. | 91.81 | | |
| 2/6/07 | 6708287 | American Hotel Register | 357.59 | | |
| 2/8/07 | 60345771 | Mutual Distributing Company | 379.08 | | |
| 2/9/07 | 55288301 | Coca-Cola Bottling Company | 224.18 | | |
| 2/12/07 | 6728037 | American Hotel Register | 87.19 | | |
| 2/16/07 | 5412464 | American Hotel Register | | 67.00 | |
| 2/16/07 | 67508 | Heidi Smart - Stuff From Lowe's | 35.16 | | |
| 2/19/07 | 1766 | Blue Moon Water | 250.00 | | |
| 2/19/07 | Stuff | Sara Hodgdon | 21.32 | | |
| 2/19/07 | 6740749 | American Hotel Register | 168.72 | | |
| 2/22/07 | 1424 | The Chocolate Fetish | 149.88 | | |
| 2/23/07 | 55289725 | Coca-Cola Bottling Company | 291.43 | | |
| 2/26/07 | 55289724 | Coca-Cola Bottling Company | 44.50 | | |

# The Hammocks, LLC
## General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 2/26/07 | | Current Period Change | 2,175.80 | 67.00 | 2,108.80 |
| | | Beginning Balance | | | 3,101.34 |
| 3/1/07 | 1427 | The Chocolate Fetish | 112.41 | | |
| 3/1/07 | 6612823 | American Hotel Register | 143.45 | | |
| 3/1/07 | 450623-00 | Guest Distribution | 156.62 | | |
| 3/1/07 | 6779964 | American Hotel Register | 215.57 | | |
| 3/12/07 | 1981 | Blue Moon Water | 262.52 | | |
| 3/19/07 | Target 3-23-0; | Carolina First Bank | 122.71 | | |
| 3/23/07 | 1438 | The Chocolate Fetish | 112.41 | | |
| 3/23/07 | 55282622 | Coca-Cola Bottling Company | 145.71 | | |
| 3/26/07 | 60353121 | Mutual Distributing Company | 213.60 | | |
| 3/26/07 | 60354372 | Mutual Distributing Company | 247.65 | | |
| 3/30/07 | | Current Period Change | 1,732.65 | | 1,732.65 |
| | | Beginning Balance | | | 4,833.99 |
| 4/1/07 | 1445 | The Chocolate Fetish | 76.86 | | |
| 4/1/07 | 55283322 | Coca-Cola Bottling Company | 313.85 | | |
| 4/2/07 | 242460 | Webb Chemical & Paper Co, Inc. | 81.66 | | |
| 4/3/07 | 2124 | Blue Moon Water | 62.00 | | |
| 4/3/07 | 6840553 | American Hotel Register | 71.45 | | |
| 4/4/07 | 265467 | InnStyle | 29.49 | | |
| 4/5/07 | 501902-00 | Guest Distribution | 355.56 | | |
| 4/6/07 | 265484 | InnStyle | 125.18 | | |
| 4/6/07 | 2183 | Blue Moon Water | 281.25 | | |
| 4/10/07 | 1444 | The Chocolate Fetish | 158.52 | | |
| 4/10/07 | 6851037 | American Hotel Register | 425.99 | | |
| 4/16/07 | 177338 | Pleasant Springs Farm, Inc | 525.00 | | |
| 4/18/07 | 1456 | The Chocolate Fetish | 112.41 | | |
| 4/19/07 | 704210185 | SYSCO | 372.44 | | |
| 4/21/07 | 55285426 | Coca-Cola Bottling Company | 145.71 | | |
| 4/23/07 | 1453 | The Chocolate Fetish | 224.82 | | |
| 4/24/07 | 27387 | Pleasant Springs Farm, Inc | 765.93 | | |
| 4/24/07 | 6905246 | American Hotel Register | 70.00 | | |
| 4/27/07 | 11170 | Sam's Club | 164.36 | | |
| 4/30/07 | | Current Period Change | 4,362.48 | | 4,362.48 |
| | | Beginning Balance | | | 9,196.47 |
| 5/1/07 | 533992-00 | Guest Distribution | 156.62 | | |
| 5/3/07 | 1462 | The Chocolate Fetish | 112.41 | | |
| 5/4/07 | 55286824 | Coca-Cola Bottling Company | 190.55 | | |
| 5/7/07 | 6926774 | American Hotel Register | 52.51 | | |
| 5/7/07 | 6930586 | American Hotel Register | 3.21 | | |
| 5/8/07 | uccleac 5-8-0; | Carolina First Bank | 44.92 | | |
| 5/8/07 | 246202 | Webb Chemical & Paper Co, Inc. | 81.02 | | |
| 5/9/07 | 8061 | Amazing Home Products | 174.95 | | |
| 5/10/07 | 1472 | The Chocolate Fetish | 149.88 | | |
| 5/10/07 | 705110653 | SYSCO | 280.01 | | |
| 5/11/07 | 55287523 | Coca-Cola Bottling Company | 179.34 | | |
| 5/14/07 | 2469 | Blue Moon Water | 155.00 | | |
| 5/14/07 | 6926773 | American Hotel Register | 91.82 | | |
| 5/14/07 | 60363323 | Mutual Distributing Company | 619.08 | | |
| 5/16/07 | 6959429 | American Hotel Register | 65.22 | | |
| 5/18/07 | 55288227 | Coca-Cola Bottling Company | 403.52 | | |
| 5/21/07 | 6945547 | American Hotel Register | 60.00 | | |

### The Hammocks, LLC
#### General Ledger
#### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 5/21/07 | 724818 | Home Depot | 25.43 | | |
| 5/24/07 | 247435 | Webb Chemical & Paper Co, Inc. | 392.71 | | |
| 5/24/07 | 6982274 | American Hotel Register | 146.97 | | |
| 5/25/07 | 1475 | The Chocolate Fetish | 153.12 | | |
| 5/29/07 | | Current Period Change | 3,538.29 | | 3,538.29 |
| | | Beginning Balance | | | 12,734.76 |
| 6/1/07 | 1480 | The Chocolate Fetish | 224.82 | | |
| 6/1/07 | 55289623 | Coca-Cola Bottling Company | 224.18 | | |
| 6/4/07 | 27576 | Pleasant Springs Farm, Inc | 540.00 | | |
| 6/5/07 | 708071414 | SYSCO | 372.44 | | |
| 6/7/07 | 7013937 | American Hotel Register | 245.03 | | |
| 6/7/07 | 7017972 | American Hotel Register | 677.23 | | |
| 6/8/07 | 1486 | The Chocolate Fetish | 149.88 | | |
| 6/8/07 | 1479 | The Chocolate Fetish | 187.35 | | |
| 6/11/07 | 706110443 | SYSCO | 87.11 | | |
| 6/11/07 | 7022208 | American Hotel Register | 340.65 | | |
| 6/11/07 | 8382 | Amazing Home Products | 86.89 | | |
| 6/14/07 | 1489 | The Chocolate Fetish | 149.88 | | |
| 6/14/07 | 249795 | Webb Chemical & Paper Co, Inc. | 503.73 | | |
| 6/21/07 | 1498 | The Chocolate Fetish | 112.41 | | |
| 6/22/07 | 706230246 | SYSCO | 140.00 | | |
| 6/23/07 | 55281808 | Coca-Cola Bottling Company | 190.55 | | |
| 6/25/07 | 7069485 | American Hotel Register | 30.99 | | |
| 6/26/07 | 1504 | The Chocolate Fetish | 149.88 | | |
| 6/29/07 | | Current Period Change | 4,413.02 | | 4,413.02 |
| | | Beginning Balance | | | 17,147.78 |
| 7/1/07 | KMart | Susie Zimmerman | 9.60 | | |
| 7/1/07 | 07-04-2007 | Inn Daily Sales | 7.41 | | |
| 7/4/07 | 707040428 | SYSCO | 276.04 | | |
| 7/4/07 | 255619 | Piedmont Graphics | 346.40 | | |
| 7/6/07 | 1505 | The Chocolate Fetish | 149.88 | | |
| 7/8/07 | 267590 | InnStyle | 54.14 | | |
| 7/9/07 | 55283227 | Coca-Cola Bottling Company | 156.92 | | |
| 7/9/07 | 7107238 | American Hotel Register | 196.28 | | |
| 7/10/07 | 4829-37 | Pleasant Springs Farm, Inc | 540.00 | | |
| 7/12/07 | 1516 | The Chocolate Fetish | 149.76 | | |
| 7/12/07 | 10029065 | Monarch | 321.80 | | |
| 7/12/07 | 7119878 | American Hotel Register | 156.62 | | |
| 7/13/07 | 707130822 | SYSCO | 464.14 | | |
| 7/13/07 | 72853921 | Coca-Cola Bottling Company | 179.34 | | |
| 7/16/07 | 1513 | The Chocolate Fetish | 74.94 | | |
| 7/19/07 | 1514 | The Chocolate Fetish | 149.88 | | |
| 7/20/07 | 72854623 | Coca-Cola Bottling Company | 358.68 | | |
| 7/23/07 | 1520 | The Chocolate Fetish | 224.82 | | |
| 7/25/07 | 8970 | Amazing Home Products | 89.95 | | |
| 7/26/07 | 2241 | Sam's Club - Toilet Paper | 71.74 | | |
| 7/27/07 | 401453 | Citizens Hardware | 40.02 | | |
| 7/27/07 | 72855302 | Coca-Cola Bottling Company | 134.51 | | |
| 7/30/07 | 07-31-2007 | Inn Daily Sales | 8.14 | | |
| 7/31/07 | 252711 | Webb Chemical & Paper Co, Inc. | 503.73 | | |
| 7/31/07 | | Current Period Change | 4,664.74 | | 4,664.74 |
| | | Beginning Balance | | | 21,812.52 |

## The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 8/1/07 | 1522 | The Chocolate Fetish | 224.82 | | |
| 8/1/07 | 7173973 | American Hotel Register | 2,802.04 | | |
| 8/1/07 | 7173974 | American Hotel Register | 518.37 | | |
| 8/1/07 | 684 | ESG, Inc | 95.70 | | |
| 8/1/07 | 7177791 | American Hotel Register | 48.23 | | |
| 8/2/07 | 08-07-2007 | Inn Daily Sales | 14.75 | | |
| 8/7/07 | 7196731 | American Hotel Register | 83.47 | | |
| 8/9/07 | 1529 | The Chocolate Fetish | 187.35 | | |
| 8/9/07 | 54805 | Amenity Services | 148.46 | | |
| 8/9/07 | 7201028 | American Hotel Register | 111.08 | | |
| 8/10/07 | 708100722 | SYSCO | 100.52 | | |
| 8/10/07 | 72856701 | Coca-Cola Bottling Company | 336.26 | | |
| 8/13/07 | 4829-85 | Pleasant Springs Farm, Inc | 540.00 | | |
| 8/14/07 | 1526 | The Chocolate Fetish | 224.82 | | |
| 8/14/07 | 708150570 | SYSCO | 592.35 | | |
| 8/15/07 | 63852 | Home Depot | 79.05 | | |
| 8/15/07 | 269027 | InnStyle | 64.90 | | |
| 8/16/07 | 257060 | Piedmont Graphics | 757.91 | | |
| 8/20/07 | 254627 | Webb Chemical & Paper Co, Inc. | 266.88 | | |
| 8/21/07 | 1537 | The Chocolate Fetish | 168.13 | | |
| 8/22/07 | 08-24-2007 | Inn Daily Sales - ROBE FROM ROOM | | 25.00 | |
| 8/24/07 | 72858131 | Coca-Cola Bottling Company | 201.76 | | |
| 8/27/07 | DollarG 8-27-2 | Carolina First Bank | 10.41 | | |
| 8/27/07 | 7238799 | American Hotel Register | 81.70 | | |
| 8/28/07 | 9270 | Amazing Home Products | 162.00 | | |
| 8/28/07 | 7250243 | American Hotel Register | 124.42 | | |
| 8/28/07 | 6926576 | American Hotel Register | 31.10 | | |
| 8/28/07 | | Current Period Change | 7,976.48 | 25.00 | 7,951.48 |
| | | Beginning Balance | | | 29,764.00 |
| 9/1/07 | 1542 | The Chocolate Fetish | 134.51 | | |
| 9/1/07 | 09-02-2007 | Inn Daily Sales | 8.00 | | |
| 9/2/07 | 09-02-2007 | Inn Daily Sales | 6.75 | | |
| 9/2/07 | 1545 | The Chocolate Fetish | 100.76 | | |
| 9/5/07 | 7271828 | American Hotel Register | 124.42 | | |
| 9/6/07 | 72859520 | Coca-Cola Bottling Company | 224.18 | | |
| 9/10/07 | 677179-00 | Guest Distribution | 396.70 | | |
| 9/12/07 | 1547 | The Chocolate Fetish | 168.13 | | |
| 9/13/07 | 3860 | Blue Moon Water | 186.00 | | |
| 9/17/07 | 5595-97B | Pleasant Springs Farm, Inc | 1,080.00 | | |
| 9/18/07 | 269830 | InnStyle | 200.99 | | |
| 9/18/07 | 1551 | The Chocolate Fetish | 201.76 | | |
| 9/19/07 | 719 | ESG, Inc | 122.77 | | |
| 9/20/07 | 7309868 | American Hotel Register | 74.99 | | |
| 9/20/07 | 7309867 | American Hotel Register | 61.29 | | |
| 9/20/07 | 09-24-2007 | Inn Daily Sales | 1.87 | | |
| 9/24/07 | 1556 | The Chocolate Fetish | 235.38 | | |
| 9/24/07 | 269934 | InnStyle | 29.85 | | |
| 9/24/07 | | Current Period Change | 3,358.35 | | 3,358.35 |
| | | Beginning Balance | | | 33,122.35 |
| 10/1/07 | 1558 | The Chocolate Fetish | 235.26 | | |
| 10/1/07 | 9824 | Amazing Home Products | 144.91 | | |
| 10/1/07 | 72851717 | Coca-Cola Bottling Company | 305.31 | | |

# The Hammocks, LLC
## General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 10/1/07 | 563.82 | Amenity Services | 327.00 | | |
| 10/1/07 | 710020761 | SYSCO | 391.07 | | |
| 10/2/07 | 258315 | Webb Chemical & Paper Co, Inc. | 260.47 | | |
| 10/3/07 | 14224 | West End Coffee Company | 380.00 | | |
| 10/4/07 | 68616 | Sara Hodgdon | 42.94 | | |
| 10/4/07 | 60392454 | Mutual Distributing Company | 35.96 | | |
| 10/5/07 | 0578365 | Guest Distribution | 229.77 | | |
| 10/5/07 | 270265 | InnStyle | 82.59 | | |
| 10/5/07 | 72852426 | Coca-Cola Bottling Company | 147.32 | | |
| 10/8/07 | 710080394 | SYSCO | 89.63 | | |
| 10/8/07 | 1563 | The Chocolate Fetish | 235.38 | | |
| 10/9/07 | VClean 10-10 | Carolina First Bank | 453.39 | | |
| 10/10/07 | 710150442 | SYSCO | 1,264.59 | | |
| 10/15/07 | 72853124 | Coca-Cola Bottling Company | 176.14 | | |
| 10/15/07 | 7375517 | American Hotel Register | 551.85 | | |
| 10/16/07 | 7379487 | American Hotel Register | 61.29 | | |
| 10/17/07 | 1567 | The Chocolate Fetish | 201.76 | | |
| 10/17/07 | 72853828 | Coca-Cola Bottling Company | 140.91 | | |
| 10/23/07 | 7399087 | American Hotel Register | 733.78 | | |
| 10/24/07 | 7399088 | American Hotel Register | 322.36 | | |
| 10/24/07 | 260623 | Webb Chemical & Paper Co, Inc. | 266.88 | | |
| 10/24/07 | 1571 | The Chocolate Fetish | 168.13 | | |
| 10/24/07 | 60396922 | Mutual Distributing Company | 95.88 | | |
| 10/25/07 | 1773-189 | Pleasant Springs Farm, Inc | 570.00 | | |
| 10/25/07 | 7406394 | American Hotel Register | 883.41 | | |
| 10/26/07 | 402991 | Citizens Hardware | 79.98 | | |
| 10/27/07 | 72884503 | Coca-Cola Bottling Company | 152.65 | | |
| 10/29/07 | 1575 | The Chocolate Fetish | 235.38 | | |
| 10/30/07 | | Current Period Change | 9,265.99 | | 9,265.99 |
| | | Beginning Balance | | | 42,388.34 |
| 11/1/07 | Krups 11-1-07 | Carolina First Bank | 73.75 | | |
| 11/1/07 | 711011090 | SYSCO | 391.07 | | |
| 11/1/07 | 1773-198 | Pleasant Springs Farm, Inc - private la | 754.00 | | |
| 11/2/07 | 72855220 | Coca-Cola Bottling Company | 211.37 | | |
| 11/5/07 | 68752 | Sam's Club | 279.10 | | |
| 11/6/07 | 270976 | InnStyle | 55.95 | | |
| 11/6/07 | 57734 | Amenity Services | 143.16 | | |
| 11/6/07 | 1578 | The Chocolate Fetish | 201.76 | | |
| 11/7/07 | 7440642 | American Hotel Register | 471.99 | | |
| 11/9/07 | 72855906 | Coca-Cola Bottling Company | 152.65 | | |
| 11/12/07 | 10345 | Amazing Home Products | 174.95 | | |
| 11/12/07 | 1581 | The Chocolate Fetish | 131.15 | | |
| 11/12/07 | 261854 | Webb Chemical & Paper Co, Inc. | 280.86 | | |
| 11/13/07 | 711130587 | SYSCO | 171.22 | | |
| 11/13/07 | 68858 | Sara Hodgdon | 51.49 | | |
| 11/16/07 | 262443 | Webb Chemical & Paper Co, Inc. | 405.86 | | |
| 11/20/07 | 1586 | The Chocolate Fetish | 134.51 | | |
| 11/21/07 | 711231090 | SYSCO | 541.16 | | |
| 11/23/07 | 72857306 | Coca-Cola Bottling Company | 93.94 | | |
| 11/26/07 | 261019 | Piedmont Graphics | 247.60 | | |
| 11/26/07 | 57273 | Home Depot | 21.91 | | |
| 11/27/07 | 1590 | The Chocolate Fetish | 134.51 | | |

## The Hammocks, LLC
### General Ledger
### For the Period From Oct 1, 2005 to Dec 31, 2006

Filter Criteria includes: 1) IDs: 100-5013. Report order is by ID. Report is printed with shortened descriptions and

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|------|-----------|-------------------|-----------|------------|---------|
| 11/29/07 | 11473 | Sam's Club | 94.49 | | |
| 11/30/07 | | Current Period Change | 5,218.45 | | 5,218.45 |
| | | Beginning Balance | | | 47,606.79 |
| 12/1/07 | 5486086 | Carolina First Bank | | 49.46 | |
| 12/1/07 | 72858023 | Coca-Cola Bottling Company | 70.46 | | |
| 12/3/07 | 7498677 | Carolina First Bank | 118.30 | | |
| 12/5/07 | 1593 | The Chocolate Fetish | 100.88 | | |
| 12/5/07 | 7502218 | Carolina First Bank | 1,252.05 | | |
| 12/6/07 | 284112 | Webb Chemical & Paper Co, Inc. | 147.37 | | |
| 12/11/07 | 7512554 | Carolina First Bank | 91.53 | | |
| 12/11/07 | 69061 | Sarah McCullagh-PettyCash Adml | 20.24 | | |
| 12/17/07 | 72859414 | Coca-Cola Bottling Company | 446.22 | | |
| 12/17/07 | 1603 | The Chocolate Fetish | 134.39 | | |
| 12/19/07 | 7248208 | American Hotel Register | 55.93 | | |
| 12/19/07 | 271791 | InnStyle | 72.00 | | |
| 12/19/07 | INgles 12-20-0 | Carolina First Bank | 67.47 | | |
| 12/20/07 | 1607 | The Chocolate Fetish | 152.12 | | |
| 12/24/07 | Ingles 12-30-2 | Carolina First Bank | 29.48 | | |
| 12/30/07 | 72880919 | Coca-Cola Bottling Company | 93.94 | | |
| 12/31/07 | | Current Period Change | 2,852.38 | 49.46 | 2,802.92 |
| | | Fiscal Year End Balance | | | 50,409.71 |
| 12/31/07 | | | | | |
| | | Beginning Balance | | | |
| 1/1/08 | 1773-5063 | Pleasant Springs Farm, Inc | 610.50 | | |
| 1/3/08 | Ingles 17559 | Carolina First Bank | 33.53 | | |
| 1/3/08 | 1610 | The Chocolate Fetish | 100.88 | | |
| 1/3/08 | Uclean 5770a | Carolina First Bank | 45.72 | | |
| 1/6/08 | 10999 | Amazing Home Products | 96.01 | | |
| 1/6/08 | 72851622 | Coca-Cola Bottling Company | 152.65 | | |
| 1/7/08 | 7560970 | American Hotel Register | 1,478.76 | | |
| 1/7/08 | 801080683 | SYSCO | 553.55 | | |
| 1/8/08 | 266669 | Webb Chemical & Paper Co, Inc. | 155.86 | | |
| 1/8/08 | 7572072 | American Hotel Register | 24.73 | | |
| 1/10/08 | 59565 | Amenity Services | 162.00 | | |
| 1/14/08 | 1609 | The Chocolate Fetish | 100.88 | | |
| 1/15/08 | 72883011 | Coca-Cola Bottling Company | 187.88 | | |
| 1/21/08 | 1617 | The Chocolate Fetish | 100.88 | | |
| 1/23/08 | 72853703 | Coca-Cola Bottling Company | 258.34 | | |
| 1/28/08 | | Current Period Change | 4,062.17 | | 4,062.17 |
| | | Beginning Balance | | | 4,062.17 |
| 2/1/08 | 054101 | Mountain Valley Spring Water | 79.34 | | |
| 2/4/08 | 7632870 | American Hotel Register | 35.48 | | |
| 2/5/08 | 22084600 | Coca-Cola Bottling Company | 164.40 | | |
| 2/6/08 | 22075104 | Coca-Cola Bottling Company | 234.85 | | |
| 2/11/08 | 11493 | Sam's Club | 169.71 | | |
| 2/12/08 | 1622 | The Chocolate Fetish | 269.01 | | |
| 2/12/08 | Ingles 2-13-08 | Carolina First Bank | 44.64 | | |
| 2/13/08 | AM HOTEL 2- | Carolina First Bank | 1,644.82 | | |
| 2/13/08 | 7663395 | American Hotel Register | 153.08 | | |
| 2/18/08 | 269579 | Webb Chemical & Paper Co, Inc. | 424.87 | | |
| 2/19/08 | 1625 | The Chocolate Fetish | 134.51 | | |
| 2/20/08 | 1773-5099 | Pleasant Springs Farm, Inc | 610.50 | | |