RichmondHillInn
Welcome Sarah Margaret McCullagh

Administrator Services | ezLaborManager

Home | Administration

Maintenance | Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (2 of 28) Barry, T. Michelle (DS0000858) Find

Pay Date Range: User-Defined Date Range 04/27/2009 - 05/03/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fri | 05/01/2009 | 09:00 AM | 05:00 PM | 8.00 | 8.00 | | | 000103 |
| | | | Sun | 05/03/2009 | 09:00 AM | 05:00 PM | 8.00 | 8.00 | | | 000103 |
| | | | | | | Total Hours: | 16.00 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Tutorial Logout

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (3 of 28) Deschner, Linda Diana (DS0000674) Find

Pay Date Range: User-Defined Date Range 04/27/2009 - 05/03/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 04/27/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| | | | Thu | 04/30/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| | | | Fri | 05/01/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| | | | Sat | 05/02/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| | | | Sun | 05/03/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| | | | | | | Total Hours: | 42.50 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:15:43 PM v11.016.002.23 - ezlmportal3.adp.com - ezlmportal3.adp.com DPID - sA cyuCmwIAS

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (7 of 28) Goldsworthy, Kathleen A (DS0003776) Find

Pay Date Range: User-Defined Date Range 04/27/2009 - 05/03/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Mon | 04/27/2009 | 03:00 PM | 11:00 PM | 8.00 | 8.00 | | | 000104 |
| ☐ | ☑ | ☐ | Wed | 04/29/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000104 |
| ☐ | ☑ | ☐ | Thu | 04/30/2009 | 03:00 PM | 11:00 PM | 8.00 | 8.00 | | | 000104 |
| ☐ | ☑ | ☐ | Sun | 05/03/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000104 |
| | | | | | | Total Hours: | 32.00 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:15:56 PM v11.615.002.23 - sb<;Fg:9e.([{) ezlmportal0.adp.com - ezlmportal8.adp.com DFID - sA<yuCnoiA)

Copyright ©2006-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (15 of 28) Morris, Meagan Jerusha (DS0000763) Find

Pay Date Range: User-Defined Date Range 04/27/2009 - 05/03/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Mon | 04/27/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| ☐ | ☑ | ☐ | Tue | 04/28/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| ☐ | ☑ | ☐ | Thu | 04/30/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| ☐ | ☑ | ☐ | Fri | 05/01/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| ☐ | ☑ | ☐ | Sat | 05/02/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| | | | | | | Total Hours: | 40.00 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:16:12 PM v11.016.002.23 - ezlmportal8.adp.com - ezlmportal8.adp.com

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 4/26/2009 | 0.00 | $0.00 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 4/26/2009 | 14.00 | $175.00 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 4/26/2009 | 12.00 | $132.00 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 4/26/2009 | 15.00 | $161.25 | FUTURE GUEST PROBLEMS |
| NICK WILLEMS | MORNING CHEF | $14.00 | 4/26/2009 | 15.00 | $210.00 | CLEANING EQUIPMENT |
| RALPH LONOW | DINING MANAGER | $13.46 | 4/26/2009 | 12.00 | $161.52 | CLEANING EQUIPMENT |
| IRENE PIKE | HOUSEKEEPING | $12.50 | 4/26/2009 | | $0.00 | |
| BLANCA MONREAL | HOUSEKEEPING | $10.50 | 4/26/2009 | | $0.00 | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 4/26/2009 | 0.00 | $0.00 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 4/26/2009 | 25.00 | $348.50 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 4/26/2009 | 20.00 | $415.40 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 4/26/2009 | 0.00 | $0.00 | FIRE PROBLEMS |
| | | | | | **$1,603.67** | |

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Tutorial Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (15 of 28) Morris, Meagan Jerusha (0S0000763) Find

Pay Date Range: User-Defined Date Range 04/20/2009 - 04/26/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 04/20/2009 | 10:12 AM | 01:48 PM | 3.60 | | | | 000103 | |
| | | | Mon | 04/20/2009 | 02:26 PM | 06:35 PM | 4.15 | 7.75 | | | 000103 | |
| | | | Thu | 04/23/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| | | | Fri | 04/24/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| | | | Sat | 04/25/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| | | | Sun | 04/26/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 000103 | |
| | | | | | | Total Hours: | 39.75 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:10:07 PM v11.016.002.23 - xb<;9g:9e,{{' ezlmportal3.adp.com - ezlmportal8.adp.com D910 - sAcyuCnrAH

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (7 of 28) Goldsworthy, Kathleen A (DS0003776) Find

Pay Date Range: User-Defined Date Range 04/20/2009 - 04/26/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Tue | 04/21/2009 | 10:03 AM | 01:12 PM | 3.15 | | | | 000104 | |
| ☐ | ☑ | ☐ | Tue | 04/21/2009 | 01:52 PM | 07:05 PM | 5.22 | 8.37 | | | 000104 | |
| ☐ | ☑ | ☐ | Wed | 04/22/2009 | 08:04 AM | 12:51 PM | 4.78 | | | | 000104 | |
| ☐ | ☑ | ☐ | Wed | 04/22/2009 | 01:17 PM | 06:22 PM | 5.08 | 9.87 | | | 000104 | |
| ☐ | ☑ | ☐ | Thu | 04/23/2009 | 03:00 PM | 11:00 PM | 8.00 | 8.00 | | | 000104 | |
| ☐ | ☑ | ☐ | Sat | 04/25/2009 | 01:00 PM | 05:00 PM | 4.00 | 4.00 | | | 000104 | |
| | | | | | | Total Hours: | 30.23 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:18:30 PM v11.016.002.23 - ezlmportal8.adp.com - ezlmportal8.adp.com

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (3 of 28) Deschner, Linda Diana (DS0000674) Find

Pay Date Range: User-Defined Date Range 04/20/2009 - 04/26/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Tue | 04/21/2009 | 05:49 PM | 12:08 AM | 6.32 | 6.32 | | | 000101 |
| ☐ | ☑ | ☐ | Wed | 04/22/2009 | 04:42 PM | 12:05 AM | 7.38 | 7.38 | | | 000101 |
| ☐ | ☑ | ☐ | Fri | 04/24/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| ☐ | ☑ | ☐ | Sat | 04/25/2009 | 03:45 PM | 11:15 PM | 7.50 | 7.50 | | | 000101 |
| ☐ | ☑ | ☐ | Sun | 04/26/2009 | 02:45 PM | 11:15 PM | 8.50 | 8.50 | | | 000101 |
| | | | | | | Total Hours: | 38.20 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:10:43 PM v11.015.002.23 - ab<;9j:9e/(( ; ezlmportal8.adp.com - ezlmportal3.adp.com DPID - sAcyuCnvIAf

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

E-Part 4 of 5 Page 9 of 24

ADP ezLaborManager - Timecard Manager

Page 1 of 1

RichmondHillInn
Welcome Sarah Margaret McCullagh
Administrator Services
ezLaborManager
Home
Administration
Maintenance
Setup
You are here: Menu > Timecard Manager
Timecard Manager
Filter: Alpha (2 of 28) Barry, T. Michelle (DS0000858) Find
Pay Date Range: User-Defined Date Range 04/20/2009 - 04/26/2009
Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View
Preferences Add Dates
Submit Submit & Calculate
Total Hours: 16.00
Submit Submit & Calculate Insert Copy Paste Clear Delete
Back to: Menu

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Thu | 04/23/2009 | 12:00 AM | 08:00 AM | 8.00 | 8.00 | | VACTON | 000103 |
| | | | Fri | 04/24/2009 | 12:00 AM | 08:00 AM | 8.00 | 8.00 | | VACTON | 000103 |
| | | | | | | Total Hours: | 16.00 | | | | |

05/10/2009 04:10:56 PM v11.016.002.23

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

https://ezlmappdc2.adp.com/ezLaborManagerNet/AdminServices/TimeEntry/TimecardMa... 5/10/2009

| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 4/19/2009 | 5.08 | $50.80 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 4/19/2009 | 20.00 | $250.00 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 4/19/2009 | 15.00 | $165.00 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 4/19/2009 | 10.00 | $107.50 | FUTURE GUEST PROBLEMS |
| | | | | | | |
| NICK WILLEMS | MORNING CHEF | $14.00 | 4/19/2009 | 0.00 | $0.00 | |
| | | | | | | |
| IRENE PIKE | | | 4/19/2009 | | $0.00 | |
| BLANCA MONREAL | | | 4/19/2009 | | $0.00 | |
| | | | | | | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 4/19/2009 | 0.00 | $0.00 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 4/19/2009 | 25.00 | $348.50 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 4/19/2009 | 20.00 | $415.40 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 4/19/2009 | 0.00 | $0.00 | FIRE PROBLEMS |
| | | | | | **$1,337.20** | |

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Tutorial Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (15 of 28) Morris, Meagan Jerusha (DS0000763) Find

Pay Date Range: User-Defined Date Range 04/13/2009 - 04/19/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tue | 04/14/2009 | 10:31 AM | 06:16 PM | 7.75 | 7.75 | | | 000103 | |
| | | | Wed | 04/15/2009 | 08:07 AM | 04:21 PM | 8.23 | 8.23 | | | 000103 | |
| | | | Thu | 04/16/2009 | 12:00 AM | 08:00 AM | 8.00 | 8.00 | | VACTON | 000103 | |
| | | | Fri | 04/17/2009 | 12:00 AM | 08:00 AM | 8.00 | 8.00 | | VACTON | 000103 | |
| | | | | | | Total Hours: | 31.98 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:00:51 PM v11.016.002.23 - xb<;9g:9e,{{; ezlmportal8.adp.com - ezlmportal8.adp.com DFID - sA<yuCnxiAA

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (7 of 28) Goldsworthy, Kathleen A (OS0003776) Find

Pay Date Range: User-Defined Date Range 04/13/2009 - 04/19/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 04/13/2009 | 10:04 AM | 07:11 PM | 9.12 | 9.12 | | | 000104 | |
| | | | Thu | 04/16/2009 | 08:08 AM | 05:31 PM | 9.38 | 9.38 | | | 000104 | |
| | | | Fri | 04/17/2009 | 08:02 AM | 05:30 PM | 9.47 | | | | 000104 | |
| | | | Fri | 04/17/2009 | 05:09 PM | | | 9.47? | | | 000104 | |
| | | | | | | Total Hours: | 27.97 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:00:29 PM v11.016.662.23 - xb<;Sg:9e,{[{; ezlmportal8.adp.com - ezlmportal8.adp.com BFID - sA<yUCneIAA

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (3 of 28) Deschner, Linda Diana (DS0000674) Find

Pay Date Range: User-Defined Date Range 04/13/2009 - 04/19/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | Tue | 04/14/2009 | 05:50 PM | 12:06 AM | 6.27 | 6.27 | | | 000101 |
| ☐ | ☒ | ☐ | Wed | 04/15/2009 | 03:45 PM | 01:16 AM | 9.52 | 9.52 | | | 000101 |
| ☐ | ☒ | ☐ | Thu | 04/16/2009 | 04:45 PM | 12:29 AM | 7.73 | 7.73 | | | 000101 |
| ☐ | ☒ | ☐ | Fri | 04/17/2009 | 04:45 PM | 12:27 AM | 7.70 | 7.70 | | | 000101 |
| ☐ | ☒ | ☐ | Sat | 04/18/2009 | 12:00 AM | 08:00 AM | 8.00 | 8.00 | | VACTON | 000101 |
| | | | | | Total Hours: | | 39.22 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:03:16 PM v11.016.002.23 - xb<;9g:9e,{{() ezlmportal3.adp.com - ezlmportal3.adp.com DPID - sA cyuCmtAS

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.
ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (2 of 28) Barry, T. Michelle (DS0000858) Find

Pay Date Range: User-Defined Date Range 04/13/2009 - 04/19/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Sat | 04/18/2009 | 08:00 AM | 01:05 PM | 5.08 | 5.08 | | | 000103 | |
| | | | | | | Total Hours: | 5.08 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 04:00:03 PM v11.016.002.23 - ezlmportal3.adp.com - ezlmportal8.adp.com

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 4/12/2009 | 12.00 | $120.00 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 4/12/2009 | 20.00 | $250.00 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 4/12/2009 | 15.00 | $165.00 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 4/12/2009 | 20.00 | $215.00 | FUTURE GUEST PROBLEMS |
| NICK WILLEMS | MORNING CHEF | $14.00 | 4/12/2009 | 0.00 | $0.00 | |
| IRENE PIKE | | | 4/12/2009 | | $0.00 | |
| BLANCA MONREAL | | | 4/12/2009 | | $0.00 | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 4/12/2009 | 40.00 | $673.20 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 4/12/2009 | 20.00 | $278.80 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 4/12/2009 | 15.00 | $311.55 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 4/12/2009 | 0.00 | $0.00 | FIRE PROBLEMS |
| | | | | | **$2,013.55** | |

RichmondHillInn

Welcome Sarah Margaret McCullagh

Administrator Services ezLaborManager

Home / Administration

Maintenance | Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (15 of 28) Morris, Meagan Jerusha (DS0000763) Find

Pay Date Range: User-Defined Date Range 04/06/2009 - 04/12/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 04/06/2009 | 08:05 AM | 01:32 PM | 5.45 | | | | 000103 | |
| | | | Mon | 04/06/2009 | 01:48 PM | 04:16 PM | 2.47 | 7.92 | | | 000103 | |
| | | | Tue | 04/07/2009 | 08:00 AM | 04:12 PM | 8.20 | 8.20 | | | 000103 | |
| | | | Wed | 04/08/2009 | 08:15 AM | 04:19 PM | 8.07 | 8.07 | | | 000103 | |
| | | | Thu | 04/09/2009 | 08:16 AM | 02:35 PM | 6.32 | 6.32 | | | 000103 | |
| | | | Fri | 04/10/2009 | 08:09 AM | 03:03 PM | 6.90 | 6.90 | | | 000103 | |

Total Hours: 37.40

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:54:05 PM v11.016.002.23 - ezlmportal3.adp.com - ezlmportal3.adp.com

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (7 of 28) Goldsworthy, Kathleen A (DS0003776) Find

Pay Date Range: User-Defined Date Range 04/06/2009 - 04/12/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 04/06/2009 | 04:00 PM | 12:06 AM | 8.10 | 8.10 | | | 000104 |
| | | | Tue | 04/07/2009 | 12:00 AM | 10:00 AM | 10.00 | 10.00 | | VACTON | 000104 |
| | | | Wed | 04/08/2009 | 12:00 AM | 09:00 AM | 9.00 | 9.00 | | VACTON | 000104 |
| | | | Thu | 04/09/2009 | 10:13 AM | 07:05 PM | 8.87 | 8.87 | | | 000104 |
| | | | Sat | 04/11/2009 | 11:05 AM | 07:20 PM | 8.25 | 8.25 | | | 000104 |
| | | | Sun | 04/12/2009 | 07:00 AM | 01:15 PM | 6.25 | 6.25 | | | 000104 |
| | | | | | | Total Hours: | 50.47 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:54:45 PM v11.016.002.23 - xb<;5g:9o,[{{; ezlmportal8.adp.com - ezlmportal8.adp.com DPID - sA<yuCandAH

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Refresh Help Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (3 of 28) Deschner, Linda Diana (DS0000674) Find

Pay Date Range: User-Defined Date Range 04/06/2009 - 04/12/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Tue | 04/07/2009 | 03:47 PM | 11:55 PM | 8.13 | 8.13 | | | 000101 |
| ☐ | ☑ | ☐ | Wed | 04/08/2009 | 03:49 PM | 12:09 AM | 8.33 | 8.33 | | | 000101 |
| ☐ | ☑ | ☐ | Thu | 04/09/2009 | 03:46 PM | 06:13 PM | 2.45 | | | | 000101 |
| ☐ | ☑ | ☐ | Thu | 04/09/2009 | 06:32 PM | 12:03 AM | 5.52 | 7.97 | | | 000101 |
| ☐ | ☑ | ☐ | Fri | 04/10/2009 | 03:42 PM | 12:12 AM | 8.50 | 8.50 | | | 000101 |
| ☐ | ☑ | ☐ | Sat | 04/11/2009 | 03:46 PM | 11:49 PM | 8.05 | 8.05 | | | 000101 |
| | | | | | | Total Hours: | 40.98 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Sign Out
Administrator Services ezLaborManager.

Home / Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (2 of 28) Barry, T. Michelle (DS0000858) Find

Pay Date Range: User-Defined Date Range 04/06/2009 - 04/12/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences Add Dates

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Fri | 04/10/2009 | 10:00 AM | 12:43 PM | 2.72 | | | | 000103 |
| ☐ | ☑ | ☐ | Fri | 04/10/2009 | 01:20 PM | 07:01 PM | 5.68 | 8.40 | | | 000103 |
| ☐ | ☑ | ☐ | Sat | 04/11/2009 | 08:04 AM | 12:50 PM | 4.77 | | | | 000103 |
| ☐ | ☑ | ☐ | Sat | 04/11/2009 | 12:59 PM | 04:10 PM | 3.18 | 7.95 | | | 000103 |
| | | | | | Total Hours: | | 16.35 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:55:48 PM v11.016.002.23 - xb<;9g:9e,{{(: ezlmportal0.adp.com - ezlmportal8.adp.com DPID - sA<yuCmlA"

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved. ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 4/5/2009 | 8.00 | $80.00 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 4/5/2009 | 16.00 | $200.00 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 4/5/2009 | 20.00 | $220.00 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 4/5/2009 | 20.00 | $215.00 | FUTURE GUEST PROBLEMS |
| NICK WILLEMS | MORNING CHEF | $14.00 | 4/5/2009 | 0.00 | $0.00 | |
| IRENE PIKE | | | 4/5/2009 | | $0.00 | |
| BLANCA MONREAL | | | 4/5/2009 | | $0.00 | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 4/5/2009 | 40.00 | $673.20 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 4/5/2009 | 20.00 | $278.80 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 4/5/2009 | 15.00 | $311.55 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 4/5/2009 | 0.00 | $0.00 | FIRE PROBLEMS |
| | | | | | **$1,978.55** | |

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services

ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (2 of 28) Barry, T. Michelle (DS0000858) Find

Pay Date Range: User-Defined Date Range 03/30/2009 - 04/05/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View

Preferences

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fri | 04/03/2009 | 10:05 AM | 07:04 PM | 8.98 | 8.98 | | | 000103 | |
| | | | Sat | 04/04/2009 | 07:54 AM | 12:11 PM | 4.28 | 4.28 | | | 000103 | |
| | | | Sun | 04/05/2009 | 08:11 AM | 12:07 PM | 3.93 | 3.93 | | | 000103 | |
| | | | | | | Total Hours: | 17.20 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:49:04 PM v11.016.002.23 - xb<;9g:9e,{{(P ezlsportal3.adp.com - ezlmportal3.adp.com DPID - sAcyuCnxIA5

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (3 of 28) Deschner, Linda Diana (DS0000674) Find

Pay Date Range: User-Defined Date Range 03/30/2009 - 04/05/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | Wed | 04/01/2009 | 03:47 PM | 11:42 PM | 7.92 | 7.92 | | | 000101 |
| | ☑ | ☐ | Thu | 04/02/2009 | 03:57 PM | 11:59 PM | 8.03 | 8.03 | | | 000101 |
| | ☑ | ☐ | Fri | 04/03/2009 | 03:50 PM | 06:29 PM | 2.65 | | | | 000101 |
| | ☑ | ☐ | Fri | 04/03/2009 | 06:59 PM | 12:10 AM | 5.18 | 7.83 | | | 000101 |
| | ☑ | ☐ | Sat | 04/04/2009 | 03:46 PM | 06:40 PM | 2.90 | | | | 000101 |
| | ☑ | ☐ | Sat | 04/04/2009 | 07:04 PM | 12:22 AM | 5.30 | 8.20 | | | 000101 |
| | ☑ | ☐ | Sun | 04/05/2009 | 03:52 PM | 06:43 PM | 2.85 | | | | 000101 |
| | ☑ | ☐ | Sun | 04/05/2009 | 07:07 PM | 12:10 AM | 5.05 | 7.90 | | | 000101 |
| | | | | | | Total Hours: | 39.88 | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:49:15 PM v11.016.002.23 - ezimportal9.adp.com - ezimportal8.adp.com CFID - sA-yuCnmAC

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (7 of 28) Goldsworthy, Kathleen A (DS0003776) Find

Pay Date Range: User-Defined Date Range 03/30/2009 - 04/05/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 03/30/2009 | 03:59 PM | 01:24 AM | 9.42 | 9.42 | | | 000104 | |
| | | | Tue | 03/31/2009 | 04:05 PM | 12:00 AM | 7.92 | 7.92 | | | 000104 | |
| | | | Sat | 04/04/2009 | 11:03 AM | 07:14 PM | 8.18 | 8.18 | | | 000104 | |
| | | | Sun | 04/05/2009 | 11:04 AM | 07:11 PM | 8.12 | 8.12 | | | 000104 | |
| | | | | | | Total Hours: | 33.63 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:49:33 PM v11.016.002.23 - ezlmportal8.adp.com - ezlmportal8.adp.com

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved. ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL

RichmondHillInn
Welcome Sarah Margaret McCullagh

Reports Options Help Training Exit

Administrator Services ezLaborManager

Home Administration

Maintenance Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (15 of 28) Morris, Meagan Jerusha (DS0000763) Find

Pay Date Range: User-Defined Date Range 03/30/2009 - 04/05/2009

Printable View Payroll Summary Schedule Supplemental Earnings Multiple Employee View Preferences

Submit Submit & Calculate

| Select | | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | 03/30/2009 | 08:07 AM | 04:07 PM | 8.00 | 8.00 | | | 000103 | |
| | | | Tue | 03/31/2009 | 08:03 AM | 05:05 PM | 9.03 | 9.03 | | | 000103 | |
| | | | Wed | 04/01/2009 | 08:06 AM | 04:13 PM | 8.12 | 8.12 | | | 000103 | |
| | | | Thu | 04/02/2009 | 08:15 AM | 04:24 PM | 8.15 | 8.15 | | | 000103 | |
| | | | Fri | 04/03/2009 | 08:15 AM | 04:11 PM | 7.93 | 7.93 | | | 000103 | |
| | | | | | | Total Hours: | 41.23 | | | | | |

Submit Submit & Calculate Insert Copy Paste Clear Delete

Back to: Menu

05/10/2009 03:50:07 PM v11.016.002.23 - xb<;9g:9a,((() ezlmportal38.adp.com - ezlmportal8.adp.com DFID - sAcyuCmAJ
Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT PRODUCT SUGGESTIONS PRIVACY LEGAL