| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 3/29/2009 | 18.00 | $180.00 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 3/29/2009 | 17.00 | $212.50 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 3/29/2009 | 16.50 | $181.50 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 3/29/2009 | 26.00 | $279.50 | FUTURE GUEST PROBLEMS |
| PERRY HENDRIX | EXEC CHEF | $23.08 | 3/29/2009 | 40.00 | $923.20 | SETTING UP NEW KITCHEN |
| LAURA BOGARD | PASTRY CHEF | $15.38 | 3/29/2009 | 40.00 | $615.20 | SETTING UP NEW KITCHEN |
| NICK WILLEMS | MORNING CHEF | $14.00 | 3/29/2009 | 5.00 | $70.00 | SETTING UP NEW KITCHEN |
| RALPH LONOW | MANAGER | $13.46 | 3/29/2009 | 10.00 | $134.60 | SETTING UP DINING ROOM |
| MYLES THOMAS | SERVER/HOST | $6.55/$15.00 | 3/29/2009 | 6.00 | $39.30 | SETTING UP DINING ROOM |
| ERIN KAPLAN | SERVER | $6.55 | 3/29/2009 | 6.00 | $39.30 | SETTING UP DINING ROOM |
| IRENE PIKE | | | 3/29/2009 | | $0.00 | |
| BLANCA MONREAL | | | 3/29/2009 | | $0.00 | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 3/29/2009 | 40.00 | $673.20 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 3/29/2009 | 16.00 | $223.04 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 3/29/2009 | 30.00 | $623.10 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 3/29/2009 | 4.00 | $56.00 | FIRE PROBLEMS |
| | | | | | $4,250.44 | |

| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 3/22/2009 | 26.00 | $260.00 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 3/22/2009 | 15.00 | $187.50 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 3/22/2009 | 17.78 | $195.58 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 3/22/2009 | 16.45 | $176.84 | FUTURE GUEST PROBLEMS |
| PERRY HENDRIX | EXEC CHEF | $23.08 | 3/22/2009 | 40.00 | $923.20 | SETTING UP NEW KITCHEN |
| LAURA BOGARD | PASTRY CHEF | $15.38 | 3/22/2009 | 40.00 | $615.20 | SETTING UP NEW KITCHEN |
| NICK WILLEMS | MORNING C-HEF | $14.00 | 3/22/2009 | 10.00 | $140.00 | SETTING UP NEW KITCHEN |
| RALPH LONOW | MANAGER | $13.46 | 3/29/2009 | 20.00 | $269.20 | SETTING UP DINING ROOM |
| MYLES THOMAS | SERVER/HOST | $6.55/$15.00 | 3/22/2009 | 6.00 | $39.30 | SETTING UP DINING ROOM |
| ERIN KAPLAN | SERVER | $6.55 | 3/22/2009 | 6.00 | $39.30 | SETTING UP DINING ROOM |
| IRENE PIKE | | | 3/22/2009 | | $0.00 | |
| BLANCA MONREAL | | | 3/22/2009 | | $0.00 | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 3/22/2009 | 40.00 | $673.20 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 3/22/2009 | 16.00 | $223.04 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 3/22/2009 | 30.00 | $623.10 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 3/22/2009 | 2.38 | $33.32 | FIRE PROBLEMS |
| | | | | | $4,398.78 | |

ADP ezLaborManager - Timecard Manager                                    Page 1 of 1

**RichmondHillInn**
Welcome Sarah Margaret McCullagh

Administrator Services  ezLaborManager.

Home  / Administration

Maintenance   Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha  (9 of 28)  Israel, Patricia M (DS0000635)    Find

Pay Data Range: User-Defined Date Range 03/23/2009 - 03/29/2009

Printable View  Payroll Summary  Schedule  Supplemental Earnings  Multiple Employee View                    Preferences

Submit      Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|--------|--------------------|--|---------|---------|----------|-------|--------------|----------|---------------|------------|--|
|  | ☑ | ☐ | ⊕ Thu 03/26/2009 | 12:45 PM | 02:51 PM | 2.10 | 2.10 | | | 000803 | |
| | | | | | Total Hours: | 2.10 | | | | | |

Submit        Submit & Calculate        Insert    Copy    Paste    Clear    Delete

Back to: Menu

05/10/2009 03:45:30 PM v11.016.002.23 - sb<;fg:9a,((() ezlmportal8.adp.com - ezlmportal8.adp.com DFID - sA:cyuCno6A(
Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.        ☒ ABOUT  ☒ PRODUCT SUGGESTIONS  ☒ PRIVACY  ☒ LEGAL

ADP ezLaborManager - Timecard Manager                              Page 1 of 1

**RichmondHillInn**
Welcome  Sarah Margaret McCullagh

Administrator Services  ezLaborManager.

Home    Administration
Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (15 of 28) ▶ Morris, Heagan Jerusha (DS0000763) ◑ [          ]  Find
Pay Date Range: User-Defined Date Range 03/23/2009 - 03/29/2009
Printable View  Payroll Summary  Schedule  Supplemental Earnings  Multiple Employee View                    Preferences ▼
Submit      Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⁻⁻ | ☑ | ☐ | ⊕ Mon | 03/23/2009 | 08:09 AM | 01:00 PM | 4.85 | | | | 000103 | ⊚ |
| ⁻⁻ | ☑ | ☐ | ⊕ Mon | 03/23/2009 | 01:30 PM | 05:11 PM | 3.68 | 8.53 | | | 000103 | ⊚ |
| ⁻⁻ | ☑ | ☐ | ⊕ Tue | 03/24/2009 | 10:12 AM | 05:26 PM | 7.23 | 7.23 | | | 000103 | ⊚ |
| . | ☑ | ☐ | ⊕ Thu | 03/26/2009 | 09:00 AM | 07:05 PM | 10.08 | 10.08 | | | 000103 | ⊚ |
| ⁻⁻ | ☑ | ☐ | ⊕ Fri | 03/27/2009 | 08:06 AM | 01:19 PM | 5.22 | | | | 000103 | ⊚ |
| ⁻⁻ | ☑ | ☐ | ⊕ Fri | 03/27/2009 | 01:58 PM | 05:12 PM | 3.23 | 8.45 | | | 000103 | ⊚ |

Total Hours:  34.30

Submit      Submit & Calculate      Insert    Copy    Paste    Clear    Delete
Back to: Menu

05/10/2009 03:44:39 PM v11.015.002.23 - xb<;5g:9c;({{} ezlmportali8.adp.com - ezimporta/8.adp.com DFID - sA.cyvCrm0AH
Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.    ☒ ABOUT    ☒ PRODUCT SUGGESTIONS    ☒ PRIVACY    ☒ LEGAL

ADP ezLaborManager - Timecard Manager                                              Page 1 of 1

**RichmondHillInn**
Welcome  Sarah Margaret McCullagh

Administrator Services   ezLaborManager.

Home  /  Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha  (2 of 28)  Barry, T. Michelle (DS0000858)    Find

Pay Date Range: User-Defined Date Range  03/23/2009  - 03/29/2009

Printable View    Payroll Summary    Schedule    Supplemental Earnings    Multiple Employee View                    Preferences

Submit    Submit & Calculate

| Select | Supervisor Approval | | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ... | ✓ | [ ] | Fri | 03/27/2009 | 10:13 AM | 12:29 PM | 2.27 | | | | 000103 | |
| ... | ✓ | [ ] | Fri | 03/27/2009 | 01:02 PM | 07:13 PM | 6.18 | 8.45 | | | 000103 | |
| ... | ✓ | | | Sat | 03/28/2009 | 08:10 AM | 12:44 PM | 4.57 | | | | 000103 | |
| ... | ✓ | | | Sat | 03/28/2009 | 01:09 PM | 04:26 PM | 3.28 | 7.85 | | | 000103 | |
| ... | ✓ | [ ] | Sun | 03/29/2009 | 08:15 AM | 12:47 PM | 4.53 | | | | 000103 | |
| ... | ✓ | [ ] | Sun | 03/29/2009 | 01:09 PM | 04:04 PM | 2.92 | 7.45 | | | 000103 | |

Total Hours:  23.75

Submit         Submit & Calculate         Insert    Copy    Paste    Clear    Delete

Back to: Menu

05/10/2009 03:44:51 PM v11.C15.602.23 - sb<;5g:9a;[[() ezlreporta0.adp.com - ezlreporta8.adp.com DFID - 1AcysCmdAf
Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.        ABOUT    PRODUCT SUGGESTIONS    PRIVACY    LEGAL

ADP ezLaborManager - Timecard Manager

RichmondHillInn
Welcome Sarah Margaret McCullagh

Administrator Services  ezLaborManager

Home    Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (3 of 28) Deschner, Linda Diana (DS0000674)    Find

Pay Date Range: User-Defined Date Range 03/23/2009 - 03/29/2009

Printable View    Payroll Summary    Schedule    Supplemental Earnings    Multiple Employee View    Preferences

Submit    Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | Wed | 03/25/2009 | 11:46 AM | 07:39 PM | 7.88 | 7.88 | | | 000101 | |
| | ✓ | Thu | 03/26/2009 | 06:21 PM | 12:20 AM | 5.98 | 5.98 | | | 000101 | |
| | ✓ | Fri | 03/27/2009 | 04:45 PM | 06:39 PM | 1.90 | | | | 000101 | |
| | ✓ | Fri | 03/27/2009 | 06:57 PM | 12:13 AM | 5.27 | 7.17 | | | 000101 | |
| | ✓ | Sat | 03/28/2009 | 02:51 PM | 12:15 AM | 9.40 | 9.40 | | | 000101 | |
| | ✓ | Sun | 03/29/2009 | 03:47 PM | 07:33 PM | 3.77 | 3.77 | | | 000101 | |

Total Hours: 34.20

Submit    Submit & Calculate    Insert    Copy    Paste    Clear    Delete

Back to: Menu

05/10/2009 03:45:03 PM v11.016.932.23 - sb<;9g:9e,(((; ezimportal8.adp.com - ezimportal8.adp.com DP10 - cA<pCnnlA*

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.

ABOUT    PRODUCT SUGGESTIONS    PRIVACY    LEGAL

ADP ezLaborManager - Timecard Manager                                    Page 1 of 1

**RichmondHillInn**
Welcome  Sarah Margaret McCullagh

Administrator Services      ezLaborManager.

Home    Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (7 of 28) Goldsworthy, Kathleen A (DS0003776)    Find

Pay Date Range: User-Defined Date Range 03/23/2009 - 03/29/2009

Printable View   Payroll Summary   Schedule   Supplemental Earnings   Multiple Employee View                Preferences

Submit    Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☑ | Mon | 03/23/2009 | 10:03 AM | 06:00 PM | 7.95 | 7.95 | | | 000104 | |
| | ☑ | Sat | 03/28/2009 | 10:00 AM | 07:13 PM | 9.22 | 9.22 | | | 000104 | |
| | ☑ | Sun | 03/29/2009 | 10:04 AM | 07:06 PM | 9.03 | 9.03 | | | 000104 | |

Total Hours: 26.20

Submit    Submit & Calculate    Insert    Copy    Paste    Clear    Delete

Back to: Menu

05/10/2009 03:45:10 PM v11.616.002.23 - xbc;9g:9a{{} ezlmportal0.adp.com - exlmportal3.adp.com DFID - sA<yuCnslA(
Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.      ⊠ ABOUT  ⊠ PRODUCT SUGGESTIONS  ⊠ PRIVACY  ⊠ LEGAL

| EMPLOYEE | POSITION | HOURLY RATE | WEEK ENDING | HOURS | TOTAL | REASON |
|---|---|---|---|---|---|---|
| MICHELLE BARRY | FRONT DESK/RESV | $10.00 | 3/22/2009 | 26.00 | $260.00 | FUTURE GUEST PROBLEMS |
| DIANA DESCHNER | FRONT DESK/RESV | $12.50 | 3/22/2009 | 15.00 | $187.50 | FUTURE GUEST PROBLEMS |
| KATHLEEN GOLDSWORTHY | FRONT DESK/RESV | $11.00 | 3/22/2009 | 17.78 | $195.58 | FUTURE GUEST PROBLEMS |
| MEAGAN MORRIS | FRONT DESK/RESV | $10.75 | 3/22/2009 | 16.45 | $176.84 | FUTURE GUEST PROBLEMS |
| PERRY HENDRIX | EXEC CHEF | $23.08 | 3/22/2009 | 20.00 | $461.60 | SETTING UP NEW KITCHEN |
| LAURA BOGARD | PASTRY CHEF | $15.38 | 3/22/2009 | 10.00 | $153.80 | SETTING UP NEW KITCHEN |
| NICK WILLEMS | MORNING CHEF | $14.00 | 3/22/2009 | 10.00 | $140.00 | SETTING UP NEW KITCHEN |
| IRENE PIKE | | | 3/22/2009 | | $0.00 | |
| BLANCA MONREAL | | | 3/22/2009 | | $0.00 | |
| SUSIE ZIMMERMAN | GEN MANAGER | $16.83 | 3/22/2009 | 40.00 | $673.20 | FIRE PROBLEMS |
| SARAH MCCULLAGH | ACCOUNTANT | $13.94 | 3/22/2009 | 16.00 | $223.04 | FIRE PROBLEMS |
| CEDRIC FITCH | MAINT. | $20.77 | 3/22/2009 | 30.00 | $623.10 | FIRE PROBLEMS |
| PAT ISRAEL | GARDENS | $14.00 | 3/22/2009 | 2.38 | $33.32 | FIRE PROBLEMS |
| | | | | | $3,127.98 | |

ADP ezLaborManager - Timecard Manager                                    Page 1 of 1

**RichmondHillInn**
Welcome  Sarah Margaret McCullagh

Administrator Services  ezLaborManager

Home  /  Administration
Maintenance  |  Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (2 of 28) ▶ Barry, T. Michelle (DS0000858) ⓘ               Find

Pay Date Range: User-Defined Date Range 03/19/2009 - 03/22/2009

Printable View  Payroll Summary  Schedule  Supplemental Earnings  Multiple Employee View        Preferences ▼

Submit        Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | ☑ | ☐ Fri | 03/20/2009 | 10:03 AM | 07:06 PM | 9.05 | 9.05 | | | 000103 | |
| ... | ☑ | Sat | 03/21/2009 | 10:01 AM | 07:15 PM | 9.23 | 9.23 | | | 000103 | |
| ... | ☑ | Sun | 03/22/2009 | 08:01 AM | 01:41 PM | 5.67 | | | | 000103 | |
| . | ☑ | Sun | 03/22/2009 | 02:01 PM | 04:04 PM | 2.05 | 7.72 | | | 000103 | |
| | | | | | **Total Hours:** | **26.00** | | | | | |

Submit        Submit & Calculate        Insert    Copy    Paste    Clear    Delete
Back to: Menu

ADP ezLaborManager - Timecard Manager

Page 1 of 1

**RichmondHillInn**
Welcome Sarah Margaret McCullagh

Administrator Services  ezLaborManager

Home    Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

**Timecard Manager**

Filter: *Alpha* (3 of 28) Deschner, Linda Diana (DS0000674)    Find

Pay Date Range: User-Defined Date Range 03/19/2009 - 03/22/2009

Printable View  Payroll Summary  Schedule  Supplemental Earnings  Multiple Employee View    Preferences

Submit    Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ Thu | 03/19/2009 | 01:49 PM | 05:37 PM | 3.80 | | | | 000101 | |
| | ☑ | ☐ Thu | 03/19/2009 | 05:55 PM | 11:53 PM | 5.97 | 9.77 | | | 000101 | |
| | ☑ | ☐ Fri | 03/20/2009 | 03:46 PM | 06:47 PM | 3.02 | | | | 000101 | |
| | ☑ | ☐ Fri | 03/20/2009 | 07:08 PM | 12:27 AM | 5.32 | 8.33 | | | 000101 | |
| | ☑ | ☐ Sat | 03/21/2009 | 03:47 PM | 06:43 PM | 2.93 | | | | 000101 | |
| | ☑ | ☐ Sat | 03/21/2009 | 07:08 PM | 12:15 AM | 5.12 | 8.05 | | | 000101 | |
| | ☑ | ☐ Sun | 03/22/2009 | 03:48 PM | 12:20 AM | 8.53 | 8.53 | | | 000101 | |
| | | | | Total Hours: | | 34.68 | | | | | |

Submit    Submit & Calculate    Insert    Copy    Paste    Clear    Delete

Back to: Menu

ADP ezLaborManager - Timecard Manager

Page 1 of 1

**RichmondHillInn**
Welcome Sarah Margaret McCullagh

Administrator Services  ezLaborManager.

Home    Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Alpha (7 of 28) Goldsworthy, Kathleen A (DS0003776)    Find
Pay Date Range: User-Defined Date Range 03/19/2009 - 03/22/2009
Printable View    Payroll Summary    Schedule    Supplemental Earnings    Multiple Employee View    Preferences

Submit    Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☑ | Thu | 03/19/2009 | 10:35 AM | 03:28 PM | 4.88 | 4.88 | | | 000104 | |
| | ☑ | Sat | 03/21/2009 | 01:02 PM | 07:23 PM | 6.35 | 6.35 | | | 000104 | |
| | ☑ | Sun | 03/22/2009 | 01:08 PM | 07:41 PM | 6.55 | 6.55 | | | 000104 | |
| | | | | | Total Hours: | 17.78 | | | | | |

Submit    Submit & Calculate    Insert    Copy    Paste    Clear    Delete

Back to: Menu

05/10/2009 03:36:25 PM v11.015.002.23 - y4-c;9g:0e,f[(" ezLnportal8.adp.com - ezlxrports78.adp.con DPID - sA:qxCrwcAH
Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.    ☒ ABOUT    ☒ PRODUCT SUGGESTIONS    ☒ PRIVACY    ☒ LEGAL

ADP ezLaborManager - Timecard Manager

**RichmondHillInn**
Welcome Sarah Margaret McCullagh

Administrator Services    ezLaborManager

Home    Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Alpha* (9 of 28) Israel, Patricia M (D50000635)    Find

Pay Date Range: User-Defined Date Range 03/19/2009 - 03/22/2009

Printable View   Payroll Summary   Schedule   Supplemental Earnings   Multiple Employee View    Preferences

Submit    Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|--------|---------------------|--|---------|---------|----------|-------|--------------|----------|---------------|------------|--|
| – | ☑ | ☐ ⊕ Thu | 03/19/2009 | 10:40 AM | 01:03 PM | 2.38 | 2.38 | | | 000803 | |
| | | | | | Total Hours: | 2.38 | | | | | |

Submit    Submit & Calculate    Insert   Copy   Paste   Clear   Delete

Back to: Menu

05/10/2009 07:37:01 PM v11.015.002.23 - xb<;9p.9e.[[(P ezlaportal8.adp.com - ezlaportal8.adp.com DPID - sA<puCmtiA>
Copyright ©2000-2005 Automatic Data Processing, Inc. All Rights Reserved.    ⊠ ABOUT  ⊠ PRODUCT SUGGESTIONS  ⊠ PRIVACY  ⊠ LEGAL

Lost outside

stream                    # 4270.75

plants                    # 52,543.46

                      ——————————————
                      # 56,814.21

*REPLACEMENT PUMPS FOR THE STREAM*

*1/2 HP FILTER PUMP #4NY21=$541.00*

*5 HP SUBMERSIBLE PUMP #7YT30 = $2039.00*

*5 HP CONTROL BOX #1LZW8 =$367.75*

*(GRANGER PRICES)*

*LABOR FOR MOVING IRRIGATION TIMERS AND CONTROL TANKS. ( TWO PEOPLE 3 DAYS) =$840.00*

*25' 12-3 WIRE =$58.00*

*4 NEW HEADS =$35.00*

*MISC. PLUMBING FITTINGS =$10.00*

*ESP-LX TIMER PANEL =$280.00*

4270.75

| Mansion Plants | Count | Price | Total | |
|---|---|---|---|---|
| Assorted Tropical Plants in containers | 8 | | $750.00 | |
| Assorted Orchids& vases with fillers | 8 | $59.99 | $479.92 | |
| Small bud vases with flowers | 34 | | $105.65 | |
| Medium vases with flowers | 10 | | $79.95 | |
| Assorted empty vases | 25 | | $35.75 | |
| | | | | $1,451.27 |

## Greenhouse Plants
### Lost in Greenhouse Due to No Electricity

| | Count | Price | Total | |
|---|---|---|---|---|
| Orchids Assorted | 66 | $29.95 | $1,976.70 | |
| 3 Gal. Tropical Plants | 23 | | $805.00 | |
| 7 Gal. Musa Plants | 5 | $85.00 | $425.00 | |
| 15 Gal. Musa Plants | 1 | $165.00 | $165.00 | |
| 6" Pots of Assorted Plants | 30 | $9.99 | $298.50 | |
| Plants on Mist Table | 55 | | $55.00 | |
| Assorted Hanging Baskets | 10 | $15.95 | $159.50 | |
| | | | | $3,884.70 |

## Cottage Plants
### Lost in Cottages Due to No Electricty

| | Count | Price | Total |
|---|---|---|---|
| Assorted Plants in Containers | 9 | $12.99 | $116.91 |

## Carriage House Plants
### Lost in Carriage House Due to No Electricity

| | Count | Price | Total | |
|---|---|---|---|---|
| Assorted Plants in Containers | 8 | | $270.00 | |
| Assorted Orchids in Vases with Fillers | 3 | $59.95 | $179.85 | |
| | | | | $449.85 |

## Lanier Garden

| | Count | Price | Total |
|---|---|---|---|
| Digitalis Purpurea 'Alba" | 10 | $9.95 | $99.50 |
| Digitalis Purpurea 'Mertohensis' | 10 | $9.95 | $99.50 |
| Delphinium Pacific Giants | 10 | $10.95 | $109.95 |
| Hollyhock 'Single' | 10 | $13.25 | $132.50 |
| Hollyhock 'Zebrina' | 8 | $13.25 | $106.00 |
| Phlox 'Mr. Fiut' | 6 | $15.99 | $95.94 |
| Phlox 'Miss Lingard' | 3 | $15.99 | $47.97 |
| Phlox 'Bright Eyes' | 6 | $15.99 | $95.94 |
| Lavatera Tharihaca | 3 | $15.99 | $47.97 |
| Boltonia 'Smowback' | 3 | $9.99 | $29.97 |
| Lupine 'Russells Hybrids' | 8 | $10.99 | $87.92 |
| Verbena Bonariensis | 4 | $12.99 | $51.96 |
| Peony 'Fastiva Maxima' | 1 | $37.99 | $37.99 |
| Peony 'Julia Rose' | 1 | $79.99 | $79.99 |

| | | | |
|---|---|---|---|
| Peony 'White' | 1 | $41.99 | $41.99 |
| Peony 'Yellow' | 1 | $41.99 | $41.99 |
| Japanese Anemone | 10 | $9.75 | $97.50 |
| Artemisia 'Powis' | 4 | $15.99 | $63.96 |
| Saliva 'Blue Hills' | 6 | $14.99 | $89.94 |
| Saliva Patense | 2 | $14.99 | $29.98 |
| Saliva Leucanths | 3 | $15.99 | $47.97 |
| Canpanula Persicifolia | 2 | $12.99 | $25.98 |
| Coreopsis 'Moonbeam' | 4 | $10.99 | $43.96 |
| Linlum | 4 | $21.99 | $87.96 |
| Verbena 'Sunny Border Blue' | 4 | $12.99 | $51.96 |
| Coneflower 'Bright Star' | 3 | $16.99 | $50.97 |
| Coneflower 'White Swan' | 2 | $16.99 | $33.98 |
| Stokesia 'Blue Danube' | 4 | $12.99 | $51.96 |
| Aster 'Alma Pots Chke' | 4 | $11.99 | $47.96 |
| Aster 'Hella Lacy; | 3 | $11.99 | $35.97 |
| Baptisia Australis | 3 | $24.99 | $74.97 |
| | | | $2,042.10 |
| Lanier Benches | 2 | $249.00 | $498.00 |
| Outer Mansion Borders | | | |
| Leucothoe Fontanesiana 15 gal | 12 | $175.00 | $2,100.00 |
| Prunus Cratuague 'Winter King' 15 gal | 1 | $180.00 | $180.00 |
| Quercus Alba 14' | 1 | $192.19 | $192.19 |
| Rhododendron Catawbiense 'English Roseum' 10 gal | 13 | $150.00 | $1,950.00 |
| Hollyhock assorted | 19 | $13.25 | $251.75 |
| Rhustyhina 'Dissecta' | 18 | $22.95 | $413.10 |
| Buxus Sempervirens 'Argentia' | 7 | $39.95 | $279.65 |
| Baron Creeping Wintergreen Gal | 10 | $14.99 | $140.99 |
| Sarocococa 'H.Humilies' | 2 | $19.99 | $39.98 |
| Cornus Celestial 7 Gal | 2 | $140.00 | $280.00 |
| Nandina Domestica 'Fire Power' B@B | 6 | $89.98 | $539.70 |
| Tsuga Carolina 12' | 2 | $265.00 | $530.00 |
| Magnolia 'D.D.Blanchard | 1 | $89.00 | $89.00 |
| Berberia Thumbergii 'Rosy Glow' | 15 | $26.99 | $404.85 |
| Prunus Laurocerasus 'Otto Luyken' | 30 | $60.00 | $1,800.00 |
| Cornus Kousa 'Milky Way' 9' | 2 | $195.00 | $390.00 |
| Quercus Phellos 14' | 1 | $192.19 | $192.19 |
| Viburnum Plicatum 'Shasta' | 9 | $59.99 | $539.91 |
| Viburnum Burkwoodii 'Anne Russel' | 16 | $39.99 | $639.84 |
| Spirea Thunbergi 'Ogon' | 5 | $26.99 | $134.95 |
| Spirea Nipponica 'Snow Mound' | 3 | $24.99 | $74.97 |
| Stewartia Pseudocamellia 2 Cal. | 1 | $265.00 | $265.00 |
| Styrax Japonica | 1 | $199.99 | $199.99 |
| Itea Virginia 'Saturnalia' 5 Gal. | 3 | $22.00 | $66.00 |
| Quercus Nigra | 1 | $175.00 | $175.00 |
| Sciadopitys Verticilla 3 Gal. | 1 | $99.00 | $99.00 |
| Calycanthus Loridus 'Margarita' 3 Gal. | 3 | $39.00 | $117.00 |
| Calycanthus Loridus 'Michael Lindsey' 3 Gal. | 4 | $39.00 | $156.00 |
| Philadelphus Coronarius 'Glacier' 15 Gal. | 1 | $199.00 | $199.00 |

| | | | |
|---|---|---|---|
| Philadelphus Coronarius 'Girandole' 15 Gal. | 1 | $199.00 | $199.00 |
| Cladrastis Kentukea 5 Gal. | 1 | $77.00 | $77.00 |
| Cotoneasters 'Scarlet Leader' | 60 | $18.98 | $1,138.80 |
| Camellias 'Snow Flurry' | 5 | $50.00 | $250.00 |
| Hydrangea 'Macrophylla Variegata' 15 Gal. | 6 | $59.95 | $359.70 |
| Deutzia Gracities | 6 | $15.00 | $90.00 |
| Forsythias | 28 | $30.00 | $840.00 |
| Multi-stemmed Betula Nigra 12' | 2 | $185.00 | $370.00 |
| Mexican Anise | 5 | $19.95 | $99.75 |
| Illex Decidera 'Warren Red' | 5 | $44.00 | $220.00 |
| Rosa Meidiland | 10 | $16.99 | $169.99 |
| Hedera Helix Mature Shrub | 4 | $25.00 | $100.00 |
| Exochorda Racemosa | 4 | $25.00 | $100.00 |
| Quercus Rubra 15 Gal. | 2 | $175.00 | $350.00 |
| Quercus 'Bicolor' 7 Gal. | 2 | $120.00 | $240.00 |
| Cornus Kousa 'Milky Way' | 6 | $140.00 | $840.00 |
| Hydrangea Guercifolia 'Alice' | 13 | $39.99 | $519.87 |
| Rose Unknown | 3 | $19.99 | $59.97 |
| Hydrangea 'Mini Penny' | 1 | $39.99 | $39.99 |
| Prunus Laurocerasus 'West Coast Scipkaersis' 8' | 9 | $185.00 | $1,665.00 |
| Physocarpus Opsulifolius 'Summer Wine' 5 Gal. | 1 | $59.00 | $59.00 |
| Rose of Sharon 'Alice' | 1 | $18.95 | $18.95 |
| | | | $20,247.08 |

### Miscellaneous

| | |
|---|---|
| Market Gro 1500 Heavy Wall Drip Line Kit | $1,103.06 |
| Miscellaneous Parts | $350.00 |
| Labor | $330.00 |
| | $1,783.06 |
| ESP-24LX Rain Bird Sprinkler Timer | $890.00 |
| Rain Checker | $80.49 |
| | $970.49 |
| Irrigation Parts | |
| Labor | |
| B@B Landscaping | |
| Labor | $18,750.00 |
| Remover of Trees | $2,350.00 |
| Total not including pump & irrigation | $52,543.46 |

cost outside

stream                    # 4270.75

plants                    # 52,573.46
                          _____

                          # 56,814.21

*REPLACEMENT PUMPS FOR THE STREAM*

*1/2 HP FILTER PUMP #4NY21=$541.00*

*5 HP SUBMERSIBLE PUMP #7YT30 = $2039.00*

*5 HP CONTROL BOX #1LZW8 =$367.75*

*(GRANGER PRICES)*

*LABOR FOR MOVING IRRIGATION TIMERS AND CONTROL
TANKS. (TWO PEOPLE 3 DAYS) =$840.00*

*25' 12-3 WIRE =$58.00*

*4 NEW HEADS =$35.00*

*MISC. PLUMBING FITTINGS =$10.00*

*ESP-LX TIMER PANEL =$280.00*

4278.75

## Mansion Plants

| | Count | Price | Total |
|---|---|---|---|
| Assorted Tropical Plants in containers | 8 | | $750.00 |
| Assorted Orchids& vases with fillers | 8 | $59.99 | $479.92 |
| Small bud vases with flowers | 34 | | $105.65 |
| Medium vases with flowers | 10 | | $79.95 |
| Assorted empty vases | 25 | | $35.75 |
| | | | $1,451.27 |

## Greenhouse Plants
Lost in Greenhouse Due to No Electricity

| | Count | Price | Total |
|---|---|---|---|
| Orchids Assorted | 66 | $29.95 | $1,976.70 |
| 3 Gal. Tropical Plants | 23 | | $805.00 |
| 7 Gal. Musa Plants | 5 | $85.00 | $425.00 |
| 15 Gal Musa Plants | 1 | $165.00 | $165.00 |
| 6" Pots of Assorted Plants | 30 | $9.99 | $298.50 |
| Plants on Mist Table | 55 | | $55.00 |
| Assorted Hanging Baskets | 10 | $15.95 | $159.50 |
| | | | $3,884.70 |

## Cottage Plants
Lost in Cottages Due to No Electricty

| | Count | Price | Total |
|---|---|---|---|
| Assorted Plants in Containers | 9 | $12.99 | $116.91 |

## Carriage House Plants
Lost in Carriage House Due to No Electricity

| | Count | Price | Total |
|---|---|---|---|
| Assorted Plants in Containers | 8 | | $270.00 |
| Assorted Orchids in Vases with Fillers | 3 | $59.95 | $179.85 |
| | | | $449.85 |

## Lanier Garden

| | Count | Price | Total |
|---|---|---|---|
| Digitalis Purpurea 'Alba" | 10 | $9.95 | $99.50 |
| Digitalis Purpurea 'Mertohensis' | 10 | $9.95 | $99.50 |
| Delphinium Pacific Giants | 10 | $10.95 | $109.95 |
| Hollyhock 'Single' | 10 | $13.25 | $132.50 |
| Hollyhock 'Zebrina' | 8 | $13.25 | $106.00 |
| Phlox 'Mr. Fiut' | 6 | $15.99 | $95.94 |
| Phlox 'Miss Lingard' | 3 | $15.99 | $47.97 |
| Phlox 'Bright Eyes' | 6 | $15.99 | $95.94 |
| Lavatera Tharihaca | 3 | $15.99 | $47.97 |
| Boltonia 'Smowback' | 3 | $9.99 | $29.97 |
| Lupine 'Russells Hybrids' | 8 | $10.99 | $87.92 |
| Verbena Bonariensis | 4 | $12.99 | $51.96 |
| Peony 'Fastiva Maxima' | 1 | $37.99 | $37.99 |
| Peony 'Julia Rose' | 1 | $79.99 | $79.99 |

| | | | |
|---|---|---|---|
| Peony 'White' | 1 | $41.99 | $41.99 |
| Peony 'Yellow' | 1 | $41.99 | $41.99 |
| Japanese Anemone | 10 | $9.75 | $97.50 |
| Artemisia 'Powis' | 4 | $15.99 | $63.96 |
| Saliva 'Blue Hills' | 6 | $14.99 | $89.94 |
| Saliva Patense | 2 | $14.99 | $29.98 |
| Saliva Leucanths | 3 | $15.99 | $47.97 |
| Canpanula Persicifolia | 2 | $12.99 | $25.98 |
| Coreopsis 'Moonbeam' | 4 | $10.99 | $43.96 |
| Linium | 4 | $21.99 | $87.96 |
| Verbena 'Sunny Border Blue' | 4 | $12.99 | $51.96 |
| Coneflower 'Bright Star' | 3 | $16.99 | $50.97 |
| Coneflower 'White Swan' | 2 | $16.99 | $33.98 |
| Stokesia 'Blue Danube' | 4 | $12.99 | $51.96 |
| Aster 'Alma Pots Chke' | 4 | $11.99 | $47.96 |
| Aster 'Hella Lacy; | 3 | $11.99 | $35.97 |
| Baptisia Australis | 3 | $24.99 | $74.97 |
| | | | $2,042.10 |
| Lanier Benches | 2 | $249.00 | $498.00 |
| Outer Mansion Borders | | | |
| Leucothoe Fontanesiana 15 gal | 12 | $175.00 | $2,100.00 |
| Prunus Cratuague 'Winter King' 15 gal | 1 | $180.00 | $180.00 |
| Quercus Alba 14' | 1 | $192.19 | $192.19 |
| Rhododendron Catawbiense 'English Roseum' 10 gal | 13 | $150.00 | $1,950.00 |
| Hollyhock assorted | 19 | $13.25 | $251.75 |
| Rhustyhina 'Dissecta' | 18 | $22.95 | $413.10 |
| Buxus Sempervirens 'Argentia' | 7 | $39.95 | $279.65 |
| Baron Creeping Wintergreen Gal | 10 | $14.99 | $140.99 |
| Sarococococca 'H.Humilies' | 2 | $19.99 | $39.98 |
| Cornus Celestial 7 Gal | 2 | $140.00 | $280.00 |
| Nandina Domestica 'Fire Power' B@B | 6 | $89.98 | $539.70 |
| Tsuga Carolina 12' | 2 | $265.00 | $530.00 |
| Magnolia 'D.D.Blanchard | 1 | $89.00 | $89.00 |
| Berberia Thumbergii 'Rosy Glow' | 15 | $26.99 | $404.85 |
| Prunus Laurocerasus 'Otto Luyken' | 30 | $60.00 | $1,800.00 |
| Cornus Kousa 'Milky Way' 9' | 2 | $195.00 | $390.00 |
| Quercus Phellos 14' | 1 | $192.19 | $192.19 |
| Viburnum Plicatum 'Shasta' | 9 | $59.99 | $539.91 |
| Viburnum Burkwoodii 'Anne Russel' | 16 | $39.99 | $639.84 |
| Spirea Thunbergi 'Ogon' | 5 | $26.99 | $134.95 |
| Spirea Nipponica 'Snow Mound' | 3 | $24.99 | $74.97 |
| Stewartia Pseudocamellia 2 Cal. | 1 | $265.00 | $265.00 |
| Styrax Japonica | 1 | $199.99 | $199.99 |
| Itea Virginia 'Saturnalia' 5 Gal. | 3 | $22.00 | $66.00 |
| Quercus Nigra | 1 | $175.00 | $175.00 |
| Sciadopitys Verticilla 3 Gal. | 1 | $99.00 | $99.00 |
| Calycanthus Loridus 'Margarita' 3 Gal. | 3 | $39.00 | $117.00 |
| Calycanthus Loridus 'Michael Lindsey' 3 Gal. | 4 | $39.00 | $156.00 |
| Philadelphus Coronarius 'Glacier' 15 Gal. | 1 | $199.00 | $199.00 |

| | | | |
|---|---|---|---|
| Philadelphus Coronarius 'Girandole' 15 Gal. | 1 | $199.00 | $199.00 |
| Cladrastis Kentukea 5 Gal. | 1 | $77.00 | $77.00 |
| Cotoneasters 'Scarlet Leader' | 60 | $18.98 | $1,138.80 |
| Camellias 'Snow Flurry' | 5 | $50.00 | $250.00 |
| Hydrangea 'Macrophylla Variegata' 15 Gal. | 6 | $59.95 | $359.70 |
| Deutzia Gracities | 6 | $15.00 | $90.00 |
| Forsythias | 28 | $30.00 | $840.00 |
| Multi-stemmed Betula Nigra 12' | 2 | $185.00 | $370.00 |
| Mexican Anise | 5 | $19.95 | $99.75 |
| Illex Decidera 'Warren Red' | 5 | $44.00 | $220.00 |
| Rosa Meidiland . | 10 | $16.99 | $169.99 |
| Hedera Helix Mature Shrub | 4 | $25.00 | $100.00 |
| Exochorda Racemosa | 4 | $25.00 | $100.00 |
| Quercus Rubra 15 Gal. | 2 | $175.00 | $350.00 |
| Quercus 'Bicolor' 7 Gal. | 2 | $120.00 | $240.00 |
| Comus Kousa 'Milky Way' | 6 | $140.00 | $840.00 |
| Hydrangea Guercifolila 'Alice' | 13 | $39.99 | $519.87 |
| Rose Unknown | 3 | $19.99 | $59.97 |
| Hydrangea 'Mini Penny' | 1 | $39.99 | $39.99 |
| Prunus Laurocerasus 'West Coast Scipkaersis' 8' | 9 | $185.00 | $1,665.00 |
| Physocarpus Opsulifolius 'Summer Wine' 5 Gal. | 1 | $59.00 | $59.00 |
| Rose of Sharon 'Alice' | 1 | $18.95 | $18.95 |
| | | | $20,247.08 |

### Miscellaneous

| | | |
|---|---|---|
| Market Gro 1500 Heavy Wall Drip Line Kit | $1,103.06 | |
| Miscellaneous Parts | $350.00 | |
| Labor | $330.00 | |
| | | $1,783.06 |
| | | |
| ESP-24LX Rain Bird Sprinkler Timer | $890.00 | |
| Rain Checker | $80.49 | |
| | | $970.49 |
| | | |
| Irrigation Parts | | |
| Labor | | |
| | | |
| B@B Landscaping | | |
| Labor | | |
| | | $18,750.00 |
| | | |
| Remover of Trees | | |
| | | $2,350.00 |
| | | |
| Total not including pump & irrigation | | |
| | | $52,543.46 |