Page 183

1    or not he was appropriately paying himself and others?

2         A    Right.  Right.

3         Q    This is about the condition of the inn I'm talking

4    about?

5         A    No.

6         Q    So you never put Holland on notice prior to October

7    of '08 that you were considering a lawsuit against him?

8         A    Right.

9         Q    For misrepresentations in the condition of the

10   property?

11        A    Right.

12        Q    At one point the documents were filed with Munden's

13   name on it, correct?

14        A    Right.

15        Q    Did you ever put her on notice before October of '08

16   that she was being considered as someone complacent with fraud?

17        A    No.

18        Q    Why was Munden's name dropped?

19        A    She called me and swore she didn't know anything

20   about it and I believed her.

21        Q    Okay.  So it was really just her appealing to your

22   sensibilities?

23        A    Right.

24        Q    Did she make any threats that she was going to bring an

25   action if you sued her?

Dr. William Gray, Vol. I

Page 184

1    A    Yes.

2    Q    Okay.  So it was more than just her saying I had

3    nothing to do with it?

4    A    I had already told her I wasn't going to keep her in

5    it if she didn't know anything about.  And she said "Well, if

6    you do I'm going to sue you" so her suing me was an after what I'd

7    already said to her so.

8    Q    But, sir, what I'm getting to was her threat to sue

9    you that caused you to drop her from the lawsuit?

10   A    Absolutely not.  Like I just got through saying I

11   had already told her I was dropping her before she threatened to

12   sue me.

13   Q    Did she threaten to sue you in writing?

14   A    No.

15   Q    You had this conversation with her over the phone?

16   A    Yes.

17   Q    Why do you think Connie Munden had something to do

18   with the fraud?

19   A    Because she was the broker in charge and she should

20   have revealed the presence of polybutylene.

21   Q    You think she knew about the PBE pipes?

22   A    If she knew about it, yeah.

23   Q    You're not sure?

24   A    Well, she said she didn't so I believed her.

25   Q    But at one point you thought she did?

Dr. William Gray, Vol. I

Page 185

1    A    Initially, yes.

2    Q    Was it just the pipes or was it the financial

3    condition of the inn that she---

4    A    No, it was just the pipes.

5    Q    Sir, you're not letting me finish my question.

6    A    I'm sorry.

7    Q    Was it just the condition of the pipes or was it the

8    financial condition of the inn that you felt at one point that

9    she committed some fraud?

10    A    No.  Just the pipes.

11    Q    How about Robert Holland; was it just the pipes or

12    the financial condition of the inn?

13    A    All of it -- both.

14    MR. PAYNE:  Mike, are we at a good breaking point

15    maybe to take a little break?

16    MR. NELSON:  Yeah, we are.

17    (Thereupon, a recess is taken from 3:37 p.m. to

18    3:48 p.m.)

19    Q    At some point you received a real estate appraisal

20    that said the property was a business that was going to fail unless

21    the model changed, right?

22    A    That was from -- that wasn't an appraisal that was

23    from David Worley when they did that repeat audit.

24    Q    That was the audit?

25    A    Yeah.  They suggested I sue the Michels.  Yeah.

Page 186

| | | |
|---|---|---|
| 1 | Q | Worley suggested you sue the Michels? |
| 2 | A | Yeah. I didn't want to do that. |
| 3 | Q | Were you surprised by the outcome of that audit? |
| 4 | A | No, not at all. |
| 5 | Q | Why did you have that audit done? |
| 6 | A | I explained to you earlier for a bank loan they |

7  wanted it.

| 8 | Q | Did you turn that over to a financial institution |
|---|---|---|

9  that audit?

| 10 | A | Yes. Carolina First. |
|---|---|---|
| 11 | Q | Did you share the audit with the Michels? |
| 12 | A | No. |
| 13 | Q | Okay. How soon after you purchased Richmond Hill |

14  Inn did The Hammocks start laying people off?

| 15 | A | July of '06 when I took over. |
|---|---|---|
| 16 | Q | What do you mean when you took over? |
| 17 | A | Well, when I started taking over running the place. |
| 18 | Q | Before July of '06 you didn't do that? |
| 19 | A | No. |
| 20 | Q | Who was running the place before that? |
| 21 | A | Bland Holland. |
| 22 | Q | So when Bland Holland was terminated you became more |

23  active in Richmond Hill Inn?

| 24 | A | Yes. |
|---|---|---|
| 25 | Q | Had Bland Holland laid anybody off prior to you |

Dr. William Gray, Vol. I

Page 187

1    firing him?

2          A      I don't know.  I have no idea what he did.  Not that

3    I know of.  He'd hired a bunch of people.  I don't know if he'd

4    laid anybody off or not.

5          Q      These layoffs were they a necessity because the

6    business was doing so bad financially you couldn't afford to

7    keep staff on or was it part of this plan to reduce staff and

8    become more efficient?

9          A      When I started laying off it was a plan to lay

10   people off that had been given massive raises and were making a

11   lot more than the market would justify and to reduce labor cost.

12         Q      But it wasn't like you were running so much in the

13   red you couldn't afford to keep them on?

14         A      No.

15         Q      Did there come a point where you started laying

16   people off because you couldn't afford to keep them on?

17         A      In January -- I mean, in November of '08 we started

18   laying people off for that reason.  But normally we wouldn't

19   have laid them off until the end of December instead of the

20   beginning.

21         Q      The revenues for the three years that you owned

22   Richmond Hill Inn, I'm not including '05 but '06, '07, '08 were

23   the revenues about the same every year?

24         A      No, they decreased each year.  '06 was probably our

25   best year while we owned it and then '07 went down.  I don't

Page 188

1  know how much in '08 it was down a lot more because of the

2  economy.

3     Q     Did you attribute it to the economy?

4     A     Yes.  We kept all our ratings and had gotten lots

5  and lots of accolades and just this year in January we were

6  featured on the Today Show and Travel and Leisure nominated us

7  or gave us a reward for being the best hotel in the whole world

8  for under $250.

9     Q     Do you have copies of the Travel and Leisure

10  article?

11    A     I don't.  It's online, I think under Travel and

12  Leisure.

13    Q     Did somebody from Travel and Leisure come and

14  evaluate your---

15    A     Yes, I think they did.  I wasn't there but I think

16  they did.

17    Q     Did you receive notice afterwards that they had been

18  there?

19    A     I received the notice when we got that certificate.

20    Q     How did you find out about The Today Show?

21    A     My wife saw it on TV.  So did some other people who

22  told me about it.  I never saw it.

23    Q     Now, I understand that there's different ways to

24  rate restaurants in diamond awards.  Can you take me through

25  that a little bit how that works?

Dr. William Gray, Vol. I

Page 189

1        A        In the United States there are basically two

2   different ratings, one is Mobile which gives stars and AAA which

3   gives diamonds.   Five is the top rating.

4        Q        For both?

5        A        For both, yes.

6        Q        At the time of the fire what was your rating?

7        A        Four for both.

8        Q        At the time you purchased the Richmond Hill Inn?

9        A        Four.

10       Q        While The Hammocks owned Richmond Hill, did The

11  Hammocks do any customer satisfaction surveys?

12       A        We gave something to every one of our customers, a

13  card to fill out.   Very, very few negative ones.

14       Q        At the time of the fire, did you still have a

15  process where you'd give customers those cards?

16       A        Right.   As far as I know we did.

17       Q        Did you ever do an overall score or management

18  evaluation of what the customer satisfaction surveys were?

19       A        No.   I don't think so.

20       Q        Who had the responsibility to review the cards?

21       A        Susie Zimmerman handled all of that.

22       Q        From time to time would there be a restaurant critic

23  to visit the restaurant?

24       A        Fairly frequently, actually.

25       Q        At any point while you owned the Richmond Hill Inn

1    have a negative criticism?

2         A    Not that I'm aware of it.  We always got rave

3    reviews.  And considered the best place to eat in Western North

4    Carolina.

5         Q    Was that true at the time of the fire?

6         A    Yes.

7         Q    So as far as you are concerned the customer

8    satisfaction and the critics felt that the Richmond Hill Inn was

9    performing as well at the time of the fire as it was at the time

10   you purchased it?

11        A    Oh better, I think.

12        Q    Better.  Service and----

13        A    Everything was better.

14        Q    Service and food had both improved?

15        A    Accommodations.  We had upgraded linens, we had just

16   upgraded everything, beds, linens.  Pretty much everything that

17   needed to be upgraded.

18        Q    Did you ever have any complaints with the Better

19   Business Bureau?

20        A    Not until after the fire.  That I know of.

21        Q    What were the complaints after the fire?

22        A    We weren't refunding people's deposits.

23        Q    Did you ever have any Department of Health

24   evaluations to find you had health violations?

25        A    No.  We had inspections both in the restaurant and

Page 191

1    the inn.  I know the inn is usually just about once a year, the

2    restaurant is about every three months and sometimes we'd get a

3    score of 100 sometimes a 96.  So there was always at times

4    little things that they find, somebody doesn't have their hat on

5    or the stairs are slick or someone didn't put something in the

6    freezer where it needs to be.

7         Q     But nothing that you would consider to be a failing

8    result?

9         A     No.  Nothing below that I know of 96.

10        Q     Did you ever have any inspection by the fire

11   departments?

12        A     As far as I know they did, yes.

13        Q     You ever had any citations or a violation?

14        A     Not that I know of.  Cedric's the one that handles

15   everything like that.

16        Q     Okay.  Can you take me through your discovery of the

17   Richmond Hill Inn and why you chose to buy it?

18        A     Yes.  We could not find a project in South Carolina

19   that made sense to Jim Sloggart and myself to develop.  And then

20   I looked in the Charlotte area, again could not find anything

21   that I thought would be good to do.  And so my sisters and I

22   decided we wanted to buy a farm here in Asheville and so we

23   looked at farms or I looked at farms, put in some contracts on

24   some stuff.  And then one of my sisters, the one that's real

25   poor wanted to run an inn or a bed and breakfast.

Page 192

1       Q       What sister's that?

2       A       Cathy Mullins.  She was interested in doing that.

3    She was out of work at the time.  So we started looking at bed

4    and breakfasts in the area and somehow or another someone showed

5    us that.  And so it both had the developmental aspect of what

6    Jim Sloggart had wanted to do and the bed and breakfast thing.

7       Q       Was the idea that Cathy Mullins was supposed to run

8    the Richmond Hill Inn?

9       A       No.  The idea was that she might come up there and

10   work.  She wasn't capable of running it.

11      Q       That was in 2005?

12      A       Right.

13      Q       How did you arrive at the price?

14      A       That's what the Michels insisted on.  And then we

15   got the appraisal and we figured that sounds like a pretty

16   decent price then compared to what the appraisal was.

17      Q       Had Sloggart been at the Richmond Hill Inn prior to

18   the purchase?

19      A       Oh yes.  A number of times.

20      Q       And Love had been at the Richmond Hill Inn prior to

21   purchase?

22      A       Yes.

23      Q       And they both agreed that's the direction?

24      A       Right.  But I try to do everything on a consensus.

25      Q       But you found this location, you're the one that

Page 193

1    brought it back to them?

2        A    Right.

3        Q    What kind of due diligence did you do before you

4    purchased it?

5        A    Not what I should've done.  The previous -- there

6    had been a previous buyer and he had done some due diligence and

7    they guaranteed me I'd get all of that but then they never

8    provided it.  Basically, going around looking at the property,

9    room to room, checking it out, asking lots and lots of questions

10    of Bland Holland and some of Dr. Michels.

11        Q    Did you look at any books?

12        A    I looked at the books.

13        Q    Did you have anybody look at the books for you?

14        A    No.

15        Q    So you just looked at the books?

16        A    Right.

17        Q    Do you have an accounting background?

18        A    No.

19        Q    Do you feel like you're qualified to look at the

20    books and decide---

21        A    No.

22        Q    Let me finish my question.  Do you feel like you're

23    qualified to look at the books and decide whether or not the

24    business is thriving or how much it's operating at a loss?

25        A    I think I can figure that out.  I knew it was

Page 194

1    operating at a loss.

2         Q    Did you know at the time you purchased it how much

3    of a loss it was?

4         A    No.

5         Q    So when you looked at the books and records, did you

6    determine how much of a loss it was operating under or did you

7    not?

8         A    I determined what it appeared to be, yes, at the

9    time.

10        Q    How much did it appear to be losing?

11        A    Several --- hundred thousand plus a year.

12        Q    What was the basis of that conclusion?

13        A    What the books showed.

14        Q    When you say "the books," are you talking about the

15    annual reports?

16        A    Right.

17        Q    Tax returns?

18        A    Yes.

19        Q    Ledgers?

20        A    Yes.  They didn't really have ledgers, everything's

21    on computers.  The printouts.

22        Q    We've talked about all your attempts to--- Strike

23    that.

24             We talked about all the attempts to sell the

25    Richmond Hill Inn, where the offers were what you would consider

Page 195

1    to be serious offers, correct?

2         A    Correct.

3         Q    No other offers that were serious offers?

4         A    No.

5         Q    Besides -- this is your own personal finances now.

6    Besides the income you get from rental units that you and your

7    wife own, do you have income coming in from any other source?

8         A    No.

9         Q    Do you have a personal account that you use?

10        A    Yes, I do.

11        Q    What's the personal account that you use now?

12        A    It's with Wachovia.

13        Q    And they do your accounting for your personal

14   finances?

15        A    No.

16        Q    Who does the accounting for your personal finances?

17        A    We do and then we send it to a tax preparer in

18   California that we've used since we lived out there.

19        Q    And who is that person?

20        A    I don't know.  My wife handles it.

21        Q    I'm sorry?

22        A    My wife handles it.  I don't know.

23        Q    Well, how do you personally afford to live?

24        A    The income from my apartments.

25        Q    But how is that given to you?  How do you get that?

Page 196

1      A      In rent.

2      Q      I understand that.  But the rent is flowing to

3   certain bank accounts, correct?

4      A      That's correct.

5      Q      And then you take the money or you get money to

6   live, to pay for your mortgage and your food and your cars and

7   your insurance?

8      A      Correct.

9      Q      So do you get a certain amount of money every month

10  for those purposes?

11     A      Yes.

12     Q      You get in essence an allowance?

13     A      Yes.

14     Q      How much is your monthly allowance that you take?

15     A      A little less than $10,000 a month.

16     Q      10,000 a month?

17     A      Yes.

18     Q      How much income is generated from the apartments on

19  a yearly basis?

20     A      I don't know.  You'd have to look at the tax returns

21  because I've sold some in the last two years to support the inn.

22  So I don't know what it is at this point.  It's around about

23  $300,000, I think is what it was running.

24     Q      Income per year for you and your wife?

25     A      Right.

Page 197

1     Q     Okay.  The $10,000 per month that you get, do you

2  have to pay for any mortgages on any properties that you live

3  in?

4     A     Yes.

5     Q     Where do you have mortgages?

6     A     At the house in Mooresville.

7     Q     Okay.  Any other properties?  That you're

8  responsible for?

9     A     No.

10    Q     Is it fair to say, sir, that basically you take the

11  $10,000 amount of money every month and with that you have

12  certain financial obligations?

13    A     Correct.

14    Q     And then your wife has certain financial

15  obligations?

16    A     Correct.

17    Q     Does she take $10,000 a month?

18    A     I don't know what she takes.  She just covers the

19  bills.

20    Q     Besides the mortgage in Mooresville, are you

21  responsible for your car payment or do you have a car payment?

22    A     No.

23    Q     You're responsible for the insurance on the car?

24    A     No, she pays that.

25    Q     Are you responsible for health insurance?

Dr. William Gray, Vol. I

Page 198

1      A    She pays that.

2      Q    Do you have any other -- I guess cable and

3  telephone, cell phone and stuff like that?

4      A    Basically, yeah.

5      Q    And you pay all those bills yourself?

6      A    Yes.

7      Q    Do you have a separate checking account for those

8  purposes as opposed to what she has or do you have a joint

9  checking?

10     A    Yes.  We have joint accounts too but I just write

11  checks off of my account.

12     Q    What bank is that with?

13     A    Wachovia.

14     Q    How much is your debt obligations for your mortgage

15  in Mooresville?

16     A    That's 6,800.

17     Q    That's each month?

18     A    Yes.

19     Q    I understand you used to own a piece of property up

20  here as well that you used to live in from time to time?

21     A    No.

22     Q    Never had another house up here?

23     A    Yes.  But I didn't own it.

24     Q    Who owned that?

25     A    I rented it from somebody.

Page 199

```
1        Q     Where was that property located?

2        A     Off Lester Highway.

3        Q     When did you stop renting that?

4        A     In September -- August of '08.

5        Q     Do you have any children?

6        A     Yes.

7        Q     How many children?

8        A     It depends on what you count as kids.  We have one

9   daughter and then we have about 30 other kids that have lived in

10  our home at one time or another.

11       Q     So you have one biological daughter?

12       A     She's adopted.

13       Q     She's adopted as well?

14       A     She was a foster kid that we adopted.

15       Q     So you have no biological children?

16       A     No.

17       Q     The 30 other children were they ever legally

18  adopted?

19       A     No.

20       Q     Do you still consider them your children?

21       A     Uh-huh.

22       Q     Is that a yes?

23       A     Yes.

24       Q     What's the youngest of the ages of those 30?

25       A     I would say 26 or some like that, maybe 28.
```

Page 200

1    Q    And how old is the oldest?

2    A    Probably 60.  Or getting close to that.

3    Q    You kind of laughed when you said about 30 so?

4    A    We've had a lot more than that but those are the

5    ones that kind of keep contact with.

6    Q    Are they foster children?

7    A    Some of them are foster children, some of them are

8    foreign students.  I run a program the Children of American

9    Soldiers that have been abandoned overseas and I bring them to

10    the states and give them a home, help them buy cars, apartments,

11    houses, put them through college sometimes.

12    Q    But of these children 26 to 60 years old, have any

13    of them been formally adopted by you?

14    A    No.

15    Q    Do you financially support any of these children?

16    A    Not at the moment.

17    Q    They're all adults now?

18    A    They're all adults.

19    Q    When did you stop formally -- when did you stop----

20    A    The last one moved out last summer.

21    Q    And where was this person living?

22    A    Living?

23    Q    Yeah.

24    A    He was living in Mooresville.

25    Q    What was that person's name?

Page 201

1      A      Jack Caples.

2      Q      Can you spell Jack's last name?

3      A      C-A-P-L-E-S.

4      Q      At one point did you have this kind of relationship

5  with a person named William as well?

6      A      William is the stepfather of one of my other kids.

7  And he couldn't get a job in Mooresville so I brought him up

8  here to work in maintenance and he worked for about a year and a

9  half.  We really didn't need him anymore so I laid him off.

10  He's probably 50 something.

11      Q      Did Jack or William live with you on Lester Highway?

12      A      William did.

13      Q      Do you have any or have you ever had any tax liens

14  on your personal taxes?

15      A      Not that I'm aware of.

16      Q      You file your tax returns every year?

17      A      Oh yes.

18      Q      Personal tax returns?

19      A      Yes.

20      Q      Have you had tax liens on any other business entity

21  that you've been associated with?

22      A      No.

23      Q      Have you ever been the subject of an audit by the

24  IRS?

25      A      Yeah, back in 1970 something.

Page 202

1      Q     Dr. Gray, I'd like you to look at the photographs

2    that have been marked 12a and 12b.  Do you recognize the scenes

3    depicted in those photographs?

4          (Thereupon, Exhibit Numbers 12a and 12b are marked

5    for identification.)

6      A     No, I don't.

7      Q     Have you ever been into what some people refer to as

8    the office in the basement of the mansion?

9      A     Once or twice to talk to the chef.

10      Q     Are you familiar with how the sprinkler system works

11    in the building?

12      A     No, I'm not.

13      Q     Do you see the sign that says fire sprinkler system

14    shut off?

15      A     Yes.

16      Q     Do you know how long that's been there?

17      A     I don't know.

18      Q     Do you see right above the sign there's a wrench

19    there?

20      A     No.

21      Q     On top of the red box?

22      A     Is that a wrench?  Okay.  Yeah, I see something.  I

23    don't know what it is.

24      Q     Do you know how the wrench came to be there?

25      A     No.  I have no idea.

Dr. William Gray, Vol. I

Page 203

1    Q    Do you know how to turn off the sprinkler system so

2    that water doesn't flow to the sprinklers?

3    A    No, I don't.

4    Q    Do you know when the sprinkler system was last

5    evaluated by an outside agency?

6    A    No.  Cedric would know but I don't.

7    Q    Are you aware that you had a company called I'm

8    going to murder the pronunciation but it's Debiaca [phonetic]?

9    A    No.

10    Q    That managed your sprinkler inspection?

11    A    No, I did not.

12    Q    Were you aware that in January of 2009 they came to

13    check the back flow test on the sprinkler system?

14    A    No.

15    Q    Were you aware that there was some conversation

16    between Cedric and the sprinkler inspection company about doing

17    the yearly sprinkler inspection at that time and Cedric said

18    that the sprinkler system could not be tested cause they

19    couldn't afford to pay for the tests?

20    A    No, I wasn't aware he told them that.

21    Q    That's the first time you've heard that?

22    A    Yes.

23    Q    By the way, do you have any personal credit cards

24    where you've accumulated a balance?

25    A    For the inn?

1    Q    For yourself?

2    A    Yes.

3    Q    How many credit cards do you have that has a balance

4    on them presently?

5    A    Three, four.

6    Q    What kind of credit cards do you have that have

7    balances on them?

8    A    I have one that has about $8,000 on it and then I

9    have three that I use to buy things for the inn and they have

10   approximately $4,000 on all three of them.

11   Q    Is that 4,000 combined?

12   A    Uh-huh.

13   Q    Is that a yes?

14   A    Yes.

15   Q    The one that has the $8,000 is that for your

16   personal expenses?

17   A    That's personal.

18   Q    What credit card is that with -- what bank is that

19   through?

20   A    It used to be with Wachovia but they've sold it off

21   to somebody else now.

22   Q    At the time of the fire did that Wachovia credit

23   card have an $8,000 balance?

24   A    Probably.  I don't pay the bill, my wife does but I

25   think probably something like that.

Page 205

1      Q      Do you have a personal line of credit with anybody?

2      A      On our house in Roanoke we do.  It's a joint line of

3  credit.

4      Q      Do you know how much that personal line of credit is

5  for?

6      A      No, I don't.

7      Q      Do you know if there's any credit remaining on that?

8      A      Yeah, there's a lot.

9            MR. PAYNE:  Just so I understand.  Are you asking

10  available credit or credit line amount?

11      Q      I was just going to clarify that.  So as far as

12  you're concerned this personal line of credit has available

13  credit available to you?

14      A      Yes.

15      Q      But you don't know how much that is?

16      A      No.

17      Q      Have you ever defaulted on a personal loan?

18      A      No.

19      Q      Have you checked your credit score recently?

20      A      No.

21      Q      Do you have any sense of what your credit score is?

22      A      No.

23      Q      Dr. Gray, I'm showing you what's marked as 13a and

24  b.  They're two photographs.  Do you recognize what's depicted

25  in those photographs?

Page 206

```
 1                  (Therefore, Exhibit Numbers 13a and 13b are marked

 2      for identification.)

 3          A    The burned-out kitchen.

 4          Q    In the mansion?

 5          A    Yes.

 6          Q    Do you see the stove that's depicted in the middle

 7      of 13b?

 8          A    In this one?

 9          Q    Yes.

10          A    Yes.

11          Q    Do you see where there's a blue or red and a yellow

12      line coming out the top of it?

13          A    Right.

14          Q    Do you know if this stove was working properly at

15      the time of the fire?

16          A    I have no idea.

17          Q    Have you ever used that stove for any reason?

18          A    No.

19          Q    Have you ever cooked in the kitchen?

20          A    No.

21          Q    I'm sorry.  When did you say the last time you were

22      in the mansion?

23          A    Monday before the fire about noontime.

24          Q    Did you smell anything unusual at the time you were

25      there?
```

Page 207

1    A    No.

2    Q    Did anybody ever complain to you about the smell of

3  natural gas coming off a cooking appliance?

4    A    Yes.  In the past there were times when there was a

5  down draft and it would blow the pilot light out.  And then you

6  would get a smell coming out of the kitchen.

7    Q    When did that occur?

8    A    I don't know.  I just know that it happened in the

9  past.

10   Q    Besides that pilot light smell associated with the

11 pilot light, anybody ever complain that there was a much

12 stronger odor of gas in the kitchen?

13   A    Not that I'm aware of.  But they wouldn't have

14 complained to me anyway so.

15   Q    But you don't know of any complaints by anybody,

16 right?

17   A    No.  They would have complained to Cedric and he

18 would have gone and tried to find out what it was.

19   Q    Dr. Gray, do you know of anybody who would have a

20 financial motive to burn this place down, the mansion, other

21 than the people we've already talked about earlier today?

22   A    No.

23   Q    Can you think of anybody who had a better

24 opportunity than someone who was staying at the facility on the

25 night of the fire to start the fire?

Page 208

1    A    No.

2    Q    Do you have any reason to believe that the mansion

3    was unlocked at the time of the fire?

4    A    No, I don't think it was unlocked.

5    Q    You think it was locked?

6    A    Yes.  My staff is pretty good about locking things

7    up especially since we'd had those thefts back in the fall.

8    They were a lot more self-conscious of keeping things locked.

9    Q    Okay.  I have to ask these questions every time I do

10   one of these, Dr. Gray, and I don't mean to be insulting in any

11   way but I'm going to ask you a few more like that, okay.

12   A    Sure.

13   Q    Did you cause the fire?

14   A    No, I did not.

15   Q    Did you ask anybody to start the fire for you?

16   A    No, I did not.

17   Q    Let me finish the question before you respond.

18   A    Okay.

19   Q    Did you ask anybody to start the fire for you?

20   A    No, I did not.

21   Q    Did you have any advance notice that there was going to

22   be some kind of a mishap or destruction of property at the

23   mansion that night?

24   A    No, I did not.

25   Q    Have you heard of anybody insinuating anybody

Post Office Box 2152
Advance, NC 27006

EMERT REPORTING SERVICE, INC.
CERTIFIED VERBATIM REPORTERS

TEL: (336) 998-9551
FAX: (336) 998-9568

Page 209

1   related to The Hammocks as being the cause of the fire?  Has

2   anybody suggested that?

3       A    No.  No one's suggested that to me.

4       Q    Has anybody ever accused you of starting this fire?

5       A    No.

6       Q    Dr. Gray, do you currently hold a medical license?

7       A    No, I do not.

8       Q    When did you give up your license in the state of

9   California?

10      A    California.  I don't really remember.  I think my

11  license was suspended in the state of Virginia in 1991 or '92,

12  something like that.  And I kept the license in California for a

13  couple more years.

14      Q    Did you relinquish it or were you asked to give it

15  up?

16      A    I relinquished it.  I wasn't going back into

17  practice.

18      Q    So you voluntarily gave up the license

19  in California?

20      A    I did but I don't know if they asked for it or not.

21  I was overseas at the time.

22      Q    Do you think your license in California was

23  voluntarily surrendered by you?

24      A    Yeah.

25      Q    And how about your license in---

Dr. William Gray, Vol. I

Page 210

1          MR. PAYNE:  I don't think he's through.  Were you

2    through with your answer?

3          A     Honestly, I can't say.  The lawyer called my wife

4    and asked what I wanted to do and I said just do whatever is

5    appropriate.  So I don't know what he did.

6          Q     What lawyer?

7          A     That was handling my lawsuit.  The suspension of my

8    license in Virginia.

9          Q     Did your license in North Carolina get suspended?

10         A     I gave it up too but it got suspended.

11         Q     So can I take from your testimony that the license

12   in California may have been suspended or you may have

13   voluntarily relinquished that?

14         A     Yes.

15         Q     And your license in North Carolina was suspended?

16         A     Yes.

17         Q     And your license in Virginia was suspended?

18         A     I gave it up and then they went on and suspended it

19   anyway.

20         Q     Okay.  What was the name of your lawyer that handled

21   these issues for you?

22         A     I don't know.  He's dead.  He had a brain tumor at

23   the time.  I can't remember his name.

24         Q     What was the reason your license was suspended?

25         A     I was allegedly to have had sex with five of my male

Dr. William Gray, Vol. I

Page 211

1    patients.

2        Q    Was there any truth to the allegations?

3        A    Not from my point of view.

4        Q    You said it was completely false?

5        A    Yes.

6        Q    What was the reason why your license was suspended

7    in North Carolina?

8        A    Because of Virginia.

9        Q    What was the reason that you had this inquiry to

10   your license in California?

11       A    For Virginia.

12       Q    Have you ever been arrested?

13       A    Yes.

14       Q    When were you arrested?

15       A    I don't know the dates but interfering with a police

16   officer.

17       Q    Interfering with a police officer?

18       A    Uh-huh.

19       Q    What state did that happen in?

20       A    In Virginia.

21       Q    How were you interfering with a police officer?

22       A    Telling him to get off my property.

23       Q    And you were arrested just for that?

24       A    Yes.

25       Q    Were you arrested for any other reasons?

Page 212

1    A    Assault on a female when I grabbed one of the nurses

2    at the assisted living that I fired and she was going around

3    trying to get everybody to move out.

4    Q    When did that happen?

5    A    '92, '93 maybe.

6    Q    When did you get arrested for interfering with a

7    police officer?

8    A    Back in -- excuse me.  It was in -- let me retract

9    that.  With the nurse it was 2002 or 2003, something like that.

10    With the police officer it was 1991 or 1992, somewhere in there.

11    Q    Were you found guilty?

12    A    For both of them.

13    Q    Have you ever done any prison time?

14    A    I was in prison for three and a half years during

15    the war.

16    Q    What war was that?

17    A    World War II.

18    Q    How old were you at the time?

19    A    Two, three, four.

20    Q    Have you been imprisoned at any other time?

21    A    No.

22    Q    Have you been incarcerated in any way related to

23    either one of these arrests?

24    A    No.

25    Q    Were you arrested in any way associated with these

Dr. William Gray, Vol. I

Page 213

1    allegations of sexual misconduct?

2        A    No.  I just turned myself in.  That's not correct.

3    On one of them I was arrested and released on my own

4    recognizance.

5        Q    Where were you arrested?

6        A    In my office.

7        Q    What state?

8        A    Virginia.  Roanoke, Virginia.

9        Q    Were you taken away in handcuffs?

10       A    No.

11       Q    Were you taken to a police station at that point?

12       A    Yes.

13       Q    Were you booked?

14       A    Yes.

15       Q    What was the disposition of the charges against you

16   that resulted in you being arrested in Virginia?

17       A    Not guilty.

18       Q    Not guilty.  Were the charges dismissed?

19       A    I guess so.

20       Q    Were you found not guilty?

21       A    Yes.

22       Q    You had a trial?

23       A    Yes.

24       Q    Did you enter into any plea arrangements with

25   anybody associated with the charges of sexual misconduct?

Dr. William Gray, Vol. I

Page 214

1      A     That was a different case.  And yes, I agreed to

2    give up my license.

3      Q     When were you arrested in your office, what year?

4      A     I don't know.  1990.

5      Q     When were you arrested associated with the charges

6    you pled in some fashion to?

7            MR. PAYNE:  Hold just a minute.  Go off the record.

8            (Discussion off the record.)

9      Q     Did you agree to give up your license in exchange

10   for dismissal of charges against you?

11     A     On one thing, yes.

12     Q     When did you reach that agreement?

13     A     I don't remember, sometime 1992 maybe.  '91.  I

14   don't remember.

15     Q     What state was that in?

16     A     Virginia.

17     Q     The plea agreement did it require you to plead no

18   contest or nolo contendere?

19     A     No, it didn't.

20     Q     Just an agreement to give your license up and the

21   charges would be dropped?

22     A     Yes.

23     Q     Has anybody else ever accused you of sexual

24   harassment or molestation besides these two issues?

25     A     Actually, yes.  In California that's where all this

Dr. William Gray, Vol. I

Page 215

1    really started.  We had a foster kid that we were adopting and

2    we found out he had been molesting our daughter and we

3    confronted him on that and he ran away to the girlfriend's

4    house.  And he gave them the story I was trying to molest him

5    and that was never prosecuted.  And then the medical board had a

6    hearing on that and dismissed that.  But my niece was there at

7    the time, she's the one that told us about our daughter and she

8    had told one of these guys that — they all lived in my office

9    basement apartment cause they were homeless at one time or

10   another about that and that's where that came back from.

11        Q    When was the California Medical Board inquiry into

12   those allegations?

13        A    That was back in the 1980s.  I guess somewhere in

14   there.  Or 1970's.  I don't remember.

15        Q    Where in California did you live at the time?

16        A    San Diego.

17        Q    Has anyone else ever made a complaint of any kind to

18   anybody that you sexually molested them or sexually harassed

19   them in any way?

20        A    Not that I'm aware of.  That's not correct.  With

21   that particular case in California they went to two of our other

22   former foster kids that were in institutions and got them to say

23   I had and then they didn't testified to that so.

24        Q    You said "they went to," who's the "they"?

25        A    Some authority for the Social Services, I think.

Page 216

1      Q      So some civil authority you feel went to these

2   children and got them to say---

3      A      That I may be have been trying to molest them.   They

4   weren't sure.

5      Q      Have you ever falsified the prescription of some

6   type of controlled narcotic?

7      A      Never.

8      Q      Have you ever given controlled narcotics to underage

9   children?

10     A      Never.

11     Q      You realize there's charges that you did that,

12  correct?

13     A      No.  Not that I'm aware of.

14     Q      Have you ever been accused of falsifying any

15  documents associated with treatment of any patients?

16     A      No.  Not that I'm aware of.

17            MR. NELSON:  Can we just take five minutes?

18            (Thereupon, a recess is taken from 4:34 p.m. to

19  4:36 p.m.)

20     Q      Dr. Gray, I just have a few more questions and then

21  we'll continue on as we discussed tomorrow.  Do you deny that

22  you ever had any inappropriate conduct with any of your patients

23  at any point?

24     A      I do.

25     Q      So anybody who's ever accused you of any of this has

1    been accusing you falsely?

2        A    Yes.

3        Q    Is there any aspect of your testimony today that you

4    feel like you need to go back and correct?

5        A    I guess one point.  The judge pointed out -- you

6    were talking about the reporter that had confronted me at the

7    inn one day and asked me if we were giving the deposits back or

8    something like that, what the wording was.  Or if I was the

9    owner of the inn, I guess is what you asked.  And he didn't ask

10    me that, he asked, "Are you Dr. Gray?"  And I said "No."  And I

11    walked in the inn.

12        Q    Why did you deny that you were Dr. Gray?

13        A    Cause I didn't want to answer his questions at that

14    time because I hadn't talked to my staff since Friday and I

15    didn't know what was going on.

16        Q    Okay.  Anything else you want to correct?

17        A    No, that's it.

18        MR. NELSON:  Well, let's close the record for today,

19    okay.  Thank you.

20

21            - - - - - - - -

22        AND FURTHER DEPONENT SAITH NOT

23        (Deposition Adjourned:  4:37 p.m.)

24            - - - - - - - -

25

Dr. William Gray, Vol. I

Page 218

1

2                          WITNESS CERTIFICATION

3

4          I, DR. WILLIAM GRAY, hereby certify,

5          That, I have read and examined the contents of the

6    foregoing 217 pages of record of testimony as given by me at the

7    time and place herein aforementioned;

8              And that to the best of my knowledge and belief, the

9    foregoing 217 pages are a complete and accurate record of all of

10   the testimony given by me at said time, except as to where noted

11   on the attached errata addenda.

12

13

14

15

16                              _William E. Gray_

17                          DR. WILLIAM GRAY

18

19   Sworn to and subscribed before me,

20   this the 22nd day

21   of July                , 2009.          ┌─────────────────────────┐
                                             │  Tara Smathers          │
22                                           │  Notary Public          │
                                             │  Madison County         │
23   Tara Smathers                           │  North Carolina         │
                                             │ My Commission Expires 11/11/2009 │
24   Notary Public                           └─────────────────────────┘

25   My Commission Expires: 11-11-09

Dr. William Gray, Vol. I

Page 219

1    STATE OF NORTH CAROLINA                    CERTIFICATE

2    COUNTY OF DAVIE

3         I, DEBORAH O. EMERT, CVR, Verbatim Court Reporter

4    and a Notary Public in and for the County of Davie, State of

5    North Carolina, do hereby certify;

6         That there appeared before me the foregoing witness

7    at the time and place herein aforementioned; that the foregoing

8    pages 1 through 217, inclusive, constitute a true and correct

9    transcription of the proceedings.

10        I do further certify that the persons were present

11   as stated in the appearances.

12        I do further certify that I am not of counsel for,

13   or in the employment of, either of the parties in this action,

14   nor am I interested in the results of this action.

15        IN WITNESS WHEREOF, I have set my hand on this the

16   24 day of June 2009.

17

18

19

20

21

22        Deborah O. Emert, CVR

23        Davie County, North Carolina

24        Notary Number:  19950950039

25

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:    IN THE MATTER OF THE HAMMOCKS LLC d/b/a THE
RICHMOND HILL INN
Case Number:    SO-840619
Dep. Date:    June 10, 2009
Deponent:    DR. WILLIAM GRAY

### CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 17 | 25 | Elderlin (phonetic) Services | Elder Living Services, LLC | |
| 82 | 22 | Skip Freiburg, should include | Jim Sloggatt | |
| 167 | 11 | either for years | for a year | |

Signature of Deponent