*Richmond Hill Inn, Asheville, North Carolina*

**Behavior**
89% of visitors typically stay 1-3 nights.
Visitors are looking for choice and variety of activities. They like to be able to pack a lot into a short amount of time.

Most people visit the Asheville area by car (more than 80% in the hotel survey).
The majority of trips to Asheville involve adult couples traveling without children (75% traveled in pairs, 93% of parties were all-adult).
Many visitors are loyal to Asheville, visiting repeatedly. In the hotel survey, half were repeat visitors, and the largest percentage of those (68%) visited at least once per year.
Key reasons for visiting/revisiting the Asheville area are the natural beauty, variety of seasons, special events and the Biltmore Estate. Shopping and dining are key activities enjoyed by visitors while they're here.

In core markets, visitation shows a seasonal flattening due to the development of the shoulder seasons.
Nearly half (45%) of all respondents visit Asheville during the fall. Charlotte (32%) and Cincinnati (50%) visitors were more likely to visit Asheville in the spring than visitors from other market.
Visitors say the most important message leading to visiting the Asheville area is recommendations from friends and family.

Although few visitors admit to being *Influenced* by marketing communications messages, nearly half remembered seeing advertising and P-R messages for Asheville tourism.
Both visitors and non-visitors feel that information about special events and discounts/value packages are important in a decision to plan a pleasure trip to the Asheville area.

**Influential Features**
The mountainous, natural environment is the key feature that keeps visitors coming back. However, the specific activities and events are also very important in planning repeat pleasure trips to the Asheville area.
The same type of natural, mountainous environment features are also very attractive to those who have never been to Asheville.
Features that area influential to visitors, but have low awareness area:
    - historical attractions
    - base city/can visit other places & attractions
Features that are influential to non-visitors, but have low awareness are:- secluded mountain getaway base city/can visit other places/attractions,- romantic weekend getaway, and historical attractions.

Foster Real Estate Appraisers, Inc.                                             15

RHI0330

*Richmond Hill Inn, Asheville, North Carolina*

## SITE ANALYSIS

The site analysis is a careful study of the factual data in relation to the subject's neighborhood characteristics, which create, enhance, or detract from the utility and marketability of the land or site as compared to competing sites. This analysis is important in determining the highest and best use of the site and for separate valuation from the improvements.

The information about the site was obtained from conversations with and documents provided by the property owner, and an an on site inspection made by the appraiser.

<u>Subject Parcel</u>

| | |
|---|---|
| Land Size: | Approximately 54.515 acres with approximately 41.51 acres of surplus land. This approximately 13.0 acres allocated to the Inn. |
| Shape: | Irregular |
| Topography: | Sloping to the west towards the river |
| Soil Conditions: | No soil tests were made by the appraiser. The soil on the tract appears generally suitable for residential or light commercial construction. |
| Flood Zone: | The subject property is not located in a flood zone. See Flood Maps following this site description. |
| Utilities: | Water, sewer, electricity, telephone, natural gas. |
| Zoning: | Historic District, "Resort" & "RM-6" |
| Easements: | Typical utility easements; not believed to adversely affect the site. |
| Surrounding Land Uses: | The immediate area consists primarily of single and multi-family residences, offices and a few small commercial/retail facilities. |
| Street Improvements: | Richmond Hill Drive -- Two lane, asphalt |
| Drainage: | Received by city street storm sewers |

In summary, the subject site is considered to be in an average to above average location with respect to accessibility and with respect to other bed & breakfast facilities in the area.

Foster Real Estate Appraisers, Inc.                                                      16

*Richmond Hill Inn, Asheville, North Carolina*

EXHIBITS



Flood Panel #302

FBMA 1998 Flood Data

Public Sewer Location

Zoning Map

Foster Real Estate Appraisers, Inc.

17

RHI0332

*Richmond Hill Inn, Asheville, North Carolina*

**EXHIBITS**



Tax Map

Foster Real Estate Appraisers, Inc.

18

RHI0333

*Richmond Hill Inn, Asheville, North Carolina*

## DESCRIPTION OF THE IMPROVEMENTS

The following description of the improvements is based on an on-si · inspection of the Inn. The improvements consist of a 2.0 story residence converted to a bed and breakfast along with the other buildings on site for a total of 37 rentable rooms/suites. The Inn has an existing full service restaurant and basement areas and offices. The owners have made significant improvements to the property with renovations to the house and grounds. The improvements were found to be in good condition without the need of repairs.

## GENERAL DESCRIPTIONS - Mansion

| | |
|---|---|
| Year Built: | The main portion of the building is reported to have been built in 1889 and moved on site in 1984 and re-opened for business in 1989. |
| Foundation: | Foundation/basement |
| Construction | Wood, stucco, masonry with wood trim. |
| Roof: | Gable roof - composition slate, gutters with downspouts |
| Electrical System: | Commercial grade electrical service, upgraded to code. |
| Exterior Finish: | Stone |
| HVAC | GFWA/Central Air Conditioning |
| Interior | Plaster and DW with wallpaper |
| Finish: | Good/attractive interior finish consisting of drywall and wood trim. Wood flooring, carpet, and tile floor covering throughout the building. |
| Fireplaces: | Generally a fireplace in each bedroom, plus other first floor rooms |
| Restrooms: | Each room has it own bath plus main level |
| | All plumbing assumed to be installed to code & in working order. |
| Bedrooms: | Main Building          (13) Guest bedrooms incl. One suite |
| Ceiling Height: | Drywall finished (10-12) foot clearance with lighting fixtures. |
| Miscellaneous: | One commercial kitchen equipped with commercial grade refrigerator and commercial grade range. |
| Basement: | Offices, massage room, elect. Room, mechanical room, bathrooms, etc. |
| Room Description: | Entrance hall |
| | Parlor |
| | Dining room |
| | Sitting room |
| | Lobby |
| | Kitchen |
| | Sitting Room |
| Miscellaneous: | Portico |
| | Terrace |
| Needed Repairs: | None noted |

### (Gabrielle'Restaurant) within the Mansion

Gabrielle's Restaurant is a recipient of the AAA Four Diamond award for the 14th year. The restaurant is located in the Mansion's original parlor and dining room with a décor of the 1890's.

## GENERAL DESCRIPTIONS – Carriage House

The Carriage House is a 2.0 story structure with a full basement. The first floor consists of three offices, conference room, greenhouse, 1 – 4 pc. restroom, and 1 – 3 pc. Restroom. The upper level contains eight offices with an interior corridor. The full basement is unfinished and used for laundry, mechanical room, and storage of garden tools. The structure was built in 1992 and found to be in average condition.

| | |
|---|---|
| Floors 1 & 2 | 2,469 sq. ft. |
| Unfinished basement | 1,456 sq. ft. |

Foster Real Estate Appraisers, Inc.                                                                 19

RHI0334

*Richmond Hill Inn, Asheville, North Carolina*

## GENERAL DESCRIPTIONS -- Croquet Cottages

| | |
|---|---|
| Year Built: | Beautiful one story cottages with a total of nine (9) built in 1991. |
| Foundation: | Concrete slab |
| Construction | Wood, stucco, masonry with wood trim. |
| Roof: | Gable roof - metal, gutters with downspouts |
| Electrical System: | Commercial grade electrical service to code. |
| Exterior Finish: | Stucco & wood frame |
| Heating/Air Conditioning: | GFWA/Central Air Conditioning |
| Interior Finish: | Plaster and DW with wallpaper |
| | Good/attractive interior finish consisting of drywall and wood trim.  Carpet & tile flooring throughout the building. |
| Fireplaces: | Generally a fireplace in each bedroom |
| Restrooms: | Each room has it own master bath |
| | All plumbing assumed to be installed to code & in working order. |
| Bedrooms: | Main Building with (9) Guest cottages (bedrooms) |
| Ceiling Height: | Drywall finished (9) foot clearance with lighting fixtures. |
| Miscellaneous: | Kitchenette fully equipped |
| Room Description: | Bedroom & one bath per cottage |
| Miscellaneous: | Terrace |
| Needed Repairs: | None noted |

## GENERAL DESCRIPTIONS -- Garden Pavilion

| | |
|---|---|
| Year Built: | The Garden Pavilion was constructed in 1996 and is a "U" shaped building with rentable rooms, a dining rooms (seats 70), gift shop, and 15 guestrooms. |
| Foundation: | Foundation/basement |
| Construction | Wood, stucco, masonry with wood trim. |
| Roof: | Gable roof - composition slate, gutters with downspouts |
| Electrical System: | Commercial grade electrical service, upgraded to code. |
| Exterior Finish: | Stucco, wood |
| Heating/Air Conditioning: | GFWA/Central Air Conditioning |
| Interior Finish: | DW with wallpaper |
| | Good/attractive interior finish consisting of drywall and wood trim.  Wood flooring, carpet, and tile floor covering throughout the building. |
| Fireplaces: | Generally a fireplace in each bedroom, plus other first floor rooms |
| Restrooms: | Each room has it own bath |
| | All plumbing assumed to be installed to code & in working order. |
| Bedrooms: | Main Building (15) Guest bedrooms incl. One suite |
| Ceiling Height: | Drywall finished (10) foot clearance with lighting fixtures. |
| Miscellaneous: | One commercial kitchen equipped with commercial grade refrigerator and commercial grade range. |
| Basement: | Offices, elect. room, mechanical room, bathrooms, etc. |
| | Parlor |
| Needed Repairs: | None noted |

RHI0335

*Richmond Hill Inn, Asheville, North Carolina*

### SITE IMPROVEMENTS

| | |
|---|---|
| Gardens: | Croquet Court, Lanier Garden, Waterfalls, Parterre Garden |
| Paving: | Concrete parking and drive access |
| Utilities: | Water, Sewer, Electricity, Natural Gas, Telephone, Cable. |
| Parking: | Adequate – on site. |
| Landscaping: | Excellent landscaping |

### EFFECTIVE ROOM RATES (April 1 – December 30, 2005)

| Rm. Desc. | Sun-Thursday | Frid & Sat |
|---|---|---|
| Luxury Suites | $340-$415 | $440-$515 |
| Emerald | $325 | $415 |
| Diamond | $285 | $365 |
| Cottage | $260 | $340 |
| Platinum | $245 | $310 |
| Gold | $205 | $255 |

Note: Some of the floor plans of the improvements have been scanned into the report. For additional information about the structures see detailed plans with the present owner.

Foster Real Estate Appraisers, Inc.

21

RHI0336

*Richmond Hill Inn, Asheville, North Carolina*

FLOOR PLANS





RHI0337

*Richmond Hill Inn, Asheville, North Carolina*



Upper Level

Basement Level

RHI0338

*Richmond Hill Inn, Asheville, North Carolina*

## HIGHEST AND BEST USE

There is one basic definition of Highest and Best Use. There are however, two applications of this phrase. One definition applies to the land or site as if it were vacant and the other applying to the property as though improved. The following definitions of Highest and Best Use are quoted from The Dictionary of Real Estate Appraisal, 2nd ed., and are as follows:

> highest and best use:  the reasonably probable and legal use of vacant land or an improved property, which is physically supported, appropriately supported, financially feasible, and that results in the highest value.   The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

> highest and best use of land or a site as though vacant:  the use of a property based on the assumption that a parcel of land is vacant or can be made vacant through demolition of any improvements.

> highest and best use of a property as improved:  the use that should be made of a property as it exists.[5]

The first applicable definition applies specifically to land.  It is recognized that in cases where the site contains improvements, the highest and best use may well be determined to be different from the existing use.  The existing use will continue; however, unless and until the land value, in its highest and best use, exceeds the total value of the property in its existing use.  When a property's highest and best use can be reasonably forecasted to change in the near future, the prevailing use is considered to be an interim use.

As mentioned earlier, the following tests must be met in estimating the highest and best use:

1) The use must be legal.
2) The use must be probable, not speculative or conjectural.
3) There must be a profitable demand for such use and it must return the land the highest net return for the longest period of time.

The subject property has several factors influencing its present highest and best use.

First, it is important to remember that the purpose of this appraisal is to estimate the current market value of the subject property, as of the date of the appraisal. Second, remember that social, economic, physical, and especially governmental forces which help to create, maintain, modify, or destroy the market value of the real property play an important role in the estimation of the current market value of the subject property. Third, and perhaps the most significant of these factors, has been the strong demand for a particular type of property in the subject neighborhood.

As mentioned, in arriving at the highest and best use estimate, the subject site must be analyzed:

1) As if vacant and available for development, and
2) As presently improved.

Legally Permissible Uses

Legal restrictions as they apply to a property are private restrictions and public restrictions of zoning. There are no private restrictions affecting the property title. Also, only common restrictions such as utility easements may exist, and they are not considered to be prohibitive to the development of the site. One of the most important items about the property under appraisement is that it is located in a commercial district and the owners do not have to keep management on site. Therefore, the apartments can be rented out in order to produce additional income.

---

[5]    *The Dictionary of Real Estate Appraisers, 2nd ed.*  Chicago: The American Institute of Real Estate Appraisers. Page 149.

RHI0339

*Richmond Hill Inn, Asheville, North Carolina*

Research has indicated no long term leases or unusual environmental regulations; however the subject is located within a downtown district and as such is subject to certain regulations. The subject site is zoned "HD," Historic District and allows residential multi-family, bed and breakfast, etc.. The subject site's current use as a bed and breakfast is considered to be a legal and conforming use under the present zoning classifications.

Physically Possible

The physical aspects of the site impose the first constraints on its possible use. The site size, topography, and the availability of utilities are important determinants of the value estimate. The larger the site, the greater it's potential to achieve economies of scale and flexibility in development; whereas, a smaller site may be limited to its optimal development unless it becomes part of an assemblage of other smaller tracts.

The physical factors are considered average for most bed and breakfast properties of this type. The topography consists of a level site, and topography does not appear to be a barrier for the development of the site from a physically possible standpoint. The subject tract contains a total of approximately 13 acres allocated to the Inn which is large enough to allow for a range of possible uses such as a residential, office, retail, other commercial, etc.

Secondly, the topography and the condition of the soil are important factors in determining possible uses for a tract. If the tract is restricted by the topography or soil conditions, possible uses are adversely affected. The subject's topography is considered basically level and poses no problem for development.

The subject property is not located in a 100-year flood plain zone. There did not appear to be any adverse soil conditions, which would preclude development as evidenced by the existing improvements on subject property. It should be noted, however, that the appraiser is not qualified to render any professional opinion of environmental conditions of the site.

Thirdly, the availability and capacity of utilities for a tract help determine a tracts possible use. If a tract does not have or cannot acquire utilities it is almost impossible to develop. Additionally, if a tract cannot acquire adequate utility capacity most high-density development is precluded. As mentioned in the Site Analysis section of this report, all public utilities are available to the subject site.

Feasible Use

From a financial standpoint, any property development that would produce a positive rate of return is considered a feasible use. Factors determining feasible uses include those previously discussed when considering both possible and legal uses. Additional factors that need to be considered with respect to feasibility include location, access, frontage/shape, and adjacent land uses. In addition, an analysis of relevant market information concerning the demand and supply of the subject property type helps determine an expected return and thus the feasibility of a potential or existing use.

In analyzing the feasible use of the subject property, we have considered the factors previously listed. The property contains a total of approximately 54.5 acres of which approx. 13 are allocated to the Inn and the property is located in an historic district, which is characterized primarily by residential and office facilities. In view of this, we believe a bed and breakfast facility or Inn is considered economically feasible under current market conditions.

HIGHEST AND BEST USE OF VACANT LAND

In the final analysis, a determination must be made as to which feasible use is the subject's highest and best use.

After considering the possible, legal, and feasible uses of the subject site, it is our opinion that the highest and best use, of the vacant land, with structures removed, is for residential development or commercial space.

Foster Real Estate Appraisers, Inc.                                    26

RHI0340

*Richmond Hill Inn, Asheville, North Carolina*

## HIGHEST AND BEST USE AS IMPROVED

Considering the location of the subject property and the neighborhood characteristics as well as the improvements on the property, the property lends itself to an Inn type structure due to its number of bedrooms, large foyer, restaurant, and sitting rooms.

## APPRAISAL PROCESS

The *Appraisal Process* is the series of orderly and logical steps taken by the appraiser to complete an appraisal assignment and to derive a sound conclusion as to a property's estimated value. The initial stages of the appraisal process lay the foundation for each of the three approaches to value, commonly known as the Cost Approach, the Sales Comparison Approach, and the Income Capitalization Approach. The following definitions of these methods are quoted from *The Dictionary of Real Estate Appraisal, 2nd ed.*, and are as follows:

*Cost Approach:* Approach through which an appraiser derives a value indication of the fee simple interest in a property by estimating the current cost to construct a reproduction of or replacement for the existing structure, deducting for all evidence of accrued depreciation from the cost new of the reproduction or replacement structure, and adding the estimated land value plus an entrepreneurial profit. Adjustments may be made to the indicated fee simple value to reflect the value indication of the property interest being appraised.[6]

*Sales Comparison Approach:* Approach through which an appraiser derives a value indication by comparing the property being appraised to similar properties that have been sold recently, applying appropriate units of comparison and making adjustments, based on the elements of comparison, to the sale prices of the comparables.[7]

*Income Capitalization Approach:* Approach through which an appraiser derives a value indication for income-producing property by converting anticipated benefits, i.e., cash flows and reversions, into property value. This conversion can be accomplished in two ways: One year's income expectancy or an annual average of several years' income expectancies may be capitalized at a market-derived capitalization rate or a capitalization rate that reflects a specified income pattern, return on investment, and change in the value of the investment; secondly, the annual cash flows may be discounted for the holding period and the reversion at a specified yield rate.[8]

The Cost Approach to value will not be utilized in this assignment. The Cost Approach is not applicable because the age of the property makes it difficult to estimate the depreciation even though the property has been extensively remodeled. In utilizing the Income Approach, the appraiser will analyze the property first by viewing the operation with seven rentable room with associated expense ratios. This analysis views the property ratios of a bed and breakfast operation along with a per room valuation. The appraiser then brings in the additional income from the apartments, banquets, etc. to value the entire operation. The Market Approach is used to appraise the property prior to bring in the other income and provides support to the values derived from the Income Approach.

---

[6]  *The Dictionary of Real Estate Appraisers, 2nd ed.* Chicago: The American Institute of Real Estate Appraisers. Page 72.

[7]  Ibid. Page 265.

[8]  Ibid. Page 156.

RHI0341

*Richmond Hill Inn, Asheville, North Carolina*

SALES COMPARISON APPROACH TO VALUE

RHI0342

*Richmond Hill Inn, Asheville, North Carolina*

## THE SALES COMPARISON APPROACH TO VALUE (IMPROVED)

A logical and direct approach to value of any property is the Sales Comparison Approach to Value. It can be said that this approach considers all factors of supply and demand in the market place. A definition of the *Sales Comparison Approach to Value* is as follows:

> Approach through which an appraiser derives a value indication by comparing the property being appraised to similar properties that have been sold recently, applying appropriate units of comparison and making adjustments based on the elements of comparison, to the sale prices of the comparables.[9]

From this definition, it is observed that price is converted to value by similarity and adjustment. This approach provides a strong indication of value (when applicable) because the value is derived directly from the market.

The reliability of this approach depends upon the availability of such similar sales, the degree of comparability between properties, verification of the sales date, and the conditions under which the property is sold. The comparable sales data in this report is considered to provide adequate data for an estimation of market value for the subject properties. The strength of the market approach is that it reflects actual market behavior of typical purchasers and sellers under current market conditions. It is direct, logical, and understandable. Its weakness is that there may be inadequate data in the market data to justify its use, and that it is based on historical data rather than future expectation where conditions of comparability may not closely conform to the subject property. As such, the greater the adjustment of the comparable, the less reliable is the indicated value from the analysis.

In estimating the value of the subject property, as improved, sales of comparable Bed and Breakfast Inns were obtained from the area. These improved comparable sales were then adjusted for various value-influencing characteristics.

The analysis of several units of comparison is helpful in value estimation. Key units of comparison are:

1) Sales Price Per Unit (Bed):    The sale price divided by the number of units of the main improvements.

2) Effective Gross Income Multiplier:    The sale price divided by the Effective Gross Income.

Sales Price Per Unit Analysis:

This technique considers the price per unit of each of the comparable sales making necessary adjustments based on factors such as:

1)    Property Rights Conveyed,
2)    Financing,
3)    Conditions of Sale,
4)    Market Conditions (time),
5)    Location/Access, and
6)    Physical Characteristics
7)

Due to the design and use potential of this property (Bed & Breakfast), the most logical and reasonable approach to valuation is by Sales.

---

[9]    *The Dictionary of Real Estate Appraisers, 2nd ed.* Chicago: The American Institute of Real Estate Appraisers. Page 265.

RHI0343

*Richmond Hill Inn, Asheville, North Carolina*

## BED & BREAKFAST SALES SUMMARY TABLE

| # | Location | Date | Price | Rms | Yr Blt | Occ | Exp % | GRRM | OAR | $/Rm |
|---|----------|------|-------|-----|--------|-----|-------|------|-----|------|
| 1 | The Wright Inn B & B | 7/04 | $1,875,000 | 10 | 1920 | 70% | 65% | 3.04 | 11.53% | $187,500 |
| 2 | The Lion & The Rose | 6/03 | $1,000,000 | 5 | 1925 | 53% | 49% | 4.98 | 10.54% | $200,000 |
| 3 | Pinecrest B & B | 9/03 | $800,000 | 4 | 1905 | 59% | 50% | 5.31 | 9.51% | $200,000 |
| 4 | The Owl's Nest | 1/05 | $1,500,000 | 8 | 1885 | 67% | 49% | 4.78 | 10.69% | $187,500 |
| 5 | The Yellow House | 3/04 | $1,575,000 | 8 | 1968 | | | | | $196,875 |

## LOCATION MAP



RHI0344

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 1

**Property Identification**

| | |
|---|---|
| Record ID | 149 |
| Hotel/Motel Type | Bed & Breakfast |
| Property Name | The Wright Inn B & B |
| Address | 235 Pearson Drive, Asheville, Buncombe County, North Carolina 28801 |
| Location | Montford |
| Tax ID | 9639.16-94-1149 |

**Sale Data**

| | |
|---|---|
| Grantor | Sylvester, Hospitality |
| Grantee | Ravenswood Retreat LLC |
| Sale Date | July, 2004 |
| Deed Book/Page | 3726/769 |
| Property Rights | Fee Simple |
| Conditions of Sale | Cash to Seller |
| Financing | Market Transaction |
| Verification | Buncombe Co. Tax Records, 11/24/04; Chris Ortwein, 11/24/04; Other sources: Legal Records; Confirmed by tb |

| | |
|---|---|
| Sale Price | $1,875,000 |
| Downward Adjustment | $130,000 FF&E |
| Adjusted Price | $1,745,000 |

**Land Data**

| | |
|---|---|
| Land Size | 1.040 Acres or 45,302 SF |
| Front Footage | 197 ft |
| Topography | Level |
| Utilities | EWSG |
| Shape | Irregular |
| Landscaping | Excellent |
| Flood Info | Not in flood zone |
| Eff Age | 15 |

**General Physical Data**

| | |
|---|---|
| GBA SF | 4,350 |
| NRA SF | 4,350 |
| Number of Rooms | 10 |
| Construction Type | Wood |
| HVAC | FWA/CAC |
| Stories | 2.5 |
| Floor Height | 9 |
| Year Built | 1920 |
| Condition | Very Good |
| Quality | Good |

Foster Real Estate Appraisers, Inc.                                                 31

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 1 (Cont.)
Eff Age                                    15

### Income Analysis
Average Daily Rate                 225.00
Average Occupancy Rate        70%
Annual Gross Room Revenue   $574,875

### Income Analysis (Cont.)
Gross Expenses                     $373,668
Net Operating Income            $201,207

### Indicators
Sale Price/GBA SF              431.03 Actual or 401.15 Adjusted
Sale Price/NRA SF              431.03 Actual or 401.15 Adjusted
Sale Price/Room                $187,500 Actual or $174,500 Adjusted
Expense Ratio                   65:1
NOI/Room                        $20,121
Gross Rent Room Multiplier      3.04
Overall Cap Rate                11.53%

### Remarks

Queen Anne architecture. Inn has 1 guestroom on the first level, 5 on the second level, and 3 on the third level, each with private baths and thermostat for central heat and air conditioning. Owner's quarters located in the finished basement includes kitchen, living room, bedroom, 2 baths, and office. The carriage house has 3 bedrooms, 2 baths, living room, dining room, and kitchen. The carriage house is rented as one unit. The carriage house basement is not finished and is used for gardening equipment. The Inn has a slate roof, 5 FP, and is in very good condition at time of sale. FF&E included and valued@ $300,000. It is the opinion of the appraiser that FF& E is worth approximately 50%, or $130,000.

RHI0346

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 2

<u>Property Identification</u>

| | |
|---|---|
| Record ID | 159 |
| Hotel/Motel Type | Bed & Breakfast |
| Property Name | The Lion & The Rose |
| Address | 276 Montford Avenue, Asheville, Buncombe County, North Carolina 28801 |
| Location | Montford Historic District |
| Tax ID | 9649.13-03-1666 |

<u>Sale Data</u>

| | |
|---|---|
| Grantor | COJO, LLC |
| Grantee | Adello, LLC |
| Sale Date | June, 2003 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market Transaction |
| Financing | Cash to Seller |
| Verification | Lender (FCB)- Tina, 257-5700, 7/1/03;  Confirmed by tb |
| Sale Price | $1,000,000 |
| Downward Adjustment | $130,000 FF&E Value (50%) adj. |
| Adjusted Price | $870,000 |

<u>Land Data</u>

| | |
|---|---|
| Land Size | 0.550 Acres or 23,958 SF |
| Zoning | RM-8, Residential |
| Topography | Gentle Slope |
| Utilities | EWSG |
| Shape | Slightly Irregular |
| Landscaping | Good |
| Fencing | 6' privacy in rear, picket in front |
| Flood Info | Not in Flood Plain |

<u>General Physical Data</u>

| | |
|---|---|
| GBA SF | 3,919 |
| Number of Rooms | 5 |
| Construction Type | Wood Frame/Stucco |
| HVAC | GHW/Wnd Un Air |
| Stories | 2.5 |
| Year Built | 1925 |
| Condition | Good |

<u>Income Analysis</u>

| | |
|---|---|
| Average Daily Rate | 181.00 |
| Average Occupancy Rate | 52.9% |
| Annual Gross Room Revenue | $174,742 |

Foster Real Estate Appraisers, Inc.

33

RHI0347

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 2 (Cont.)

| | |
|---|---|
| Total Revenue | $180,441 |
| Gross Expenses | $88,724 |
| Net Operating Income | $91,900 |

Indicators

| | |
|---|---|
| Sale Price/GBA SF | 255.17 Actual or 222.00 Adjusted |
| Sale Price/Room | $200,000 Actual or $174,000 Adjusted |
| Expense Ratio | 49.17:1 |
| NOI/Room | $18,343 |
| Gross Rent Room Multiplier | 4.98 |
| Overall Cap Rate | 10.54% |

## Remarks

B & B with very good reputation located in Montford Historic District.  Very attractive, well-landscaped.  Room count: 11-5-6.0.  Covered porch, deck,3 FP. Sale price of $200,000 per room represents the highest price paid to date for a B & B in the Asheville market.  FF&E included and valued @ $262,185.  It is the opinion of the appraiser that FF&E is worth approximately 50%, or $130,000. Owner's qtrs. in finished basement, but not considered a rentable guestroom.

Foster Real Estate Appraisers, Inc.

34

RHI0348

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 3

**Property Identification**
Record ID                                    183
Hotel/Motel Type                             Bed & Breakfast
Property Name                                Pinecrest Bed & Breakfast
Address                                      249 Cumberland Avenue, Asheville, Buncombe County, North Carolina
                                             28801
Tax ID                                       9649.13-04-9136

**Sale Data**
Grantor                                      Richard & Barbara Newell
Grantee                                      Pinecrest Bed & Breakfast, LLC
Sale Date                                    September, 2003
Deed Book/Page                               3386/206
Property Rights                              Fee Simple
Conditions of Sale                           Market Transaction
Financing                                    Cash to Seller
Verification                                 First Citizens Bank (Tina), 257-5700, 9/3/03;  Other sources:
                                             Buncombe County Tax Records;  Confirmed by tb

Sale Price                                   $800,000
Downward Adjustment                          $40,000 FF & E (50%) adjust
Adjusted Price                               $760,000

**Land Data**
Land Size                                    1.350 Acres or 58,806 SF
Zoning                                       RS-8, Residential
Topography                                   Level
Utilities                                    EWSG
Flood Info                                   Not in flood zone

**General Physical Data**
GBA SF                                       3,350
Number of Rooms                              4
Construction Type                            Frame w/wood trim
HVAC                                         FWA/HP/WU
Stories                                      2
Floor Height                                 9
Year Built                                   1905
Condition                                    AbAvg
Quality                                      AbAvg

**Income Analysis**
Average Daily Rate                           166.00
Average Occupancy Rate                       59%
Annual Gross Room Revenue                    $142,992

Foster Real Estate Appraisers, Inc.                              35

RHI0349

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 3 (Cont.)

| | |
|---|---|
| Total Revenue | $145,268 |
| Gross Expenses | $72,958 |
| Net Operating Income | $72,310 |

Indicators

| | |
|---|---|
| Sale Price/GBA SF | 238.81 Actual or 226.87 Adjusted |
| Sale Price/Room | $200,000 Actual or $190,000 Adjusted |
| Expense Ratio | 50.22:1 |
| NOI/Room | $18,078 |
| Gross Rent Room Multiplier | 5.31 |
| Overall Cap Rate | 9.51% |

Remarks

Attractive B & B w/4 guestrooms on Cumberland Avenue in historic Montford District. FF&E is valued @ approximately $80,000. It is opinion of appraiser that FF&E value is approximately 50% , or $40,000.

Foster Real Estate Appraisers, Inc.

36

RHI0350

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 4

**Property Identification**

| | |
|---|---|
| Record ID | 184 |
| Hotel/Motel Type | Bed & Breakfast |
| Property Name | The Owl's Nest |
| Address | 2630 Smokey Park Highway, Candler, Buncombe County, North Carolina 28715 |
| Tax ID | 8687.17-12-1221, 8687.17-11-1755 |

**Sale Data**

| | |
|---|---|
| Grantor | Owl's Nest Inn, LLC |
| Grantee | Gerda K. Angevine |
| Sale Date | January, 2005 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market conditions |
| Financing | Cash to Seller |
| Verification | Gerda Angevine, 665-4879, 2/1/05; Marge Dente, 2/1/05;  Confirmed by tb |
| | |
| Sale Price | $1,500,000 |
| Downward Adjustment | $50,000 FF&E |
| Adjusted Price | $1,450,000 |

**Land Data**

| | |
|---|---|
| Land Size | 11.780 Acres or 513,137 SF |
| Front Footage | Smokey Park Hwy. |
| Zoning | NA, Not Zoned |
| Topography | Sloping |
| Utilities | E,Pvt Well,Septic,Propane |
| Shape | Irregular |
| Flood Info | Portion of rear of property in flood plain |
| Eff Age | 15 |

**General Physical Data**

| | |
|---|---|
| NRA SF | 5,207 |
| NRA SF | 5,207 |
| Rooms | |
| Construction Type | Frame w/wood trim |
| HVAC | Propane gas/electric central air |
| Stories | 2.0 |
| Floor Height | 9'-10' |
| Year Built | 1885 |
| Condition | AbAvg |
| Quality | AbAvg |
| Eff Age | 15 |

Foster Real Estate Appraisers, Inc.

37

RHI0351

*Richmond Hill Inn, Asheville, North Carolina*

HOTEL/MOTEL SALE NO. 4 (Cont.)

**Income Analysis**

| | |
|---|---|
| Average Daily Rate | 155.00 |
| Average Occupancy Rate | 67% |
| Annual Gross Room Revenue | $303,242 |
| Gross Expenses | $148,300 |
| Net Operating Income | $154,942 |

**Indicators**

| | |
|---|---|
| Sale Price/NRA SF | 288.07 Actual or 278.47 Adjusted |
| Sale Price/NRA SF | 288.07 Actual or 278.47 Adjusted |
| Sale Price/Room | $187,500 Actual or $181,250 Adjusted |
| Expense Ratio | 48.9:1 |
| NOI/Room | $19,368 |
| Gross Rent Room Multiplier | 4.78 |
| Overall Cap Rate | 10.69% |

**Remarks**

Historic B&B built in 1885 and completely restored. 5 guest rooms and Owner's quarter's w/private baths in main house. There are three rental log cabins on property for a total of 8 rental units. FF&E estimated at $272,193 valued at 50% for a total of $136,096.

RHI0352

*Richmond Hill Inn, Asheville, North Carolina*

## HOTEL/MOTEL SALE NO. 5

### Property Identification

| | |
|---|---|
| Record ID | 186 |
| Hotel/Motel Type | Bed & Breakfast |
| Property Name | The Yellow House |
| Address | 89 Oakview Drive, Waynesville, Haywood County, North Carolina 28786 |
| Tax ID | 8605-02-3134 |

### Sale Data

| | |
|---|---|
| Grantor | Sharon & Ronald Smith |
| Grantee | Donna & Stephen Shea |
| Sale Date | March, 2004 |
| Deed Book/Page | 592/532 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market Transaction |
| Financing | Cash to Seller |
| Verification | Connie Munden; 800-963-4197, 8/8/05;  Confirmed by tb |
| Sale Price | $1,575,000 |

### Land Data

| | |
|---|---|
| Land Size | 3.940 Acres or 171,626 SF |
| Zoning | Residential |
| Topography | Rolling |
| Utilities | EWS |

### General Physical Data

| | | |
|---|---|---|
| GBA SF | 4,800 | |
| Rooms | Guest Rooms | 8 |
| | Bathrooms | 8 |
| | Total Rooms | 8 |
| Construction Type | Wood Frame | |
| HVAC | C | |
| Stories | 2 | |
| Year Built | 1968 | |
| Condition | AbAvg | |

### Indicators

| | |
|---|---|
| Sale Price/GBA SF | 328.13 |
| Sale Price/Room | $196,875 |

### Remarks

Bed & Breakfast located in rural setting near Waynesville. 8 guest rooms w/private bath. Owner's quarters in cottage on property. There are no currently available occupancy rates or ADRs.

Foster Real Estate Appraisers, Inc.

39

RHI0353

KBS Oneliner

| Sel | P/T | MLS | ST | List $ | Sell $ | Address | County | BR | B H.A A B | Sqft | Acres | LO LA | SO SA | Sell Dat |
|-----|-----|-----|-----|--------|--------|---------|--------|----|-----------|------|-------|-------|-------|----------|
| ☐ | R | A165378C | C | $187,500 | $0 | 12 COUNTRY SIDE DRIVE | Buncombe | 3 | 2 1 | 2131 | 1.24 | 1188 548500426 | 1005 548500359 | 08/30/20 |
| ☐ | R | A165465C | C | $152,900 | $150,000 | 1 SYDNEY LANE | Buncombe | 3 | 2 | 2173 | .49 | 1005 548500342 | 1203 548500839 | 07/27/20 |
| ☑ | R | A166421C | C | $159,500 | $155,000 | 23 WESTMONT DRIVE | Buncombe | 3 | 2 1 | 1666 | .29 | 1005 548500371 | 1005 548500447 | 06/19/20 |
| ☑ | R | A200201C | C | $164,900 | $160,000 | 25 N. WILLOW BROOK DRIE | Buncombe | 3 | 2 1 | 2015 | .51 | 1257 548500378 | 1228 548501198 | 10/16/20 |
| ☐ | R | A200203C | C | $154,900 | $152,500 | 1 FRIENDLY WAY | Buncombe | 3 | 2 | 1480 | .76 | 1005 548500480 | 1368 548500322 | 09/21/20 |
| ☑ | R | A202995C | C | $173,900 | $173,900 | 7 VIEWPOINT LANE | Buncombe | 3 | 2 | 1461 | .42 | 1368 548501060 | 1368 548500717 | 06/27/20 |
| ☐ | R | A206093C | C | $189,900 | $187,000 | LOT 9 WESTMONT DRIVE | Buncombe | 3 | 2 1 | 2411 | .39 | 1070 548500200 | 1070 548500172 | 01/25/20 |
| ☑ | R | A209561C | C | $189,900 | $189,900 | 39 LITTLE FOREST DRIVE, LOT 2 | Buncombe | 3 | 2 | 2128 | .84 | 1129 548501740 | 1070 548511380 | 04/30/20 |
| ☐ | R | A210189C | C | $164,000 | $162,000 | 1365 OLD LEICESTER HWY | Buncombe | 3 | 2 1 | 2385 | 1.13 | 1038 103811 | 1038 548500348 | 05/15/20 |
| ☑ | R | A210464C | C | $179,900 | $176,000 | 210 MEADOW RUN EXT. | Buncombe | 3 | 2 1 | 3053 | .76 | 1368 548500728 | 1368 548500423 | 08/17/20 |
| ☐ | R | A211285C | C | $159,900 | $151,500 | 49 FARM ROAD | Buncombe | 3 | 1 | 1331 | 2.48 | 1005 99 | 1368 548500392 | 08/21/20 |
| ☐ | R | A213673C | C | $174,900 | $174,900 | 71 N. WILLOW BROOK DRIVE | Buncombe | 3 | 2 1 | 2207 | .51 | 1348 548501248 | 1005 548500972 | 04/26/20 |
| ☐ | R | A214420C | C | $185,000 | $183,000 | 17 WESTMONT DRIVE | Buncombe | 3 | 2 1 | 2269 | .38 | 1368 548500214 | 1234 123406 | 09/28/20 |
| ☐ | R | A217298C | C | $156,000 | $155,000 | 31 SYDNEY LANE | Buncombe | 3 | 2 1 | 2050 | .43 | 1005 548500636 | 1005 548501343 | 01/15/20 |
| ☐ | R | A219992C | C | $167,900 | $163,000 | 223 FERGUSON DRIVE | Buncombe | 3 | 2 | 1680 | .61 | 1257 548500183 | 1257 548500183 | 08/22/20 |
| ☑ | R | A220246C | C | $198,500 | $190,000 | 11 GOOD INTENTIONS RD | Buncombe | 3 | 2 | 1780 | 1.15 | 1154 548500304 | 1005 548501191 | 10/09/20 |
| ☐ | R | A222308C | C | $159,900 | $163,000 | 8 PINE TOP DRIVE | Buncombe | 3 | 2 1 | 2150 | .96 | 1257 548500183 | 1257 548500183 | 09/10/20 |
| ☐ | R | A223309C | C | $210,000 | $206,000 | 23 PLEASANT RUN | Buncombe | 3 | 2 2 | 3311 | .49 | 1038 548500250 | 1228 548500306 | 11/15/20 |
| ☐ | R | A224476C | C | $199,500 | $199,000 | 9 WESTMONT DR. | Buncombe | 3 | 2 1 | 2404 | .39 | 1070 548500172 | 1070 561001038 | 08/28/20 |
| ☐ | R | A226122C | C | $225,000 | $200,000 | 437 OLD MARSHALL HWY | Buncombe | 3 | 2 1 | 2276 | 2.2 | 1005 548500967 | 1005 548500967 | 10/04/20 |
| ☐ | R | A228128C | C | $178,500 | $163,000 | 126 FLYNN BRANCH ROAD | Buncombe | 3 | 2 | 2390 | 1.25 | 1005 548500427 | 1005 548500251 | 03/17/20 |
| ☐ | R | A229351C | C | $154,500 | $148,000 | 55 SHEPPARD DRIVE | Buncombe | 3 | 2 | 1960 | .86 | 1005 548500243 | 1005 548501041 | 05/16/20 |

RHI0354