*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 2

**Property Identification**

| | |
|---|---|
| Record ID | 2202 |
| Property Type | Commercial, Discount Retail |
| Property Name | Target Site |
| Address | 365 Rockwood Road, Arden, Buncombe County, North Carolina |
| Location | S Asheville |
| Tax ID | 9G4302660662 |

**Sale Data**

| | |
|---|---|
| Grantor | Southridge Associates |
| Grantee | Target Corporation |
| Sale Date | April, 2003 |
| Deed Book/Page | 3180/38 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market Transaction |
| Financing | Cash or Cash Equivalent |
| Verification | Other sources:  Public Records;  Confirmed by jp |

| | |
|---|---|
| Sale Price | $2,500,000 |

**Land Data**

| | |
|---|---|
| Topography | Rolling |
| Utilities | EWSG |
| Shape | Irregular |

**Land Size Information**

| | |
|---|---|
| Gross Land Size | 12,090 Acres or 526,640 SF |

**Indicators**

| | |
|---|---|
| Sale Price/Gross Acre | $206,782 |
| Sale Price/Gross SF | 4.75 |

**Remarks**

Site purchased for construction of Target Store.

Foster Real Estate Appraisers, Inc.

60

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 3



**Property Identification**

| | |
|---|---|
| Record ID | 2203 |
| Property Type | Commercial, Discount Retail |
| Property Name | Target Site - Airport Rd |
| Address | 360 Airport Road, Arden, Buncombe County, North Carolina |
| Location | Arden - Airport Road |
| Tax ID | 964302569878,673062,670727 See Verif Com |
| Township | Arden |
| Access | Good |
| Street Imp | Asphalt Paved |

**Sale Data**

| | |
|---|---|
| Grantor | Ruby Anderson, ETAL |
| Grantee | Southridge Associates |
| Sale Date | April, 2003 |
| Deed Book/Page | 3179/822 |
| Recorded Plat | 74/71 + |
| Property Rights | Fee Simple |
| Conditions of Sale | Market |
| Financing | Cash to seller |
| Easements | Normal |
| Verification | Other sources; Public Records; Confirmed by jp |

**Sale Data (Cont.)**

| | |
|---|---|
| Sale Price | $3,600,000 |

**Land Data**

| | |
|---|---|
| Topography | Level/GSlope/Sloping |
| Utilities | EWSG |
| Shape | Irregular |
| Flood Info | Not in flood plain |
| H/B Use | Shopping Center Development |

Foster Real Estate Appraisers, Inc.                                      61

RHI0387

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 3 (Cont.)

### Land Size Information

| | |
|---|---|
| Gross Land Size | 40.870 Acres or 1,780,297 SF |
| Front Footage | Airport Rd; I-26 |

### Indicators

| | |
|---|---|
| Sale Price/Gross Acre | $88,084 |
| Sale Price/Gross SF | 2.02 |

### Remarks

Acreage tract purchased for site of new Target Store. Assembled 6 tracts.

RHI0388

*Richmond Hill Inn, Asheville, North Carolina*

**LAND SALE NO. 4**

**Property Identification**

| | |
|---|---|
| Record ID | 2267 |
| Property Type | Residential, Subdivision |
| Property Name | Rural Residential Land |
| Address | Ledbetter Road, Buncombe County, North Carolina |
| Location | Ledbetter Road |
| Access | Avg |
| Street Imp | Two lane |

**Sale Data**

| | |
|---|---|
| Grantor | Waightstill Mountain, LLC |
| Grantee | Windfrey Autry |
| Sale Date | November, 2003 |
| Property Rights | Fee simple |
| Conditions of Sale | Market transaction |
| Financing | Cash to seller |
| Verification | Developer; Confirmed by mf |
| | |
| Sale Price | $2,000,000 |

**Land Data**

| | |
|---|---|
| Zoning | Not Zoned |
| Topography | Rolling |
| Utilities | EWS |
| Shape | Irrg. |
| Flood Info | Not in flood plain |
| Units/Ac | 4.2 u/a |
| H/B Use | Residential lots |

**Land Size Information**

| | |
|---|---|
| Gross Land Size | 11.190 Acres or 487,436 SF |
| Units | 47 |

**Indicators**

| | |
|---|---|
| Sale Price/Gross Acre | $178,731 |
| Sale Price/Gross SF | 4.10 |
| Sale Price/Unit | $42,553 |

**Remarks**

Part of Avery Landing that was sold for residential lots with a density of 4.2 u/a. Housing to be single family detached.

RHI0389

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 5

**Property Identification**

| | |
|---|---|
| Record ID | 2268 |
| Property Type | Residential, Subdivision |
| Property Name | Rural Residential Land |
| Address | Ledbetter Road, Buncombe County, North Carolina |
| Location | Ledbetter Road |
| Access | Avg |
| Street Imp | Two lane |

**Sale Data**

| | |
|---|---|
| Grantor | Waightstill Mountain, LLC |
| Grantee | Tyco |
| Sale Date | November, 2003 |
| Property Rights | Fee simple |
| Conditions of Sale | Market transaction |
| Financing | Cash to seller |
| Verification | Developer; Confirmed by mf |
| | |
| Sale Price | $1,350,000 |

**Land Data**

| | |
|---|---|
| Zoning | Not Zoned |
| Topography | Rolling |
| Utilities | EWS |
| Shape | Irrg. |
| Flood Info | Not in flood plain |
| Units/Ac | 3.85 u/a |
| H/B Use | Residential lots |

**Land Size Information**

| | |
|---|---|
| Gross Land Size | 7.792 Acres or 339,420 SF |
| Units | 30 |

**Indicators**

| | |
|---|---|
| Sale Price/Gross Acre | $173,255 |
| Sale Price/Gross SF | 3.98 |
| Sale Price/Unit | $45,000 |

**Remarks**

Part of Avery Landing that was sold for residential lots with a density of 3.85 u/a. Housing to be single family detached.

RHI0390

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 6



**Property Identification**

| | |
|---|---|
| Record ID | 2320 |
| Property Type | Commercial, Acreage |
| Property Name | 460 Weaverville Hwy |
| Address | 460 Weaverville Hwy, Asheville, Buncombe County, North Carolina 28804 |
| Location | 460 Weaverville Hwy |
| Tax ID | 9731.07-57-6915 |
| Township | Asheville |
| Access | Avg |

**Sale Data**

| | |
|---|---|
| Grantor | Richard A. Kort Guardian and Carl W. Loftin, Executor, ETUX |
| Grantee | J. David and Carrie F. Caudle |
| Sale Date | June, 2002 |
| Deed Book/Page | 2825/476 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market Transaction |
| Financing | Cash or Equiv |
| Verification | Jeremy Goldstein, Broker;  Other sources:  Public Records;  Confirmed by jp |

| | |
|---|---|
| Sale Price | $1,120,000 |

**Land Data**

| | |
|---|---|
| Zoning | None |
| Topography | Level/GSlope |
| Utilities | EWS |
| Shape | Irregular |

**Land Size Information**

| | |
|---|---|
| Gross Land Size | 5.760 Acres or 250,906 SF |

Foster Real Estate Appraisers, Inc.                                        65

RHI0391

*Richmond Hill Inn, Asheville, North Carolina*

**LAND SALE NO. 6 (Cont.)**

<u>Indicators</u>

| | |
|---|---|
| Sale Price/Gross Acre | $194,444 |
| Sale Price/Gross SF | 4.46 |

<u>Remarks</u>

Property bounded by Future I-26 and Weaverville Hwy approx 600' from New Stock Road Exit.

RHI0392

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 7



**Property Identification**

| | |
|---|---|
| Record ID | 2357 |
| Property Type | Commercial, Acreage |
| Property Name | Proposed WalMart Site Tract - Swannanoa River Rd |
| Address | Swannanoa River Road, Asheville, Buncombe County, North Carolina 28806 |
| Location | Proposed WalMart Site Tract - Swannanoa River Rd |
| Tax ID | 9658.14-43-7546 |
| Township | Asheville |
| Access | Avg |

**Sale Data**

| | |
|---|---|
| Grantor | River Bend-FGC, LLC ETAL |
| Grantee | Home Properties - Asheville, LLC |
| Sale Date | November, 2003 |
| Deed Book/Page | 3463/530 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market Transaction |
| Financing | Cash or Equiv |
| Easements | Normal |
| Verification | Other sources:  Public Records;  Confirmed by jp |

**Sale Data (Cont.)**

| | |
|---|---|
| Sale Price | $4,550,000 |

**Land Data**

| | |
|---|---|
| Topography | Level to Mod Slope |
| Utilities | All Public |
| Shape | Irregular |
| Flood Info | Portion along Swannanoa River |
| H/B Use | Comm |

**Land Size Information**

Foster Real Estate Appraisers, Inc.                                    67

RHI0393

*Richmond Hill Inn, Asheville, North Carolina*

**LAND SALE NO. 7 (Cont.)**
Gross Land Size          21.030 Acres or 916,067 SF

**Indicators**
Sale Price/Gross Acre     $216,358
Sale Price/Gross SF       4.97

**Remarks**

Part of site purchased for construction of WalMart Superstore.  Price per acre reflects graded site ready for construction.

RHI0394

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 8



**Property Identification**
Record ID                     2365
Property Type                 Commercial, Office
Property Name                 Ridgefield Tract 1
Address                       0 Ridgefield Tract 1, Asheville, Buncombe County, North Carolina
Tax ID                        9626.12-86-6159
Access                        Interstate 1 mile or less
**Sale Data**
Grantor                       Ridgefield Properties LLC
Grantee                       BCL LLC
Sale Date                     July, 2004
Deed Book/Page                3729/50
Property Rights               Fee simple
Marketing Time                1715
Conditions of Sale            Market transaction
Financing                     Cash to seller
Verification                  Skip Skoglund, 828-258-1947
Sale Price                    $1,100,000
**Land Data**
Zoning                        None
Topography                    Rolling
Utilities                     E,S,W
Flood Info                    Not in flood plain
H/B Use                       Commercial or office development land
**Land Size Information**
Gross Land Size               10.880 Acres or 473,933 SF
**Indicators**
Sale Price/Gross Acre         $101,103
Sale Price/Gross SF           2.32
**Remarks**

Also Deed Book/Page 55/98, Subject covenants, conditions, restrictions, and architectural guidelines, plat
on file

Foster Real Estate Appraisers, Inc.                                    69

RHI0395

*Richmond Hill Inn, Asheville, North Carolina*

**LAND SALE NO. 9**

**Property Identification**

| | |
|---|---|
| Record ID | 2393 |
| Property Type | Commercial |
| Property Name | Vac. Land |
| Address | 20 Patton Cove Road, Swannanoa, Swannanoa, Buncombe County, North Carolina 28778 |
| Location | Patton Cove Rd. |
| Tax ID | 9668.08-89-8842 |
| Township | Swannanoa |
| Access | Interstate 1mi or less |

**Sale Data**

| | |
|---|---|
| Grantor | Lummus, Ray Gene & Brenda Faircloth Lummus |
| Sale Date | October, 2004 |
| Marketing Time | 0 |
| Financing | Cash to seller |
| Verification | Nathan Best, 828-273-5888;  Confirmed by Administration |
| Sale Price | $800,000 |

**Land Data**

| | |
|---|---|
| Zoning | CH, Commercial Highway |
| Topography | Rolling |
| Utilities | ESW |

**Land Size Information**

| | |
|---|---|
| Gross Land Size | 8.000 Acres or 348,480 SF |

**Indicators**

| | |
|---|---|
| Sale Price/Gross Acre | $100,000 |
| Sale Price/Gross SF | 2.30 |

**Remarks**

8 acres on busy hwy interchange

RHI0396

*Richmond Hill Inn, Asheville, North Carolina*

LAND SALE NO. 10



**Property Identification**

| | |
|---|---|
| Record ID | 2514 |
| Property Type | Development Land |
| Property Name | Nine South Townhomes |
| Address | 825 Hwy 9, Black Mountain, Buncombe County, North Carolina |
| Location | Hwy 9, south of Black Mountain |
| Tax ID | 0618.02-59-3892 |

**Sale Data**

| | |
|---|---|
| Grantor | Sheila C. Bethel Revocable Trust |
| Grantee | Nine South LLC |
| Sale Date | December, 2004 |
| Deed Book/Page | 3871/385 |
| Property Rights | Fee Simple |
| Conditions of Sale | Market transaction |
| Financing | New Loan |
| Sale History | 11/18/02- title transfer, no excise tax |
| Easements | Typical PUE assumed |
| Verification | Grantee; Other sources: Public records, Inspection; Confirmed by Administration |

| | |
|---|---|
| Sale Price | $480,000 |

**Land Data**

| | |
|---|---|
| Zoning | R-20- PUD |
| Topography | Level/Gentle Slope |
| Utilities | All public |
| Shape | Irregular |
| Flood Info | Not in FP |
| H/B Use | Residential development |

**Land Size Information**

| | |
|---|---|
| Gross Land Size | 5.850 Acres or 254,826 SF |
| Actual Units | 26 |

Foster Real Estate Appraisers, Inc.                                              71

RHI0397

*Richmond Hill Inn, Asheville, North Carolina*

**LAND SALE NO. 10 (Cont.)**
**Front Footage**          700 ft Hwy 9; 720 ft Lakey Gap

**Indicators**
Sale Price/Gross Acre     $82,051
Sale Price/Gross SF       1.88
Sale Price/Unit           $18,462

**Remarks**
Well located residential subdivision developed into high end townhomes. Purchased with 26 units allowed, the developer is attempting to receive approval for a total of 32 units.

RHI0398

*Richmond Hill Inn, Asheville, North Carolina*

## LAND SALE - ACREAGE ANALYSIS

|  | FACTUAL Subject | Land Sale #8 | Land Sale #10 | Land Sale #3 |
|---|---|---|---|---|
| PROPERTY RIGHTS CONVEYED | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| CONDITIONS OF SALE | Market/Cash | Market/Cash | Market/Cash | Market/Cash |
| MARKET CONDITIONS (TIME) | Aug-05 | Jul-04 | Dec-04 | Apr-03 |
| LOCATION | Avg | Avg | Avg | Avg |
| ACCESS | Avg | Avg | Avg | Avg |
| SIZE | 41.510 | 10.880 | 5.850 | 40.870 |
| FRONTAGE | Avg | Avg | Avg | Avg |
| TOPOGRAPHY | Sloping | Sloping | Sloping | Sloping |
| UTILITIES | EWS | EWS | EWS | EWS |
| ZONING | None | None | None | None |
| DENSITY | NA | NA | NA | NA |
| FUNCTIONAL | Functional | Functional | Functional | Functional |
| AMENITIES | Avg | Avg | Avg | Avg |
|  |  |  |  |  |
| SALES PRICE | N/A | $1,100,000 | $480,000 | $3,600,000 |
| PRICE/ACRE | N/A | $101,103 | $82,051 | $88,084 |
|  |  |  |  |  |
| ADJUSTMENTS (%) |  |  |  |  |
|  |  |  |  |  |
| PROPERTY RIGHTS CONVEYED |  | 0% | 0% | 0% |
| CONDITIONS OF SALE |  | 0% | 0% | 0% |
| MARKET CONDITIONS (TIME) | 3% | 4% | 2% | 7% |
| LOCATION |  | 0% | 20% | 0% |
| ACCESS |  | -10% | -10% | -10% |
| SIZE |  | -10% | -10% | 0% |
| FRONTAGE |  | 0% | 0% | 0% |
| TOPOGRAPHY |  | 0% | 0% | 0% |
| UTILITIES |  | 0% | 0% | 0% |
| ZONING |  | 0% | 0% | 0% |
| DENSITY |  | 0% | 0% | 0% |
| FUNCTIONAL |  | 0% | 0% | 0% |
| AMENITIES |  | 0% | 0% | 0% |
| NET ADJUSTMENTS(%) |  | -16% | 2% | -3% |
|  |  |  |  |  |
| INDICATED DOLLAR ADJUSTMENTS |  | ($16,176) | $1,641 | ($2,643) |
| INDICATED PRICE PER ACRE |  | $84,926 | $83,692 | $85,442 |
|  |  |  |  |  |
| Therefore, indicated value range is: |  | $83,692 | to | $85,442 |
| Correlated Value of: |  | $85,000 |  |  |
|  |  | 41.51 |  |  |
| Value Indication |  | $3,528,350 |  |  |

RHI0399

*Richmond Hill Inn, Asheville, North Carolina*

## VALUATION OF TWO RESIDENTIAL OFFSITE HOUSES

### (Property Description)

86 Richmond Hill -- One story, frame residence with a full basement. The house contains approximately 960 sq. ft. of living area and has a 960 sq. ft. unfinished basement. The room count is 5-3-2.0 and has an effective age of approximately 15 years. There is a covered front porch and a deck at the rear of the house. The lot is sloping, wooded and is typical of the neighborhood. The house is valued at $175,000 with supporting comparables provided in the Addendum.

88 Richmond Hill -- One story, frame residence with a full basement. The house contains approximately 1,008 sq. ft. of living area and has a full basement with 528 sq. ft. of finished basement. The room count is 5-3-1.5 and has an effective age of approximately 15 years. There is a covered front porch and a deck at the rear of the house. The lot is sloping, wooded and is typical of the neighborhood. The house is valued at $175,000 with supporting comparables provided in the Addendum.

Total value for the two houses is estimated at $350,000

### THE RECONCILIATION OF MARKET VALUE -- Total Property

The reconciliation process consists of reviewing various independently derived valuation methods, weighing respective merits, and correlating the conclusions into a final estimate of value. In order to estimate the market value of the property being appraised, proper weight has to be given to each individual approach and its estimate of value.

### Final Reconciliation

After analysis of the Market and Income Approaches to Value and considering the type and reliability of the data upon which it was based, as well as the strength of the local market for the subject property type, the subject's value was estimated. Primary weight has been given to the Income Approach to Value. This value was well supported by the Sales Comparison Approach to Value. Calculations for Business Value can be read in the Addendum section of this report. As such, it is our judgment that the present market value, of the *fee simple* estate, for the subject property, as of the inspection date, is as follows:

| | |
|---|---|
| Indicated Value of Richmond Hill Inn | $8,100,000 |
| Value of Surplus Land -- 41.51 ac. | $3,550,000 |
| Two Residential Houses | $350,000 |

Mickey Foster, MAI, CCIM

Foster Real Estate Appraisers, Inc.                                           74

RHI0400

*Richmond Hill Inn, Asheville, North Carolina*

## CERTIFICATION

I certify that, to the best of my knowledge and belief...

1. That the statements of fact contained in this report are true and correct.
2. The report analysis, opinions, and conclusions are limited to only the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
4. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
5. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of the loan.
6. My analysis, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the *Code of Professional Ethics and Standards of Professional Practice* of the Appraisal Institute.
7. Mickey Foster made a personal inspection of the property that is the subject of this report.
8. No one provided significant professional assistance to the person(s) signing this report.
9. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
10. My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the Uniform Standards of Professional Practice.
11. As of the date of this report, Mickey Foster has not completed the voluntary requirements of the continuing education program of the Appraisal Institute.

Mickey Foster, MAI, CCIM,

Foster Real Estate Appraisers, Inc.                                        75

RHI0401

*Richmond Hill Inn, Asheville, North Carolina*

ADDENDUM

*Richmond Hill Inn, Asheville, North Carolina*

## ZONING

### Sec. 7-8-4. RS-8 Residential Single-Family High Density District.

(a)  *Purpose.* It is the intent of the RS-8 Residential Single-Family High Density District to establish a high density per acre for single-family dwellings where public infrastructure is sufficient to support such development and to stabilize and protect the district's residential character in areas of existing high density single-family development while promoting a suitable environment for single-family living. Non-single-family development normally required to provide the basic elements of a balanced and attractive residential area is also permitted.

(b)  *Permitted uses.*
- Residential.
- Dwellings, single-family detached
- Dwellings, single-family zero lot line

### Sec. 7-8-14. Resort District.

(a)  *Purpose.* The Resort District is established to provide an area for the development of resort oriented uses and conference/retreat facilities. This district will provide areas for the development and expansion of facilities which serve primarily tourists and vacationers. Development standards are established to protect adjacent land uses from the adverse impacts of resort development.

(b)  *Permitted uses.*
- Residential.
- Dwellings, multi-family
- Dwellings, single-family detached
- Dwellings, single-family, zero lot line
- Recreational.
- Arboretums
- Camps, campgrounds
- Golf courses
- Passive parks
- Recreational uses, commercial indoor
- Recreational uses, commercial outdoor
- Recreational uses, governmental
- Recreational uses, related to residential development
- Recreational uses, restricted to membership, non-profit
- Institutional.
- Adult day care centers
- Adult day care homes
- Assisted living facilities
- Child day care centers
- Child day care homes
- Family care homes
- Places of worship
- Public/semi-public.
- Convention and conference centers
- Fire/police stations
- Museums
- Post offices
- Public utilities and related facilities
- Office/business.

RHI0403

*Richmond Hill Inn, Asheville, North Carolina*

- Barber shops and salons when an accessory to the principal use
- Bed and breakfast homestays
- Bed and breakfast inns
- Bookstores when an accessory to the permitted use
- Candy, pastry, ice cream and snack shops when an accessory to the principal use
- Florists when an accessory to the principal use
- Gift shops when an accessory to the principal use
- Health and fitness facilities when an accessory to the principal use
- Home occupations
- Lodging facilities
- Restaurants
- Studios, galleries, and workshops for artists, craftspeople, designers, photographers
- Wedding chapels, commercial
- Other.
- Accessory structures
- Stables when an accessory to the principal use

RHI0404

JUL. 26. 2005  5:28PM    1ST CAROLINA ST BANK                    NO. 0221  P. 2
FROM : NORMANPAVILION              PHONE NO. : 704 8967392       Jul. 26 2005 04:33AM P2



171 NORTH WINSTEAD AVENUE
P.O. BOX 8469
ROCKY MOUNT, NORTH CAROLINA 27804
PHONE: (252) 937-2169
FAX: (252) 937-4567

July 26, 2005

Mickey Foster, MAI, CCIM
869 Sand Hill Road
Asheville, NC 28806

RE: Appraisal for property located at:

Richmond Hill Inn                    252 - D313
87 Richmond Hill Dr.
Asheville, NC 28806

Dear Mickey:

This letter will serve as your authorization to proceed with the written appraisal of the property outlined above. Please verify the physical address of all the property being taken as collateral.

First Carolina State Bank is your client for this assignment. Please be advised that we will rely on this appraisal as a basis for rendering a decision for loan underwriting and possibly loan syndication purposes. The assignment of this appraisal is not dependent on the value reported.

We require that the appraisal be a Complete Self-Contained Summary Appraisal report completed in accordance with the Uniform Standards of Professional Appraisal Practice ("USPAP") of the Appraisal Foundation, "FIRREA" regulatory requirements, plus any special instructions attached to this letter.

The property is to be valued: (USE WHICHEVER OF THE FOLLOWING APPLIES.)

X "As Is," current condition as of the appraisal date.

☐ Future value upon completion of construction or rehabilitation.

☐ Future economic stabilized value, fully leased.

This assignment may not be subcontracted to an outside individual or firm without prior written consent of First Carolina State Bank.

Your agreed total fee for this assignment will not exceed $6300.00 and is due after delivery of two copies of the appraisal report, and our satisfactory review. William G. Gray has agreed to pay for the appraisal and he should be billed directly for the appraisal fee. The following is his address:

Mr. William G. Gray
Lake Norman Pavilion, LLC
148 Carriage Club Dr.
Mooresville, NC 28117

Please make certain that our Guidelines are adhered to and that there are no errors in the report, as this may cause the appraisal to be returned or payment to be delayed.

Pursuant to the agreement between Foster Real Estate Appraisers, Inc. and First Carolina State Bank, the completed Self-Contained Summary Appraisal report shall be delivered to us on or before August 15,

YOUR
HOMETOWN
BANK!

RHI0405

2005. Time is of the essence. Therefore, please contact me immediately if completion of this assignment is delayed for any reason or if you encounter unusual problems. All copies of the appraisal reports should be delivered to my attention.

If this letter represents your understanding of our discussion and you agree to complete the appraisal report in accordance with these terms and conditions, please sign the enclosed copy of this letter and return same to me at your earliest convenience.

Sincerely,


N. Trent Bradshaw

Enclosure


### ACKNOWLEDGMENT

Acknowledged and Agreed:

_____              _____
Signature                                    Title

MICKEY FOSTER, MAI, CCIM                      9-29-05
Printed                                      Date


I agree to pay the appraisal fee as a direct bill from Foster Real Estate Appraisers, Inc.


_____              _____
Signature (William G. Gray)                  Title

William G. Gray                              7/26/05
Printed                                      Date

RHI0406

Page 1 of 2)



BK 1773 PG 484

# STATE OF NORTH CAROLINA

Department of The
Secretary of State

To all whom these presents shall come, Greetings:

I, *Rufus L. Edmisten*, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

**ARTICLES OF AMENDMENT**

OF

**THE EDUCATION CENTER, INC.**

Which changed its name to:

**RICHMOND HILL, INC.**



the original of which was filed in this office on the 1st day of November, 1993.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 1st day of November, 1993.



*Rufus L. Edmisten*
Secretary of State

Book:1773,Page:484

RHI0407

[Page 2 of 2)

BK 1773 PG 485

C-0071051

**FILED**
9:00 AM
NOV 0 1 1993

ARTICLES OF AMENDMENT
OF
THE EDUCATION CENTER, INC.

EFFECTIVE
RUFUS L. EDMISTEN
SECRETARY OF STATE
NORTH CAROLINA

The undersigned corporation hereby submits these Articles of Amendment for the purpose
of amending its articles of incorporation:

1.    The name of the corporation is:  The Education Center, Inc.

2.    The following amendment to the articles of incorporation of the corporation was
approved by its shareholders on the 29th day of October, 1993, in the manner required by
Chapter 55 of the General Statutes:

The name of the Corporation shall be changed by deleting Article I of its Articles
of Incorporation and inserting, in lieu and in the place thereof, the following as Article
I:

"ARTICLE I

The name of the Corporation shall be:  RICHMOND HILL, INC."

This the 29th day of October, 1993.

THE EDUCATION CENTER, INC.

By: _____
Albert J. Michel, President

2.

BK 2268  PG 798

BUNCOMBE COUNTY          04/28/2000
TAX
STATE OF
NORTH          $202.00
CAROLINA          Real Estate
Excise Tax

REGISTERED

2000 APR 28  P 3: 19

REGISTER OF DEEDS
BUNCOMBE CO. N.C.

202.00
EXCISE TAX

Tax Lot No. .......................................... Parcel Identifier No. 9639.11-56-6433.........

Verified by ............................................... County on the ...... day of ................ 20......

by ..................................................................................................................................

Mail after recording to    Grantee

This instrument was prepared by

David W. Carter, 29 North Market Street, Asheville, NC 28801    NO TITLE EXAMINATION PERFORMED

Brief description for the Index    88 Richmond Hill Drive  28806

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 28th day of April, 2000, by and between

| GRANTOR | GRANTEE |
|---|---|
| NATHAN PATRICK McKEE and wife, MARGARET LADD McKEE | RICHMOND HILL, INC., A North Carolina Corporation |
|  | 3515 W. Market Street Greensboro, NC 27403 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of .......................................................................................... Township, Buncombe ............................................ County, North Carolina and more particularly described as follows:

BEING all of Lot 17, in Section One as shown on a plat of Richmond Hill Park recorded in the Office of the Register of Deeds for Buncombe County, North Carolina in Plat Book 28 at Page 92, reference to which is hereby made for a more particular description.

Containing 0.32 acres, more or less.

BEING ALSO the same property described in a deed from Chris Harvey Lane, Jr. and wife, Barbie Lane to Nathan Patrick McKee and wife, Margaret Ladd McKee dated April 11, 1994 recorded in Deed Book 1793 at Page 80, aforesaid county registry.

000564

RHI0409

BK 2268 PG 793

The property hereinabove described was acquired by Grantor by instrument recorded Deed Book 1793 at Page 80, Buncombe County, North Carolina, Registry.

A map showing the above described property is recorded in Plat Book 28 _____ page _____ 92 _____.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

SUBJECT TO EASEMENTS, RESTRICTIONS AND RIGHTS OF WAY OF RECORD.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____ (Corporate Name)                          _____ (SEAL)
                                                                    NATHAN PATRICK McKEE

By: _____                                        _____ (SEAL)
                                                                    MARGARET LADD McKEE

_____ President                                   _____ (SEAL)

_____ Secretary (Corporate Seal)                 _____ (SEAL)

NORTH CAROLINA, _____ Buncombe _____ County,

I, a Notary Public of the County and State aforesaid, certify that NATHAN PATRICK McKEE and wife, MARGARET LADD McKEE, Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this _____ day of April, 2000.

My commission expires: _____

_____ Notary Public

SEAL-STAMP

NORTH CAROLINA, _____ Buncombe _____ County,

I, a Notary Public of the County and State aforesaid, certify that _____ Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this _____ day of April, 2000.

My commission expires: _____

_____ Notary Public

The foregoing Certificate(s) of _____ Sarah Sparboe Thornburg _____

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ REGISTER OF DEEDS FOR _____ Buncombe _____ COUNTY

By: _____ Deputy/Assistant Register of Deeds.

RHI0410

ge 1 of 2)

BK 2330  PG 089

REGISTERED

2009 AUG 29  A 10:55

OTIS L. ... DER
REGISTER OF DEEDS
BUNCOMBE COUNTY, N.C.

BUNCOMBE COUNTY    08/29/2009

$224.00
STATE OF
CAROLINA    Real Estate
Excise Tax

Excise Tax $ 224.00

Recording Time, Book and Page

Tax Lot No. ............................... Parcel Identifier No. 9639.11-56-7411

Verified by ........................... County on the ......... day of ..................

by ..............................................................................................

Mail after recording to McGuire, Wood & Bissette, P.A., 48 Patton Avenue, Asheville, NC 28801

This instrument was prepared by McGuire, Wood & Bissette, P.A., 48 Patton Avenue, Asheville, NC 28801

Brief description for the Index

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 29th day of August 2000 by and between

GRANTOR
Darrell L. Jarisch and
Renee Jarisch, husband and wife
312 Blackhawk Avenue
Sheboygan, WI 53083

GRANTEE
Richwood Hill, Inc., a North Carolina Corp.
3535 W. Main St.
Greensboro, NC 27403

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of Asheville, Asheville Township, Buncombe County, North Carolina and more particularly described as follows:

BEING all of lot 16, Section 1, of Richwood Hill Park, as shown on that plat recorded in Plat Book 28, Page 92 of the Buncombe County, NC Registry, reference to said plat being made for a more particular description of said lot, and being all of that property conveyed to Darrell L. Jarisch by deed recorded in Book 1844, at Page 076 and also conveyed by Darrell L. Jarisch to Darrell L. Jarisch and wife, Renee Jarisch by deed recorded in Book 2005, at Page 717 of said Registry.

000700

N.C. Bar Assoc. Form No. 3 © 1976, Revised 1977, McBA 001

SoftPro

(o 2 of 2)

BK 2330  PG 009

The property hereinabove described was acquired by Grantor by instrument recorded in Book 2005, Page 717; Book 1844, Page 876.

A map showing the above described property is recorded in Plat Book ____ page ____

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:
Subject to all easements, restrictions and rights of ways of record and to ad valorem taxes not yet due and payable.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____ (Corporate Name)    Darrell L. Jerrich                    (SEAL)

By: _____                       Reece Jerrich                        (SEAL)

_____ President

ATTEST:                                        _____        (SEAL)

_____ Secretary (Corporate Seal)          _____        (SEAL)

NORTH CAROLINA, _____ Buncombe _____ County.

I, a Notary Public of the County and State aforesaid, certify that Darrell L. Jerrich and Reece Jerrich,
husband and wife                                                                         Grantor,
personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my
hand and official stamp or seal, this 29th day of _____ August _____ 2000.

My commission expires 9-1-2002                  _____ Notary Public

NORTH CAROLINA, _____ County.

I, a Notary Public of the County and State aforesaid, certify that _____
personally came before me this day and acknowledged that he is _____ Secretary of
_____ a North Carolina corporation, and that by authority duly
given and as the act of the corporation, the foregoing instrument was signed in its name by its
President, sealed with its corporate seal and attested by _____ as its _____ Secretary.
Witness my hand and official stamp or seal, this ____ day of _____

My commission expires: _____          _____ Notary Public

The foregoing Certificate(s) of ____ Susan Strayhorn Barbour ____

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ REGISTER OF DEEDS FOR ____ Buncombe ____ COUNTY

By _____ Deputy/Assistant Register of Deeds

J.C. Bar Assoc. Form No.    ©1976, Revised © 1977  HCBA 001

SoftPro

EXHIBIT "A"

DESCRIPTION OF PROPERTY

TRACT I:  Being all of that 7.48-acre tract conveyed from The Preservation Society of Asheville and Buncombe County, Inc., a North Carolina corporation, to the Education Center, Inc., a North Carolina corporation, by Deed dated January 21, 1987 and recorded in Deed Book 1462, Page 307, Buncombe County Registry.

TRACT II:  Being all of Lot 23, Section 1, of Richmond Hill Park as shown on Plat Book 28, at Page 92, Buncombe County Registry, as conveyed from Thurman W. Cecil, Jr. and wife, Virginia S. Cecil, to The Education Center, a North Carolina corporation, by Deed dated April, 1987 and recorded in Deed Book 1470, at Page 447, Buncombe County Registry.

TRACT III:  Being all of that 41.51-acre tract conveyed from Ernest L. McCombs and wife, Phyllis F. McCombs to The Education Center, Inc., a North Carolina corporation, by Deed dated April 21, 1988 and recorded in Deed Book 1517, at Page 581, Buncombe County Registry.

TRACT IV:  Being all of that 1.37-acre tract conveyed from Baptist Retirement Homes of North Carolina, Inc. to The Education Center, Inc., a North Carolina corporation, by Deed dated March 1, 1990, and recorded in Deed Book 1597, at Page 207, Buncombe County Registry.

TRACT V:  Being all of that 3.31-acre tract conveyed from Metropolitan Sewerage District of Buncombe County, North Carolina, a Public Body and Body Politic and Corporate, to The Education Center, Inc., a North Carolina corporation, by Deed dated March 20, 1990 and recorded in Deed Book 1602, at Page 508, Buncombe County Registry.

TRACT VI:  Being Parcel No. 1 containing 1.586 acres, more or less, and Parcel No. 2 containing 0.541 acres, more or less, conveyed from Southern Region Industrial Realty, Inc., a Georgia corporation, to The Education Center, Inc., a North Carolina corporation, by Deed dated November 13, 1992 and recorded in Deed Book 1721, at Page 452, Buncombe County Registry.

TRACT VII:  Being all of that 0.575-acre tract conveyed from Baptist Retirement Homes of North Carolina, Inc. to The Education Center, Inc., a North Carolina corporation, by Deed dated February 9, 1993, and recorded in Deed Book 1732, Page 486, Buncombe County Registry.

TRACT VIII:  Being all of Lot 16, Section 1, of Richmond Hill Park, as shown on that plat recorded in Plat Book 28, Page 92 of the Buncombe County, NC Registry, reference to said plat being made for a more particular description of said lot, and being all of that property conveyed to Richmond Hill, Inc. by Deed recorded in Book 2330, Page 88, Buncombe County Registry.

TRACT IX:  Being all of Lot 17, in Section One as shown on a plat of Richmond Hill Park recorded in the Office of the Register of Deeds for Buncombe County, North Carolina in Plat Book 28 at Page 92, reference to which is hereby made for a more particular description, and being all of that property conveyed to Richmond Hill, Inc. by Deed recorded in Book 2268, Page 798, Buncombe County Registry.

10

RHI0413

Jul 26 05 03:48p     Richmond Hill                336 274 2451                p.3

## EXHIBIT "E"

### EXCEPTIONS TO GENERAL WARRANTY DEED

1. Taxes for the year 2005 and subsequent years.

2. Restrictive covenant document(s) recorded in Book 1280, Page 442; Book 780, Page 175; and Book 1597, Page 207.

3. Easements and any other facts as shown on recorded map in Plat Book 9, Page 148; Book 28, Page 92; and Book 40, Page 25.

4. Right(s) of way of Richmond Hill Road (Drive), Pearson Bridge Road, Pearson Drive and Rolling Oaks Drive to their full legal widths.

5. Easement(s) to Carolina Power and Light Company recorded in Book 1547, page 705; Book 1222, Page 373; Book 760, Page 128; Book 1204, page 519; Book 1556, Page 468; Book 497, Page 358 (Tracts I, IV, V, VI, VII).

6. Easement(s) to State Highway Commission recorded in Book 1014, Page 617; Book 1014, Page 619; Book 1017, Page 411; and Book 1017, Page 413 (Tract I, II, V).

7. Waterline easement(s) to the City of Asheville recorded in Book 1563, page 716.

8. Public Service Company Easement(s) recorded in Book 1750, Page 668, and Book 783, Page 221 (Tracts I and V).

9. Easement(s) recorded in Book 1189, Page 460, and Book 1602, page 508.

10. Joint Buffer Agreement and easement with Baptist Retirement Home recorded in Book 1732, Page 479.

11. Right of way to Western North Carolina Baptist Retirement Home recorded in Book 1183, page 423 (Tract II).

12. Right(s) of way of Riverside Drive as recorded in Book 1098, Pages 417 and 419.

13. Right of way for public utilities (Tract II).

14. Right(s) of way of Southern Railway to its full legal width.

15. Rights of others in and to the continued and uninterrupted flow of a small branch and the French Broad River affecting the land.

13

RHI0414

AS TO TRACTS I, II, III, IV, V, AND VII:

16.  Power pole(s) located on insured land and power line(s) crossing said land as shown on survey by J. Glenn Haynes, Registered Land Surveyor, dated October 20, 1994.

17.  Manholes and trailer located on the insured land as shown on survey by J. Glenn Haynes, Registered Land Surveyor, dated October 20, 1994.

AS TO TRACT VI:

18.  Power pole(s) located on insured land and power line(s) crossing said land as shown on survey by J. Glenn Haynes, Registered Land Surveyor, dated October 21, 1994.

19.  Encroachment of frame building and asphalt situate on property adjoining to the Northwest onto insured land as shown on survey by Registered Land Surveyor, dated October 21, 1994.

20.  Lease with Baptist Retirement Home recorded in Book 1732, Page 474.

21.  Reservation of all easements necessary for the reasonable use, maintenance, repair and construction or reconstruction of all existing utility lines (including gas, sanitary sewer, water, electrical and storm sewer lines) in, upon, over or under the insured land as described in Book 1189, page 460 (Tract IV).

22.  Reservation of all additional easements in, upon, over and across the insured land for any utility lines which may reasonably be required in the future to serve the retained property of the Baptist Retirement Homes of North Carolina, Inc. (formerly North Carolina Baptist Homes, Inc.) as set forth in Deed recorded in Book 1597, Page 207, subject to the approval of the Education Center, Inc., which approval shall not be unreasonably withheld (Tract IV).

23.  Covenant and Agreement that no improvements (including parking areas and roadways) shall be constructed within ten (10) feet of the northwestern boundary line of the insured land, which line shall be the common new boundary between the property of the Education Center, Inc. and the adjoining real property retained by the Baptist Retirement Homes of North Carolina, Inc. (formerly North Carolina Baptist Homes, Inc.) as set forth in Deed recorded in Book 1597, Page 207 (Tract IV).

24.  Reservation of easements for any and all presently existing utility and sewer lines and necessary appurtenances thereto over and under the insured land as set forth in Deed recorded in Book 1602, Page 508 (Tract V).

AS TO TRACT VIII:

25.  Restrictions appearing of record in Book 780, Page 175, and Book 780, Page 429.

14

RHI0415

26.   Building setback line of thirty-five (35) feet from the front, as shown on the recorded plat
of subdivision.

27.   Title to that portion of insured premises within the right-of-way of Richmond Hill Drive.

28.   Easement(s) to State Highway Commission recorded in Book 1014 at Page 617, and
Book 1014, Page 619.

AS TO TRACT IX:

29.   Rights of way for public utilities.

30.   Restrictive covenant document(s) recorded in Book 780, Pages 175 and 429.  Note:
There is a violation of the restrictive covenants in that the thirty-five (35) foot building
setback line has been violated.

31.   Easements and any other facts as shown in Plat Book 28, Page 92.

32.   Easement(s) to Carolina Power and Light Company recorded in Book 1533, page 411.

15

RHI0416



# BAKER DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

1800 REPUBLIC CENTRE
633 CHESTNUT STREET
CHATTANOOGA, TENNESSEE 37450
PHONE: 423.756.3010
FAX: 423.756.3447
www.bakerdonelson.com

VIRGINIA C. LOVE
Direct Dial: 423-209-4113
Direct Fax: 423-752-9551
E-Mail Address: vlove@bakerdonelson.com

March 16, 2009

Mr. Jim Sloggatt, Individually and as Managing Partner
Gateway Park Properties, LLC
25 C. Charlotte Street
Charleston, SC 29403

VIA E-MAIL AND CERTIFIED MAIL
7001 0320 0002 1109 7966

Re:   The Hammocks, LLC

Dear Jim:

As you are aware, this firm represents The Hammocks, LLC, (hereafter "the Hammocks") as to which you individually and as Managing Partner of Gateway Park Properties, LLC (hereafter "Gateway") are limited partners. Further, you, individually, are the "developing partner" of the Hammocks on which your partnership percentage was based and have obligations to the Hammocks as such developing partner. This letter is with respect to the breach of your agreements with the Hammocks and your duties both individually and as representative of Gateway to the Hammocks and the resulting damages to the Hammocks.

1.   The Hammocks is not going to sit by and let you swindle the Hammocks like you did on the Mt. Pleasant Property. No action was taken with respect to your failure to fulfill your commitments regarding the Mt. Pleasant property because of your commitments to develop the adjacent land to the Richmond Hill Inn (hereafter "RHI") upon the purchase of RHI. However in three and one-half years, you still have failed to take the first action to fulfill this commitment. You have submitted no Site Plan, no Engineering Plan, no Road Plan, no Architectural Design, or no appropriate Zoning or Site approval. This was to be your contribution to the Hammocks with respect to the RHI project. Your failure to carry out your commitment to do such development of RHI adjacent land has deprived the Hammocks of at least 30 million dollars and a loss of over 12 million in property which is now in foreclosure in large part due to your failure to perform said agreed development. Therefore, the Hammocks is hereby demanding 42 million dollars in damages for your failure to perform as developing partner.

2.   You were further committed and were obligated to contribute the properties placed in the name of Gateway purely for tax free exchange purposes to the Hammocks and have failed to do so after repeated demands. Your failure to so contribute the Gateway properties to the partnership in exchange for Gateway's interest in the Hammocks, has deprived the Hammocks of all of the property which it should rightfully own, resulting in the foreclosure of 12 million dollars of property and, in addition, resulting in damages to Lake Norman Pavilion, LLC of $3,500,000 of collateral on other properties that are now jeopardized by the foreclosure against RHI and such collateral of Lake Norman Pavilion, LLC.

C VCL 448638 v1
2501413-069001 3/16/2009



EXHIBIT
10
Gray

RHI0417

Mr. Jim Sloggart
March 16, 2009
Page 2

Your failure to live up to your obligations to contribute the Gateway properties to the Hammocks in exchange for its partnership interest in the Hammocks has resulted in an additional loss of ten and one half million dollars.

3.    Further, Gateway has failed to contribute its pro rata share of the mortgage payments or taxes on its properties for three and one-half years, resulting in additional substantial damages to the Hammocks for these unpaid obligations which has contributed to the financial problems of RHI.

4.    When financing was available through Shawn Jacobs, you refused to sign loan documents on behalf of Gateway, therefore contributing to the foreclosure of RHI against the Hammocks.

5.    You have illegally deducted losses from the Hammocks on Gateway's interest and thereby are committing tax fraud, since Gateway is not a legitimate partner in the Hammocks, having never contributed its property in exchange for its partnership interest.

6.    When RHI was listed for sale, Gateway wrongfully refused to sign the listing agreement thereby making it impossible to do anything with the property, to the great detriment of the Hammocks and therefore leading to the foreclosure against the Hammocks.

Given all of the breaches of your commitments and all of your actions and inactions that have caused damages to the Hammocks and breached your duty of loyalty to the partnership, the Hammocks has substantial causes of action against you and Gateway. The Hammocks is willing to settle all of its damages by the payment of $9,000,000 in cash if paid in the next 30 days. The Hammocks will take all legal and equitable recourse available to it against you and against Gateway for your breach of your duty and Gateway's duty to the partnership upon your failure to pay such demand within 30 days.

Please conduct yourself accordingly.

Sincerely yours,

Virginia C. Love
For the Firm

VCL:edb

cc:    Dr. William G. Gray

C:VCL 442658 v1
2901418-000001 3/16/2009

RHI0418