


RHI0536







