TENNESSEE



EXHIBIT
20a

Member FDIC ®Registered Service Mark owned and licensed by First Tennessee Bank National Corporation

PERSONAL STATEMENT — Joint

CONFIDENTIAL

NAME  William G. Gray – Emily A. Gray    POSITION OR OCCUPATION

BUSINESS NAME

BUSINESS ADDRESS  P.O. Box 3814 Mooresville, NC 28117  PHONE

RESIDENCE ADDRESS

108 Windy River Mooresville NC 28117  PHONE  704-799-9603

The following is submitted for the purpose of procuring, establishing and maintaining credit with you in behalf of the undersigned or persons, firms or corporations in whose behalf the undersigned may either severally or jointly with others execute a guaranty in your favor. The undersigned warrants that this financial statement is true and correct and that you may consider this statement as continuing to be true and correct until a written notice of a change is given to you by the undersigned.

DATE  As of 8/31/08

**PLEASE DO NOT LEAVE ANY QUESTIONS UNANSWERED. USE "NO" OR "NONE" WHERE NECESSARY.**

| ASSETS | In Even Dollars | | LIABILITIES | In Even Dollars | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 425 | 000 | Notes Payable to banks – secured Equityline | 200 | 000 |
| Marketable Securities - see Schedule A | | 0 | Notes Payable to banks – unsecured | 19 | 000 |
| Non-Marketable Securities - see Schedule B | | 0 | Notes Payable to others | | 0 |
| Securities held by brokers in margin accounts | | 0 | Due to Brokers | | 0 |
| Restricted or control stocks. | | | Accounts Payable to relatives | | 0 |
| Real Estate Owned - our share | | | Accounts and Bills Due - credit cards | 14 | 100 |
| see Schedule C  see attached sheets | 11 495 | 000 | Unpaid Income Tax | | 0 |
| Accounts Receivable from relatives | | | Other unpaid taxes and interest | | 0 |
| Automobile and other Personal Property | | 0 | Real Estate mortgages payable - our share | | |
| Cash Value - life insurance - see Schedule D | 532 | 000 | see Schedule C  see attached sheets | 2 831 | 20 |
| Other assets - itemize: | 24 | 000 | Other Debts - itemize: | | |
| Retirement Plan | 1 025 | 000 | See Loan | 25 | 215 |
| 49.5% Lake Norman Pavilion LLC | 8 514 | 000 | 49.5% Lake Norman Pavilion Liabilities | 3 372 | 18 |
| | | | TOTAL LIABILITIES | 6 461 | 705 |
| | | | NET WORTH | 15 543 | 291 |
| TOTAL ASSETS | 22 095 | 000 | TOTAL LIAB. AND NET WORTH | 22 095 | 000 |

Income taxes settled through what date?    Additional assessments $

| ANNUAL SOURCES OF INCOME | | PERSONAL AND GENERAL INFORMATION |
|---|---|---|
| Salary, bonus and commissions | $ 0 | Do you have a will?  yes  If yes, name of |
| Dividends | | executor:  V. Fesmith Gray |
| Real Estate Income - Rents | 646 200 | Are you a partner or officer in any other venture?  yes |
| Other Income - Source (Note: Income from alimony, child support, or maintenance income need not to be shown here unless you rely upon it as a basis for undertaking or repaying this loan.) | | Real estate |
| | | Are you obligated to pay alimony, child support, or maintenance payments?  Is so, describe:  No |
| Other Income  See Security | 32 376 | |
| TOTAL | $ 678 576 | Emily Gray    William Gray |
| CONTINGENT LIABILITIES | | Social Security No. 2265 2-4197  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 |
| Do you have any contingent liabilities?  No | | Are any assets pledged?  No |
| If yes, give details. | | |
| As endorser, co-maker or guarantor | $ 0 | Are you a defendant in any legal actions?  No |
| On leases or contracts | $ 0 | Personal bank accounts carried at: |
| Legal Claims | $ 0 | Wachovia  SunTrust  BB+T |
| Other special debt | $ 0 | Have you ever taken bankruptcy? Explain:  No |
| Amount of contested income tax liens | $ 0 | |

**(COMPLETE SCHEDULES AND SIGN ON REVERSE SIDE)**

## Real Estate Owned - William G. + Emily A. Gray

As of 3/31/09

| Address - Type | Title Held | Date Acquired | Cost | Market Value | Amount Paid | Monthly Payment | Monthly Rent | Mortgage Paid to |
|---|---|---|---|---|---|---|---|---|
| Home 5208 Andrea Drive Roanoke, VA 24018 | William G. + Emily A Gray | 1979 | 345,000 | 750,000 | 180,000 | 2,478.46 | — | Wachovia Bank |
| Rental House 1255 Mallard Pl. Rund Wietz, VA | William G. + Emily A Gray | 1984 | 73,000 | 165,000 | 0 | 0 | 100.00 | |
| Rental House 106 Saddereek Drive Mooresville, NC 28117 | William G + Emily A Gray | 1999 | 211,000 | 245,000 | 171,100 | 976.87 | 1,400.00 | Ever Home Mortgage |
| 108 Windy Run Lane Mooresville, NC 28117 2nd home | William G + Emily A Gray | 2001 | 1,250,000 | 1,250,000 | 938,000 | 5,826.84 | — | National City Mortgage |
| 4823 Rutgers St Roanoke VA 24012 2.5 acres 2nd home | Emily A Gray 1/3 William Emily Gray 2/3 | 1984 | 2,100,000 | 3,975,000 | 1,980,000 | 10,000 | 43,600 | Private Note Silverstein + Cher |
| 3611-3620 Buckner Rd Roanoke VA 24015 21 Rental Units Sweetwater Apts | William G + Emily A Gray | 1984 | 400,000 | 875,000 | 228,100 | 3,015.15 | 8,750 | Wachovia Bank |
| 25 Acres +1 Acre La Caron Road El Chui City Investment Land | William G + Emily A Gray | 1978 | 40,000 | 2,600,000 | 0 | 0 | 0 | |
| 2½ Acre Lot Mountain View Road El Chui NC Co | William G + Emily A Gray | 1985 | 45,000 | 295,000 | 0 | 0 | 0 | |
| 16 Acres - Land La Caron Road El Caron Co | La Caron Printing Ft Gray 1/2 Nadal 1/2 | 1978 | 40,000 our share | 800,000 our share | | | | |
| | | | | 10,975,000 | 2,506,207 | | 53,850 | |

As of 8/31/08 — Real Estate Owned - 3

| Address Type | Title Held | Date Acquired | Cost | Market Value | Amount owed | Monthly Payment | Monthly Rent | Mortgage Paid to |
|---|---|---|---|---|---|---|---|---|
| 150 High Street Rocky Mough VA Rental House | Emily A. Gray | 2002 | gift | 85,000 | 0 | 0 | 325.00 | |
| 612 E. Erie St. Folly Beach SC | Timothy G. Gray ½ William G. Gray ½ Virginia Love ½ | 1999 | 375,000 | 785,000 see sheet 342,500 | <50,800 <500,000 Line of Credit owe Mariah $325,000 | 0 | 0 | First Tennessee First Tennessee |
| Witten Street Mooresville NC Winston Bay Lot | Timothy William C. Gray ½ Virginia Love ½ | 2006 | 45,000 | 65,000 owe share 32,500 | 0 | | 525 | |
| | | Total Page 1 + 2 | | 11,485,000 | 510,000 325,000 2,831,207 | | 54,175 | |

EXHIBIT

20b

# PERSONAL FINANCIAL STATEMENT

AS OF: 5/1/06

Name: William Gilman Gray

Address: 108 Windy Run Lane

CSZ: Mooresville, NC  28117

Position or Occupation: Manager - Owner

Business Name: Lake Norman Pavilion LLC

Business Address: 108 Windy Run Lane

CSZ: Mooresville, NC  28117

Date of Birth: 9/08/41

Social Security No.: 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

Residence Phone: 704-799-9603

Business Phone: 704-799-9603

Email Address:

This is a(n) check box  ☐ Individual financial Statement.    ☒ Joint financial statement with spouse.  If Joint, complete the following:

Spouse: Emily Ayres Gray

Position or Occupation: Property manager - owner - sole

Business Name: Gray Rental Properties

Business Address: 5208 Archer Drive

CSZ: Roanoke VA. 24018

Date of Birth: 9/15/41

Social Security No.: 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

Business Phone: Home  540-989-0247

Email Address:

| YOU MAY APPLY FOR CREDIT INDIVIDUALLY OR JOINTLY WITH ANOTHER PARTY |
| --- |

If you are applying for joint credit with another party (other than your spouse), the joint application must complete a separate financial statement
Reflect in this statement your personal financial condition as well as the financial condition of your spouse if:
   1. You are applying for credit jointly with your spouse, or
   2. You are relying on your spouse's income or assets in requesting credit, or
   3. You are providing this statement to support previously extended joint credit with your spouse

* List all amounts in dollars.  Omit Cents

| ASSETS | AMOUNT |
| --- | --- |
| Deposits in Banks & Other Financial Inst (From Sch 1 pg 2) | 150,000 |
| Cash Value of Life Insurance (From Sch 2 pg 2) | 39,000 |
| Notes and Accounts Receivable | |
| Marketable Stocks & Bonds (Sch 3 pg 2) | |
| Stocks in Closely Held Corporations (Sch 4 pg 2) | |
| Assets of Proprietorships | |
| Assets in Partnerships & Joint Ventures LLC 49.5% interest (Sch 5 pg 2) | 12,000,000 |
| Vehicles, Boats, Machinery, & Equipment (Sch 6 pg 2) | 6,000 |
| Wholly Owned Real Estate (Sch 7 pg 3) | 7,663,000 |
| Partially Owned Real Estate (Sch 7 pg 3) | 1,370,000 |
| Vested Interest in Pension/Retirement Accts (Sch 8 pg 3) | 1,025,000 |
| Personal Property Furniture etc. | 750,000 |
| TOTAL ASSETS | 22,703,000 |

| LIABILITIES AND NET WORTH | AMOUNT |
| --- | --- |
| Other Loans Payable (Sch 9 pg 3) | 204,000 |
| Loans on Life Insurance (Sch 2 pg 3) | |
| Taxes Due - Income | |
| Credit Card or Accounts Payable | 30,000 |
| Liabilities of Proprietorships | |
| Liab of Partnerships/Joint Ventures LLC 49.5% (Sch 5 pg 2) | 4,673,000 |
| Loans on Vehcl, Boats, Mach, & Equip (Sch 6 pg 2) | 0 |
| Loans on Wholly Owned Real Estate (Sch 6 pg 3) | 1,889,000 |
| Loans : Partial owned Real Estate 50% (Sch 6 pg 3) | 390,000 |
| Total Liabilities | 7,186,000 |
| Net Worth | 15,517,000 |
| TOTAL LIABILITIES & NET WORTH | 22,703,000 |

Please complete all appropriate schedules.  If space is inadequate, attach an additional sheet.

## Personal Financial Statement

Name: *William G. Gray*
*Emily A. Gray*

Date: *5/1/06*

### Schedule 1 - DEPOSIT ACCOUNTS

| NAME OF FINANCIAL INSTITUTION AND LOCATION | DEMAND DEPOSITS | TIME DEPOSITS | NAME OF FINANCIAL INSTITUITON AND LOCATION | DEMAND DEPOSITS | TIME DEPOSITS |
|---|---|---|---|---|---|
| Wachovia Bank, Roanoke Va | 150,000 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Schedule 2 - LIFE INSURANCE

| Name of Person Insured | Beneficiary | Face Amount | Cash Value | Policy Loans | Policy Assigned? | If Assigned, to whom? |
|---|---|---|---|---|---|---|
| William G. Gray | Emily Gray | 485,000 | 39,000 | | NO | |
| Emily A. Gray | William Gray | 135,000 | | | NO | |
| William G. Gray | First National Bank | 1,000,000 | — | | YES | First National Bank |
| **TOTALS** | | 1,620,000 | 39,000 | | | |

### Schedule 3 - MARKETABLE STOCKS/BONDS NYSE, AMEX, NASDAQ
(If stocks or bonds are held in a brokerage account, just summarize account as one entry and attach statement)

| NUMBER OF SHARES/ FACE VALUE (BONDS) | DESCRIPTION | REGISTERED IN NAME OF | IF PLEDGED TO WHOM? | DATE ACQUIRED | COST | MARKET VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | **TOTAL** |

### Schedule 4 - STOCK IN CLOSELY HELD CORPORATIONS (Please provide F/S if total value exceeds 10% of your net worth)

| NUMBER OF SHARES/ OWNED & % OWNSHP | CORPORATION NAME | STOCK HELD IN THE NAME OF | STOCKHOLDER'S EQUITY | ANNUAL STATEMENT DATE | VALUE OF SHARES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **TOTAL** |

### Schedule 5 - VEHICLES, BOATS, MACHINERY, AND EQUIPMENT

| YR | MAKE | MODEL | YR ACQ | COST | MARKET VALUE | LOAN BALANCE, IF ANY | LOAN PAYABLE TO | PAYMENT AMOUNT | PAYMENT FREQUENCY | ORIGINAL TERM (in Mths) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | **TOTAL** | | | | | | | | |

Name: William G. Geary
Emily A. Geary    Date: 5/1/06    PAGE 3

### Schedule 6 - WHOLLY OWNED REAL ESTATE

| LOCATION OR ADDRESS DESCRIPTION OF PROPERTY | TITLE IN THE NAME OF | COST/ YR ACQUIRED | MARKET VALUE | MORTGAGE BALANCE | MORTGAGE PAYABLE TO HOW PAYABLE (Amt per month) |
|---|---|---|---|---|---|
| 5208 Archer Dr. Roanoke Va Permanent Residence | William G. + Emily Geary | 1979 345,000 | 625,000 | 227,000 | Wachovia Bank $ 2,475 per mo |
| 1225 Mallard Rd Wista Va Rental house | William G. + Emily Geary | 1985 73,000 | 160,000 | 0 | $ per |
| 1016 Dundagel Dr. Mooresville NC Rental House | William G. + Emily Geary | 1998 310,000 | 310,000 | 236,000 | Nat Bank $ 977 per mo |
| Valley View Village Apts Roanoke 102 Rental Units | G + Partner Geary | 1984 2,000,000 | 3,750,000 | 1,077,000 | Private Note $ 10,000 per mo |
| Sweetbriar Apts Roanoke Va 21 Rental Units | William + Emily Geary | 1985 400,000 | 733,000 | 270,000 | Wachovia Bank $ 3,015 per mo |
| College Court Apts Roanoke 14 Rental Units | William G. + Emily Geary | 1985 180,000 | 480,000 | 130,000 | Wachovia Bank $ 1,435 per mo |
| La Cresta Rd. El Cajon Ca 27 acres | William G. + Emily Geary | 1978 100,000 | 1,250,000 | 0 | $ per |
| Mountain View Rd. El Cajon Ca 275 acre Lot | William G. + Emily Geary | 1985 50,000 | 325,000 | 0 | $ per |
| | | TOTAL | 7,663,000 | 3,889,000 | |

### Schedule 7 - PARTIALLY OWNED REAL ESTATE

| LOCATION OR ADDRESS DESCRIPTION OF PROPERTY | TITLE IN THE NAME OF | COST/ YR ACQUIRED | MARKET VALUE | MORTGAGE BALANCE | % of Ownership | Ownership Amount |
|---|---|---|---|---|---|---|
| 612 E. Erie Colly Beach SC House | William G. Geary Virginia Love Sister | 370,000 | 800,000 | 580,000 | 50 | 400,000 |
| 123 Williau Rd. Mooresville NC House | William G. Geary Virginia Love - sister | 210,000 1998 | 340,000 | 200,000 | 50 | 170,000 |
| La Cresta Road El Cajon Ca 16 acres Land | William G. Geary Graham Nadal La Cresta Hills Partnership | 38,000 1978 | 1,600,000 | 0 | 50 | 800,000 |
| | | | | | | |
| | | | | | | Sold 1,370,000 |

### Schedule 8 - VESTED INTEREST IN PENSION/RETIREMENT ACCOUNTS

| ACCOUNT TYPE | IN NAME OF | INVESTED WITH | MARKET VALUE |
|---|---|---|---|
| | William G. Geary | | 1,025,000 |
| | | | |
| | | | |
| | | | |
| | | TOTAL | 1,025,000 |

### Schedule 9 - OTHER LOAN PAYABLES

| NAME OF LENDER | ORIGINAL DATE | ORIGINAL AMOUNT | LOAN BALANCE | REPAYMENT TERMS | PAYMENT AMOUNT | COLLATERAL PLEDGED | OTHER COMAKERS ENDORSERS |
|---|---|---|---|---|---|---|---|
| Wachovia Bank | 2002 | 175,000 | 174,000 | mo pay | 900 | Home Equity Line | |
| Sun Trust | 2004 | 45,000 | 30,000 | mo pay | 600 | Line of Credit | |
| | | | 204,000 | | | | |

William G Gray

Name: Emily A. Gray          Date: 5/1/06                                    PAGE 4

## SOURCE OF INCOME

FOR YEAR ENDED          2004

(Attach a copy of your most recent Income Tax Return and K-1's).

| | |
|---|---|
| Salaries - Yours | |
| Salaries - Your spouses, if applicable | |
| Bonuses & Commissions | |
| Dividends | |
| Interest | |
| Net Profits from: | |
| Rental Property | 200,000 |
| Proprietorships | |
| Partnerships | |
| Joint Ventures | |
| Sale of Al Apt buildings | 620,000 |
| Other Income: (Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying a debt) | |
| | |
| | |
| TOTAL INCOME | 820,000 |

## CONTINGENT LIABILITIES

Are you indirectly liable for obligations of others?
If yes, list and describe. If the obligation is for a business or if you need additional space, list and describe on an attachment.

Name of Borrower _____
Total Amount Owed _____
Lender; _____
Description _____

Name of Borrower _____
Total Amount Owed _____
Lender; _____
Description _____

Total Amount as endorser, comaker, or guarantor.

## PERSONAL INFORMATION

Number of Dependents          Ages
Are you obligated to pay alimony, child support, or separate maintenance payments?
If so, provide details:

          NO

Are you a defendant in any suits or legal actions?
If so, describe:

          NO

Have you ever declared bankruptcy or had any judgements recorded against you?
If so, explain circumstances. (Please include dates, location, amounts)

          NO

Do you have a will?  yes
If so, who is the executor?  Virginia Love - Emily Gray

Do you have disability insurance?     NO
If so, what is the monthly amounts?
What years are covered?

---

5/2/06
DATE

5/2/06
DATE

William G Gray
YOUR SIGNATURE

Emily A. Gray
YOUR SIGNATURE

statement received by: _____

Date _____ Bank _____ Branch _____

EXHIBIT
20C

PERSCAD 800-631-6989

# Personal Financial Statement

As of 4/30/09

## Section 1 – Applicant Information

| | |
|---|---|
| Name | William Gilman GRAY |
| Date of Birth | 9/8/41 |
| Social Security Number | 238-66- |
| Residence Address | 108 Windy Run Lane |
| City, State, Zip | Mooresville, NC 28117 |
| Position or Occupation | Real Estate Development |
| Number of Years | 15 |
| Employer Name | Sels |
| Residential Telephone | 704-799-9251 |
| Business Telephone – Cell | 704-663-9988 |
| Nearest Relative Not Living With Me | Virginia Love |
| Relationship | Sister |
| Telephone | 423-209-4118 |
| Address | 3325 Fairview Road, Hixson, Tenn. 37343 |
| Driver's License (ID) Number | 3619600 |
| Expiration Date | 9/8/2011 |
| Date Issued | 8/23/06 |
| State Issued | NC |

## Section 2 – Co-Applicant Information (When completing information about a spouse, include all income)

| | |
|---|---|
| Name | Emily A. GRAY |
| Date of Birth | 9/15/41 |
| Social Security Number | 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 |
| Residence Address | 5208 Archer Drive |
| City, State, Zip | Roanoke, VA 24018 |
| Position or Occupation | Property Manager - Bookkeeper |
| Number of Years | 30 |
| Employer Name | Sels |
| Residential Telephone | 540-989-0247 |
| Business Telephone – Cell | 540-520-4888 |
| Nearest Relative Not Living With Me | Mary A. Horton |
| Relationship | Sister |
| Telephone | 252-292-6877 |
| Address | P.O. Box 1717 Henderson NC |
| Driver's License (ID) Number | T69-70-8988 |
| Expiration Date | 9/15/2011 |
| Date Issued | 9/6/06 |
| State Issued | VA |

## Section 3 – Statement of Financial Conditions

Indicate "A" (Applicant), "C" (Co-Applicant), or "J" (Jointly Held With Others) beside assets and liabilities to indicate to whom item applies.

| ASSETS | A, C or J | $ Amount | LIABILITIES | A, C or J | $ Amount |
|---|---|---|---|---|---|
| Cash on hand & in banks–Schedule A | J | 375,000 | Notes payable to banks – secured – Schedule E | | |
| IRAs 401(k) & Retirement Assets | J | 1,025,000 | Notes payable to banks – unsecured – Schedule E | | 24,000 |
| U.S. Gov't & Marketable Securities-Schedule B | A + C | | Due to brokers–margin loans – Schedule E | | |
| Securities held by broker in margin accounts | | 0 | Amounts payable to others – secured | | |
| Restricted or Control Stocks (Public Co. only) | | 0 | Credit Cards – Schedule E | A, C | 8,500 |
| Real Estate Owned – Schedule C - see attached one share | A, C | 10,909,000 | Equity Lines – Schedule E | | |
| ns Receivable | | 0 | Unpaid Taxes (Income, Property, etc.) | | |
| Cash value – life insurance – Schedule D | A, C | 39,000 | Real estate mortgages payable – Schedule C one share | A, C | 2,224,838 |
| Value of Closely Held Business | | | Other Debts – Itemize | | |
| Automobiles and other personal property | A, C | 11,000 | 49.5% Lake Norman Pavillion Centabt | A | 3,410,000 |
| Other Assets -- Itemize | | | | | |
| Personal Property Paintings etc Antiques paintings | J | 500,000 | | | |
| 49.5% Lake Norman Pavillin LLC | A | 10,404,000 | | | |
| | | | TOTAL LIABILITIES | | 5,667,338 |
| | | | NET WORTH | | 17,595,662 |
| TOTAL ASSETS | | 23,263,000 | TOTAL LIABILITIES AND NET WORTH | | 23,263,000 |

| INCOME FOR YEAR ENDED: 2006 | Applicant | Co-Applicant | EXPENSES | |
|---|---|---|---|---|
| Salary | 0 | 0 | Rent payment | |
| Bonuses and Commissions | | | Alimony | |
| Interest & Dividends Joint | 1,335 | | Child Support | |
| Rental income – Joint | 668,711 | | Tuition | |
| Other Income (Alimony or child support need not be revealed if you do not wish to have it considered as a basis for repaying this obligation) | | | **PERSONAL INFORMATION (both Applicant and Co-Applicant)** | |
| | | | Are you a U.S. Citizen? ☒ Yes ☐ No | |
| TOTAL INCOME Joint | 670,046 | | Do you have a will? ☒ Yes ☐ No  If so, name of executor | |
| | | | Virginia Love | |
| **CONTINGENT LIABILITIES** | | | Are you a partner or officer in any other venture? If so describe | |
| Do you have any contingent liabilities? If so, describe | NONE | NONE | yes Real Estate | |
| | | | Income tax settled through (date) 10/05 | |
| As endorser, co-maker or guarantor? | NONE | NONE | Are any assets pledged other than as described on schedules? If so, describe NO | |

| | | | |
|---|---|---|---|
| On leases or contracts? | NONE | NONE | |
| Legal claims | NONE | NONE | Are you a defendant in any suits or legal actions? If so describe    NO |
| Other special debt | NONE | NONE | |
| ...nt of contested income tax liens | NONE | NONE | Have you or your businesses ever been declared bankrupt?    ☐ Yes    ☒ No |

**Complete Schedules and Sign on Page 2**

## SCHEDULE A: Cash and Investments

| Type of Account | Name of Bank or Broker | In Name Of | Are These Pledged? | Current Balance |
|---|---|---|---|---|
| Money Market | Wachovia | William G. + Emily A. Gray | ☐ Yes ☒ No | 370,000 |
| Checking | " | " | ☐ Yes ☒ No | 3,500 |
| Checking | First Chosen | William G. Gray | ☐ Yes ☒ No | 1,500 |
| | | | ☐ Yes ☐ No | |
| | | | **TOTAL** | 375,000 |

## SCHEDULE B: U.S. Government & Marketable Securities

| Number of Shares | Description | In Name Of | Are These Pledged | Date of Value | Value |
|---|---|---|---|---|---|
| None | | | ☐ Yes ☐ No | | |
| | | | ☐ Yes ☐ No | | |
| | | | ☐ Yes ☐ No | | |
| | | | **TOTAL** | | |

## SCHEDULE C: Real Estate Owned

See attached pages

| | Address of Property | (2) Property Description Type: Commercial (C), Residential (R), Agricultural (A). Use: Office, Warehouse, Home, Lot. Size: Square Footage. | | | (3) Cost | (4) Date Acquired | (5) Current Market Value |
|---|---|---|---|---|---|---|---|
| | | Type | Use | Size | | | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| | | | | | | **TOTAL** | |

| (6) Name of Lender | (7) Title In Name Of | (8) Mortgage Balance | (9) Monthly Payment | (10) Monthly Rental Income | (11) Ownership Percentage |
|---|---|---|---|---|---|
| | | | | | % |
| | | | | | % |
| | | | | | % |
| | | | | | % |
| | | | **TOTAL** | | |

## SCHEDULE D: Life Insurance Carried Including Whole Life and Credit Insurance

| Name of Insurance Company | Owner of Policy | Beneficiary | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|
| State Farm Life | William G. Gray | Emily A. Gray | 80,000 | 68,000 | 28,000 |
| State Farm Life | Emily A. Gray | William G. Gray | 30,000 | 23,000 | 11,000 |
| MONY | William G. Gray | Emily A. Gray | 400,000 | 0 | 11,000 |
| MONY | Emily A. Gray | William G. Gray | 100,000 | 91,000 | 39,000 |
| Protective Life | William G. Gray | Emily A. Gray | 1,000,000 | | |
| | | | | **TOTAL** | |

## SCHEDULE F: Banks or Finance Companies Where Credit Has Been Obtained

| Name of Lender | Collateral Description | Type (Line of Credit, Term Loan) | Maximum Line Amount | Monthly Payment | Current Balance | Maturity |
|---|---|---|---|---|---|---|
| Wachovia | Home - Apartments etc | Loans | | 6,928.87 | 618,000 | 18 yrs |
| SunTrust | None | Line of Credit | 50,000 | 485.00 | 24,000 | revolving |
| Net Bank | Rental House - Thomasville | Mortgage Loan | | 996.00 | 177,000 | 2012 |
| | | | | | **TOTAL** | 819,000 |

It is my/our intent to apply for individual/joint credit. Therefore, each of the undersigned hereby instructs, consents and authorizes SunTrust Bank, any affiliate, subsidiary or other entity related thereto ("Lender") to obtain a consumer credit report and any other information relating to their individual credit status in the following circumstances: (a) relating the opening of an account or upon application for a loan or other product or service offered by Lender by a commercial entity of which the undersigned is a principal, member, guarantor or other party, (b) thereafter, periodically according to the Lender's credit review and audit procedures, and (c) relating to Lender's review or collection of a loan, account, other Lender product or service made or extended to a commercial entity of which the undersigned is a principal, member, guarantor or other party. Each of the undersigned certify that everything stated on the first page and second page of this Personal Financial Statement and any other documents or information submitted in connection with this Personal Financial Statement is true, accurate and complete. Each of the undersigned understands that Lender will retain this Personal Financial Statement ... of the undersigned hereby authorize Lender to verify at any time any information submitted to Lender by or on behalf of the undersigned; obtain further information concerning ... standing of the undersigned, including without limitation, credit and employment history; and exchange credit information concerning the undersigned with other individuals ... including, without limitation, any affiliate, subsidiary or other entity related to SunTrust Bank. Each of the undersigned authorize Lender to consider this Personal Financial ... as a continuing statement of financial condition until replaced by a new Personal Financial Statement or until the undersigned specifically notifies Lender in writing of any ... nge in such financial condition.

This Personal Financial Statement, including the consent to obtain consumer credit report contained above is executed by the undersigned(s) on the date(s) listed below.

Customer Signature (Applicant) _William B. Gray_          Customer Signature (Co-Applicant) _Emily Ayers Gray_

Printed Name (Applicant) _William B. Gray_               Printed Name (Co-Applicant) _Emily A. Gray_

Date Signed _5/4/07_                                     Date Signed _5/4/08_

## Real Estate Owned – William G. + Emily Gray (As of 4/30/09)

| Address/Type | Title Held | Date Acquired | Cost | Market Value | Amount Owned | Monthly Payment | Monthly Rent | Mortgage Paid To |
|---|---|---|---|---|---|---|---|---|
| Home 5208 Areba Drive Roanoke, Va. 24018 | William G. + Emily Gray | 1979 | 345,000 | 750,000 | 303,342 | 2,978.46 | — | Wachovia Bank |
| Rental House 1255 Mallard Rd. Road Roanoke, Va. 24012 | William G. + Emily Gray | 1989 | 73,000 | 165,000 | 0 | 0 | 100.00 | Net Bank |
| Rental House 1016 Sunset Drive Mooresville, NC. 28117 | Emily Gray 1/3 G+S Partners 2/3 [William + Emily Gray] | 1999 | 245,000 | 245,000 | 177,424 | 976.97 | 1,600.00 | Private Note Silvaview + Case |
| 4823 Rutgers St. Roanoke, Va. 24012 102 Rental Units Valley View Village Apts | William G. + Emily Gray | 1984 | 2,100,000 | 3,975,000 | 1,019,007 | 10,000.00 | 41,900.00 | Wachovia Bank |
| 3610-3620 Buckner Rd Roanoke, Va. 24006 21 Rental Units Sweetbriar Apts | William G. + Emily Gray | 1982 | 400,000 | 875,000 | 250,752 | 3,015.15 | 8,235.00 | Wachovia Bank |
| 20 McClung St Salem, Va. 24153 in Rental Units College Court Apts | William C. + Emily Gray | 1978 | 188,000 | 490,000 | 124,313 | 1,436.26 | 5,630.00 | |
| 25 Acres + 1 ac Rd Roanoke, Va. Investment - Land | | 1978 | 40,000 | 2,600,000 all shares | 0 | 0 | 0 | |
| 2 1/2 acre - Lot Mountain View Road El Cajon, Ca. | | 1985 | 45,000 | 295,000 | 0 | 0 | 0 | |
| 16 acres - Land Ln Crest Road El Cajon, Ca. | La Cresta Hills Partnership Gracen 1/2 | 1978 | 40,000 | 800,000 all shares | 0 | 0 | 0 | |

**Real Estate Owned - William G. & Emily Gray    As of 4/30/09**

| Address + Type | Title Held | Date Acquired | Cost | Market Value | Amount Owed | Monthly Payment | Monthly Rent | Mortgage Paid To |
|---|---|---|---|---|---|---|---|---|
| 150 High Street, Rocky Mount, Va, Rental House | Emily P. Gray | 2002 | 9,154 | 86,000 | 0 | 0 | 325.00 | — |
| 612 E. Erie St., Folly Beach, SC | Timothy William G. Gray 1/2, Virginia Love 1/2 | 999 | 375,000 | 1,150,000 / one shares 575.00 / one shares 68,000 | <2,90,000> 4,20,000 one shares 350,000 Line of credit / 0 | 3,000.00 / 3,000.00 | 325.00 | First Tennessee Bank |
| Willow Street, Mooresville, NC, Winslow Bay - Lot | Timothy William G. Gray 1/2, Virginia Love 1/2 | 10/06 | 68,000 | 68,000 / one shares 34,000 / 694,000 | 350,000 | | | |
| Total Page 2 | | | | 10,909,000 | 2,224,938 | | 57,790 | |

# Personal Financial Statement

## Section 1 -- Applicant Information

| Field | Value |
|---|---|
| Name | William Gilman Gray |
| Date of Birth | 9/08/41 |
| Social Security Number | 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 |
| Residence Address | 108 Windy Run Lane |
| City, State, Zip | Mooresville NC 28117 |
| Position or Occupation | Real Estate Development |
| Number of Years | 15 |
| Employer Name | Self |
| Residential Telephone | |
| Business Telephone | 704-663-9988 |
| Nearest Relative Not Living With Me | Virginia Love |
| Relationship | Sister |
| Telephone | 423-209-4118 |
| Drivers License (ID) Number | 23609600 |
| Expiration Date | 9/8/2011 |
| Date Issued | 8/23/06 |
| State Issued | NC |

## Section 2 -- Co-Applicant Information
(When completed and signed denotes intent to apply for joint credit)

| Field | Value |
|---|---|
| Name | Emily Ayres Gray |
| Date of Birth | 8/15/41 |
| Social Security Number | 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 |
| Residence Address | 5208 Archer Drive |
| City, State, Zip | Roanoke VA 24018 |
| Position or Occupation | Property Manager - Bookkeeper |
| Number of Years | 35 |
| Employer Name | Self |
| Residential Telephone | 540-989-0247 |
| Business Telephone | 540-520-4888 Cell |
| Nearest Relative Not Living With Me | Mary A. Horton |
| Relationship | Sister |
| Telephone | 252-292-6877 |
| Drivers License (ID) Number | T69-70-8988 |
| Expiration Date | 5/15/2011 |
| Date Issued | 9/61/06 |
| State Issued | VA |

## Section 3 - Statement of Financial Condition as of April 30, 2009

| ASSETS | $ Amount | LIABILITIES | $ Amount |
|---|---|---|---|
| Cash on hand & in banks-Schedule A | 239,856 | Notes payable to banks – secured – Schedule E | |
| IRAs 401(k) & Retirement Assets | 1,000,000 | Notes payable to banks – unsecured – Schedule E | 16,591 |
| U.S. Gov't & Marketable Securities-Schedule B | | Due to brokers-margin loans – Schedule B | |
| Securities held by broker in margin accounts | | Amounts payable to others – secured | |
| Restricted or Control Stocks (Public Co. only) | | Credit Cards – Schedule E | 15,500 |
| Real Estate Owned – Schedule C our share restricted | 11,504,000 | Equity Lines – Schedule E | 197,000 |
| Loans Receivable | | Unpaid Taxes (income, Property, etc.) | 0 |
| Cash value – life insurance – Schedule D | 24,000 | Real estate mortgages payable – Schedule C our share | 2,705,132 |
| Due of Closely Held Business | | Other Debts – Itemize | |
| Automobiles and other personal property | 532,000 | Car Loan BBT | 20,608 |
| Other Assets – Itemize | | | |
| 49.5 % Lake Norman Pavilion LLC | 6,514,000 | 49.5 % Lake Norman Pavil LLC | 3,719,925 |
| | | | |
| | | | |
| | | TOTAL LIABILITIES | 6,674,756 |
| | | NET WORTH | 13,139,100 |
| TOTAL ASSETS | 19,813,856 | TOTAL LIABILITIES AND NET WORTH | 19,813,856 |

| INCOME FOR YEAR ENDED: 2008 | Applicant | Co-Applicant | EXPENSES | |
|---|---|---|---|---|
| Soc. Sec. Benefits | 32,364 | ✓ | Rent payment | |
| Sale of Property | 496,896 | ✓ | Alimony | |
| Interest & Dividends | 1,716 | ✓ | Child Support | |
| Rental Income | 682,752 | ✓ | Tuition | |
| Other Income (Alimony or child support need not be revealed if you do not wish to have it considered as a basis for repaying this obligation) | | | PERSONAL INFORMATION (both Applicant and Co-Applicant) | |
| | | | Are you a U.S. Citizen? ☑ Yes ☐ No Both | |
| TOTAL INCOME | 1,213,728 | ✓ | Do you have a will? ☑ Yes ☐ No If so, name of executor | |
| CONTINGENT LIABILITIES | | | Both  Virginia Love | |
| Do you have any contingent liabilities? If so, describe | | | Are you a partner or officer in any other venture? If so describe | |
| | | | Real Estate | |
| | | | Income tax settled through (date)  2008 | |
| As endorser, co-maker or guarantor? | | | Are any assets pledged other than as described on schedules? If so, describe | |
| Real Estate included on other sheets | | | NO | |



EXHIBIT

20d

PENGAD 800-631-6989

| | | | |
|---|---|---|---|
| On leases or contracts? | NO | | |
| Legal claims | NO | | Are you a defendant in any suits or legal actions? If so describe |
| Other special debt | NO | | NO |
| ount of contested income tax liens | NO | | Have you or your businesses ever been declared bankrupt?  ☐ Yes  ☒ No |

**Complete Schedules and Sign on Page 2**

MAY-25-2009 01:51P FROM:STAPLES, THAT WAS EA 5407257657          TO:18282322219          P.4/6

## SCHEDULE A – Cash and Investments

| Type of Account | Name of Bank or Broker | In Name Of | Are These Pledged? | Current Balance |
|---|---|---|---|---|
| Money Market + Checking | Wachovia | William + Emily Gray | ☐ Yes ☒ No | 42,965 |
| Money Market | Sun Trust | | ☐ Yes ☒ No | 95,851 |
| Money Market | BB+T | | ☐ Yes ☐ No | 100,907 |
| | | | ☐ Yes ☐ No | |
| | | | | TOTAL |

## SCHEDULE B – U.S. Government & Marketable Securities

| Number of Shares | Description | In Name Of | Are These Pledged | Date of Value | Value |
|---|---|---|---|---|---|
| NONE | | | ☐ Yes ☐ No | | |
| | | | ☐ Yes ☐ No | | |
| | | | ☐ Yes ☐ No | | |
| | | | ☐ Yes ☐ No | | |
| | | | | TOTAL | |

## SCHEDULE C – Real Estate Owned

| (1) Address of Property | (2) Property Description — Type: Commercial (C), Residential (R), Agricultural (A). Use: Office, Warehouse, Home, Lot. Size: Square Footage. — Type / Use / Size | (3) Cost | (4) Date Acquired | Current Market Value |
|---|---|---|---|---|
| 1 See Attached Pages | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | TOTAL |

| (6) Name of Lender | (7) Title In Name Of | (8) Mortgage Balance | (9) Monthly Payment | (10) Monthly Rental Income | (11) Ownership Percentage |
|---|---|---|---|---|---|
| 1 See Attached Pages | | | | | % |
| 2 | | | | | % |
| | | | | | % |
| | | | | | % |
| | | TOTAL | | | |

## SCHEDULE D – Life Insurance Carried, Including Whole Life and Group Insurance

| Name of Insurance Company | Owner of Policy | Beneficiary | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|
| State Farm Life | William Gray | Emily Gray | 80,000 | 98,000 | 14,000 |
| State Farm Life | Emily Gray | William Gray | 30,000 | 23,000 | 10,000 |
| MONY | William Gray | Emily Gray | 400,000 | 0 | 0 |
| MONY | Emily Gray | William Gray | 100,000 | 0 | 0 |
| Protective Life | William Gray | Emily Gray | 1,000,000 | 0 | |
| | | | 51,990 TOTAL | | 24,000 |

## SCHEDULE E – Banks or Finance Companies Where Credit Has Been Obtained

| Name of Lender | Collateral Description | Type (Line of Credit, Term Loan) | Maximum Line Amount | Monthly Payment | Current Balance | Maturity |
|---|---|---|---|---|---|---|
| Sun Trust | None | Line of Credit | 50,000 | 300 | 16,591 | |
| Wachovia Bank | 5203 Arches Dr, Roan., VA | Line Equity | 275,000 | 800 | 197,000 | |
| BB+T | 2007 Cadillac | Car Loan | 37,000 | 549 | 20,608 | 2112 |
| | | | | TOTAL | 234,199 | |

This Personal Financial Statement, including the consent to obtain consumer credit report contained above is executed by the undersigned(s) on the date(s) listed below.

Customer Signature (Applicant) _William G. Gray_

Customer Signature (Co-Applicant) _Emily A. Gray_

Printed Name (Applicant) _William G. Gray_

Printed Name (Co-Applicant) _Emily A. Gray_

Date Signed _5/1/09_

Date Signed _4/30/09_

MAY-25-2009 01:52P FROM:STAPLES, THAT WAS EA 5407257657    TO:18082322219    P.6/6

# Real Estate Owned - William G. & Emily Gray    As of 7/30/09

| Address - Type | Title Held | Date Acquired | Cost | Market Value | Amount Owed | Maximum Payment | Monthly Rent | Mortgage Paid To |
|---|---|---|---|---|---|---|---|---|
| 612 E. Eric Folly Beach, SC | Joint William G. Gray Jr Virginia Love | 1999 | 375,000 | 765,000 | market 157,573 | | | First Tennessee |
| | | | | our shares 480,000.0 | our shares 313,785 | | 0 | First Tennessee |
| 118 Lot - Willard Street Waynesville, NC 28th | Joint William G. Gray Jr Virginia Love | 2006 | 45,000 | 45,000 | 0 | 0 | | |
| | | | | our shares 52,500 | | | | |
| | | | | 397,500 | 313,785 our shares | | | |
| | | Total Part 2 Total Part 1 | 430,000 | 11,074,000 | 2,391,347 | | Total Gross Pays | |
| | | Total Page 1 + 2 | 11,504,000 | 11,705,132 | | | 55,715 | |

MAY-25-2009 01:52P FROM:STAPLES, THAT WAS EA 5407257657          TO:18202322219          P.5/6

Real Estate Owned - William G. + Emily Gray as of 4/30/09

| Address/Type | Title Held | Year Acquired | Cost | Market Value | Amount Owed | Monthly Payment | Monthly Rent | Mortgage Paid To |
|---|---|---|---|---|---|---|---|---|
| Home 5208 Archer Drive Roanoke, Vt 24018 | William G.+Emily Gray | 1972 | 345,000 | 750,000 | 146,919 | 2,478 | | Wachovia Bank |
| 2nd home 108 Wildly Run Lane Roanoke, NC 28917 | William G.+Emily Gray | 2007 | 1,150,000 | 1,250,000 | 891,605 | 5,826 | | National City Mortgage |
| Condo House 1255 Walnut St Rd WKZ, Va | William G. Emily Gray | 1989 | 75,000 | 165,000 | 0 | 0 | 100 | |
| Rental House 104 Sandreed Drive Roanoke, NC 28917 | William G.+Emily Gray | 1999 | 211,800 | 245,900 | 169,880 | 940 | 1,400 | Ever Home Mortgage |
| 4825 Rutgers St Roanoke, Va 24012 113 Rental Units | Emily A. Gray 1/3 R+S Partners 1/3 William+Emily Gray 1/3 | 1989 | 2,100,000 | 3,985,000 | 959,655 | 10,000 | 45,000 | Private Note - S. Weeteren + Cher |
| 3600-3620 Buck..st Rd Roanoke, Va 24015 21 Rental Units | William + Emily Gray | 1989 | 700,000 | 895,000 | 228,788 | 3,015 | 8,950 | Wachovia Bank |
| 25 acres + 1 Acre in Center Rd El Cajon Ca Subdivision Land | William + Emily Gray | 1978 | 40,000 | 2,600,000 | 0 | 0 | 0 | |
| 2½ Acre Lot Meadow View Road El Cajon, Ca. | William + Emily Gray | 1985 | 45,000 | 255,000 | 0 | 0 | 0 | |
| 1/6 Acres - Land La Cresta Road El Cajon Ca | La Cresta Hills Rd Gray 1/2 N man 1/2 | 1978 | 40,000 acreage | 500,000 our share | 0 | 0 | 0 | |
| 150 High Street | Emily A. Gray | 2002 | 9/4T | 29,000 | 0 | 0 | 325.00 | |
| | | | 9/4T | 11,077,000 | 2,391,347 | | 55,775 | |

# PERSONAL FINANCIAL STATEMENT

AS OF: _10/1/05_

Name: _William Gilman Gray_     Date of Birth _9/08/41_

Address: _108 Windy Run Lane_     Social Security No. _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_

CSZ _Mooresville, NC 28117_     Residence Phone _704-799-9603_

Position or Occupation _Manager - Owner_

Business Name _Lake Norman Pavilion LLC_

Business Address _108 Windy Run Lane_     Business Phone _704-799-9603_

CSZ _Mooresville NC 28117_     Email Address

This is a(n) check box ☐ Individual financial Statement.   ☒ Joint financial statement with spouse.  If Joint, complete the following:

Spouse _Emily Ayers Gray_     Date of Birth _9/15/41_

Social Security No. _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_

Position or Occupation _Property manager - owner - self_

Business Name _Gray Rental Properties_

Business Address _5208 Archer Drive_     Home Business Phone _540-989-0247_

CSZ _Roanoke VA, 24014_     Email Address

| YOU MAY APPLY FOR CREDIT INDIVIDUALLY OR JOINTLY WITH ANOTHER PARTY |
|---|

If you are applying for joint credit with another party (other than your spouse), the joint application must complete a separate financial statement.
Reflect in this statement your personal financial condition as weel as the financial condition of your spouse if:
1. You are applying for credit jointly with your spouse, or
2. You are relying on your spouse's income or assets in requesting credit, or
3. You are providing this statement to support previously extended joint credit with your spouse

**\*. List all amounts in dollars.  Omit Cents**

| ASSETS | AMOUNT |
|---|---|
| Deposits in Banks & Other Financial Inst (From Sch 1 pg 2) | 150,000 |
| Cash Value of Life Insurance (From Sch 2 pg 2) | 39,000 |
| Notes and Accounts Receivable | |
| Marketable Stocks & Bonds (Sch 3 pg 2) | |
| Stocks in Closely Held Corporations (Sch 4 pg 2) | |
| Assets of Proprietorships | |
| Assets in Partnerships & Joint Ventures LLC 49.5% interest | 12,000,000 |
| Vehicles, Boats, Machinery, & Equipment (Sch 5 pg 2) | 6,000 |
| Wholly Owned Real Estate (Sch 6 pg 2) | 7,663,000 |
| Partially Owned Real Estate (Sch 7 pg 3) | 370,000 |
| Vested Interest in Pension/Retirement Accts (Sch 8 pg 3) | 1,025,000 |
| Personal Property Furniture etc. | 450,000 |
| TOTAL ASSETS | 22,703,000 |

| LIABILITIES AND NET WORTH | AMOUNT |
|---|---|
| Other Loans Payable (Sch 9 pg 3) | 204,000 |
| Loans on Life Insurance (Sch 2 pg 3) | |
| Taxes Due - Income | |
| Credit Card or Accounts Payable | 30,000 |
| Liabilities of Proprietorships | |
| Liab of Partnerships/Joint Ventures LLC 49.5% | 4,677,000 |
| Loans on Vehcl, Boats, Mach, & Equip (Sch 5 pg 2) | 0 |
| Loans on Wholly Owned Real Estate (Sch 6 pg 3) | 1,889,000 |
| Loans on Partial owned Real Estate 50% | 390,000 |
| Total Liabilities | 7,186,000 |
| Net Worth | 15,517,000 |
| TOTAL LIABILITIES & NET WORTH | 22,703,000 |

complete all appropriate schedules.  If space is inadequate, attach an additional sheet.



EXHIBIT
_20C_

## Personal Financial Statement

Name: _William G. Gray_ _Emily A. Gray_    Date: _10/1/05_

PAGE 2

### edule 1 - DEPOSIT ACCOUNTS

| NAME OF FINANCIAL INSTITUTION AND LOCATION | DEMAND DEPOSITS | TIME DEPOSITS | NAME OF FINANCIAL INSTITUITON AND LOCATION | DEMAND DEPOSITS | TIME DEPOSITS |
|---|---|---|---|---|---|
| Wachovia Bank, Roanoke Va | 150,000 | | | | |
| | | | | | |
| | | | | | |

### Schedule 2 - LIFE INSURANCE

| Name of Person Insured | Beneficiary | Face Amount | Cash Value | Policy Loans | Policy Assigned? | If Assigned, to whom? |
|---|---|---|---|---|---|---|
| William G. Gray | Emily Gray | 485,000 | 39,000 | | NO | |
| Emily A. Gray | William Gray | 135,000 | | | NO | |
| William G. Gray | First National Bank | 1,000,000 | — | | yes | First National Bank |
| **TOTALS** | | 1,620,000 | 39,000 | | | |

### Schedule 3 - MARKETABLE STOCKS/BONDS NYSE, AMEX, NASDAQ
(If stocks or bonds are held in a brokerage account, just summarize account as one entry and attach statement)

| NUMBER OF SHARES/ FACE VALUE (BONDS) | DESCRIPTION | REGISTERED IN NAME OF | IF PLEDGED TO WHOM? | DATE ACQUIRED | COST | MARKET VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | **TOTAL** |

### Schedule 4 - STOCK IN CLOSELY HELD CORPORATIONS (Please provide F/S if total value exceeds 10% of your net worth)

| NUMBER OF SHARES/ OWNED & % OWNSHP | CORPORATION NAME | STOCK HELD IN THE NAME OF | STOCKHOLDER'S EQUITY | ANNUAL STATEMENT DATE | VALUE OF SHARES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | **TOTAL** |

### Schedule 5 - VEHICLES, BOATS, MACHINERY, AND EQUIPMENT

| DESCRIPTION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YR | MAKE | MODEL | YR ACQ | COST | MARKET VALUE | LOAN BALANCE, IF ANY | LOAN PAYABLE TO | PAYMENT AMOUNT | PAYMENT FREQUENCY | ORIGINAL TERM (in Mths) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | TOTAL | | | | | |

PAGE 3

Name: William G. Gray / Emily A. Gray   Date: 10/1/05

### Schedule 6 – WHOLLY OWNED REAL ESTATE

| LOCATION OR ADDRESS DESCRIPTION OF PROPERTY | TITLE IN THE NAME OF | COST/ YR ACQUIRED | MARKET VALUE | MORTGAGE BALANCE | MORTGAGE PAYABLE TO HOW PAYABLE (Amt per month) |
|---|---|---|---|---|---|
| 5208 Archer Dr. Roanoke Va Primary Residence | William G. + Emily Gray | 1979 345,000 | 625,000 | 227,000 | Wachovia Bank $ 2,475 per mo |
| 1225 Mallard Bld. Wirtz Va Rental House | William G. + Emily Gray | 1986 73,000 | 160,000 | 0 | $ per |
| 106 Southgate Dr. Mooresville NC Rental House | William G. + Emily Gray | 1998 210,000 | 235,000 | 185,000 | Nat Bank $ 977. per mo |
| Valley View Village Apts Roanoke 102 Rental Units | G. 3 Partners Gray William + Emily Gray | 1984 2,000,000 | 3,750,000 | 1,077,000 | Private Note $ 10,000 per mo |
| Sweetbriar Apts Roanoke Va 24 Rental Units | William G. + Emily Gray | 1986 400,000 | 738,000 | 270,000 | Wachovia Bank $ 3,015 per mo |
| College Square Apts Roanoke Va 14 Rental Units | William G. + Emily Gray | 1985 180,000 | 480,000 | 130,000 | Wachovia Bank $ 1,435 per mo |
| La Cresta Rd. El Cajon Ca 27 Acres | William G. + Emily Gray | 1972 100,000 | 1,350,000 | 0 | $ per |
| Mountain View Rd. El Cajon Ca 206 Acre Lot | William G. + Emily Gray | 1985 50,000 | 325,000 | 0 | $ per |
| | | TOTAL | 7,663,000 | 1,889,000 | |

### Schedule 7 – PARTIALLY OWNED REAL ESTATE

| LOCATION OR ADDRESS DESCRIPTION OF PROPERTY | TITLE IN THE NAME OF | COST/ YR ACQUIRED | MARKET VALUE | MORTGAGE BALANCE | % of Ownership | Ownership Amount |
|---|---|---|---|---|---|---|
| 612 E. Erie Folly Beach SC House | William G. Gray Virginia Love Stone | 370,000 2000 | 800,000 | 580,000 | 50 | 400,000 |
| 123 Williwaw Mooresville NC House | William G. Gray Virginia Love Stone | 218,000 1998 | 340,000 | 200,000 | 50 | 170,000 |
| La Cresta Road El Cajon Ca 16 acres Land | William G. Gray Graham Nadal La Cresta Hills Partnership | 88,000 1980 | 1,600,000 | 0 | 50 | 800,000 |
| | | | | | | 1,370,000 |

### Schedule 8 – VESTED INTEREST IN PENSION/RETIREMENT ACCOUNTS

| ACCOUNT TYPE | IN NAME OF | INVESTED WITH | MARKET VALUE |
|---|---|---|---|
| | William G. Gray | | 1,025,000 |
| | | TOTAL | 1,025,000 |

### Schedule 9 – OTHER LOAN PAYABLES

| NAME OF LENDER | ORIGINAL DATE | ORIGINAL AMOUNT | LOAN BALANCE | REPAYMENT TERMS | PAYMENT AMOUNT | COLLATERAL PLEDGED | OTHER COMAKERS ENDORSERS |
|---|---|---|---|---|---|---|---|
| Wachovia Bank | 2002 | 175,000 | 174,000 | mo pay | 900 | Home Equity Line | |
| Sun Trust | 2004 | 45,000 | 30,000 | mo pay | 600 | Line of Credit | |
| | | | 204,000 | | | | |

William G Geay

PAGE 4

Name: Emily A. Geay    Date: 10/1/08

| SOURCE OF INCOME | |
|---|---|
| FOR YEAR ENDED    2004 | |
| (Attach a copy of your most recent Income Tax Return and K-1's) | |
| Salaries - Yours | |
| Salaries - Your spouses, if applicable | |
| Bonuses & Commissions | |
| Dividends | |
| Interest | |
| Net Profits from: | |
| Rental Property | 200,000 |
| Proprietorships | |
| Partnerships | |
| Joint Ventures | |
| Sale of 4 Apt Units | 620,000 |
| Other Income: (Alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for repaying)  NO | |
| | |
| | |
| | |
| TOTAL INCOME | 820,000 |

### CONTINGENT LIABILITIES

Are you indirectly liable for obligations of others?
If yes, list and describe.  If the obligation is for a business or if you
need additional space, list and describe on an attachment.

Name of Borrower
Total Amount Owed
Lender:
Description

Name of Borrower
Total Amount Owed
Lender:
Description

Total Amount as endorser, comaker, or guarantor.

### PERSONAL INFORMATION

Number of Dependents          Ages
Are you obligated to pay alimony, child support, or separate maintenance payments?
If so, provide details:

NO

Are you a defendant in any suits or legal actions?
If so, describe:

NO

Have you ever declared bankruptcy or had any judgements recorded against you?
If so, explain circumstances.  (Please include dates, location, amounts)

NO

Do you have a will?  Yes
If so, who is the executor?  Virginia Love - Emily Geay

Do you have disability insurance?  No
If so, what is the monthly amounts?
What years are covered?

20/1/05
ATE

10/1/05

s statement received by: _____

e _____ Bank _____ Branch _____

William G Geay
YOUR SIGNATURE

Emily A. Geay
YOUR SIGNATURE