# EXHIBIT "J"

**NELSON • LEVINE • de LUCA & HORST**
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

Michael R. Nelson
Direct: 212.233.6251
Cell: 215.837.4061
mnelson@nldhlaw.com

PHILADELPHIA    CHERRY HILL    COLUMBUS    NEWARK    NEW YORK    DENVER    LONDON

www.nldhlaw.com

518 Township Line Road
Suite 300
Blue Bell, PA 19422
Phone:  215.358.5100
Fax:    215.358.5101

October 5, 2009

<u>Federal Express Overnight Delivery</u>
Ronald Payne, Esquire
Long, Parker, Warren, Anderson & Payne
14 South Pack Square, Suite 600
Asheville, NC 28801

      Re:    **The Hammocks, LLC d/b/a Richmond Hill Inn**

Dear Mr. Payne:

      Harleysville Mutual Insurance Company has elected to seek judicial review of the coverage issues that are raised in the attached motion for relief and complaint attached thereto.

      In light of Harleysville's decision to seek rescission of the foregoing policy, we are enclosing a check in the amount of $23,933.63, which amount constitutes all of the payments received by Harleysville Mutual Insurance Company by The Hammocks, LLC for Policy No. OF-3M2977. Please note that the foregoing $23,933.63 excludes two (2) payments received from The Hammocks, LLC which were returned marked "NSF".

      Should you wish to discuss this matter, please contact me.

                        Very truly yours,

                        NELSON LEVINE de LUCA & HORST, LLC

                        **Michael R. Nelson**

MRN/pzh
Enclosures
cc:    Harleysville Mutual Insurance Company
       David L. Brown, Pinto Coates Kyre & Brown PLLC
       Douglas Y. Christian, Esquire, Ballard Spahr Andrews & Ingersoll, LLP