B6D (Official Form 6D) (12/07)

In re  **The Hammocks, LLC** _____     Case No. _____

                              Debtor                                                                 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Carolina First**<br>**74 Patton Avenue**<br>**Asheville, NC 28801** | | | **Real property (2.5 acres) adjacent to Richmond Hill Inn (south side of Richmond Hill Drive), Asheville, Buncombe County, N.C.**<br><br>**VALUE $300,000.00** | | | | 191,316.70 | 0.00 |
| ACCOUNT NO.<br><br>**Richmond Hill, Inc.**<br>**c/o Dr. Albert Michel**<br>**1113 Hammel Rd.**<br>**Greensboro, NC 27408**<br><br>**Marjorie R. Mann**<br>**Substitute Trustee**<br>**PO Box 7647**<br>**Asheville, NC 28802** | | | **purchase money lien on real property and improvements/Richmond Hill Inn**<br><br>**VALUE $14,000,000.00** | | | | 6,800,000.00 | 0.00 |

<u>0</u>      continuation sheets
         attached

                                    Subtotal  ➤                        $ 6,991,316.70 | $          0.00
                                      (Total of this page)

                                    Total  ➤                          $ 6,991,316.70 | $          0.00
                                      (Use only on last page)

                                                               (Report also on Summary of   (If applicable, report
                                                               Schedules)              also on Statistical
                                                                                Summary of Certain
                                                                                  Liabilities and
                                                                                  Related Data.)

B6E (Official Form 6E) (12/07)

In re   **The Hammocks, LLC** _____     Case No _____
                          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

❏   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor  or the parent, legal guardian  or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U S C  § 507(a)(1)

❏   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(3).

☑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance  and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first  to the extent provided in 11 U S C  § 507(a)(4)

❏   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first  to the extent provided in 11 U S C  § 507(a)(5)

❏   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(6)

❏   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(7)

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes  customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

❏   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision  Comptroller of the Currency, or Board of Governors of the Federal Reserve System  or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507 (a)(9)

❏   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug  or another substance  11 U S C  § 507(a)(10)

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment

<u>8</u>  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re __The Hammocks, LLC_____                    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Augusto Malote**<br>**6 Lionel Place**<br>**Asheville, NC 28806** | | | | X | | | 594.20 | 594.20 | $0.00 |
| ACCOUNT NO<br>**Betty Hall**<br>**6 Bradhall Dr.**<br>**Asheville, NC 28806** | | | | X | | | 1,162.20 | 1,162.20 | $0.00 |
| ACCOUNT NO<br>**Blanca Monreal**<br>**33 Monty St.**<br>**Asheville, NC 28806** | | | | X | | | 613.70 | 613.70 | $0.00 |
| ACCOUNT NO<br>**Carrie Peeler**<br>**49 Baker St.**<br>**Asheville, NC 28806** | | | | X | | | 648.28 | 648.28 | $0.00 |
| ACCOUNT NO<br>**Catherine Taylor**<br>**722 Appledoorn Cir.**<br>**Asheville, NC 28803** | | | | X | | | 393.00 | 393.00 | $0.00 |
| ACCOUNT NO<br>**David Austin**<br>**27 Medford Road**<br>**Candler, NC 28715** | | | | X | | | 4,058.46 | 4,058.46 | $0.00 |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤  (Totals of this page)   $ 7,469.84   $ 7,469.84   $ 0.00

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)   $

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data.)   $   $

B6E (Official Form 6E) (12/07) – Cont.

In re  **The Hammocks, LLC**                                                    Case No. _____
_____                                                    (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>David Ferrara<br>134 Woodrow Ave.<br>Asheville, NC 28801 | | | | X | | | 76.32 | 76.32 | $0.00 |
| ACCOUNT NO<br>Dedric Fitch<br>10 High Meadows Dr.<br>Candler, NC 28715 | | | | X | | | 6,985.16 | 6,985.16 | $0.00 |
| ACCOUNT NO<br>Diane Deschner<br>PO Box 1063<br>Arden, NC 28704 | | | | X | | | 973.25 | 973.25 | $0.00 |
| ACCOUNT NO<br>Erin Kaplan<br>343 Cumberland Ave.<br>Asheville, NC 28801 | | | | X | | | 59.54 | 59.54 | $0.00 |
| ACCOUNT NO<br>Gabriel Rivas<br>Lot 12<br>2001 Adams Hill Rd.<br>Asheville, NC 28806 | | | | X | | | 207.20 | 207.20 | $0.00 |
| ACCOUNT NO<br>Gary Grant<br>9 Reese Road<br>Asheville, NC 28805 | | | | X | | | 272.70 | 272.70 | $0.00 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)                    $  **8,574.17**   $  **8,574.17** $      **0.00**

Total  ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules )                              $

Total  ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data )                                          $              $

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Hammocks, LLC**                                        Case No. _____
            _____                                        (If known)
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Heidi Smart<br>59 Gay Street<br>Asheville, NC 28801** | | | | X | | | 1,625.94 | 1,625.94 | $0.00 |
| ACCOUNT NO<br>**Irene Pike<br>168 Lee's Creek Rd.<br>Asheville, NC 28806** | | | | X | | | 1,911.01 | 1,911.01 | $0.00 |
| ACCOUNT NO<br>**James Hopper<br>42 Johnston Blvd.<br>Asheville, NC 28806** | | | | X | | | 217.79 | 217.79 | $0.00 |
| ACCOUNT NO<br>**Justin Burdett<br>38 Mildred Avenue<br>Asheville, NC 28806** | | | | X | | | 397.63 | 397.63 | $0.00 |
| ACCOUNT NO<br>**Kathleen Goldsworth<br>255 Meadow Creek Dr.<br>Weaverville, NC 28787** | | | | X | | | 1,505.68 | 1,505.68 | $0.00 |
| ACCOUNT NO<br>**Kimberly Morock<br>9 Reese Rd.<br>Asheville, NC 28805** | | | | X | | | 353.44 | 353.44 | $0.00 |

Sheet no. _3_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals> (Totals of this page) | $ 6,011.49 | $ 6,011.49 | $ 0.00 |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Hammocks, LLC**                                        Case No. _____
_____                                              (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Larry Benner<br>Apt. J-3<br>615 Biltmore Avenue<br>Asheville, NC 28803 | | | | X | | | 442.05 | 442.05 | $0.00 |
| ACCOUNT NO<br>Laura Bogard<br>38 Howard Street<br>Asheville, NC 28806 | | | | X | | | 2,161.62 | 2,161.62 | $0.00 |
| ACCOUNT NO<br>Les Caison<br>6 Lenox Ct., #3<br>Asheville, NC 28801 | | | | X | | | 1,382.64 | 1,382.64 | $0.00 |
| ACCOUNT NO<br>Margaret Wyatt<br>Lot #1<br>359 School Road, East<br>Asheville, NC 28806 | | | | X | | | 235.46 | 235.46 | $0.00 |
| ACCOUNT NO<br>Meagan Morris<br>PO Box 995<br>Leicester, NC 28748 | | | | X | | | 479.60 | 479.60 | $0.00 |
| ACCOUNT NO<br>Michelle Barry<br>124 Circle View Drive<br>Hendersonville, NC 28792 | | | | X | | | 181.00 | 181.00 | $0.00 |

Sheet no.  4 of  8 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▸<br>(Totals of this page) | $ 4,882.37 | $ 4,882.37 | $ 0.00 |

Total  ▸
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                                                                     $

Total  ▸
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data.)                                                        $         $

B6E (Official Form 6E) (12/07) – Cont.

In re   **The Hammocks, LLC**                                                        Case No. _____
                              Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

## Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Myles Thomas<br>PO Box 517<br>L. Switzerland, NC 28749 | | | | X | | | 339.75 | 339.75 | $0.00 |
| ACCOUNT NO<br>Naomi Watkins<br>889 Center St.<br>Asheville, NC 28803 | | | | X | | | 585.00 | 585.00 | $0.00 |
| ACCOUNT NO<br>Nicholas Willems<br>63 Lemon Creek Dr.<br>Candler, NC 28715 | | | | X | | | 1,003.80 | 1,003.80 | $0.00 |
| ACCOUNT NO<br>Patricia Isreal<br>139 Wellington St.<br>Asheville, NC 28806 | | | | X | | | 3,223.08 | 3,223.08 | $0.00 |
| ACCOUNT NO<br>Perry Hendrix<br>88 Martin Avenue<br>Asheville, NC 28806 | | | | X | | | 2,271.07 | 2,271.07 | $0.00 |
| ACCOUNT NO<br>Ralph Lanow<br>1771 1/2 Old Haywood Rd.<br>Asheville, NC 28806 | | | | X | | | 1,389.19 | 1,389.19 | $0.00 |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 8,811.89 | $ 8,811.89 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) -- Cont.

In re    **The Hammocks, LLC**                                                    Case No. _____
            _____                                                              (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY  IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Richard Pace<br>26 Squirrel Hill Dr.<br>Weaverville, NC 28787** | | | | X | | | **1,125.42** | **1,125.42** | $0.00 |
| ACCOUNT NO<br>**Robert Gentry<br>82 Blue Ridge Ave.<br>Asheville, NC 28806** | | | | X | | | **2,200.38** | **2,200.38** | $0.00 |
| ACCOUNT NO<br>**Sara Hodgdon<br>38 Serendipity Trail<br>Asheville, NC 28804** | | | | X | | | **2,862.54** | **2,862.54** | $0.00 |
| ACCOUNT NO<br>**Sarah McCullagh<br>87 Richmond Hill Dr.<br>Asheville, NC 28806** | | | | X | | | **1,630.98** | **1,630.98** | $0.00 |
| ACCOUNT NO<br>**Sharon Olson<br>458 Bailey Street<br>Mars Hill, NC 28754** | | | | X | | | **3,147.21** | **3,147.21** | $0.00 |
| ACCOUNT NO<br>**Steve Goff<br>26 Annadale<br>Asheville, NC 28801** | | | | X | | | **475.58** | **475.58** | $0.00 |

Sheet no _6_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)          $   **11,442.11**   $   **11,442.11** $   **0.00**

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules )          $

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data )          $          $

B6E (Official Form 6E) (12/07) – Cont.

In re    **The Hammocks, LLC**                                    Case No. _____
                                                                              (If known)
         _____
                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Susan Zimmerman**<br>**10 High Meadows Rd.**<br>**Candler, NC 28715** | | | | X | | | **4,797.06** | **4,797.06** | **$0.00** |
| ACCOUNT NO<br>**Will Straughan**<br>**PO Box 1034**<br>**Black Mountain, NC 28711** | | | | X | | | **593.25** | **593.25** | **$0.00** |

Sheet no. 7 of 8 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals><br>(Totals of this page) | $ **5,390.31** | $ **5,390.31** | $ **0.00** |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules ) | $ | | |
| Total ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data ) | | $ | $ |

B6E (Official Form 6E) (12/07) -- Cont.

In re    **The Hammocks, LLC**                                                    Case No. _____
_____                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Buncombe Co. Tax Collect<br>60 Court Plaza, 3rd Fl.<br>Asheville, NC 28801** | | | **property taxes - 2008** | | | | 61,262.82 | 61,262.82 | $0.00 |
| ACCOUNT NO<br>**Buncombe Co. Tax Collect<br>60 Court Plaza, 3rd Fl.<br>Asheville, NC 28801** | | | **Room tax** | | | | 28,900.15 | 28,900.15 | $0.00 |
| ACCOUNT NO<br>**Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114** | | | **withholding $126,318.79<br>FUTA $5,490.64<br>FICA $230,348.65** | | | | 362,158.08 | 362,158.08 | $0.00 |
| ACCOUNT NO<br>**North Carolina Dept. of<br>Bankruptcy Unit - Collec<br>PO Box 1168<br>Raleigh NC 27602** | | | **withholding $63,415.00<br>sales $219,282.36<br>SUTA $22,754.67** | | | | 305,452.03 | 305,452.03 | $0.00 |

Sheet no  8  of  8  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals> (Totals of this page)    $ **757,773.08** | $ **757,773.08** | $ **0.00**

Total  >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **810,355.26**

Total  >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **810,355.26** | $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **The Hammocks, LLC** _____    Case No. _____
                          **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,600.00 |
| A Look at Asheville 29 Montford Ave., #200 Asheville, NC 28801 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,590.03 |
| ASCAP Suite 350 2685 Paces Ferry Rd. SE Atlanta, GA 30339-3913 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,332.70 |
| AT&T PO Box 105262 Atlanta, GA 30348 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,423.00 |
| BMI General Licensing PO Box 406741 Atlanta, GA 30384-6741 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,024.50 |
| Carol King Associates 40 N. French Broad Asheville, NC 28801 | | | | | | | |

   5    Continuation sheets attached



Subtotal ➤ $    13,970.23

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

B6F (Official Form 6F) (12/07) - Cont.

In re __The Hammocks, LLC_____    Case No. _____
                          **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    xxx0601<br><br>Carolina First Bank-VIS<br>PO Box 7968<br>Columbia, SC 29202-7968 | | | | | | | 9,513.41 |
| ACCOUNT NO.<br><br>City of Asheville<br>PO Box 7148<br>Asheville, NC 28802 | | | | | | | 2,169.05 |
| ACCOUNT NO.<br><br>David Worley, CPA<br>PO Box 2101<br>Asheville, NC 28802 | | | | | | | 15,000.00 |
| ACCOUNT NO.    xx1464 & xx1498<br><br>Deltacom<br>PO Box 740597<br>Atlanta, GA 30374-0597 | | | | | | | 1,294.45 |
| ACCOUNT NO.    xxx86-01<br><br>Ervin Leasing<br>Dept. 77228<br>PO Box 77000<br>Detroit, MI 48277 | | | | | | | 2,260.66 |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    30,237.57

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

B6F (Official Form 6F) (12/07) - Cont.

In re    The Hammocks, LLC                                          Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Gateway Park Ent.** PO Box 22407 Charleston, SC 29413 | | | | | | | 3,000.00 |
| ACCOUNT NO. xxx1682 **GDS - Asheville** PO Box 9001707 Louisville, KY 40290 | | | | | | | 394.23 |
| ACCOUNT NO. **Home Depot** PO Box 6029 The Lakes, NV 88901 | | | | | | | 1,416.85 |
| ACCOUNT NO. xxx0728 **Image Solutions** 1306 Patton Avenue Asheville, NC 28806 | | | | | | | 346.94 |
| ACCOUNT NO. xxx4378 **Inland Seafood** Attn: Wendy 3725 N. Davidson St. Charlotte, NC 28205 | | | | | | | 8,842.87 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $    14,000.89

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Hammocks, LLC** _____          Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Journal Communications** <br>**Suite 102** <br>**361 Mallory Station Rd.** <br>**Franklin, TN 37067** | | | | | | | 21,975.00 |
| ACCOUNT NO. <br><br>**Kelso Associates** <br>**15 W. Walnut St.** <br>**Asheville, NC 28801** | | | | | | | 400.00 |
| ACCOUNT NO. <br><br>**Main Street Online** <br>**PO Box 8757** <br>**Asheville, NC 28814** | | | | | | | 3,060.00 |
| ACCOUNT NO. <br><br>**Mountain Food** <br>**PO Box 17247** <br>**Asheville, NC 28816** | | | | | | | 657.85 |
| ACCOUNT NO. <br><br>**Pet Dairy** <br>**PO Box 60498** <br>**Charlotte, NC 28260-0498** | | | | | | | 1,160.84 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          27,253.69

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Hammocks, LLC**                              Case No. _____
                            **Debtor**                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Plus Linen/Uniform**<br>PO Box 1188<br>Canton, NC 28716-1188 | | | | | | | 1,362.02 |
| ACCOUNT NO<br>**Progress Energy**<br>Raleigh, NC 27698-0001 | | | | | | | 6,150.62 |
| ACCOUNT NO<br>**PSNC Energy**<br>PO Box 100256<br>Columbia, SC 29202-3256 | | | | | | | 5,280.27 |
| ACCOUNT NO<br>**Resort Data Process.**<br>Attn: Rita Gayle<br>PO Box 1170<br>Vail, CO 81658 | | | | | | | 5,000.00 |
| ACCOUNT NO<br>**Select Registry**<br>PO Box 150<br>Marshall, MI 49068 | | | | | | | 2,225.00 |

Sheet no  4  of  5  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $  | 20,017.91 |

Total  ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Hammocks, LLC**                                          Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>**SESAC**<br>**PO Box 900013**<br>**Raleigh, NC 27675-9013** | | | | | | | 387.08 |
| ACCOUNT NO    **RHInn, Inc.**<br><br>**Staples Credit Plan**<br>**PO Box 9020**<br>**Des Moines, IA 50368** | | | | | | | 244.41 |
| ACCOUNT NO<br><br>**SYSCO**<br>**Attn: Cashier**<br>**PO Box 96**<br>**Concord, NC 28026** | | | | | | | 5,195.45 |
| ACCOUNT NO<br><br>**Thyssenkrupp Elevator**<br>**PO Box 933004**<br>**Atlanta, GA 31193-3004** | | | | | | | 507.56 |
| ACCOUNT NO<br><br>**US Postal Service**<br>**Asheville BMEU**<br>**591 Brevard Rd.**<br>**Asheville, NC 28810-9902** | | | | | | | 745.00 |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >    $        7,079.50

Total  >    $      112,559.79

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)