

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09−10332
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   The Hammocks, LLC
      dba Richmond Hill Inn
   87 Richmond Hill Drive
   Asheville, NC 28806
   Social Security No.:
   Debtor EIN:
   69−0007721

# ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest:

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code was filed on 10/21/2009.

## IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The hearing to consider approval of the disclosure statement will be held on November 24, 2009 at 09:30 AM , U.S. Courthouse, Main Courtroom, First Floor, 100 Otis Street, Asheville, NC 28801−2611.
2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(s) is fixed as November 17, 2009.
3. By October 27, 2009, the plan proponent shall transmit a copy of the disclosure statement and plan to the debtor, trustee, each committee appointed pursuant to Section 1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan.
4. Requests for copies of the disclosure statement and plan should be directed to:

   David G. Gray
   81 Central Avenue
   Asheville, NC 28801

Dated: October 22, 2009                                    BY THE COURT

                                                           George R. Hodges
                                                           United States Bankruptcy Judge

Electronically filed and signed (10/22/09)