IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re<br><br>THE HAMMOCKS, LLC d/b/a<br>Richmond Hill Inn,<br><br>Debtor. | Case No. 09-10332<br>Chapter 11 |

**APPELLANT'S ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

Appellant, Harleysville Mutual Insurance Company, by and through its undersigned counsel, hereby elects, pursuant to 20 U.S.C. §158 (c)(1)(A), to have this appeal heard by the United States District Court for the Western District of North Carolina.

This the 6TH day of November, 2009.

/s/ Brady A. Yntema
David L. Brown
N.C. State Bar No. 18942
Brady A. Yntema
N.C. State Bar No. 25771
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409

Michael R. Nelson
P.A. State Bar No. 65679
NELSON, LEVINE, de LUCA & HORST
518 East Township Line Rd.
Suite 300
Blue Bell, PA 19422

Douglas Y. Christian
P.A. State Bar No. 41934
BALLARD SPAHR, LLP
1735 Market Street, 51ST Floor
Philadelphia, PA 19103-7599

*Attorneys for Plaintiff Harleysville Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleadings(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on November 6, 2009.

**By means of the Electronic Filing System of the Bankrupcy Court as follows:**

Daniel E. Hitchcock:   **dhitchcock@adamsfirm.com**

Marjorie Rowe Mann: mmann@roberts-stevens; **dpooler@roberts-stevens.com**

Joy G. McIver:   **jmciver@adamsfirm.com**

U.S. Bankruptcy Administrator:   **alexandria_a_kenny@ncwba.uscourts.gov**; **ba_desk@ncwba.uscourts.gov**

David G. Gray:   **judyhj@bellsouth.net**

Albert L. Sneed, Jr.:   **asneed@vwlawfirm.com**

**By first-class mail on the following:**

Ronald K. Payne
LONG, PARKER, WARREN,
     ANDERSON & PAYNE
P.O. Box 7216
Asheville, NC  28801

Jerome W. Cook
McDONALD HOPKINS, LLC
600 Superior Ave, East
Suite 600
Cleveland, OH 44114

George Ward Hendon
ADAMS HENDON CARSON CROW & SAENGER
Post Office Box 2714
Asheville, NC 28802

This the 6TH day of November, 2009.

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409
*Attorney for Plaintiff Harleysville Mutual
Insurance Company*

3