IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re | : | |
| | : | |
| THE HAMMOCKS, LLC d/b/a | : | Case No. 09-10332 |
| Richmond Hill Inn, | : | Chapter 11 |
| | : | |
| Debtor. | : | |

## HARLEYSVILLE MUTUAL INSURANCE COMPANY'S
## WRITTEN REQUEST FOR HEARING TRANSCRIPT

NOW COMES Harleysville Mutual Insurance Company, by and through counsel, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, and hereby submits a written request that a full transcript be prepared in an expedited manner of the hearing on the Motion of Harleysville Mutual Insurance Company for Relief from the Automatic Stay to Initiate an Action for Declaratory Judgment in the United States District Court for the Western District of North Carolina (Doc. 68) which was conducted before the Honorable George R. Hodges on October 21, 2009 in the United States Bankruptcy Court for the Western District of North Carolina, Asheville Division. The undersigned counsel represents this Written Request for Hearing Transcript has been delivered to Court Reporter Patricia Basham by e-mail at triciabasham@bellsouth.net and by regular mail to 6411 Quail Ridge Drive, Bartlett, TN 38135-5192, and that the undersigned counsel has made satisfactory arrangements for payment of costs of the transcript requested.

This the 13TH day of November, 2009.

    /s/ Brady A. Yntema
David L. Brown
N.C. State Bar No. 18942
dbrown@pckb-law.com
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409

Michael R. Nelson
P.A. State Bar No. 65679
NELSON, LEVINE, de LUCA & HORST
518 East Township Line Rd.
Suite 300
Blue Bell, PA 19422
Telephone:  (215) 358-5100

Douglas Y. Christian
P.A. State Bar No. 41934
BALLARD SPAHR, LLP
1735 Market Street, 51ST Floor
Philadelphia, PA  19103-7599
Telephone:  (215) 358-5100

*Attorneys for Harleysville Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the pleadings(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on November 13, 2009.

**By means of the Electronic Filing System of the Bankrupcy Court as follows:**

Daniel E. Hitchcock:    **dhitchcock@adamsfirm.com**

Marjorie Rowe Mann:  mmann@roberts-stevens; **dpooler@roberts-stevens.com**

Joy G. McIver:    **jmciver@adamsfirm.com**

U.S. Bankruptcy Administrator:    **alexandria_a_kenny@ncwba.uscourts.gov**;
**ba_desk@ncwba.uscourts.gov**

David G. Gray:    **judyhj@bellsouth.net**

Albert L. Sneed, Jr.:    **asneed@vwlawfirm.com**

**By first-class mail on the following:**

Ronald K. Payne
LONG, PARKER, WARREN,
    ANDERSON & PAYNE
P.O. Box 7216
Asheville, NC  28801

Jerome W. Cook
McDONALD HOPKINS, LLC
600 Superior Ave, East
Suite 600
Cleveland, OH 44114

George Ward Hendon
ADAMS HENDON CARSON CROW & SAENGER
Post Office Box 2714
Asheville, NC 28802

This the 13TH day of November, 2009.

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409
*Attorney for Harleysville Mutual Insurance Company*