## United States Bankruptcy Court
## Western District of North Carolina

### MONTHLY STATUS REPORT

IN RE:      **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

CASE NO:    **09-10332**

**Reporting Period:**

FROM: _____OCTOBER 1, 2009_____

TO: _____OCTOBER 31, 2009_____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: ___11/11/09_____        _____
                                Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of ____ ___ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: ___Nov. 17, 2009_____      _____
                                   Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# PAYMENTS TO SECURED CREDITORS

____  No Secured Debt

__X__  No Secured Debt Payments Made During Reporting Period

____  All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

__X__  No payments have been made on pre-petition unsecured debt during the reporting period.

____  All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: ___10-1-2009___          AMOUNT: $ _3155.82_

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description RECEIPTS | 39,627.08 | Description | |
| LOAN FROM V. WOVF | 5000.00 | Inventory Purchased | 1785.68 |
| | | Salaries/Wages | 20,009.39 |
| | | Taxes (Total) | 8494.67 |
| | | Insurance (Total) | 1163.80 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 6972.22 |
| | | Rent | |
| | | Professional Fee RESNEXUS | 285.00 |
| | | NC DENR | 150.00 |
| | | Maintenance/Repair | |
| | | Maintenance/Repair | 1628.87 |
| | | OTHER DISBURSEMENTS (List) | |
| | | 401(K) | 333.08 |
| | | CREDIT CARD/BANK FEES | 1251.25 |
| | | GOOGLE ADWORDS | 1140.34 |
| | | MASSAGE THERAPISTS | 525.00 |
| | | HOUSE KEEPING SUPPLIES | 779.30 |
| | | TIPPING FEES | 613.89 |
| | | MISC. | 96.61 |
| | | PLUS LINEN | 236.99 |
| TOTAL CASH RECEIPTS | 44,627.08 | TOTAL DISBURSEMENTS | 45,466.09 |

**ENDING CASH POSITION**

DATE: ___10-31-09___          AMOUNT: $ _(3994.83)_

# BANK ACCOUNTS

ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: SUNTRUST BANK

Address: P.O Box 633227

Street and/or P. O. Box Number

ORLANDO    FL    32862-2227

City                State    Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): TAX

Account Number: 1000 944 3284

DATE PERIOD BEGINS: 10-1-2009

Ending Balance (per the attached bank statement for this period) $ 3316.96

Outstanding Deposits and Other Credits Not On Statement $ Ø

Outstanding Checks and Other Debits Not On Statement $ Ø

Ending Reconciled Balance* $ 3316.96

DATE PERIOD ENDS: 10-31-2009

Highest Daily Balance During Above Period $ 4871.11

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

11/11/09 at 13:04:57.99

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Oct 31, 2009
### 000-1007 - SUNTRUST-TAX D/I/P
### Bank Statement Date: October 31, 2009

| | |
|---|---:|
| Beginning GL Balance | 212 38 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (5,437 62) |
| Add (Less) Other | 8 542 20 |
| Ending GL Balance | 3 316.96 |
| Ending Bank Balance | 3,316.96 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0 00 |
| Ending GL Balance | 3,316.96 |



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /64
1000094493284
10/31/2009

# SunTrust

# Account
# Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493284 | 10/01/2009 - 10/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $212.38 | Average Balance | $1,686.91 |
| Deposits/Credits | $8,542.20 | Average Collected Balance | $1,686.91 |
| Checks | $1,554.15 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $3,883.47 | | |
| Ending Balance | $3,316.96 | | |

---

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 10/13 | 2,800.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |
| 10/14 | 1,131.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |
| 10/20 | 4,611.20 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |

Deposits/Credits: 3    Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1013 | 1,554.15 | 10/22 | | | | | | |

Checks: 1

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/14 | 25.51 | | *ELECTRONIC/ACH DEBIT* IRS    USATAXPYMT 270968700259703 |
| 10/14 | 2,726.96 | | *ELECTRONIC/ACH DEBIT* IRS    USATAXPYMT 270968700279339 |
| 10/16 | 1,131.00 | | *ELECTRONIC/ACH DEBIT* NC DEPT OF REVEN    WHOLDING    4928814001356 |

Withdrawals/Debits: 3

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 212.38 | 212.38 | 10/16 | 259.91 | 259.91 |
| 10/13 | 3,012.38 | 3,012.38 | 10/20 | 4,871.11 | 4,871.11 |
| 10/14 | 1,390.91 | 1,390.91 | 10/22 | 3,316.96 | 3,316.96 |

---

# BANK ACCOUNTS

---
ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

---

Name of Bank: SUNTRUST BANK

Address: P.O. Box 62227
Street and/or P. O. Box Number

ORLANDO          FL      32862-2227
City                     State    Zip Code

Type of Account: OPERATING
(i.e., Payroll, Tax, Operating):

Account Number: 10000 944932.76

DATE PERIOD BEGINS: 10-1-2009

Ending Balance (per the attached    $ 11,866.37
bank statement for this period)

Outstanding Deposits and Other      $ 1476.29
Credits Not On Statement

Outstanding Checks and Other        $ 6156.97
Debits Not On Statement

Ending Reconciled Balance*          $ 7185.69

DATE PERIOD ENDS: 10-31-2009

Highest Daily Balance
During Above Period    $ 19,271.65

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

11/11/09 at 13:06:41.45

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Oct 31, 2009
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: October 31, 2009

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 11,004.98 |
| Add: Cash Receipts | | | | 44,627.08 |
| Less: Cash Disbursements | | | | (37,986.89) |
| Add (Less) Other | | | | (10,459.48) |
| Ending GL Balance | | | | 7,185.69 |
| Ending Bank Balance | | | | 11,866.37 |
| Add back deposits in transit | | | | |
| | Oct 30 2009 | 10-30IM | 568.72 | |
| | Oct 31, 2009 | 10-31IM | 907.57 | |
| Total deposits in transit | | | | 1,476.29 |
| (Less) outstanding checks | | | | |
| | Oct 30, 2009 | | (1,174.07) | |
| | Sep 28 2009 | 1369 | (69.00) | |
| | Oct 22, 2009 | 1424 | (150.00) | |
| | Oct 27, 2009 | 1426 | (4,137.80) | |
| | Oct 28, 2009 | 1427 | (478.09) | |
| | Oct 30, 2009 | 1428 | (148.01) | |
| Total outstanding checks | | | | (6,156.97) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 7,185.69 |



**SUNTRUST**

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 11
36/E00/0175/0 /64
1000094493276
10/31/2009

# Account Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493276 | 10/01/2009 - 10/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $14,218.26 | Average Balance | $12,948.57 |
| Deposits/Credits | $46,708.88 | Average Collected Balance | $12,787.28 |
| Checks | $32,319.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $16,741.77 | | |
| Ending Balance | $11,866.37 | | |

---

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 10/21 | 5,000.00 | | DEPOSIT | 10/30 | 18.69 | | DEPOSIT |
| 10/01 | 72.48 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/01 | 138.78 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/01 | 1,917.28 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/02 | 710.82 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/02 | 21.55 | | *CHECK CARD CREDIT*<br>THE HOME DEPOT 3625        ASHEVILLE  NC | | | TR DATE 09/29 | |
| 10/05 | 1,510.79 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/05 | 2,287.90 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/06 | 2,438.45 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/07 | 82.50 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/08 | 2,517.61 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/09 | 1,258.86 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/13 | 273.78 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/13 | 1,018.17 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/13 | 1,455.49 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/13 | 2,210.01 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/14 | 628.60 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 10/15 | 67.84 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT SERVICE 8015343539 | | | 8015343539 | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 11
36/E00/0175/0 /64
1000094493276
10/31/2009


SunTrust

# Account Statement

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/15 | 635.00 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/16 | 1,296.97 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/19 | 109.88 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/19 | 3,146.05 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/19 | 4,006.60 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/20 | 878.55 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/21 | 1,432.11 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/22 | 1,024.73 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/23 | 932.49 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/26 | 360.62 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/26 | 1,466.66 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/26 | 1,603.03 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/26 | 2,857.60 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/28 | 2,274.07 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/29 | 525.24 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |
| | 10/30 | 529.68 | | ELECTRONIC/ACH CREDIT |
| | | | | MERCHANT SERVICE  8015343539  8015343539 |

Deposits/Credits:  35                     Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1293 | 82.43 | 10/06 | 1383 | 894.48 | 10/09 | 1404 | 764.12 | 10/27 |
| | *1339 | 90.00 | 10/01 | 1384 | 480.67 | 10/15 | 1405 | 15.00 | 10/23 |
| | *1343 | 101.07 | 10/01 | 1385 | 638.20 | 10/13 | 1406 | 547.19 | 10/28 |
| | *1346 | 412.75 | 10/14 | 1386 | 613.59 | 10/13 | 1407 | 1,097.58 | 10/23 |
| | *1354 | 698.66 | 10/06 | 1387 | 850.10 | 10/13 | 1408 | 602.75 | 10/28 |
| | *1357 | 482.92 | 10/15 | 1388 | 438.50 | 10/09 | 1409 | 604.13 | 10/26 |
| | *1366 | 496.94 | 10/02 | 1389 | 260.51 | 10/28 | 1410 | 463.14 | 10/23 |
| | 1367 | 39.06 | 10/06 | 1390 | 991.85 | 10/09 | 1411 | 710.33 | 10/27 |
| | *1370 | 850.72 | 10/01 | 1391 | 660.14 | 10/09 | 1412 | 1,030.05 | 10/26 |
| | 1371 | 1,025.00 | 10/01 | 1392 | 557.60 | 10/09 | 1413 | 420.27 | 10/23 |
| | 1372 | 45.00 | 10/14 | 1393 | 380.00 | 10/16 | 1414 | 585.14 | 10/23 |
| | 1373 | 42.50 | 10/02 | 1394 | 1,518.13 | 10/19 | 1415 | 891.26 | 10/26 |
| | 1374 | 613.89 | 10/05 | 1395 | 120.20 | 10/16 | 1416 | 296.83 | 10/23 |
| | 1375 | 149.35 | 10/05 | 1396 | 1,163.80 | 10/19 | 1417 | 187.93 | 10/28 |
| | 1376 | 529.57 | 10/13 | 1397 | 250.00 | 10/21 | 1418 | 991.85 | 10/23 |
| | 1377 | 791.28 | 10/13 | 1398 | 668.92 | 10/26 | 1419 | 1,057.26 | 10/26 |
| | 1378 | 1,097.58 | 10/09 | 1399 | 175.00 | 10/16 | 1420 | 245.00 | 10/29 |
| | 1379 | 656.36 | 10/14 | 1400 | 70.00 | 10/16 | 1421 | 117.54 | 10/27 |
| | 1380 | 622.76 | 10/13 | 1401 | 118.20 | 10/19 | 1422 | 105.00 | 10/29 |
| | 1381 | 503.31 | 10/09 | 1402 | 208.00 | 10/16 | 1423 | 175.00 | 10/27 |
| | 1382 | 779.14 | 10/16 | 1403 | 118.45 | 10/20 | *1425 | 125.00 | 10/29 |

Checks: 63                    *Break in check sequence

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 11
36/E00/0175/0 /64
1000094493276
10/31/2009



**SunTrust**

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 10/01 | 1,101.44 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 10/02 | 24.81 | | *ELECTRONIC/ACH DEBIT* AUTHNET GATEWAY | BILLING | 17034836 |
| | 10/02 | 83.08 | | *ELECTRONIC/ACH DEBIT* NW TRUST | CONTRIB | 065-80547 |
| | 10/02 | 83.08 | | *ELECTRONIC/ACH DEBIT* NW TRUST | CONTRIB | 065-80547 |
| | 10/02 | 83.08 | | *ELECTRONIC/ACH DEBIT* NW TRUST | CONTRIB | 065-80547 |
| | 10/02 | 35.41 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3625 | ASHEVILLE   NC | TR DATE 09/29 |
| | 10/02 | 68.91 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3625 | ASHEVILLE   NC | TR DATE 09/29 |
| | 10/05 | 346.40 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 10/05 | 604.41 | | *ELECTRONIC/ACH DEBIT* GOOGLE | ADWORDS | 8956652 |
| | 10/05 | 24.53 | | *CHECK CARD PURCHASE* EBLEN SHORT STOP #2Q39 | ASHEVILLE   NC | TR DATE 10/01 |
| | 10/13 | 2,800.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 10/13 | 83.08 | | *ELECTRONIC/ACH DEBIT* NW TRUST | CONTRIB | 065-80547 |
| | 10/13 | 299.03 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 10/13 | 38.41 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3625 | ASHEVILLE   NC | TR DATE 10/08 |
| | 10/13 | 66.07 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3645 | ASHEVILLE   NC | TR DATE 10/10 |
| | 10/14 | 1,131.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 10/14 | 45.62 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3625 | ASHEVILLE   NC | TR DATE 10/11 |
| | 10/16 | 11.11 | | *CHECK CARD PURCHASE* USPS 36030703032302663 | ASHEVILLE   NC | TR DATE 10/14 |
| | 10/16 | 28.00 | | *CHECK CARD PURCHASE* DOT DMV/VEH REG INT | 919-715-7000 NC | TR DATE 10/14 |
| | 10/19 | 535.93 | | *ELECTRONIC/ACH DEBIT* GOOGLE | ADWORDS | 0027342 |
| | 10/19 | 649.83 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 10/19 | 22.28 | | *CHECK CARD PURCHASE* INGLES #2 | ASHEVILLE   NC | TR DATE 10/14 |
| | 10/19 | 27.81 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3625 | ASHEVILLE   NC | TR DATE 10/15 |
| | 10/19 | 51.41 | | *CHECK CARD PURCHASE* RITE AID STORE #11568 | ASHEVILLE   NC | TR DATE 10/14 |
| | 10/20 | 4,611.20 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 10/21 | 3,057.05 | | *ELECTRONIC/ACH DEBIT* NC DEPT OF REVEN | SALES&USE | 4929314003779 |
| | 10/22 | 94.34 | | *CHECK CARD PURCHASE* INTERNATIONAL GREENHOUSE | 217-4430600 IL | TR DATE 10/20 |
| | 10/23 | 285.00 | | *CHECK CARD PURCHASE* RESERVATION NEXUS | 801-6231796 UT | TR DATE 10/20 |
| | 10/26 | 324.00 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 10/26 | 15.99 | | *CHECK CARD PURCHASE* LOWES #00617* | ASHEVILLE   NC | TR DATE 10/23 |
| | 10/26 | 40.06 | | *CHECK CARD PURCHASE* THE HOME DEPOT 3625 | ASHEVILLE   NC | TR DATE 10/23 |
| | 10/30 | 69.40 | | *CHECK CARD PURCHASE* AAC BUILDING MATERIALS | ASHEVILLE   NC | TR DATE 10/28 |

Withdrawals/Debits: 32

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 11
36/E00/0175/0 /64
1000094493276
10/31/2009


SUNTRUST

# Account
# Statement

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 13,178 57 | 13,178 57 | 10/19 | 13,790.19 | 13,790.19 |
| | 10/02 | 12,993 13 | 12,993.13 | 10/20 | 9,939.09 | 9,939.09 |
| | 10/05 | 15,053.24 | 15,053.24 | 10/21 | 13,064.15 | 8,064 15 |
| | 10/06 | 16,671.54 | 16,671.54 | 10/22 | 13,994.54 | 13,994.54 |
| | 10/07 | 16,754.04 | 16,754.04 | 10/23 | 10,772.22 | 10,772.22 |
| | 10/08 | 19,271.65 | 19,271.65 | 10/26 | 12,428.46 | 12,428.46 |
| | 10/09 | 15,387.05 | 15,387.05 | 10/27 | 10,661 47 | 10,661.47 |
| | 10/13 | 13,012.41 | 13,012.41 | 10/28 | 11,337.16 | 11,337.16 |
| | 10/14 | 11,350.28 | 11,350.28 | 10/29 | 11,387.40 | 11,387.40 |
| | 10/15 | 11,089 53 | 11,089.53 | 10/30 | 11,866.37 | 11,866.37 |
| | 10/16 | 10,615 05 | 10,615.05 | | | |

**To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.**

**Complete this section to balance this statement to your transaction register.**

Month_____     Year_____

**Bank Balance** Shown on statement          $_____

**Add (+)**
Deposits not shown on this          $_____
statement (if any).                    _____
                                       _____
                    **Total (+)**  $_____

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

| $ | | $ |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

                    **Total (-)**  $_____

                    **Balance**  $_____
          These balances should agree ↑_____

**Your Transaction
Register Balance**          $_____

**Add (+)**
Other credits shown on          $_____
this statement but not          _____
in transaction register.          _____

**Add (+)**
Interest paid (for use in balancing interest-bearing          $_____
accounts only).
                    **Total (+)**  $_____

**Subtract (-)** Other debits shown on this statement
          but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |

                    **Total (-)**  $_____

                    **Balance**  $_____
                                       ↑

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _CAROLINA FIRST_

Address: _200 COLLEGE STREET_
Street and/or P. O. Box Number

_Asheville         NC       28806_
City                          State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _NEW D/I/P OPERATING_

Account Number: _7102489680_

DATE PERIOD BEGINS: _10-1-2009_

Ending Balance (per the attached
bank statement for this period)       $ _(14,497.48)_

Outstanding Deposits and Other
Credits Not On Statement              $ _0_

Outstanding Checks and Other
Debits Not On Statement               $ _0_

Ending Reconciled Balance*            $ _(14,497.48)_

DATE PERIOD ENDS: _10-31-2009_

Highest Daily Balance
During Above Period    $ _(14,497.48_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

11/11/09 at 13:01:04.59

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Oct 31, 2009
### 000-1004 - CAROLINA FIRST-GENERAL
### Bank Statement Date: October 31, 2009

| | |
|---|---:|
| Beginning GL Balance | (14,372.48) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (125.00) |
| Ending GL Balance | (14,497.48) |
| Ending Bank Balance | (14,497.48) |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (14,497.48) |


**CAROLINA FIRST**

7102489680  23  I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

|  | | Account Number | Page 1 of 1 |
|---|---|---|---|
| September 30, 2009 - October 31, 2009 | | 7102489680 | No enclosures |

### FREE BUSINESS CHECKING        Summary        7102489680

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,372.48 | 0.00 | 125.00 | 0.00 | 0.00 | -14,497.48 |

31 Days in Statement Period

### Described Debits

| Date | Description | Amount |
|---|---|---|
| 10-02 | WEEKLY OVERDRAFT FEE | 25.00 |
| 10-09 | WEEKLY OVERDRAFT FEE | 25.00 |
| 10-16 | WEEKLY OVERDRAFT FEE | 25.00 |
| 10-23 | WEEKLY OVERDRAFT FEE | 25.00 |
| 10-30 | WEEKLY OVERDRAFT FEE | 25.00 |
| *Total Described Debits* | *$125.00* | |

### Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09-30 Beginning Balance | -14,372.48 | 10-16 | -14,447.48 |
| 10-02 | -14,397.48 | 10-23 | -14,472.48 |
| 10-09 | -14,422.48 | 10-30 Ending Balance | -14,497.48 |

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of:   10-31-2009
                                          (Date of Reporting Period)

II.  Sales (gross) During Reporting Period:   51,436.90

III. Collections of Accounts Receivable
     During Reporting Period:   $ 39,627.08

IV.  New Accounts Receivables Generated
     During Reporting Period:   $ 334.20

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ 334.20 | $ 334.20 | $ |
| 31-60 DAYS | $ 77.04 | $ 77.04 | $ |
| 61-90 DAYS | $ 556.54 | $ 300.00 | $ 256.54 |
| 91-120 DAYS | $ 1042.44 | $ 0 | $ 1042.44 |
| 120 DAYS AND OVER | $ 1032.05 | $ 0 | $ 1032.05 |
| TOTAL | $ 3042.27 | $ 711.24 | $ 2331.03 |

## INVENTORY (Cost Basis)

Beginning Date:_____          Ending Date:_____

### LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i e , Salaried, Wage)

| | AMOUNT PAID |
|---|-------------|
| SALARIED | $ 7,953.84 |
| WAGE | $ 16,794.35 |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| DANA KENDALL | MASSEUSE | $ 350.00 |
| KAREN HARDISON | MASSEUSE | $ 70.00 |
| KATHY PERRY | MASSEUSE | $ 105.00 |
| | | $ |

### Total   Salary/Wage/Commission/ Payments

$ 25,220.19

*  "Insider"  is  defined  in  11U.S.C.
Sec101(31)

## ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

_X_ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached. Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Asheville Elevator | 9-30-2009 | $ 170.00 |
| CHARTER | 9-18-2009 | 776.70 |
| CHARTER | 10-18-2009 | 369.67 |
| CITY ASHEVILLE - WATER | 10-22-2009 | 2842.77 |
| CURBSIDE | 10-1-2009 | 90.00 |
| DELTACOM | 8-17-2009 | 1347.67 |
| ENMARK | 10-20-2009 | 265.96 |
| ERVIN LEASING | 10-20-2009 | 1067.16 |
| FRANK RICE, JR | 9-30-2009 | 199.50 |
| MT FOOD | 9-30-2009 | 573.20 |
| ~~PROGRESS ENERGY~~ | | |
| PSNC ENERGY | 10-20-2009 | 803.41 |
| SOUTHERN FOODS | 10-23-2009 | 1257.47 |
| THYSSENKRUP | APRIL/JULY 09 | 1063.2 |
| WEBB CHEMICAL | JULY/SEPT 09 | 559.96 |
| YELLOWBOOK USA | APRIL/JUNE 09 | 833.00 |
| | | |
| TAXES | | |
| SALES TAX - OCT 09 | 11-20-2009 | 3834.32 |
| ROOM TAX - OCT 09 | 11-20-2009 | 1901.23 |
| STATE WITH - OCT 09 | 11-15-2009 | 525.00 |
| FEDERAL PAYROLL - PP/E 10-18-09 | | 1871.54 |
| PAID 10-23-09 | 10-28-09 | |
| SUTA - OCT 09 | 1-31-2010 | 281.45 |
| | | |
| | | |
| | | |

Total Accrued Liabilities                    $ _20,585.27_

# AFFIRMATIONS

1.    Yes _____    No __X__    All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.    Yes __x__    No _____    All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.    Yes __X__    No _____    All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.    Yes _____    No*__X__    All post-petition taxes have been paid or deposited into a designated tax account.

5.    Yes __X__    No _____    New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.    Yes __X__    No _____    New DIP financial books and records have been opened and are being maintained monthly and are current.

*    If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned certifies that copy of Monthly Status Report for the month of October, 2009 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
**402 West Trade Street, Room 200**
**Charlotte NC 28202-1669**

**Internal Revenue Service**
**320 Federal Place**
**Greensboro NC 27401**

**Securities & Exchange Commission**
**Atlanta Regional Office**
**3475 Lenox Road, Ste. 1000**
**Atlanta GA 30326-1232**

This the 17 day of November, 2009.

David G. Gray, Attorney for Debtor/D.I.P.
N. C.  State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**