# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Case No.:   09-10332 |
| ) | Chapter 11 |
| THE HAMMOCKS, LLC ) | |
| *dba* RICHMOND HILL INN ) | |
| ) | |
| TAX ID #:   69-0007721 ) | |
| ) | |
| Debtor(s) ) | |

## OBJECTION TO DISCLOSURE STATEMENT

The undersigned, United States Bankruptcy Administrator for the Western District of North Carolina, objects to the Disclosure Statement and says:

1. This is a Chapter 11 proceeding in which a voluntary petition was filed on March 25, 2009.  The Debtor filed its Disclosure Statement on October 21, 2009.

2. The Debtor has proposed a "liquidating" Chapter 11 Plan.  The Debtor has not disclosed in sufficient detail the timing and planned method of liquidation.  There is no information concerning whether the properties will be listed with a realtor, will be sold at auction or other methods to be employed to maximize the value to creditors.  As such, it is impossible for creditors to make an informed decision as to whether the Debtor or a trustee may be best suited to liquidate the property of the estate.

3. The Debtor discloses the ownership of the Debtor but does not disclose any compensation arrangements.

4. The Debtor states:

   > *. . . the debtor believes a recovery of the insurance proceeds for the fire loss and an orderly sale of the real property and real property and improvements over the next approximately three (3) years, or sooner, will be the best benefit for all of the creditors . . .*

   The Debtor provides no independent information or analysis to support this "belief."  Such conclusory statements should not be included in the disclosure statement without including further information which details the basis of the Debtor's belief.

      Wherefore, the undersigned requests that the Court deny approval of the Debtor's Disclosure Statement.

/s/ Linda W. Simpson
Linda W. Simpson
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  Linda_Simpson@ncwba.uscourts.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.:  09-10332 |
| | ) | Chapter 11 |
| **THE HAMMOCKS, LLC** | ) | |
| *dba* **RICHMOND HILL INN** | ) | |
| | ) | |
| TAX ID #:  69-0007721 | ) | |
| | ) | |
| **Debtor(s)** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the pleading(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on November 17, 2009.

The Hammocks, LLC
87 Richmond Hill Drive
Asheville, NC 28806

David G. Gray
81 Central Avenue
Asheville, NC 28801

/s/ Linda W. Simpson
Linda W. Simpson
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  Linda_Simpson@ncwba.uscourts.gov