

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09–10332
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

The Hammocks, LLC
    dba Richmond Hill Inn
87 Richmond Hill Drive
Asheville, NC 28806
Social Security No.:
Debtor EIN:
69–0007721

# NOTICE

**NOTICE IS HEREBY GIVEN** that the complete transcript will be made available for public inspection but not copying at the clerk's office for 90 days after the delivery of the transcript to the clerk's office. Individuals wishing to purchase a copy of the transcript must contact the transcriber, Patricia Basham at 6411 Quail Ridge Dr., Bartlett, TN 38135, and (901) 372–0613 during this 90–day period for a copy of the transcript. Electronic public access to the transcript through the PACER system will be made available beginning 90 days after the transcriber has provided the transcript to the clerk.

Dated: December 10, 2009                                                   David E. Weich
                                                                                                                          Clerk of Court

Electronically filed and signed (12/10/09)