UNITED STATES BANKRUPTCY COURT
Western District of North Carolina

In Re: ) Case No.: 09-10332
The Hammocks, LLC )
) Chapter : 11
)
Debtor(s) )
)

# NOTICE

**PLEASE TAKE NOTICE** that a Transcript from the hearing held on  October 21, 2009 in the above-named case has been transcribed and is ready to be added to the docket. If you object to the entry of the complete transcript, you will need to file with the court a Request for Redaction of personal data identifiers. Personal data identifiers include: social security numbers; financial account numbers; names of minor children; dates of birth; home addresses of individuals. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

**NOTICE IS FURTHER GIVEN** that the Request for Redaction must be filed within **seven** (7) days of this notice.  If no Request for Redaction is timely filed, the Court will add the complete transcript to the docket.

David E. Weich
Clerk of Court

Date:  November 24, 2009