

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09−10332
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

   The Hammocks, LLC
      dba Richmond Hill Inn
   87 Richmond Hill Drive
   Asheville, NC 28806
   Social Security No.:
   Debtor EIN:
   69−0007721

# NOTICE

**NOTICE IS HEREBY GIVEN** that the complete transcript will be made available for public inspection but not copying at the clerk's office for 90 days after the delivery of the transcript to the clerk's office. Individuals wishing to purchase a copy of the transcript must contact the transcriber, Patricia Basham at 6411 Quail Ridge Dr., Bartlett, TN 38135, and (901) 372−0613 during this 90−day period for a copy of the transcript. Electronic public access to the transcript through the PACER system will be made available beginning 90 days after the transcriber has provided the transcript to the clerk.

Dated: November 24, 2009                                                                            David E. Weich
                                                                                                                                                Clerk of Court

Electronically filed and signed (11/24/09)

# CERTIFICATE OF NOTICE

```
District/off: 0419-1           User: singhp              Page 1 of 1              Date Rcvd: Nov 24, 2009
Case: 09-10332                 Form ID: 141              Total Noticed: 15

The following entities were noticed by first class mail on Nov 26, 2009.
db          +The Hammocks, LLC,    87 Richmond Hill Drive,    Asheville, NC 28806-3912
aty         +Albert L. Sneed, Jr.,    Van Winkle, Buck, Wall, Starnes & Davis,    P. O. Box 7376,
              Asheville, NC 28802-8506
aty         +Brady Allen Yntema,    Pinto Coates Kyre & Brown, PLLC,    P.O. Box 4848,
              Greensboro, NC 27404-4848
aty         +Daniel E. Hitchcock,    Adams, Hendon Carson Crow & Saenger, PA,    PO Box 2714,
              Asheville, NC 28802-2714
aty          David D Lennon,    Office of the Attorney General - Revenue,    PO Box 629,
              Raleigh, NC  27602-0629
aty         +David G. Gray,    81 Central Avenue,    Asheville, NC 28801-2438
aty         +David Leonard Brown,    Pinto Coates Kyre & Brown, PLLC,    3203 Brassfield Road,
              Greensboro, NC 27410-9450
aty         +Jerome W. Cook,    McDonald Hopkins, LLC,    600 Superior Ave, East,    Suite 2100,
              Cleveland, OH 44114-2653
aty         +Marjorie Rowe Mann,    Roberts and Stevens, PA,    Post Office Box 7647,    Asheville, NC 28802-7647
aty         +Michael R. Nelson,    Nelson, Levine, de Luca & Horst,    518 Township Line Road,    Suite 300,
              Blue Bell, PA 19422-2172
acc         +David G. Worley,    7 Orchard Street,    Asheville, NC 28801-2402
intp        +Harleysville Mutual Insurance Company,    355 Maple Avenue,    Harleysville, PA 19438-2297
cr           North Carolina Department of Revenue,    c/o Office of the Attorney General,    Revenue Section,
              P.O. Box 629,    Raleigh, NC  27602-0629
sp           Ronald K Payne,    Long, Parker, Warren, Anderson & Payne,    Asheville, NC
cr          +The Alex N. Sill Company,    The Genesis Building,    6000 Lombardo Center, Suite 600,
              Independence, OH 44131-6911
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CAROLINA FIRST BANK
cr              Richmond Hill, Inc.
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**                    **Signature:** *Joseph Speetjens*