UNITED STATES BANKRUPTCY COURT
Western District of North Carolina

|  |  |  |
|---|---|---|
| In Re: | ) | Case No.: 09-10332 |
| The Hammocks, LLC | ) |  |
|  | ) | Chapter: 11 |
|  | ) |  |
| Debtor(s) | ) |  |
| _____ | ) |  |

# NOTICE

**PLEASE TAKE NOTICE** that a Transcript from the hearing held on (date) in the above-named case has been transcribed and is ready to be added to the docket. If you object to the entry of the complete transcript, you will need to file with the court a Request for Redaction of personal data identifiers. Personal data identifiers include: social security numbers; financial account numbers; names of minor children; dates of birth; home addresses of individuals. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

**NOTICE IS FURTHER GIVEN** that the Request for Redaction must be filed within **seven** (7) days of this notice. If no Request for Redaction is timely filed, the Court will add the complete transcript to the docket.

                                                                                    David E. Weich
                                                                                    Clerk of Court

Date:

# CERTIFICATE OF NOTICE

```
District/off: 0419-1          User: singhp              Page 1 of 1              Date Rcvd: Nov 24, 2009
Case: 09-10332                Form ID: pdf              Total Noticed: 4

The following entities were noticed by first class mail on Nov 26, 2009.
aty          +Brady Allen Yntema,   Pinto Coates Kyre & Brown, PLLC,   P.O. Box 4848,
               Greensboro, NC 27404-4848
aty          +David G. Gray,   81 Central Avenue,   Asheville, NC 28801-2438
aty          +Marjorie Rowe Mann,   Roberts and Stevens, PA,   Post Office Box 7647,   Asheville, NC 28802-7647
aty          +Michael R. Nelson,   Nelson, Levine, de Luca & Horst,   518 Township Line Road,   Suite 300,
               Blue Bell, PA 19422-2172

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**              **Signature:** _Joseph Speetjens_