```
               IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                         ASHEVILLE DIVISION
```

| | | |
|---|---|---|
| In re: | § | 09-10332/Chapter 11 |
| THE HAMMOCKS, LLC d/b/a, | § | |
| Richmond Hill Inn, | § | REQUEST FOR NOTICE |
| Debtor, | § | |
| | § | |

    Ronald K. Payne and Long, Parker, Warren, Anderson & Payne, P.A. ["the Long Firm"] enter this appearance as special counsel for the Debtor/Debtor-in-Possession on its fire insurance claims. The Long Firm requests notice of all documents and papers to be served upon the Debtor/Debtor-in-Possession in this proceeding, at the following address:

    Ronald K. Payne
    Long, Parker, Warren, Anderson & Payne, P.A.
    P.O. Box 7216
    Asheville, NC  28802

    email:  philip@longparker.com

    This, the 2nd day of December, 2009.

        s/Ronald K. Payne
        Ronald K. Payne
        N.C. Bar № 7961
        Philip S. Anderson
        N.C. Bar № 21323
        Special Counsel for the Debtor/Debtor-in-Possession
        Long, Parker, Warren, Anderson & Payne, P.A.
        14 South Pack Square, Suite 600
        Asheville, North Carolina  28801
        Telephone:  828/258-2296
        Fax:  828/253-1073
        email:  philip@longparker.com