## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | APPLICATION TO EMPLOY PROFESSIONAL |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

_____

The undersigned attorney for captioned debtor applies to the Court and says:

1. The debtor is currently operating as debtor-in-possession pursuant to a Chapter 11 proceeding filed on March 25, 2009.

2. In the process of offering a portion of its real property for sale, the debtor is in need of the services of a licensed North Carolina realtor and wishes to employ NAI BH Commercial/Robin Boylan, CCIM, SIOR, with offices at 410 Executive Park, Asheville, North Carolina which is associated with the largest realtor firm in Western North Carolina, Beverly Hanks Realtors; a realtor fee of eight percent (8%) is proposed.

3. The debtor believes that such firm is well qualified to serve as a professional for the debtor in this proceeding and has no connection with the debtor, its creditors or any other party in interest or their respective attorneys.

4. The named business realtor firm is a disinterested party to serve as a professional for the debtor-in-possession and the estate.

5. The named business realtor firm represents no interest adverse to debtor or the estate or the matters upon which it is to be engaged for debtor and its employment would be in the best interest of this estate.

6. Part of the proposed Chapter 11 plan of the debtor-in-possession is to sell real property and/or real property and improvements to pay creditors. It is in the best interest of the creditors, Chapter 11 Estate and debtor/debtor-in-possession to employ a nationally recognized business realtor firm to offer the property for sale.

THEREFORE, the debtor/debtor-in-possession prays of the Court:

1. That an order be entered authorizing the appointment and employment of NAI BH Commercial/Robin Boylan, CCIM, SIOR as a professional in this proceeding with realtor fee of eight percent (8%) to be approved.

2. **For such further relief deemed proper by the Court.**

This 2nd day of December, 2009.

*/s/ David G. Gray*

_____

**David G. Gray, Attorney for Debtor/D.I.P.**
**N. C.   State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a Richmond Hill Inn,, | ) AFFIDAVIT OF PROPOSED PROFESSIONAL | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**STATE OF NORTH CAROLINA**

**COUNTY OF BUNCOMBE**

I, Robin Boylan, make solemn oath that:

1. I am a licensed broker associate with the commercial real estate offices of NAI BH Commercial with offices at 410 Executive Park, Asheville, North Carolina.

2. I have no connection with the above-named debtor or estate in the matters upon which I am to be engaged and am a disinterested person to serve as a professional in this proceeding.

This the 2nd day of December, 2009.

/s/ Robin Boylan
_____
**ROBIN BOYLAN**

**SUBSCRIBED AND SWORN TO** before me this 2nd day of December, 2009

/s/ Sherry H. Martin
_____
**Notary Public**

**My Commission Expires: 10/22/2011**