IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | NOTICE OF HEARING |
| Richmond Hill Inn,, | ) | |
| | ) | |
|    Debtor. | ) | |

_____

    TAKE NOTICE that the debtor/debtor-in-possession has filed application to employ professional; a copy of said motion accompanies this notice.

    TAKE FURTHER NOTICE that hearing, on shortened noticed, will be held on said application on TUESDAY, DECEMBER 8, 2009, at 10:00 a.m. at the Court's Chambers Day for the Asheville Division in the first floor courtroom, U. S. Courthouse, 100 Otis Street, Asheville, North Carolina.

    This 2nd day of December, 2009.

                                                  */s/ David G. Gray*

                                     _____
                                     **David G. Gray, Attorney for Debtor/D.I.P.**
                                     **N. C.   State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

* * * * * * * * * * * * * * * *

   The undersigned certifies that copy of the foregoing notice of hearing with copy of application to employ professional has this day been served by first class mail in a properly addressed envelope with adequate postage affixed or as electronically filed on the following:

**Richmond Hill, Inc.**
**c/o Dr. Albert Michel**
**1113 Hammel Rd.**
**Greensboro, NC 27408-7315**

| | |
|---|---|
| **Marjorie Rowe Mann, Attorney** | **Served Electronically** |
| **Linda Simpson, Bankruptcy Administrator** | **Served Electronically** |

   This the 2nd day of December, 2009.

                  */s/ David G. Gray*
                _____
                 **David G. Gray, Attorney**