## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | MOTION TO SHORTEN NOTICE |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

_____

The debtor/debtor-in-possession has filed application with the Court requesting approval for employment of a professional, NAI BH Commercial/Robin Boylan, CCIM, SIOR, to assist in the listing and sale of property of the estate; time is of the essence for employment of said professional and shortened notice is requested for hearing on said motion on December 8, 2009 at the Chambers Day session of this Court.

THEREFORE, the undersigned requests of the Court an order shortening notice for hearing on its application to employ professional on December 8, 2009 at 10:00 a.m. at the Court's Chambers Day for the Asheville Division.

This 2nd day of December, 2009.

*/s/ David G. Gray*

_____
David G. Gray, Attorney for Debtor/D.I.P.
N. C.   State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**