FILED & JUDGMENT ENTERED
David E. Weich

Dec 03 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | ORDER SHORTENING NOTICE |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

**THIS MATTER COMING ON FOR CONSIDERATION** before the Court on motion of the debtor/debtor-in-possession for shortened notice for hearing on its application to employ professional and it appearing that no party will be prejudiced by such shortened notice;

**IT IS, THEREFORE, ORDERED** that notice is shortened and the application of the debtor/debtor-in-possession to employ professional shall be heard on Tuesday, December 8, 2009, at 10:00 a.m. at the Court's Chamber Day for the Asheville Division.

This Order has been signed electronically.              **United States Bankruptcy Court**
The judge's signature and court's seal
appear at the top of the Order.