IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| THE HAMMOCKS, LLC d/b/a ) | |
| Richmond Hill Inn, ) | Case No. 09-10332 |
| ) | Chapter 11 |
| Debtor. ) | |
| _____) | |

### JOINDER OF HARLEYSVILLE MUTUAL INSURANCE COMPANY
### TO THE OBJECTION OF THE UNITED STATES BANKRUPTCY ADMINISTRATOR
### TO DISCLOSURE STATEMENT

NOW COMES Harleysville Mutual Insurance Company ("Harleysville"), as an interested party to this bankruptcy proceeding and without submitting to the jurisdiction of the Bankruptcy Court, hereby joins and concurs with the Objection of the United States Bankruptcy Administrator to the Disclosure Statement filed by the debtor/debtor-in-possession.

This the 21ST day of December, 2009.

                                                      s/ Brady A. Yntema
                                                    David L. Brown
                                                    N.C. State Bar No. 18942
                                                    Brady A. Yntema
                                                    N.C. State Bar No. 25771
                                                    PINTO COATES KYRE & BROWN, PLLC
                                                    3203 Brassfield Road
                                                    Greensboro, NC 27410
                                                    Telephone: 336.282.8848
                                                    Facsimile: 336.282.8409

                                                    Michael R. Nelson
                                                    PA. State Bar No. 65679
                                                    NELSON, LEVINE, de LUCA & HORST
                                                    518 East Township Line Rd.
                                                    Suite 300
                                                    Blue Bell, PA 19422
                                                    Telephone:  (215) 358-5100

Douglas Y. Christian
PA. State Bar No. 41934
BALLARD SPAHR, LLP
1735 Market Street, 51ST Floor
Philadelphia, PA 19103-7599
Telephone: (215) 358-5100

*Attorneys for Harleysville Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleadings(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on December 21, 2009.

**By means of the Electronic Filing System of the Bankrupcy Court as follows:**

Daniel E. Hitchcock:    **dhitchcock@adamsfirm.com**

Marjorie Rowe Mann:  mmann@roberts-stevens; **dpooler@roberts-stevens.com**

Joy G. McIver:    **jmciver@adamsfirm.com**

U.S. Bankruptcy Administrator:    **alexandria_a_kenny@ncwba.uscourts.gov**;
                                   **ba_desk@ncwba.uscourts.gov**

David G. Gray:    **judyhj@bellsouth.net**

Albert L. Sneed, Jr.:    **asneed@vwlawfirm.com**

**By first-class mail on the following:**

Ronald K. Payne
LONG, PARKER, WARREN,
      ANDERSON & PAYNE
P.O. Box 7216
Asheville, NC  28801

This the 21ST day of December, 2009.

s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409
*Attorney for Plaintiff Harleysville Mutual Insurance Company*