# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:      THE HAMMOCKS, LLC *dba* Richmond Hill Inn

CASE NO:   09-10332

**Reporting Period:**

FROM: _November 1, 2009_

TO: _November 30, 2009_

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _12/28/09_    _William G. Ivey_
                     Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of _____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _Dec. 31, 2009_    _[signature]_
                          Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

Disclosure Statement hearing on 11/17/09 - continued to December term

# CASH RECEIPTS AND DISBURSEMENTS

BEGINNING CASH POSITION is the same figure as the ENDING CASH POSITION of prior month.

**BEGINNING CASH POSITION**

DATE: 11-1-2009     AMOUNT: $ (3994.83)

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| RECEIPTS | 29,951.29 | | |
| LOAN FROM EMILY GRAY | 10,000.00 | Inventory Purchased | 2630.57 |
| | | Salaries/Wages | 19,100.38 |
| | | Taxes (Total) | 3,395.26 |
| | | Insurance (Total) | 524.24 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 4787.35 |
| | | Rent | |
| | | Professional Fee RES NEXUS | 285.00 |
| | | KELLERBY MEDIA | 575.00 |
| | | Maintenance/Repair | 318.98 |
| | | Maintenance/Repair | 39.78 |
| | | **OTHER DISBURSEMENTS (List)** | |
| | | MASSAGE THERAPISTS | 930.00 |
| | | BANKRUPTCY FEES | 1625.00 |
| | | GOOGLE ADWORDS | 539.81 |
| | | 401(K) | 166.16 |
| | | PLUS LINEN | 479.87 |
| | | VEHICLE EXPENSE | 299.89 |
| | | BANK/CREDIT CARD FEES | 947.97 |
| TOTAL CASH RECEIPTS | 39,951.29 | TOTAL DISBURSEMENTS | 36,644.66 |

**ENDING CASH POSITION**

DATE: 11-30-2009     AMOUNT: $ 688.20

## PAYMENTS TO SECURED CREDITORS

\_\_\_ No Secured Debt

_X_ No Secured Debt Payments Made During Reporting Period

\_\_\_ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

## PAYMENTS ON PRE-PETITION DEBT

_X_ No payments have been made on pre-petition unsecured debt during the reporting period.

\_\_\_ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: __SUNTRUST BANK__

Address: __P.O Box 62227__
Street and/or P. O. Box Number

__ORLANDO__        __FL__    __32862-2227__
City                State    Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): __OPERATING__

Account Number: __10000 9449 32.76__

DATE PERIOD BEGINS: __11-1-2009__

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ 14,366.65 |
| Outstanding Deposits and Other Credits Not On Statement | $ 2,619.34 |
| Outstanding Checks and Other Debits Not On Statement | $ 1,492.50 |
| Ending Reconciled Balance* | $ 15,493.39 |

DATE PERIOD ENDS: __11-30-2009__

Highest Daily Balance
During Above Period    $ __14,426.14__

* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

12/28/09 at 11:42:45.98

# The Hammocks, Inc. LLC
## Account Reconciliation
## As of Nov 30, 2009
## 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: November 30, 2009

Page: 1

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 7,254.69 |
| Add: Cash Receipts | | | | 39,471.85 |
| Less: Cash Disbursements | | | | (29,046.50) |
| Add (Less) Other | | | | (2,186.65) |
| Ending GL Balance | | | | 15,493.39 |
| Ending Bank Balance | | | | 14,366.55 |
| Add back deposits in transit | | | | |
| | Nov 30, 2009 | 11-0IM | 964.80 | |
| | Nov 26, 2009 | 11-26IA | 156.10 | |
| | Nov 26, 2009 | 11-26TKN | 856.18 | |
| | Nov 28, 2009 | 11-28IC | 642.26 | |
| Total deposits in transit | | | | 2,619.34 |
| (Less) outstanding checks | | | | |
| | Nov 24, 2009 | 1480 | (432.50) | |
| | Nov 30, 2009 | 1481 | (260.00) | |
| | Nov 30, 2009 | 1483 | (240.00) | |
| | Nov 30, 2009 | 1493 | (560.00) | |
| Total outstanding checks | | | | (1,492.50) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 15,493.39 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 10
36/E00/0175/0 /64
1000094493276
11/30/2009



# Account Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493276 | 11/01/2009 - 11/30/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $11,866.37 | Average Balance | $8,312.21 |
| Deposits/Credits | $39,001.72 | Average Collected Balance | $8,312.21 |
| Checks | $30,649.80 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5,851.74 | | |
| Ending Balance | $14,366.55 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 11/17 | 971.38 | | DEPOSIT | | | |
| 11/02 | 568.72 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/02 | 847.24 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/02 | 907.57 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/02 | 1,953.05 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/03 | 558.76 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/04 | 2,075.11 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/05 | 860.50 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/09 | 63.24 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/09 | 4,154.20 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/10 | 275.00 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/12 | 826.89 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/16 | 531.66 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/16 | 787.80 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/16 | 973.79 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/16 | 2,585.82 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/17 | 680.28 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |
| 11/18 | 1,124.91 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 | | | 8015343539 |

Member FDIC

Continued on next page

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 2 of 10  
36/E00/0175/0 /64  
1000094493276  
11/30/2009



# Account Statement

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/19 | 1,307.29 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/20 | 1,195.36 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/23 | 365.50 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/23 | 450.48 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/23 | 10,000.00 | | INCOMING FEDWIRE CR TRN #008800 |
| | 11/24 | 310.00 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/25 | 765.48 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/30 | 939.18 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/30 | 2,922.51 | | ELECTRONIC/ACH CREDIT MERCHANT SERVICE 8015343539 8015343539 |

Deposits/Credits: 27    Total Items Deposited: 0

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1424 | 150.00 | 11/09 | 1444 | 232.04 | 11/10 | 1462 | 121.30 | 11/17 |
| | *1426 | 4,137.80 | 11/02 | 1445 | 991.85 | 11/10 | 1463 | 820.78 | 11/24 |
| | 1427 | 478.09 | 11/02 | 1446 | 179.56 | 11/09 | 1464 | 271.63 | 11/30 |
| | 1428 | 148.01 | 11/03 | *1448 | 190.00 | 11/06 | 1465 | 473.48 | 11/27 |
| | 1429 | 1,097.58 | 11/10 | 1449 | 545.18 | 11/06 | 1466 | 211.87 | 11/24 |
| | 1430 | 118.45 | 11/04 | 1450 | 114.85 | 11/10 | *1468 | 598.36 | 11/19 |
| | *1432 | 498.12 | 11/10 | 1451 | 275.00 | 11/10 | 1469 | 324.39 | 11/20 |
| | 1433 | 761.70 | 11/09 | 1452 | 1,625.00 | 11/09 | 1470 | 894.48 | 11/24 |
| | 1434 | 745.85 | 11/16 | 1453 | 575.00 | 11/18 | 1471 | 991.85 | 11/23 |
| | 1435 | 616.87 | 11/05 | 1454 | 120.00 | 11/13 | 1472 | 90.75 | 11/19 |
| | 1436 | 894.48 | 11/03 | 1455 | 265.96 | 11/24 | 1473 | 1,257.37 | 11/24 |
| | 1437 | 435.66 | 11/05 | 1456 | 187.65 | 11/16 | 1474 | 2,842.77 | 11/17 |
| | 1438 | 453.78 | 11/10 | 1457 | 803.41 | 11/18 | 1475 | 568.66 | 11/23 |
| | *1440 | 404.24 | 11/10 | 1458 | 73.88 | 11/13 | 1476 | 977.05 | 11/23 |
| | 1441 | 575.05 | 11/09 | 1459 | 85.00 | 11/16 | 1477 | 125.27 | 11/24 |
| | 1442 | 909.36 | 11/09 | 1460 | 573.20 | 11/16 | 1478 | 34.50 | 11/25 |
| | 1443 | 219.64 | 11/06 | 1461 | 524.24 | 11/19 | 1479 | 38.79 | 11/25 |

Checks: 51    *Break in check sequence

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/02 | 200.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 |
| | 11/02 | 1,428.01 | | ELECTRONIC/ACH DEBIT MERCHANT SERVICE 8015343539 8015343539 |
| | 11/03 | 26.63 | | ELECTRONIC/ACH DEBIT AUTHNET GATEWAY BILLING 17308149 |
| | 11/03 | 1,174.07 | | CHECK CARD PURCHASE TR DATE 10/31 CHARTER COMM 888-438-2427 TN |
| | 11/04 | 46.92 | | CHECK CARD PURCHASE TR DATE 11/02 USPS 36030703032302663 ASHEVILLE NC |
| | 11/09 | 539.81 | | ELECTRONIC/ACH DEBIT GOOGLE ADWORDS 1799319 |
| | 11/09 | 4.29 | | CHECK CARD PURCHASE TR DATE 11/06 OREILLY AUTO 00012732 ASHEVILLE NC |
| | 11/12 | 46.50 | | IMPRINTED CHECK/DEPOSIT CHARGE HARLAND CLARKE CHK ORDERS 8000194 |
| | 11/12 | 12.34 | | CHECK CARD PURCHASE TR DATE 11/10 USPS 36030703032302259 ASHEVILLE NC |
| | 11/12 | 50.34 | | CHECK CARD PURCHASE TR DATE 11/09 PEACHTREEMAIN 800-617-3224 WA |

155115    Member FDIC    Continued on next page

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227  

Page 3 of 10  
36/E00/0175/0 /64  
1000094493276  
11/30/2009  



# Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 123.57 | | CHECK CARD PURCHASE CHARTER COMM | TR DATE 11/11 888-438-2427 TN | |
| | 11/12 | 11.80 | | POINT OF SALE DEBIT CVS 7588 55 WEAVERVILL | ASHVILLE NC | TR DATE 11/11 A60003 |
| | 11/12 | 14.57 | | POINT OF SALE DEBIT INGLES MARKET #3 | ASHEVILLE NC | TR DATE 11/12 62835101 |
| | 11/13 | 118.60 | | ELECTRONIC/ACH DEBIT MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 11/16 | 83.08 | | ELECTRONIC/ACH DEBIT NW TRUST     CONTRIB | 065-80547 | |
| | 11/16 | 83.08 | | ELECTRONIC/ACH DEBIT NW TRUST     CONTRIB | 065-80547 | |
| | 11/23 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #008800 | | |
| | 11/23 | 16.21 | | CHECK CARD PURCHASE INGLES #22 | ASHEVILLE NC | TR DATE 11/19 |
| | 11/27 | 206.44 | | ELECTRONIC/ACH DEBIT MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 11/27 | 347.88 | | ELECTRONIC/ACH DEBIT MERCHANT SERVICE  8015343539 | 8015343539 | |
| | 11/27 | 29.04 | | CHECK CARD PURCHASE SUPERLUBE LEICESTE | ASHEVILLE NC | TR DATE 11/25 |
| | 11/27 | 285.00 | | CHECK CARD PURCHASE RESERVATION NEXUS | 801-6231796 UT | TR DATE 11/23 |

Withdrawals/Debits: 30

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 11/01 | 11,866.37 | 11,866.37 | 11/16 | 7,045.66 | 7,045.66 |
| | 11/02 | 9,899.05 | 9,899.05 | 11/17 | 5,733.25 | 5,733.25 |
| | 11/03 | 8,214.62 | 8,214.62 | 11/18 | 5,213.79 | 5,213.79 |
| | 11/04 | 10,124.36 | 10,124.36 | 11/19 | 5,307.73 | 5,307.73 |
| | 11/05 | 9,932.33 | 9,932.33 | 11/20 | 6,178.70 | 6,178.70 |
| | 11/06 | 8,977.51 | 8,977.51 | 11/23 | 14,425.91 | 14,425.91 |
| | 11/09 | 8,450.18 | 8,450.18 | 11/24 | 11,426.14 | 11,426.14 |
| | 11/10 | 4,657.72 | 4,657.72 | 11/25 | 12,118.33 | 12,118.33 |
| | 11/12 | 4,236.93 | 4,236.93 | 11/27 | 10,776.49 | 10,776.49 |
| | 11/13 | 3,924.45 | 3,924.45 | 11/30 | 14,366.55 | 14,366.55 |

55116    Member FDIC    Continued on next page

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: __SUNTRUST BANK__

Address: __P.O Box 632227__
Street and/or P. O. Box Number

__ORLANDO__  __FL__  __32862-2227__
City                State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): __TAX__

Account Number: __1000 9MM 3284__

DATE PERIOD BEGINS: __11-1-2009__

Ending Balance (per the attached bank statement for this period)   $ __121.70__

Outstanding Deposits and Other Credits Not On Statement   $ __0__

Outstanding Checks and Other Debits Not On Statement   $ __0__

Ending Reconciled Balance*   $ __121.70__

DATE PERIOD ENDS: __11-30-2009__

Highest Daily Balance During Above Period   $ __3516.96__

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

12/28/09 at 11:46:17.75

Page: 1

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Nov 30, 2009
### 000-1007 - SUNTRUST-TAX D/I/P
### Bank Statement Date: November 30, 2009

| | |
|---|---:|
| Beginning GL Balance | 3,316.96 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (3,395.26) |
| Add (Less) Other | 200.00 |
| Ending GL Balance | 121.70 |
| Ending Bank Balance | 121.70 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 121.70 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /64
1000094493284
11/30/2009



# Account Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL
TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL
INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM
BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493284 | 11/01/2009 - 11/30/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $3,316.96 | Average Balance | $680.91 |
| Deposits/Credits | $200.00 | Average Collected Balance | $680.91 |
| Checks | $3,395.26 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $121.70 | | |

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 11/02 | 200.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |

Deposits/Credits: 1        Total Items Deposited: 0

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1014 | 3,395.26 | 11/06 | | | | | | |

Checks: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 3,316.96 | 3,316.96 | 11/06 | 121.70 | 121.70 |
| 11/02 | 3,516.96 | 3,516.96 | | | |

55124                     Member FDIC                     Continued on next page

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: __CAROLINA FIRST__

Address: __200 COLLEGE STREET__
Street and/or P. O. Box Number

__Asheville       NC      28806__
City                    State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): __NEW D/I/P OPERATING__

Account Number: __7102487680__

DATE PERIOD BEGINS: __11-1-2009__

Ending Balance (per the attached bank statement for this period)   $ __-14,926.89__

Outstanding Deposits and Other Credits Not On Statement   $ __0-__

Outstanding Checks and Other Debits Not On Statement   $ __0-__

Ending Reconciled Balance*   $ __-14,926.89__

DATE PERIOD ENDS: __11-30-2009__

Highest Daily Balance
During Above Period   $ __-14__

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

12/28/09 at 12:00:19.67                                                                                           Page: 1

# The Hammocks, Inc. LLC
## Account Reconciliation
## As of Nov 30, 2009
## 000-1004 - CAROLINA FIRST-GENERAL
## Bank Statement Date: November 30, 2009

| | |
|---|---:|
| Beginning GL Balance | (14,497.48) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (429.41) |
| Ending GL Balance | (14,926.89) |
| Ending Bank Balance | (14,926.89) |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (14,926.89) |


## CAROLINA FIRST

7102489680  31  I

THE HAMMOCKS LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE NC 28806

| October 31, 2009 - November 30, 2009 | Account Number 7102489680 | Page 1 of 2 No enclosures |
|---|---|---|

**FREE BUSINESS CHECKING**          Summary          7102489680

| Previous Balance | + Deposits Credits | − Checks Debits | − Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,497.48 | 0.00 | 429.41 | 0.00 | 0.00 | -14,926.89 |

30 Days in Statement Period

### Described Debits

| Date | Description | Amount |
|---|---|---|
| 11-06 | WEEKLY OVERDRAFT FEE | 25.00 |
| 11-13 | WEEKLY OVERDRAFT FEE | 25.00 |
| 11-16 | RETURN ITEM FEE<br>Insufficient funds<br>NSF/OD Effective Date 11/13/09 | 36.00 |
| 11-19 | MERCHANT FEES | 282.41 |
| 11-19 | OVERDRAFT ITEM FEE<br>Insufficient funds<br>NSF/OD Effective Date 11/18/09 | 36.00 |
| 11-20 | WEEKLY OVERDRAFT FEE | 25.00 |
| *Total Described Debits* | *$429.41* | |

THE HAMMOCKS LLC
DBA RICHMOND HILL INN

Account Number  7102489680

Page 2 of 2

**Daily Balance Summary**

| Date | Balance | Date | Balance |
| --- | --- | --- | --- |
| 10-31 Beginning Balance | -14,497.48 | 11-16 | -14,583.48 |
| 11-06 | -14,522.48 | 11-19 | -14,901.89 |
| 11-13 | -14,547.48 | 11-20 Ending Balance | -14,926.89 |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| Type | AMOUNT PAID |
|---|---|
| SALARIED | $ 6292.30 |
| WAGE | $ 12,808.00 |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | AMOUNT PAID |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| KAREN HARDISON | MASSEUSE | $ 275.00 |
| DANA KENDALL | MASSEUSE | $ 275.00 |
| DAVID McIntosh | MASSEUSE | $ 120.00 |
| KATHLEEN PARRY | MASSEUSE | $ 260.00 |

Total Salary/Wage/Commission/Payments    $ 20,030.30

* "Insider" is defined in 11 U.S.C. Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I. Accounts Receivable Pending As of: 11-30-2009 (Date of Reporting Period)

II. Sales (gross) During Reporting Period: 31,628.85

III. Collections of Accounts Receivable During Reporting Period: $ 30,624.21

IV. New Accounts Receivables Generated During Reporting Period: $

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ 0 | $ 0 | $ 0 |
| 31-60 DAYS | $ 291.38 | $ 0 | $ 291.38 |
| 61-90 DAYS | $ 334.20 | $ 0 | $ 334.20 |
| 91-120 DAYS | $ 150.87 | $ 0 | $ 150.87 |
| 120 DAYS AND OVER | $ 2018.43 | $ 0 | $ 2018.43 |
| TOTAL | $ 2794.88 | $ | $ 2794.88 |

## INVENTORY (Cost Basis)

Beginning Date: _____   Ending Date: _____

LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies

## ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

_X_ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet(s) attached. Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Asheville Elevator | 9-30/10-31-09 | 340.00 |
| CHARTER | 11-1-2009 | 1211.78 |
| City of Asheville - Water | 11-15-2009 | 2194.90 |
| CURBSIDE | 11-15-2009 | 150.00 |
| DELTACOM | 8-17-2009 | 1347.67 |
| ENMARK | 11-20-2009 | 187.61 |
| ERVIN LEASING | 10-20/11-20-2009 | 2529.57 |
| FRANK RICE JR | 9-30/10-31-09 | 403.56 |
| MT FOOD | 10-31-2009 | 643.70 |
| PROGRESS ENERGY | OCT/NOV 2009 | 5084.82 |
| PSNC ENERGY | OCT/NOV 2009 | 3715.54 |
| SOUTHERN FOODS | OCT/NOV 2009 | 1912.21 |
| THYSSENKRUPP | April/July 2009 | 1015.32 |
| WEBB CHEMICAL | July/Nov 2009 | 568.60 |
| YELLOW BOOK USA | APRIL/JULY 2009 | 823.06 |
|  |  |  |
| TAXES |  |  |
| SALES TAX - NOV 2009 | 12-20-2009 | 2310.78 |
| ROOM TAX - NOV 2009 | 12-20-2009 | 1189.88 |
| STATE WITH - NOV 2009 | 12-15-2009 | 914.00 |
| PAYROLL TAXES - NOV 2009 |  | 4978.06 |
| SUTA - OCT NOV 2009 | 1-31-2010 | 1061.18 |

Total Accrued Liabilities                                $ __33,489.94__

## AFFIRMATIONS

1. Yes \_\_\_\_  No _X_   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2. Yes _X_  No \_\_\_\_   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3. Yes _X_  No \_\_\_\_   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4. Yes \_\_\_\_  No* _X_   All post-petition taxes have been paid or deposited into a designated tax account.

5. Yes _X_  No \_\_\_\_   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6. Yes _X_  No \_\_\_\_   New DIP financial books and records have been opened and are being maintained monthly and are current.

\* If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | CERTIFICATE OF SERVICE |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned certifies that copy of Monthly Status Report for the month of November, 2009 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

Bankruptcy Administrator
402 West Trade Street, Room 200
Charlotte NC 28202-1669

Internal Revenue Service
320 Federal Place
Greensboro NC 27401

Securities & Exchange Commission
Atlanta Regional Office
3475 Lenox Road, Ste. 1000
Atlanta GA 30326-1232

This the 31st day of December, 2009.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305