IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | MOTION TO AMEND SCHEDULE B |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The debtor/debtor-in-possession moves the Court, alleges and says:

1. The debtor filed voluntary Chapter 11 on March 25, 2009.

2. Prior to the filing, on March 19, 2009, the debtor suffered a fire loss.

3. The debtor listed the fire loss on the Statement of Financial Affairs, Question 8, Losses, with some presumption that the insurance company would dutifully pay the claim.

4. The debtor initially saw no need to list a claim on Schedule B and filed its proof of loss with the insurance company (Harleysville Mutual Insurance Company) on May 29, 2009.

5. Since the filing, and after attempting to deal with the insurance company for ten (10) months without any resolution, it now seems appropriate to amend Schedule B and add to B-21 the estate's claim against the insurance company, Harleysville Mutual Insurance company, as it is now represented by the adversary proceeding filed by the Chapter 11 Estate/debtor-in-possession against the insurance company in this proceeding.

6. Attached to this motion as filed with the Court is Amended Schedule B showing the approximately $7 million claim against the insurance company, Harleysville Mutual Insurance Company, under B-21 (copy of Amended Schedule B is available to any party-in-interest upon request to the undersigned).

7. It is appropriate to allow this amendment showing the claim as of the filing date.

THEREFORE, the debtor/debtor-in-possession moves the Court for an order as follows:

1. To allow the debtor/debtor-in-possession to amend Schedule B to reflect the potential claim indicated on the Statement of Financial Affairs, paragraph 8, that has now developed into a full-fledged claim to be listed on Schedule B, paragraph 21.

2. For such further relief deemed proper by the Court.

This the 21st day of January, 2009.

/s/ David G. Gray
David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305

B6B (Official Form 6B) (12/07)

In re  The Hammocks, LLC  
Debtor

Case No. 09-10332  
(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Funds generally on hand at front desk, gift shop, grille, petty cash and change bank | | 2,150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Funds on deposit with Carolina First - balances vary daily/weekly | | 15,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits with Progress Energy and PSNC | | 20,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | oriental rugs | | 25,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | GAB Pearson - portrait | | amt. unk. |
| 6. Wearing apparel. | | Uniforms | | 1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Amts. due from guests in house | | 769.01 |
| Accounts receivable. | | Richmond Hill Inn, Inc. | | 133,112.09 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  The Hammocks, LLC                                              Case No. 09-10332
                          Debtor                                                (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Harleysville Mutual Insurance Company for fire loss of 3/19/09** | | 7,000,000.00 |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim for employee dishonesty; claim filed with Travelers** | | Amt. unk. |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | **2000 Chevrolet truck** | | 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings and supplies. | | **Office equipment, etc.** | | 176,250.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Fixtures, equipment and supplies** | | 1,636,062.00 |
| 30. Inventory. | | **wine, food, etc.** | | 55,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **Tractor** | | 20,000.00 |
| 34. Farm supplies, chemicals, and feed. | | **lawn chemicals** | | 300.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | **Credit balance w/ Staples Credit Plan** | | 17.61 |
| Other personal property of any kind not already listed. Itemize. | | **Credit balance w/Blue Cross/Blue Shield** | | 13,969.92 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   The Hammocks, LLC                                      Case No. 09-10332
                        Debtor                                          (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35 Other personal property of any kind not already listed. Itemize. | | **Credit balance w/Craft-Tex/Ladybug** | | 52.30 |
| Other personal property of any kind not already listed. Itemize. | | **Credit balance w/Pitney Purchase Power** | | 24.86 |
| | | __2__ continuation sheets attached | Total > | $9,110,707.79 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **The Hammocks, LLC**                           Case No  **09-10332**
                        Debtor
                                                      Chapter  **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 14,300,000.00 | | |
| B - Personal Property | YES | 3 | $ 9,110,707.79 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 6,991,316.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 9 | | $ 810,355.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 112,559.79 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 22 | $ 23,410,707.79 | $ 7,914,231.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **The Hammocks, LLC**   Case No. **09-10332**
                Debtor        Chapter **11**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U S C § 101(8)), filing a case under chapter 7  11 or 13 you must report all information requested below

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts  You are not required to report any information here

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 757,773.08 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 757,773.08 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1 Total from Schedule D  UNSECURED PORTION, IF ANY column | | $ 0.00 |
| 2 Total from Schedule E 'AMOUNT ENTITLED TO PRIORITY' column | $ 810,355.26 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 112,559.79 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 112,559.79 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | NOTICE OF HEARING |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

TAKE NOTICE that the debtor has filed motion to file an amendment to Schedule B of the Chapter 11 proceeding; a copy of said motion accompanies this notice.

TAKE FURTHER NOTICE that hearing on said motion will be held on February 17, 2010 at 9:30 a.m. or thereafter as reached for hearing before the Bankruptcy Judge Presiding in the first floor courtroom, U. S. Courthouse, 100 Otis Street, Asheville, NC 28801.

This 21st day of January, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | CERTIFICATE OF SERVICE |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

    The undersigned certifies that copy of notice of hearing with copy of motion to amend Schedule B has been served on each party listed on the attached mailing matrix, said service being by first class mail in a properly addressed envelope with adequate postage affixed.

This 21st day of January, 2010.

_____
David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-1<br>Case 09-10332<br>Western District of North Carolina<br>Asheville<br>Wed Jan 20 16:26:30 EST 2010 | A Look at Asheville<br>29 Montford Ave., #200<br>Asheville, NC 28801-2529 | ASCAP<br>Suite 350<br>2685 Paces Ferry Rd. SE<br>Atlanta, GA 30339 |
| ASCAP<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094-5126 | AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T Attorney: James Grudus, Esq.<br>AT&T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2694 |
| Alan or Barbara Batog<br>4011 West San Luis Street<br>Tampa, FL 33629-8510 | Albert L. Sneed, Jr.<br>PO Box 7376<br>Asheville, NC 28802-8506 | Alex N. Sill Company<br>c/o Jerome W. Cook<br>McDonald Hopkins LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114-2653 |
| Allan Solomon<br>317 W. Morgan Ste. 200-1<br>Raleigh, NC 27601-1564 | Philip S. Anderson<br>Long, Parker, Warren & Jones<br>Post Office Box 7216<br>Asheville, NC 28802-7216 | Augusto Malote<br>6 Lionel Place<br>Asheville, NC 28806-2016 |
| BMI<br>10 Music Square<br>Nashville, TN 37203-4321 | BMI General Licensing<br>PO Box 406741<br>Atlanta, GA 30384-6741 | Betty Hall<br>6 Bradhall Dr.<br>Asheville, NC 28806-7413 |
| Blanca Monreal<br>33 Monty St.<br>Asheville, NC 28806-1500 | Robin Boylan<br>NAI BH Commercial<br>410 Executive Park<br>Asheville, NC 28801-2429 | Brian Phillips<br>23 Sunny Ridge Drive<br>Asheville, NC 28804-9789 |
| David Leonard Brown<br>Pinto Coates Kyre & Brown, PLLC<br>3203 Brassfield Road<br>Greensboro, NC 27410-9450 | Buncombe Co. Tax Collect<br>60 Court Plaza, 3rd Fl.<br>Asheville, NC 28801-3519 | Buncombe County<br>60 Court Plaza<br>Room 320<br>Asheville, NC 28801-3572 |
| Buncombe County Finance Department<br>c/o County Legal<br>205 College Street<br>Suite 300<br>Asheville, NC 28801-3001 | Cameron M Sheffield<br>2264 Haw River Hopedale Rd<br>Burlington, NC 27217-8990 | Carol King Associates<br>40 N. French Broad<br>Asheville, NC 28801-2602 |
| Carolina First<br>74 Patton Avenue<br>Asheville, NC 28801-3312 | Carolina First Bank<br>200 College Street<br>2nd Floor<br>Asheville, NC 28801-3005 | Carolina First Bank-VIS<br>PO Box 7968<br>Columbia, SC 29202-7968 |
| Carrie Peeler<br>49 Baker St<br>Asheville, NC 28806-3500 | Catherine Duda<br>2516 Giverny Drive<br>Charlotte, NC 28226-3302 | Catherine Taylor<br>722 Appledoorn Cir.<br>Asheville, NC 28803-6110 |

| | | |
|---|---|---|
| Cedric Dennis Fitch<br>10 High Meadows Drive<br>Candler, NC 28715-9449 | Christopher Michael Geck<br>1000 Fox Hunt Lane<br>Apt A<br>Raleigh, NC 27615-5329 | Christy Parrish<br>4500 South Four Mile Run Dr.<br>Suite 213<br>Arlington, VA 22204-3539 |
| City of Asheville<br>PO Box 7148<br>Asheville, NC 28802-7148 | Jerome W. Cook<br>McDonald Hopkins, LLC<br>600 Superior Ave, East<br>Suite 2100<br>Cleveland, OH 44114-2653 | Darin Kleinsmith<br>P.O Box 1165<br>Linville, NC 28646-1165 |
| David Austin<br>27 Medford Road<br>Candler, NC 28715-9038 | David Ferrara<br>134 Woodrow Ave.<br>Asheville, NC 28801-1837 | David Worley, CPA<br>PO Box 2101<br>Asheville, NC 28802-2101 |
| Dedric Fitch<br>10 High Meadows Dr.<br>Candler, NC 28715-9449 | Deltacom<br>PO Box 740597<br>Atlanta, GA 30374-0597 | Deltacom, Inc<br>Suite 400<br>7037 Old Madison Pike<br>Hutsville, AL 35806-2107 |
| Dennis Withered<br>1 Misty Lane<br>Greenville, SC 29615-6048 | Diane Deschner<br>PO Box 1063<br>Arden, NC 28704-1063 | Dick Williams (F. Richard Williams)<br>109 Tryon Court<br>Greenwood, SC 29649-7200 |
| Doug Smith<br>305 Lakeland Drive<br>Conway, SC 29526-4018 | Douglas Baird Robinson<br>10513 Kenlauren Terrace<br>Charlotte, NC 28210-7830 | Emily A Gray<br>5208 Archer Drive<br>Roanoke VA 24018-8502 |
| Erin Kaplan<br>343 Cumberland Ave.<br>Asheville, NC 28801-1002 | Ervin Leasing<br>Dept. 77228<br>PO Box 77000<br>Detroit, MI 48277-2000 | Ervin Leasing Company<br>PO Box 1689<br>Ann Arbor, MI 48106-1689 |
| GDS - Asheville<br>PO Box 9001707<br>Louisville, KY 40290-1707 | Gabriel Rivas<br>Lot 12<br>2001 Adams Hill Rd.<br>Asheville, NC 28806 | Gary Grant<br>9 Reese Road<br>Asheville, NC 28805-1426 |
| Gateway Park Ent.<br>PO Box 22407<br>Charleston, SC 29413-2407 | Gateway Pk. Prop., LLC<br>c/o James Sloggart<br>PO Box 22401<br>Charleston, SC 29413-2401 | David G. Gray<br>81 Central Avenue<br>Asheville, NC 28801-2438 |
| Harleysville Mutual Insurance Company<br>355 Maple Avenue<br>Harleysville, PA 19438-2297 | Heidi Smart<br>59 Gay Street<br>Asheville, NC 28801-2155 | Daniel E. Hitchcock<br>Adams, Hendon Carson Crow & Saenger, PA<br>PO Box 2714<br>Asheville, NC 28802-2714 |

| | | |
|---|---|---|
| Home Depot<br>PO Box 6029<br>The Lakes, NV 88901-6029 | Image Solutions<br>1306 Patton Avenue<br>Asheville, NC 28806-2660 | Inland Seafood<br>Attn: Wendy<br>3725 N. Davidson St.<br>Charlotte, NC 28205-1303 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Irene Pike<br>168 Lee's Creek Rd.<br>Asheville, NC 28806-2143 | Jack W. Keen<br>P. O. Box 885<br>Silver City, NM 88062-0885 |
| James Hopper<br>42 Johnston Blvd.<br>Asheville, NC 28806-1819 | James P. Sloggart<br>PO Box 22401<br>Charleston, SC 29413-2401 | James Woody<br>PO Box 181<br>Mountain View, WY 82939-0181 |
| Jan B. Young, III<br>250 Rivertrace Dr.<br>Marion, AR 72364-2602 | Jan Martin Putney<br>618 w richardson ave<br>Summerville, SC 29483-6032 | Jane and Leah Chapman<br>6002 Red Oak Court<br>Kernersville, NC 27284-7136 |
| John Dierkes<br>461 Whistler Cove<br>Franklin, TN 37067-8151 | John Stephen Hines<br>Box 227<br>Cashiers, NC 28717-0227 | Journal Communications<br>Suite 102<br>361 Mallory Station Rd.<br>Franklin, TN 37067-8254 |
| Journal Communications, Inc<br>725 Cool Springs Blvd , Ste 400<br>Franklin, TN 37067-2711 | Justin Burdett<br>38 Mildred Avenue<br>Asheville, NC 28806-3116 | Kathleen Goldsworth<br>255 Meadow Creek Dr.<br>Weaverville, NC 28787-7610 |
| Kelso Associates<br>15 W. Walnut St.<br>Asheville, NC 28801-8102 | Kelso Associates Ltd.<br>Kelso Advertising and Design<br>15 W. Walnut Street<br>Asheville, NC 28801-8102 | Kimberly Morock<br>9 Reese Rd.<br>Asheville, NC 28805-1426 |
| Lake Norman Pavilion LLC<br>c/o William G. Gray<br>PO Box 1496<br>Cornelius, NC 28031-1496 | Land-O-Sun Dairies, LLC<br>Alex D. Madrazo<br>Dean Foods Company<br>2515 McKinney Ave, Suite 1200<br>Dallas, TX 75201-1945 | Larry Benner<br>Apt. J-3<br>615 Biltmore Avenue<br>Asheville, NC 28803-2570 |
| Laura Bogard<br>38 Howard Street<br>Asheville, NC 28806 | Laurel Anne Young<br>265 Charlotte St.<br>Apt. 23<br>Asheville, NC 28801-1400 | David D Lennon<br>Office of the Attorney General - Revenue<br>PO Box 629<br>Raleigh, NC 27602-0629 |
| Les Caison<br>6 Lenox Ct., #3<br>Asheville, NC 28801-1450 | Main Street Online<br>PO Box 8757<br>Asheville, NC 28814-8757 | Marjorie Rowe Mann<br>Roberts and Stevens, PA<br>Post Office Box 7647<br>Asheville, NC 28802-7647 |

Margaret Wyatt
Lot #1
359 School Road, East
Asheville, NC 28803-8684

Marjorie R. Mann
Substitute Trustee
PO Box 7647
Asheville, NC 28802-7647

Marjorie R. Mann
c/o Roberts & Stevens, P.A.
P. O. Box 7647
Asheville, NC 28802-7647

Mary Andrews
8050 Blades Trail
Denver, NC 28037-9151

Mary Anne Amos
2914 Pleasant Ridge Rd
Summerfield, NC 27358-7210

Mary C. Mullins
123 Melrose Avenue
Chattanooga, TN 37421-5135

Meagan Morris
PO Box 995
Leicester, NC 28748-0995

Melissa Ketron
2537 W Georgia Road
Piedmont, SC 29673-8669

Michael J. Stelzer
5067 Fox Hollow Dr.
Denver, NC 28037-9402

Michelle Barry
124 Circle View Drive
Hendersonville, NC 28792-9221

Mountain Food
PO Box 17247
Asheville, NC 28816-7247

Myles Thomas
PO Box 517
L Switzerland, NC 28749-0517

NC Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Naomi Watkins
889 Center St
Asheville, NC 28803-2801

Michael R. Nelson
Nelson, Levine, de Luca & Horst
518 Township Line Road
Suite 300
Blue Bell, PA 19422-2172

Nicholas Willems
63 Lemon Creek Dr.
Candler, NC 28715-8873

North Carolina Department of Revenue
c/o Office of the Attorney General
Revenue Section
P O Box 629
Raleigh, NC 27602-0629

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept. of
Bankruptcy Unit - Collec
PO Box 1168
Raleigh NC 27602-1168

PSNC Energy
PO Box 100256
Columbia, SC 29202-3256

Patricia Isreal
139 Wellington St.
Asheville, NC 28806-4438

Ronald K Payne
Long, Parker, Warren, Anderson & Payne
Asheville, NC 28802

Perry Hendrix
88 Martin Avenue
Asheville, NC 28806-3534

Pet Dairy
PO Box 60498
Charlotte, NC 28260-0498

Plus Linen/Uniform
PO Box 1188
Canton, NC 28716-1188

Progress Energy
Raleigh, NC 27698-0001

Ralph Lanow
1771 1/2 Old Haywood Rd.
Asheville, NC 28806-1157

Ray Womack
2310 Hickory Ave
Burlington, NC 27215-4745

Resort Data Process
Attn: Rita Gayle
PO Box 1170
Vail, CO 81658-1170

Richard Pace
26 Squirrel Hill Dr.
Weaverville, NC 28787-9314

Richmond Hill, Inc.
c/o Dr. Albert Michel
1113 Hammel Rd.
Greensboro, NC 27408-7315

Robert Gentry
82 Blue Ridge Ave.
Asheville, NC 28806-3143

Robert Gormly and Lisa Hollis
160 Kimberly Drive
Atoka, TN 38004-7448

SESAC
PO Box 900013
Raleigh, NC 27675-9013

SYSCO
Attn: Cashier
PO Box 96
Concord, NC 28026-0096

Sara B. Hodgdon
38 Serendipity Trail
Asheville, NC 28804-0001

Sara Hodgdon
38 Serendipity Trail
Asheville, NC 28804-0001

Sarah Ballew
166 South Wildflower Road
Asheville, NC 28804-1026

Sarah McCullagh
87 Richmond Hill Dr.
Asheville, NC 28806-3912

Select Registry
PO Box 150
Marshall, MI 49068-0150

Sharon Olson
458 Bailey Street
Mars Hill, NC 28754-6210

Sherry Meng
490 Leftwich Rd
Madison Heights, VA 24572-6222

Albert L. Sneed Jr.
Van Winkle, Buck, Wall, Starnes & Davis
P. O. Box 7376
Asheville, NC 28802-8506

Staples Credit Plan
PO Box 9020
Des Moines, IA 50368-0001

Steve Goff
26 Annadale
Asheville, NC 28801-1397

Susan Inez Zimmerman
10 High Meadows Drive
Candler, NC 28715-9449

Susan Zimmerman
10 High Meadows Rd
Candler, NC 28715-9449

Sysco of Charlotte, LLC
c/o Olsen Law Offices, PLLC
125 Floyd Smith Drive, Suite 100
Charlotte, NC 28262-1299

Terrance Angelo & Johanna Tornquist
1316 Highway 14 East Unit 102
Prattville, AL 36066-5685

The Alex N. Sill Company
The Genesis Building
6000 Lombardo Center, Suite 600
Independence, OH 44131-6911

The Hammocks, LLC
87 Richmond Hill Drive
Asheville, NC 28806-3912

Thyssenkrupp Elevator
PO Box 933004
Atlanta, GA 31193-3004

U.S. Bankruptcy Administrator
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

U.S. Securities Exchange
Suite 1000
3475 Lenox Rd., N.E.
Atlanta, GA 30326-3235

US Postal Service
Asheville BMEU
591 Brevard Rd.
Asheville, NC 28810-0001

United States Attorney
Federal Courthouse Rm. 233
100 Otis Street
Asheville, NC 28801-2608

Virginia C. Love
5325 Fairview Rd.
Hixson, TN 37343-4623

Will Straughan
PO Box 1034
Black Mountain, NC 28711-1034

William G. Gray
PO Box 1496
Cornelius, NC 28031-1496

David G Worley
7 Orchard Street
Asheville, NC 28801-2402

| | | |
|---|---|---|
| Yellow Jacket Publishing DBA A Look at Ashev<br>29 Montford Avenue, Suite 200<br>Asheville, NC 28801-2529 | Brady Allen Yntema<br>Pinto Coates Kyre & Brown, PLLC<br>P O Box 4848<br>Greensboro, NC 27404-4848 | floyd  putney<br>618 west richardson avenue<br>summerville, SC 29483-6032 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4)

Internal Revenue Service
P.O Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CAROLINA FIRST BANK            (u)George R. Hodges            (u)Richmond Hill, Inc.

End of Label Matrix
Mailable recipients   152
Bypassed recipients     3
Total                 155