FILED & JUDGMENT ENTERED
David E. Weich

Jan 21 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No.:    09-10332 |
| | **Chapter 11** |
| **THE HAMMOCKS, LLC** | |
| *dba* **RICHMOND HILL INN** | |
| | |
| TAX I.D. #:  69-0007721 | |
| | |
| **Debtor(s)** | |

## ORDER DENYING MOTION TO APPOINT CHAPTER 11 TRUSTEE
## OR CONVERT TO CHAPTER 7

This cause coming on to be heard and being heard by the undersigned, United States Bankruptcy Judge, upon the motion of the United States Bankruptcy Administrator for the Western District of North Carolina to appoint a Chapter 11 Trustee or to convert the case to Chapter 7, and the Court finds:

1. This is a Chapter 11 proceeding in which a voluntary petition was filed on or about March 25, 2009.

2. The Bankruptcy Administrator filed a Motion to Appoint Chapter 11 Trustee or Convert to Chapter 7 ("Motion") on November 5, 2009 for the debtor's failure to pay quarterly fees, file monthly status reports and provide proof of valid insurance.

3. At the hearing held on January 20, 2010, the Bankruptcy Administrator's Motion was denied.

WHEREFORE, based upon the foregoing, as well as the entire record in this case, it is ORDERED that the Bankruptcy Administrator's Motion is hereby DENIED.

*This Order has been signed electronically.*
*The judge's signature and court's seal*            United States Bankruptcy Court
*appear at the top of the Order.*