UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| IN RE: | ) | Case No.: 09-10332 |
| --- | --- | --- |
|  | ) | Chapter 11 |
| THE HAMMOCKS, LLC | ) |  |
| *dba* RICHMOND HILL INN | ) |  |
|  | ) |  |
| TAX ID #:  01-0713585 | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING __DECEMBER__, 20__09__.

DISBURSEMENTS*

1.  MONTH                                      DISBURSEMENTS

    Oct 09                                     $  45,466.09
    Nov 09                                     $  36,644.66
    Dec 09                                     $  36,875.81

    TOTAL DISBURSEMENTS FOR QUARTER            $ 118,986.56

2.  QUARTERLY FEE OWED PURSUANT TO             $     975.00
    28 U.S.C. § 1930 (a)(7)

3.  QUARTERLY FEE PAID                         $     975.00
    (Attach proof of payment)

4.  AMOUNT OF UNPAID FEES (IF ANY)             $

I, __William G. Gray__, acting as the duly authorized agent for the Debtor-In-Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 1/14/10

_____
For the Debtor-In-Possession (Trustee) (Plan Adm.)

William Gray

(Print or type name and
capacity of person signing
this Declaration.)

The check for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the clerk of court.
*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.