# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**     **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

**CASE NO:**   **09-10332**

**Reporting Period:**

FROM:     ~~DECEMBER 1, 2009~~

TO:       ~~DECEMBER 31 2009~~

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of ~~21~~ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: ~~1/19/10~~                    _William F. Gray_
                              Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of ____ ____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: ~~1/25/2010~~                    _____
                              Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## PAYMENTS TO SECURED CREDITORS

_____ No Secured Debt

__X__ No Secured Debt Payments Made During Reporting Period

_____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

## PAYMENTS ON PRE-PETITION DEBT

__X__ No payments have been made on pre-petition unsecured debt during the reporting period.

_____ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 12-1-2009      AMOUNT: $ 688 20

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| LOAN FROM EMILY | 20 000.00 | | |
| TRANSFER FROM PETTY CASH | 2,125.35 | Inventory Purchased | 643.70 |
| UTINTY REFUNDS | 252.63 | Salaries/Wages | 7746.44 |
| SALES - 2 MUGS | 26.67 | Taxes (Total) | 9599.08 |
| | | Insurance (Total | 97.71 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 16,294.96 |
| | | Rent | |
| | | Professional Fee RESNEXUS | 140 00 |
| | | KELLERBY MEDIA | 575 00 |
| | | Maintenance/Repair | 334.92 |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | CREDIT CARD FEES | 1165.37 |
| | | MISC | 43.76 |
| | | GOOGLE ADWORDS | 79.93 |
| | | MASSAGE EXPENSE | 155.00 |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | 22,404.65 | TOTAL DISBURSEMENTS | 36,875.81 |

**ENDING CASH POSITION**

DATE: 12-31-2009      AMOUNT: $ (13,782.96)

# BANK ACCOUNTS

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:    CAROLINA  FIRST

Address:    200  COLLEGE  STREET
Street and/or P. O. Box Number

Asheville        NC        28806
City                        State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):    NEW  D/I/P  OPERATING

Account Number:    7102489680

DATE PERIOD BEGINS:    12-1-2009

Ending Balance (per the attached
bank statement for this period)    $ (14,982.89)

Outstanding Deposits and Other
Credits Not On Statement    $_____

Outstanding Checks and Other
Debits Not On Statement    $_____

Ending Reconciled Balance*    $ (14,982.89)

DATE PERIOD ENDS:    12-31-2009

Highest Daily Balance
During Above Period    $ (14,982.89)

*
The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

**The Hammocks, Inc. LLC**
**Account Reconciliation**
**As of Dec 31, 2009**
**000-1004 - CAROLINA FIRST-GENERAL**
**Bank Statement Date: December 31, 2009**

| | |
|---|---:|
| Beginning GL Balance | (14,926.89) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (56.00) |
| Ending GL Balance | (14,982.89) |
| Ending Bank Balance | (14,982.89) |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (14,982.89) |



**CAROLINA FIRST**

7102489680  31 I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

|  | | Account Number | | Page 1 of 1 |
|---|---|---|---|---|
| November 30, 2009 - December 31, 2009 | | 7102489680 | | No enclosures |

| FREE BUSINESS CHECKING | | | Summary | | | 7102489680 |
|---|---|---|---|---|---|---|

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,926 89 | 0 00 | 56 00 | 0 00 | 0 00 | -14,982 89 |

31  Days in Statement Period

**Described Debits**

| Date | Description | Amount |
|---|---|---|
| 12-02 | OVERDRAFT ITEM FEE | 36 00 |
| | Insufficient funds | |
| | NSF/OD Effective Date 12/01/09 | |
| 12-02 | CAROLINA FIRST  ISYS FEE | 20 00 |
| | 000447731021010 | |
| | RICHMOND HILL INN | |
| *Total Described Debits* | *$56 00* | |

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11-30 Beginning Balance | -14,926 89 | 12-02 Ending Balance | -14,982 89 |

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank:  SUNTRUST BANK

Address:  P.O. Box 622227
Street and/or P. O. Box Number

ORLANDO  FL  32862-2227
City      State    Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):  TAX

Account Number:  10060 9MM 3284

DATE PERIOD BEGINS:  12-1-2009

Ending Balance (per the attached
bank statement for this period)  $  89 95

Outstanding Deposits and Other
Credits Not On Statement  $  Ø

Outstanding Checks and Other
Debits Not On Statement  $  Ø

Ending Reconciled Balance*  $  89.95

DATE PERIOD ENDS:  12-31-2009

Highest Daily Balance
During Above Period  $  121.76

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /64
1000094493284
12/31/2009

# SUNTRUST

## Account
## Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

WE UNDERSTAND THE CURRENT CHALLENGES OF THE ECONOMY AND WE WANT TO PROVIDE YOU
WITH THE TOOLS TO CONTINUE TO STAY ON SOLID GROUND IN THE NEW YEAR. AS A THANK
YOU WE ARE INCREASING THE DAILY PURCHASING LIMIT ON YOUR BUSINESS CHECKCARD TO
$7500. SO YOU CAN TAKE CARE OF BUSINESS WITH YOUR BUSINESS CHECKCARD.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000094493284 | 12/01/2009 - 12/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $121.70 | Average Balance | $94.12 |
| Deposits/Credits | $26.67 | Average Collected Balance | $93.29 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $58.42 | | |
| Ending Balance | $89.95 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 12/29 | 26.67 | | DEPOSIT | | | |

Deposits/Credits:  1                    Total Items Deposited: 1

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/16 | 36.00 | | NSF RETURNED ITEMS PENALTY |
| 12/16 | 22.42 | | *ELECTRONIC/ACH DEBIT* |
| | | | IRS          USATAXPYMT 270975000488197 |

Withdrawals/Debits: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 121.70 | 121.70 | 12/29 | 89 95 | 63.95 |
| 12/16 | 63.28 | 63.28 | 12/30 | 89.95 | 89.95 |

### The Hammocks, Inc. LLC
### Account Reconciliation
### As of Dec 31, 2009
### 000-1007 - SUNTRUST-TAX D/I/P
### Bank Statement Date: December 31, 2009

| | |
|---|---:|
| Beginning GL Balance | 121.70 |
| Add: Cash Receipts | 26.67 |
| Less: Cash Disbursements | (22.42) |
| Add (Less) Other | (36.00) |
| Ending GL Balance | 89.95 |
| Ending Bank Balance | 89.95 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 89.95 |

# BANK ACCOUNTS

<div style="border:1px solid">

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

</div>

Name of Bank:     SUNTRUST BANK

Address:     P.O. Box 62227
Street and/or P. O. Box Number

ORLANDO     FL     32862-2227
City          State     Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):     OPERATING

Account Number:     10000 944932.76

DATE PERIOD BEGINS:     12-1-2009

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ 11,666.79 |
| Outstanding Deposits and Other Credits Not On Statement | $ 403.08 |
| Outstanding Checks and Other Debits Not On Statement | $ 10,959.89 |
| Ending Reconciled Balance* | $ 1109.98 |

DATE PERIOD ENDS:     12-31-2009

Highest Daily Balance
During Above Period     $ 16,072.22

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 7
36/E00/0175/0 /64
1000094493276
12/31/2009



# SunTrust

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

## Account Statement

WE UNDERSTAND THE CURRENT CHALLENGES OF THE ECONOMY AND WE WANT TO PROVIDE YOU
WITH THE TOOLS TO CONTINUE TO STAY ON SOLID GROUND IN THE NEW YEAR. AS A THANK
YOU WE ARE INCREASING THE DAILY PURCHASING LIMIT ON YOUR BUSINESS CHECKCARD TO
$7500 SO YOU CAN TAKE CARE OF BUSINESS WITH YOUR BUSINESS CHECKCARD.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000094493276 | 12/01/2009 - 12/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $14,366.55 | Average Balance | $13,325.85 |
| Deposits/Credits | $24,997.32 | Average Collected Balance | $12,672.56 |
| Checks | $19,783.43 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $7,913.65 | | |
| Ending Balance | $11,666.79 | | |

## Deposits/ Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 12/01 | 156.10 | | DEPOSIT | 12/17 | 10,000.00 | | DEPOSIT |
| 12/01 | 642.26 | | DEPOSIT | 12/29 | 49.35 | | DEPOSIT |
| 12/02 | 2,076.00 | | DEPOSIT | 12/30 | 90.00 | | DEPOSIT |
| 12/09 | 10,000.00 | | DEPOSIT | 12/30 | 162.63 | | DEPOSIT |
| 12/01 | 856.18 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | | 8015343539 |
| 12/01 | 964.80 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | | | 8015343539 |

Deposits/Credits: 10                     Total Items Deposited: 4

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1480 | 432.50 | 12/01 | 1491 | 894.48 | 12/02 | 1503 | 75.00 | 12/16 |
| 1481 | 260.00 | 12/09 | 1492 | 823.39 | 12/07 | 1504 | 81.25 | 12/15 |
| 1482 | 991.85 | 12/01 | 1493 | 560.00 | 12/01 | 1505 | 1,067.16 | 12/14 |
| 1483 | 240.00 | 12/01 | 1494 | 155.00 | 12/03 | 1506 | 9.46 | 12/16 |
| 1484 | 99.73 | 12/08 | 1495 | 2,060.02 | 12/08 | *1508 | 575.00 | 12/23 |
| 1485 | 479.81 | 12/07 | 1496 | 3,572.77 | 12/08 | 1509 | 229.50 | 12/14 |
| 1486 | 567.73 | 12/02 | 1497 | 643.70 | 12/04 | 1510 | 42.50 | 12/16 |
| 1487 | 1,054.91 | 12/07 | *1499 | 63.25 | 12/16 | *1515 | 2,194.92 | 12/29 |
| 1488 | 475.03 | 12/04 | 1500 | 191.25 | 12/09 | 1516 | 322.92 | 12/29 |
| 1489 | 624.83 | 12/01 | 1501 | 107.50 | 12/15 | *1518 | 112.00 | 12/31 |
| 1490 | 453.59 | 12/08 | 1502 | 241.63 | 12/18 | 1519 | 80.75 | 12/30 |

Checks: 33                     *Break in check sequence

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/01 | 1,073.37 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539      8015343539 |
| 12/02 | 22.22 | | *ELECTRONIC/ACH DEBIT* AUTHNET GATEWAY   BILLING      17508878 |
| 12/07 | 79.93 | | *ELECTRONIC/ACH DEBIT* GOOGLE      ADWORDS      8788370 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 7
36/E00/0175/0 /64
1000094493276
12/31/2009



# SUNTRUST

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 12/08 | 150.87 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE | 8015343539 | 8015343539 |
| | 12/16 | 97.71 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AUTO-OWNERS | INS. PREM | CB011020860 |
| | 12/16 | 1,141.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN | WHOLDING | 4934914003572 |
| | 12/16 | 3,926.73 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN | SALES&USE | 4934914003571 |
| | 12/24 | 140.00 | | *CHECK CARD PURCHASE* | | TR DATE 12/21 |
| | | | | RESERVATION NEXUS | | 801-6231796 UT |
| | 12/31 | 101.82 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | CHARTER COMMUNIC | CHARTER CO | 0210850545 |
| | 12/31 | 1,180.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | CHARTER COMMUNIC | CHARTER CO | 0210311977 |
| | | Withdrawals/Debits: 10 | | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 12/01 | 13,063.34 | 13,063.34 | 12/15 | 11,669.50 | 11,669.50 |
| | 12/02 | 13,654.91 | 13,654.91 | 12/16 | 6,313.85 | 6,313.85 |
| | 12/03 | 13,499.91 | 13,499.91 | 12/17 | 16,313.85 | 6,313.85 |
| | 12/04 | 12,381.18 | 12,381.18 | 12/18 | 16,072.22 | 16,072.22 |
| | 12/07 | 9,943.14 | 9,943.14 | 12/23 | 15,497.22 | 15,497.22 |
| | 12/08 | 3,606.16 | 3,606.16 | 12/24 | 15,357.22 | 15,357.22 |
| | 12/09 | 13,154.91 | 3,154.91 | 12/29 | 12,888.73 | 12,888.73 |
| | 12/10 | 13,154.91 | 13,154.91 | 12/30 | 13,060.61 | 12,808.61 |
| | 12/14 | 11,858.25 | 11,858.25 | 12/31 | 11,666.79 | 11,666.79 |

1/17/10 at 16:29:52.84                                                                      Page: 1

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Dec 31, 2009
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: December 31, 2009

| | | | |
|---|---|---|---|
| Beginning GL Balance | | | 15,493.39 |
| Add: Cash Receipts | | | 20,655.71 |
| Less: Cash Disbursements | | | (35,778.01) |
| Add (Less) Other | | | 738.89 |
| Ending GL Balance | | | 1,109.98 |
| Ending Bank Balance | | | 11,666.79 |
| Add back deposits in transit | | | |
| | Dec 31, 2009 | | 403.08 |
| Total deposits in transit | | | 403.08 |
| (Less) outstanding checks | | | |
| | Dec 15, 2009 | | (2,540.84) |
| | Dec 31, 2009 | | (575.64) |
| | Dec 4, 2009 | 1479 | (38.79) |
| | Dec 3, 2009 | 1498 | (13.30) |
| | Dec 15, 2009 | 1512 | (1,945.67) |
| | Dec 28, 2009 | 1513 | (3,564.13) |
| | Dec 28, 2009 | 1514 | (1,655.52) |
| | Dec 29, 2009 | 1517 | (222.92) |
| | Dec 31, 2009 | 1520 | (403.08) |
| Total outstanding checks | | | (10,959.89) |
| Add (Less) Other | | | |
| Total other | | | |
| Unreconciled difference | | | 0.00 |
| Ending GL Balance | | | 1,109.98 |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

|  | AMOUNT PAID |
|--|-------------|
| SALARIED | $ 2094.48 |
| WAGE | $ 5651.96 |
|  | $ |
|  | $ |

### Commission/Bonus Payments:

|  |  |
|--|--|
|  | $ |
|  | $ |
|  | $ |
|  | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

### Total    Salary/Wage/Commission/Payments

$ 7746.44

* "Insider" is defined in 11 U.S.C. Sec101(31)

# SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of:     12-31-2009
                                            (Date of Reporting Period)

II.  Sales (gross) During Reporting Period:     25.00

III. Collections of Accounts Receivable
     During Reporting Period:              $    Ø

IV.  New Accounts Receivables Generated
     During Reporting Period:              $    Ø

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ Ø | $ Ø | $ Ø |
| 31-60 DAYS | $ Ø | $ Ø | $ Ø |
| 61-90 DAYS | $ 625.58 | $ Ø | $ 625.58 |
| 91-120 DAYS | $ 150.87 | $ Ø | $ 150.87 |
| 120 DAYS AND OVER | $ 2018.43 | $ Ø | $ 2018.43 |
| TOTAL | $ 2794.88 | $ Ø | $ 2794.85 |

# INVENTORY (Cost Basis)

Beginning Date:_____     Ending Date:_____

## LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

## ACCRUED POST-PETITION LIABILITIES

___  No accrued liabilities existed at the end of this reporting period.

_X_  All accrued liabilities existing at the end of this reporting period are listed below or on the sheet (s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Asheville Elevator | 9-30 / 11-30-09 | 510.00 |
| City of Asheville - Water | 12-20-2009 | 1421.35 |
| Enmark | 12-20-2009 | 280.66 |
| Enmr Leasing | 12-20-2009 | 2478.58 |
| DentaCom | 8-17-2009 | 1347.67 |
| Frank Rice Jr | 9-30/10-31-09 | 402.50 |
| MT Food | 11-30-2009 | 587.10 |
| Southern Foods | Oct/Nov 2009 | 1912.21 |
| Thyssenkrup | April/July 09 | 1015.32 |
| Webb Chemical | July/Nov 09 | 568.66 |
| Yellowbook USA | April/June 09 | 833.00 |
|  |  |  |
|  |  |  |
| Taxes |  |  |
| Sales Tax - Nov. 09 | 12-20-09 | 2310.78 |
| Room Tax - Nov 09 | 12-20-09 | 1119.88 |
| State With - Nov 2009 | 12-15-09 | 914.06 |
| Payroll Taxes - Nov 2009 |  | 4978.06 |
| SUTA - Oct/Nov 2009 | 1-31-2010 | 1061.15 |
| Sales Tax - Dec 09 | 1-20-2010 | 1.92 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                          $ 21,742.69

## AFFIRMATIONS

1.  Yes __✓__    No _____    All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.  Yes __?__    No _____    All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.  Yes __✓__    No __✗__    All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.  Yes _____    No*__✓__    All post-petition taxes have been paid or deposited into a designated tax account.

5.  Yes __✓__    No _____    New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.  Yes __✓__    No _____    New DIP financial books and records have been opened and are being maintained monthly and are current.

*    If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

I UNDERSTAND THE MICHELS HAVE OBTAINED INSURANCE FOR THE PROPERTY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

_____

The undersigned certifies that copy of Monthly Status Report for the month of December, 2009 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
**402 West Trade Street, Room 200**
**Charlotte NC 28202-1669**

**Internal Revenue Service**
**320 Federal Place**
**Greensboro NC 27401**

**Securities & Exchange Commission**
**Atlanta Regional Office**
**3475 Lenox Road, Ste. 1000**
**Atlanta GA 30326-1232**

This the 25th day of January, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**