# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**      **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

**CASE NO:**    **09-10332**

**Reporting Period:**

    **FROM:** _____ JANUARY 1, 2010 _____

    **TO:** _____ JANUARY 31, 2010 _____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _2/15/10_      _____
                             Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of _____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _Feb. 18, 2010_      _____
                             Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

## BEGINNING CASH POSITION

DATE: _____ 1-1-2010 _____     AMOUNT: $ _____ (13,782 96) _____

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description<br>Loan from Emily Grey | 25,000.00 | Description | |
| ADVANCE DEPOSITS | 1,600.00 | Inventory Purchased | |
| | | Salaries/Wages | |
| | | Taxes (Total) | 5765.01 |
| | | Insurance (Total) | 97.71 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 1561.43 |
| | | Rent | |
| | | Professional Fee RESNEXU S | 2977.76 |
| | | KELLERBY MEDIA | 575.06 |
| | | Maintenance/Repair | 9297.50 |
| | | Maintenance/Repair Gardens | 126.06 |
| | | OTHER DISBURSEMENTS (List) | |
| | | CASUAL LABOR | 1356.00 |
| | | SECURITY | 1360.00 |
| | | ADVERTISING | 200.00 |
| | | MISC | 31.93 |
| | | VEHICLE | 211.81 |
| | | BANKRUPTCY FEE | 975.00 |
| | | | |
| TOTAL CASH RECEIPTS | 26,600.00 | TOTAL DISBURSEMENTS | 21,855.09 |

## ENDING CASH POSITION

DATE: _____ 1-31-2010 _____     AMOUNT: $ _____ (9038 05) _____

# PAYMENTS TO SECURED CREDITORS

_____ No Secured Debt

__X__ No Secured Debt Payments Made During Reporting Period

_____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

__X__ No payments have been made on pre-petition unsecured debt during the reporting period.

_____ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _CAROLINA FIRST_

Address: _200 COLLEGE STREET_
Street and/or P. O. Box Number

_Asheville       NC       28806_
City                            State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _NEW D/I/P OPERATING_

Account Number: _7102489680_

DATE PERIOD BEGINS: _1-1-2010_

Ending Balance (per the attached
bank statement for this period)        $ _(14,982.89)_

Outstanding Deposits and Other
Credits Not On Statement                $ _Ø_

Outstanding Checks and Other
Debits Not On Statement                 $ _Ø_

Ending Reconciled Balance*              $ _(14,982.89)_

DATE PERIOD ENDS: _1-31-2010_

Highest Daily Balance
During Above Period        $ _(14,982.89)_

*
The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



**CAROLINA FIRST**

7102489680  31 I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

| December 31, 2009 - January 31, 2010 | Account Number 7102489680 | Page 1 of 1 No enclosures |
|---|---|---|

| **FREE BUSINESS CHECKING** | | Summary | | | **7102489680** |

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,982 89 | 0 00 | 0.00 | 0 00 | 0 00 | -14,982 89 |

31  Days in Statement Period

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 12-31 Beginning - Ending Balance | -14,982.89 | | |

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Jan 31, 2010
### 000-1004 - CAROLINA FIRST-GENERAL
### Bank Statement Date: January 31, 2010

| | |
|---|---:|
| Beginning GL Balance | (14,982.89) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | (14,982.89) |
| Ending Bank Balance | |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | (14,982.89) |
| Ending GL Balance | (14,982.89) |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:   SUNTRUST BANK

Address:   P.O. Box 62227

Street and/or P. O. Box Number

ORLANDO        FL      32862-2227

City               State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):   OPERATING

Account Number:   10000 944932.76

DATE PERIOD BEGINS:   1-1-2010

Ending Balance (per the attached bank statement for this period)   $ 6973.18

Outstanding Deposits and Other Credits Not On Statement   $ Ø

Outstanding Checks and Other Debits Not On Statement   $ 3429.08

Ending Reconciled Balance*   $ 3544.10

DATE PERIOD ENDS:   1-31-2010

Highest Daily Balance During Above Period   $ 19,021.90

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Jan 31, 2010
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: January 31, 2010

| | | | |
|---|---|---|---|
| Beginning GL Balance | | | 1,109.94 |
| Add: Cash Receipts | | | 25,980.00 |
| Less: Cash Disbursements | | | (20,041.35) |
| Add (Less) Other | | | (3,504.49) |
| Ending GL Balance | | | 3,544.10 |
| Ending Bank Balance | | | 6,973.18 |
| Add back deposits in transit | | | |
| Total deposits in transit | | | |
| (Less) outstanding checks | | | |
| | Dec 15, 2009 | | (2,540.84) |
| | Dec 4, 2009 | 1479 | (38.79) |
| | Dec 3, 2009 | 1498 | (13.30) |
| | Jan 18, 2010 | 1534 | (112.00) |
| | Jan 26, 2010 | 1541 | (724.15) |
| Total outstanding checks | | | (3,429.08) |
| Add (Less) Other | | | |
| Total other | | | |
| Unreconciled difference | | | 0.00 |
| Ending GL Balance | | | 3,544.10 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 6
36/E00/0175/0 /64
1000094493276
01/31/2010


# SUNTRUST

## Account Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493276 | 01/01/2010 - 01/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $11,666.79 | Average Balance | $11,514.60 |
| Deposits/Credits | $27,003.08 | Average Collected Balance | $10,656.15 |
| Checks | $23,115.84 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8,580.85 | | |
| Ending Balance | $6,973.18 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/11 | 10,000.00 | | DEPOSIT | 01/19 | 15,000.00 | | DEPOSIT |
| 01/15 | 403.08 | | DEPOSIT | | | | |
| 01/12 | 980.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 01/20 | 310.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE 8015343539 | | | 8015343539 | |
| 01/22 | 310.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE 8015343539 | | | 8015343539 | |

Deposits/Credits: 6          Total Items Deposited: 3

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 901 | 199.00 | 01/14 | 1524 | 340.00 | 01/08 | 1533 | 340.00 | 01/15 |
| *1512 | 1,945.67 | 01/06 | 1525 | 48.84 | 01/19 | *1535 | 975.00 | 01/19 |
| 1513 | 3,564.13 | 01/04 | 1526 | 36.45 | 01/19 | 1536 | 1,462.41 | 01/25 |
| 1514 | 1,655.56 | 01/04 | 1527 | 31.93 | 01/19 | *1538 | 340.00 | 01/21 |
| *1517 | 222.92 | 01/06 | 1528 | 28.81 | 01/20 | 1539 | 452.00 | 01/22 |
| *1520 | 403.08 | 01/04 | 1529 | 100.00 | 01/28 | 1540 | 5,178.54 | 01/27 |
| 1521 | 200.00 | 01/12 | 1530 | 575.00 | 01/22 | *1542 | 3,146.00 | 01/29 |
| 1522 | 200.00 | 01/20 | 1531 | 452.00 | 01/14 | 1543 | 340.00 | 01/28 |
| 1523 | 192.50 | 01/15 | 1532 | 234.00 | 01/15 | 1544 | 452.00 | 01/28 |

Checks: 27          *Break in check sequence

---

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/04 | 60.46 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE 8015343539          8015343539 |
| 01/04 | 11.81 | | *CHECK CARD PURCHASE*          TR DATE 12/30 OREILLY AUTO 00012732          ASHEVILLE NC |
| 01/05 | 12.70 | | *ELECTRONIC/ACH DEBIT* AUTHNET GATEWAY BILLING          17770210 |
| 01/07 | 14.00 | | *CHECK CARD PURCHASE*          TR DATE 01/04 EBLEN SHORT STOP #6Q39          ASHEVILLE NC |

150513                    Member FDIC                    Continued on next page



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 6
36/E00/0175/0 /64
1000094493276
01/31/2010

# Account
# Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 01/08 | 33.14 | | *CHECK CARD PURCHASE* | | TR DATE 01/06 |
| | | | | WAL-MART #1317 | ASHEVILLE | NC |
| | 01/11 | 247.74 | | *CHECK CARD PURCHASE* | | TR DATE 01/07 |
| | | | | KMART      4112 | ASHEVILLE | NC |
| | 01/15 | 575.64 | | *CHECK CARD PURCHASE* | | TR DATE 01/13 |
| | | | | ASHEVILLE UTILITIES | 828-2595581 | NC |
| | 01/19 | 1,121.08 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 01/19 | 2,310.79 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 01/19 | 97.71 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AUTO-OWNERS | INS. PREM | CB011020860 |
| | 01/19 | 200.26 | | *CHECK CARD PURCHASE* | | TR DATE 01/15 |
| | | | | CHARTER COMM | 888-438-2427 | TN |
| | 01/20 | 1.92 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN | SALES&USE | 4001914008661 |
| | 01/20 | 379.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN | WHOLDING | 4001914008780 |
| | 01/20 | 893.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN | WHOLDING | 4001914008779 |
| | 01/20 | 2,308.83 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | NC DEPT OF REVEN | SALES&USE | 4001914008662 |
| | 01/25 | 27.77 | | *CHECK CARD PURCHASE* | | TR DATE 01/22 |
| | | | | LOWES #00526* | ASHEVILLE | NC |
| | 01/25 | 285.00 | | *CHECK CARD PURCHASE* | | TR DATE 01/21 |
| | | | | RESERVATION NEXUS | 801-6231796 | UT |

Withdrawals/Debits: 17

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 11,666.79 | 11,666.79 | 01/15 | 12,345.52 | 11,942.52 |
| | 01/04 | 5,971.75 | 5,971.75 | 01/19 | 22,523.46 | 7,523.46 |
| | 01/05 | 5,959.05 | 5,959.05 | 01/20 | 19,021.90 | 19,021.90 |
| | 01/06 | 3,790.46 | 3,790.46 | 01/21 | 18,681.90 | 18,681.90 |
| | 01/07 | 3,776.46 | 3,776.46 | 01/22 | 17,964.90 | 17,964.90 |
| | 01/08 | 3,403.32 | 3,403.32 | 01/25 | 16,189.72 | 16,189.72 |
| | 01/11 | 13,155.58 | 3,155.58 | 01/27 | 11,011.18 | 11,011.18 |
| | 01/12 | 13,935.58 | 13,935.58 | 01/28 | 10,119.18 | 10,119.18 |
| | 01/14 | 13,284.58 | 13,284.58 | 01/29 | 6,973.18 | 6,973.18 |

150514                                    Member FDIC                    Continued on next page

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank:     SUNTRUST  BANK

Address:     P.O. Box  622227
    <span>Street and/or P. O. Box Number</span>

    ORLANDO    FL    32862 - 2227
    <span>City</span>                    <span>State</span>      <span>Zip Code</span>

Type of Account:
    (i.e., Payroll, Tax, Operating):     TAX

Account Number:     10000 9443284

DATE PERIOD BEGINS:     1-1-2010

Ending Balance (per the attached          $   2400.74
bank statement for this period)

Outstanding Deposits and Other
Credits Not On Statement          $          0

Outstanding Checks and Other
Debits Not On Statement          $          0

Ending Reconciled Balance*          $   2400 74

DATE PERIOD ENDS:     1-31-2010

Highest Daily Balance
    During Above Period     $     3521.82

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Jan 31, 2010
### 000-1007 - SUNTRUST-TAX D/I/P
### Bank Statement Date: January 31, 2010

| | |
|---|---:|
| Beginning GL Balance | 89.95 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (1,121.08) |
| Add (Less) Other | 3,431.87 |
| Ending GL Balance | 2,400.74 |
| Ending Bank Balance | 2,400.74 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 2,400.74 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /64
1000094493284
01/31/2010


SUNTRUST

# Account Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000094493284 | 01/01/2010 - 01/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $89.95 | Average Balance | $1,275.97 |
| Deposits/Credits | $3,431.87 | Average Collected Balance | $1,275.97 |
| Checks | $1,121.08 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $2,400.74 | | |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 01/19 | 1,121.08 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |
| 01/19 | 2,310.79 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |

Deposits/Credits:  2          Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1015 | 1,121.08 | 01/25 | | | | | | |

Checks: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 89.95 | 89.95 | 01/25 | 2,400.74 | 2,400.74 |
| 01/19 | 3,521.82 | 3,521.82 | | | |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| BYRON HATLEY | | $ 1360.00 |
| CASUAL LABOR | | $ 1356.00 |
| | | $ |
| | | $ |

**Total    Salary/Wage/Commission/
Payments**                              $ 2716.00

* "Insider" is defined in 11 U.S.C. Sec101(31)

# SALES/ACCOUNTS RECEIVABLE

I.    Accounts Receivable Pending As of:     1-31-2010
                                              (Date of Reporting Period)

II.   Sales (gross) During Reporting Period:     ∅

III.  Collections of Accounts Receivable
      During Reporting Period:     $ ∅

IV.   New Accounts Receivables Generated
      During Reporting Period:     $ ∅

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ 2794.88 | $ | $ 2794.88 |
| TOTAL | $ 2794.88 | $ | $ 2794.88 |

# INVENTORY (Cost Basis)

Beginning Date:_____     Ending Date:_____

## LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

# ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

X   All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Asheville Elevator | 9-30/11-30-09 | 510.00 |
| American Hotel | 11-30-09 | 39.42 |
| Ermark | 12-20-09 | 80.66 |
| Emm Room | 12-20/1-20-10 | 2134.34 |
| Deltacom | 8-17-2009 | 1347.67 |
| Frank Rice, Jr | 9-30/10-30-09 | 402.50 |
| MT Food | 11-30-2009 | 587.10 |
| Southern Foods | 11-30-2009 | 1912.21 |
| Thysenkrup | April/July 09 | 1015.32 |
| Webb Chemical | July/Nov 09 | 568.60 |
| Yellowbook USA | April/July 09 | 833.00 |
|  |  |  |
|  |  |  |
| Payroll Taxes -Nov-2009 |  | 4978.06 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                                 $  14,408.88

# AFFIRMATIONS

1.   Yes __✗__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes __✗__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes __✗__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes _____   No*__✗__   All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes __✗__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes __✗__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.


\*      If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | CERTIFICATE OF SERVICE |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned certifies that copy of Monthly Status Report for the month of January, 2010 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

Bankruptcy Administrator
402 West Trade Street, Room 200
Charlotte NC 28202-1669

Internal Revenue Service
320 Federal Place
Greensboro NC 27401

Securities & Exchange Commission
Atlanta Regional Office
3475 Lenox Road, Ste. 1000
Atlanta GA 30326-1232

This the 18th day of February, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C.  State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305