

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09−10332
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
The Hammocks, LLC
    dba Richmond Hill Inn
87 Richmond Hill Drive
Asheville, NC 28806
Social Security No.:
Debtor EIN:
69−0007721

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Monthly Status/Operating Report filed in the above referenced case on 02/18/2010 as document # 128 is defective for the reason(s) marked below:

    Document(s) filed do not comply with Federal Bankruptcy Rule 9037−Privacy Protection.

**PLEASE TAKE NOTICE** that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: February 19, 2010                                          David E. Weich
                                                                                             Clerk of Court

Electronically filed and signed (2/19/10)