

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09–10332
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

The Hammocks, LLC
    dba Richmond Hill Inn
87 Richmond Hill Drive
Asheville, NC 28806
Social Security No.:
Debtor EIN:
69–0007721

---

# NOTICE OF HEARING ON MOTION/APPLICATION OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on November 18, 2009 the Bankruptcy Administrator filed a(n) Objection to Disclosure Statement in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina, within 15 days of this notice and a copy served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

| DATE/TIME/LOCATION OF HEARING: | ADDRESS OF BANKRUPTCY ADMINISTRATOR: |
|---|---|
| March 17, 2010 | Office of U.S. Bankruptcy Administrator |
| 09:30 AM | 402 West Trade Street, Suite 200 |
| U.S. Courthouse | Charlotte, NC 28202–1669 |
| Main Courtroom | (704)350–7587 |
| First Floor | |
| 100 Otis Street | |
| Asheville, NC 28801–2611 | |

Dated: February 26, 2010

David E. Weich
Clerk of Court

Electronically filed and signed (2/26/10)