IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                          )
                                )
THE HAMMOCKS, LLC d/b/a         )          09-10332/Chapter 11 Proceeding
Richmond Hill Inn,,             )
                                )
     Debtor.                    )

---

## MOTION TO SETTLE CLAIM OF CAROLINA FIRST BANK
## AND TRANSFER REAL PROPERTY
### Free and Clear of all Liens, Interests, Claims & Encumbrances

The debtor/debtor-in-possession moves the Court, alleges and says:

1. The debtor filed voluntary Chapter 11 on March 25, 2009.

2. The secured creditor, Carolina First Bank was listed on Schedule D of the debtor's filing secured by real property as described in Exhibit A attached hereto and incorporated herein.

3. Carolina First Bank is secured on the property by deed of trust and indebtedness of $195,000.00 without accrued interest and legal costs.

4. The creditor, Carolina First Bank, and the debtor/debtor-in-possession have determined that the current fair market value of the real property is very close to the outstanding secured indebtednesses owed to Carolina First Bank.

7. The debtor/debtor-in-possession and Carolina First Bank have agreed to a conveyance by the debtor/debtor-in-possession of the tract of real property described on Exhibit A to the creditor, Carolina First Bank, in satisfaction of all claims and indebtedness owed by the debtor/debtor-in-possession to the creditor, Carolina First Bank, free and clear of all liens, claims, interests and encumbrances other than Carolina First Bank's lien.

8. It is in the best interest of the Chapter 11 Estate and creditors to resolve the claim of Carolina First Bank in this matter.

THEREFORE, the debtor/debtor-in-possession moves the Court for an order as follows:

1. To approve the settlement of the claims of United Community Bank as aforesaid.

2. To order conveyance of the real property as described in attached Exhibit A from the debtor/debtor-in-possession to Carolina First Bank free and clear of all liens, claims, interests and encumbrances other than Carolina First Bank's lien.

3. For other appropriate relief.

This 10th day of March, 2010.

_____

David G. Gray, Attorney for Debtor/D.I.P.
N. C.  State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

**EXHIBIT A**

Lying in Buncombe County, North Carolina

FIRST TRACT: BEGINNING at the Northeast corner of Lot No. 4 as shown on plat dated August, 1956, drawn by S.L. Pettit and registered in the Office of the Register of Deeds for Buncombe County, North Carolina in Plat Book 28, Page 92, and running thence South 6 deg. 30 min. East 129.8 feet to an iron pipe. This pipe being the northeast corner of the Roberts property shown on plat by Arnold H. Vanderhoof dated March 29, 1926, and recorded in Plat Book 9, Page 148, Registry of Buncombe County, North Carolina; thence South 9 deg. 04 min. East 94.0 feet to an iron pipe; thence North 79 deg. 08 min. East 167.0 feet to an iron pin; thence East 97.6 feet to an iron pin; thence East 41.0 feet to an iron pin in the western margin of Richmond Hill Drive; thence with said margin in a northeast direction, on a curve to the right on a radius of 388.13 feet, 234.9 feet to a stake; thence North 12 deg. East 28.2 feet to a stake at the most southern corner of Lot No. 14 as set forth on a plat recorded in said Register's Office in Plat Book 28, Page 92; thence with the southern line of Lot Nos. 14, 15 and 16, North 57 deg. 47 min. West 254 feet to an iron pin, southeast corner of Lot No. 12 on said plat; thence South 17 deg. 20 min. West 125 feet to an iron pin in the north line of Skylyn Court; thence with the margin of Skylyn Court in a southeast and southwest direction of a radius of 50 feet, 159.9 feet to the point of BEGINNING; containing 102,780 square feet more or less.

TRACT TWO: Being all of Lots 14 and 15 as shown on a plat recorded in Plat Book 28, Page 92, in the Office of the Register of Deeds for Buncombe County, reference to which is made for a more particular description of said Lots.

© North Carolina Land Title Association, February 2009
Form No. 1: OWNER AFFIDAVIT AND INDEMNITY AGREEMENT (NO RECENT IMPROVEMENTS)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                          )        09-10332/Chapter 11 Proceeding
                                )
THE HAMMOCKS, LLC d/b/a         )  NOTICE OF OPPORTUNITY FOR HEARING
Richmond Hill Inn,,             )
                                )

---

TAKE NOTICE that a motion to settle claim of Carolina First Bank has been filed by attorney for the debtor; a copy of the motion accompanies this notice.

TAKE FURTHER NOTICE that any response, including objection, to the relief requested in the attached motion must be filed in writing with the Clerk of the Bankruptcy Court (100 Otis Street, Asheville NC 28801) within 20 days of the date of this notice and a copy served on the attorney identified below and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion to which the response is directed, and it shall comply fully with Local Bankruptcy Rule 7.

TAKE FURTHER NOTICE that no hearing will be held on the motion unless a written response is timely filed and served, in which case the Court will conduct a hearing on April 6, 2010 at 10:00 a.m. or thereafter as called for hearing before the Bankruptcy Judge Presiding in the first floor courtroom of the United States Courthouse, 100 Otis Street, Asheville, North Carolina. No further notice of this hearing will be given.

This the 10th day of March, 2010.

David G. Gray, Attorney for Debtor D.I.P.
N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn, | ) | |
| | ) | |

_____

    The undersigned certifies that copy of Notice of Opportunity for Hearing and Motion to Settle Claim of Carolina First Bank has this day been served upon each party listed on the attached mailing matrices, said service being by first class mail in a properly addressed envelope with adequate postage affixed.

    This the 10th day of March, 2010.

                              David G. Gray, Attorney for Debtor/D.I.P.
                              N. C. State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

Label Matrix for local noticing
0419-1
Case 09-10332
Western District of North Carolina
Asheville
Wed Mar 10 09:49:55 EST 2010

A Look at Asheville
29 Montford Ave., #200
Asheville, NC 28801-2529

ASCAP
Suite 350
2685 Paces Ferry Rd. SE
Atlanta, GA 30339

ASCAP
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T Attorney: James Grudus, Esq.
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

Alan or Barbara Batog
4011 West San Luis Street
Tampa, FL 33629-8510

Albert L. Sneed, Jr.
PO Box 7376
Asheville, NC 28802-8506

Alex N Sill Company
c/o Jerome W Cook
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114-2653

Allan Solomon
317 W, Morgan Ste 200-1
Raleigh, NC 27601-1564

Philip S Anderson
Long, Parker, Warren & Jones
Post Office Box 7216
Asheville, NC 28802-7216

Attorney Scott Carter
181 Charlotte Street
Asheville, NC 28801-1938

Augusto Malote
6 Lionel Place
Asheville, NC 28806-2016

BMI
10 Music Square
Nashville, TN 37203-4321

BMI General Licensing
PO Box 406741
Atlanta, GA 30384-6741

Betty Hall
6 Bradhall Dr.
Asheville, NC 28806-7413

Blanca Monreal
33 Monty St.
Asheville, NC 28806-1500

Robin Boylan
NAI BH Commercial
410 Executive Park
Asheville, NC 28801-2429

Brian Phillips
23 Sunny Ridge Drive
Asheville, NC 28804-9789

David Leonard Brown
Pinto Coates Kyre & Brown, PLLC
3203 Brassfield Road
Greensboro, NC 27410-9450

Buncombe Co Tax Collect
60 Court Plaza, 3rd Fl.
Asheville, NC 28801-3519

Buncombe County
60 Court Plaza
Room 320
Asheville, NC 28801-3572

Buncombe County Finance Department
c/o County Legal
205 College Street
Suite 300
Asheville, NC 28801-3001

Buncombe County Tax Department
60 Court Plaza
Room 320
Asheville, NC 28801-3567

Cameron M Sheffield
2264 Haw River Hopedale Rd
Burlington, NC 27217-8990

Carol King Associates
40 N. French Broad
Asheville, NC 28801-2602

Carolina First
74 Patton Avenue
Asheville, NC 28801-3312

Carolina First Bank
200 College Street
2nd Floor
Asheville, NC 28801-3005

Carolina First Bank-VIS
PO Box 7968
Columbia, SC 29202-7968

Carrie Peeler
49 Baker St.
Asheville, NC 28806-3500

Catherine Duda
2516 Giverny Drive
Charlotte, NC 28226-3302

Catherine Taylor
722 Appledoorn Cir.
Asheville, NC 28803-6110

Cedric Dennis Fitch
10 High Meadows Drive
Candler, NC 28715-9449

Christopher Michael Geck
1000 Fox Hunt Lane
Apt A
Raleigh, NC 27615-5329

Christy Parrish
4500 South Four Mile Run Dr.
Suite 213
Arlington, VA 22204-3539

City of Asheville
PO Box 7148
Asheville, NC 28802-7148

Jerome W. Cook
McDonald Hopkins, LLC
600 Superior Ave, East
Suite 2100
Cleveland, OH 44114-2653

Darin Kleinsmith
P.O. Box 1165
Linville, NC 28646-1165

David Austin
27 Medford Road
Candler, NC 28715-9038

David Ferrara
134 Woodrow Ave.
Asheville, NC 28801-1837

David Worley, CPA
PO Box 2101
Asheville, NC 28802-2101

Dedric Fitch
10 High Meadows Dr
Candler, NC 28715-9449

Deltacom
PO Box 740597
Atlanta, GA 30374-0597

Deltacom, Inc.
Suite 400
7037 Old Madison Pike
Hutsville, AL 35806-2107

Dennis Withered
1 Misty Lane
Greenville, SC 29615-6048

Diane Deschner
PO Box 1063
Arden, NC 28704-1063

Dick Williams (F. Richard Williams)
109 Tryon Court
Greenwood, SC 29649-7200

Doug Smith
305 Lakeland Drive
Conway, SC 29526-4018

Douglas Baird Robinson
10513 Kenlauren Terrace
Charlotte, NC 28210-7830

Emily A Gray
5208 Archer Drive
Roanoke VA 24018-8602

Erin Kaplan
343 Cumberland Ave.
Asheville, NC 28801-1002

Ervin Leasing
Dept. 77228
PO Box 77000
Detroit, MI 48277-2000

Ervin Leasing Company
PO Box 1689
Ann Arbor, MI 48106-1689

GDS - Asheville
PO Box 9001707
Louisville, KY 40290-1707

Gabriel Rivas
Lot 12
2001 Adams Hill Rd.
Asheville, NC 28806

Gary Grant
9 Reese Road
Asheville, NC 28805-1426

Gateway Park Ent.
PO Box 22407
Charleston, SC 29413-2407

Gateway Pk Prop., LLC
c/o James Sloggart
PO Box 22401
Charleston, SC 29413-2401

David G. Gray
81 Central Avenue
Asheville, NC 28801-2438

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297

Heidi Smart
59 Gay Street
Asheville, NC 28801-2155

Daniel E. Hitchcock
Adams, Hendon Carson Crow & Saenger, PA
PO Box 2714
Asheville, NC 28802-2714

Home Depot
PO Box 6029
The Lakes, NV 88901-6029

Image Solutions
1306 Patton Avenue
Asheville, NC 28806-2660

Inland Seafood
Attn: Wendy
3725 N. Davidson St.
Charlotte, NC 28205-1303

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Irene Pike
168 Lee's Creek Rd
Asheville, NC 28806-2143

Jack W. Keen
P. O. Box 885
Silver City, NM 88062-0885

James Hopper
42 Johnston Blvd
Asheville, NC 28806-1819

James P. Sloggart
PO Box 22401
Charleston, SC 29413-2401

James Woody
PO Box 181
Mountain View, WY 82939-0181

Jan B. Young, III
250 Rivertrace Dr.
Marion, AR 72364-2602

Jan Martin Putney
618 w richardson ave
Summerville, SC 29483-6032

Jane and Leah Chapman
6002 Red Oak Court
Kernersville, NC 27284-7136

John Dierkes
461 Whistler Cove
Franklin, TN 37067-8151

John Stephen Hines
Box 227
Cashiers, NC 28717-0227

Journal Communications
Suite 102
361 Mallory Station Rd
Franklin, TN 37067-8254

Journal Communications, Inc
725 Cool Springs Blvd., Ste 400
Franklin, TN 37067-2711

Justin Burdett
38 Mildred Avenue
Asheville, NC 28806-3116

Kathleen Goldsworth
255 Meadow Creek Dr.
Weaverville, NC 28787-7610

Kelso Associates
15 W. Walnut St.
Asheville, NC 28801-8102

Kelso Associates Ltd.
Kelso Advertising and Design
15 W. Walnut Street
Asheville, NC 28801-8102

Kimberly Morock
9 Reese Rd.
Asheville, NC 28805-1426

Lake Norman Pavilion LLC
c/o William G. Gray
PO Box 1496
Cornelius, NC 28031-1496

Land-O-Sun Dairies, LLC
Alex D. Madrazo
Dean Foods Company
2515 McKinney Ave, Suite 1200
Dallas, TX 75201-1945

Larry Benner
Apt. J-3
615 Biltmore Avenue
Asheville, NC 28803-2570

Laura Bogard
38 Howard Street
Asheville, NC 28806

Laurel Anne Young
265 Charlotte St.
Apt. 23
Asheville, NC 28801-1400

David D Lennon
Office of the Attorney General - Revenue
PO Box 629
Raleigh, NC 27602-0629

Les Caison
6 Lenox Ct., #3
Asheville, NC 28801-1450

Main Street Online
PO Box 8757
Asheville, NC 28814-8757

Marjorie Rowe Mann
Roberts and Stevens, PA
Post Office Box 7647
Asheville, NC 28802-7647

Margaret Wyatt
Lot #1
359 School Road, East
Asheville, NC 28803-8684

Marjorie R Mann
Substitute Trustee
PO Box 7647
Asheville, NC 28802-7647

Marjorie R. Mann
c/o Roberts & Stevens, P A
P. O. Box 7647
Asheville, NC 28802-7647

Mary Andrews
8050 Blades Trail
Denver, NC 28037-9151

Mary Anne Amos
2914 Pleasant Ridge Rd.
Summerfield, NC 27358-7210

Mary C. Mullins
123 Melrose Avenue
Chattanooga, TN 37421-5135

Meagan Morris
PO Box 995
Leicester, NC 28748-0995

Melissa Ketron
2537 W Georgia Road
Piedmont, SC 29673-8669

Michael J. Stelzer
5067 Fox Hollow Dr.
Denver, NC 28037-9402

Michelle Barry
124 Circle View Drive
Hendersonville, NC 28792-9221

Mountain Food
PO Box 17247
Asheville, NC 28816-7247

Myles Thomas
PO Box 517
L.Switzerland, NC 28749-0517

NC Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Naomi Watkins
889 Center St.
Asheville, NC 28803-2801

Michael R. Nelson
Nelson, Levine, de Luca & Horst
518 Township Line Road
Suite 300
Blue Bell, PA 19422-2172

Nicholas Willems
63 Lemon Creek Dr.
Candler, NC 28715-8873

North Carolina Department of Revenue
c/o Office of the Attorney General
Revenue Section
P O. Box 629
Raleigh, NC 27602-0629

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept. of
Bankruptcy Unit - Collec
PO Box 1168
Raleigh NC 27602-1168

PSNC Energy
PO Box 100256
Columbia, SC 29202-3256

Patricia Isreal
139 Wellington St.
Asheville, NC 28806-4438

Ronald K Payne
Long, Parker, Warren, Anderson & Payne
Asheville, NC 28802

Perry Hendrix
88 Martin Avenue
Asheville, NC 28806-3534

Pet Dairy
PO Box 60498
Charlotte, NC 28260-0498

Plus Linen/Uniform
PO Box 1188
Canton, NC 28716-1188

Progress Energy
Raleigh, NC 27698-0001

Ralph Lanow
1771 1/2 Old Haywood Rd
Asheville, NC 28806-1157

Ray Womack
2310 Hickory Ave
Burlington, NC 27215-4745

Resort Data Process.
Attn: Rita Gayle
PO Box 1170
Vail, CO 81658-1170

Richard Pace
26 Squirrel Hill Dr.
Weaverville, NC 28787-9314

Richmond Hill, Inc
c/o Dr. Albert Michel
1113 Hammel Rd.
Greensboro, NC 27408-7315

Robert Gentry
82 Blue Ridge Ave
Asheville, NC 28806-3143

Robert Gormly and Lisa Hollis
160 Kimberly Drive
Atoka, TN 38004-7448

SESAC
PO Box 900013
Raleigh, NC 27675-9013

SYSCO
Attn: Cashier
PO Box 96
Concord, NC 28026-0096

Sara B. Hodgdon
38 Serendipity Trail
Asheville, NC 28804-0001

Sara Hodgdon
38 Serendipity Trail
Asheville, NC 28804-0001

Sarah Ballew
166 South Wildflower Road
Asheville, NC 28804-1026

Sarah McCullagh
87 Richmond Hill Dr.
Asheville, NC 28806-3912

Select Registry
PO Box 150
Marshall, MI 49068-0150

Sharon Olson
458 Bailey Street
Mars Hill, NC 28754-6210

Sherry Meng
490 Leftwich Rd
Madison Heights, VA 24572-6222

Albert L Sneed Jr.
Van Winkle, Buck, Wall, Starnes & Davis
P. O. Box 7376
Asheville, NC 28802-8506

Staples Credit Plan
PO Box 9020
Des Moines, IA 50368-0001

Steve Goff
26 Annadale
Asheville, NC 28801-1397

Susan Inez Zimmerman
10 High Meadows Drive
Candler, NC 28715-9449

Susan Zimmerman
10 High Meadows Rd.
Candler, NC 28715-9449

Sysco of Charlotte, LLC
c/o Olsen Law Offices, PLLC
125 Floyd Smith Drive, Suite 100
Charlotte, NC 28262-1299

Terrance Angelo & Johanna Tornquist
1316 Highway 14 East Unit 102
Prattville, AL 36066-5685

The Alex N Sill Company
The Genesis Building
6000 Lombardo Center, Suite 600
Independence, OH 44131-6911

The Hammocks, LLC
87 Richmond Hill Drive
Asheville, NC 28806-3912

Thyssenkrupp Elevator
PO Box 933004
Atlanta, GA 31193-3004

U S. Bankruptcy Administrator
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

U S. Securities Exchange
Suite 1000
3475 Lenox Rd., N.E.
Atlanta, GA 30326-3235

US Postal Service
Asheville BMEU
591 Brevard Rd
Asheville, NC 28810-0001

United States Attorney
Federal Courthouse Rm. 233
100 Otis Street
Asheville, NC 28801-2608

Virginia C. Love
5325 Fairview Rd
Hixson, TN 37343-4623

Will Straughan
PO Box 1034
Black Mountain, NC 28711-1034

William G. Gray
PO Box 1496
Cornelius, NC 28031-1496

David G. Worley
7 Orchard Street
Asheville, NC 28801-2402

Yellow Jacket Publishing DBA A Look at Ashev
29 Montford Avenue, Suite 200
Asheville, NC 28801-2529

Brady Allen Yntema
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404-4848

floyd  putney
618 west richardson avenue
summerville, SC 29483-6032

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P O  Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CAROLINA FIRST BANK

(u)George R. Hodges

(u)Richmond Hill, Inc.

End of Label Matrix
Mailable recipients   154
Bypassed recipients     3
Total               157