

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 09–10332
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
The Hammocks, LLC
    dba Richmond Hill Inn
87 Richmond Hill Drive
Asheville, NC 28806
Social Security No.:
Debtor EIN:
69–0007721

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Moton to Settle Claim and Transfer Property filed in the above referenced case on 03/10/2010 as document # 135 is defective for the reason(s) marked below:

    Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

    Notice sets hearing/opportunity for a hearing on a day that is not a court date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 11, 2010                                                        David E. Weich
                                                                                             Clerk of Court

Electronically filed and signed (3/11/10)