# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**    **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

**CASE NO:**    **09-10332**

**Reporting Period:**

   **FROM:**    _FEBRUARY 1, 2010_

   **TO:**    _FEBRUARY 28 2010_

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of __19__ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _3/16/10_     _William B ___ (signature)_
                      Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of ____ ____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _March 16, 2010_     _(signature)_
                            Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# PAYMENTS TO SECURED CREDITORS

X  No Secured Debt

___  No Secured Debt Payments Made During Reporting Period

___  All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

X  No payments have been made on pre-petition unsecured debt during the reporting period.

___  All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 2-1-2010                    AMOUNT: $ (9038.05)

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description _loan from Emily_ | 16000.00 | Description | |
| ADVANCE DEPOSITS | 790.00 | Inventory Purchased | 587.10 |
| UTILITY REFUND | 30.96 | Salaries/Wages | |
| | | Taxes (Total) | 156.65 |
| | | Insurance (Total | 97.71 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 7762.37 |
| | | Rent | |
| | | Professional Fee KENNERBY MEDIA | 575.00 |
| | | Maintenance/Repair | 2095.00 |
| | | Maintenance/Repair | 904.94 |
| | | OTHER DISBURSEMENTS (List) | |
| | | REFUND OF ADVANCE DEPOSITS | 2035.00 |
| | | SECURITY/MAINT | 1604.00 |
| | | BANK/CREDIT CARD FEES | 397.70 |
| | | US POST OFFICE | 45.90 |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | 16,820.96 | TOTAL DISBURSEMENTS | 14,375.87 |

**ENDING CASH POSITION**

DATE: 2-28-2010                    AMOUNT: $ (7654.10)

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: SUNTRUST BANK

Address: P.O. Box 62227

Street and/or P. O. Box Number

ORLANDO        FL        32862-2227

City        State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): OPERATING

Account Number: ▓▓▓▓▓▓▓32.76

DATE PERIOD BEGINS: 2-1-2010

Ending Balance (per the attached
bank statement for this period)      $ 10,553.29

Outstanding Deposits and Other
Credits Not On Statement             $ 0

Outstanding Checks and Other
Debits Not On Statement              $ 3764.10

Ending Reconciled Balance*           $ 6789.19

DATE PERIOD ENDS: 2-28-2010

Highest Daily Balance
During Above Period      $ 11,056.19

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 5
36/E00/0175/0 /64
████████3276
02/28/2010

# Account Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

**Questions? Please call**
**1-800-786-8787**

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | ████████3276 | 02/01/2010 - 02/28/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,973.18 | Average Balance | $7,304.23 |
| Deposits/Credits | $17,620.96 | Average Collected Balance | $7,088.87 |
| Checks | $11,240.94 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $2,799.91 | | |
| Ending Balance | $10,553.29 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 02/04 | 30.96 | | DEPOSIT | 02/24 | 10,000.00 | | DEPOSIT |
| 02/10 | 6,000.00 | | DEPOSIT | | | | |
| 02/16 | 515.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | MERCHANT SERVICE 8015343539    8015343539 | | | | |
| 02/17 | 800.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493284 | | | | |
| 02/22 | 275.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | MERCHANT SERVICE 8015343539    8015343539 | | | | |

Deposits/Credits: 6                    Total Items Deposited: 3

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1534 | 112.00 | 02/03 | 1549 | 904.94 | 02/08 | 1557 | 120.00 | 02/12 |
| *1541 | 724.15 | 02/01 | *1551 | 910.38 | 02/10 | 1558 | 2,047.58 | 02/22 |
| *1545 | 112.00 | 02/18 | 1552 | 21.64 | 02/10 | 1559 | 3,655.60 | 02/22 |
| 1546 | 340.00 | 02/03 | 1553 | 156.65 | 02/19 | 1560 | 45.90 | 02/25 |
| 1547 | 575.00 | 02/10 | 1554 | 587.10 | 02/10 | *1563 | 112.00 | 02/26 |
| 1548 | 452.00 | 02/04 | *1556 | 364.00 | 02/10 | | | |

Checks: 17                    *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/01 | 61.14 | | *ELECTRONIC/ACH DEBIT* |
| | | | MERCHANT SERVICE 8015343539    8015343539 |
| 02/01 | 39.00 | | *CHECK CARD PURCHASE*      TR DATE 01/28 |
| | | | PAYCYCLE                866-7292925 CA |
| 02/02 | 12.56 | | *ELECTRONIC/ACH DEBIT* |
| | | | AUTHNET GATEWAY    BILLING      18004465 |
| 02/08 | 15.20 | | *CHECK CARD PURCHASE*      TR DATE 02/03 |
| | | | EBLEN SHORT STOP #6          ASHEVILLE  NC |
| 02/12 | 12.77 | | *CHECK CARD PURCHASE*      TR DATE 02/09 |
| | | | CVS PHARMACY #5586 Q03      ASHEVILLE  NC |
| 02/12 | 150.85 | | *CHECK CARD PURCHASE*      TR DATE 02/09 |
| | | | FOOTLOCKER #8392            ASHVILLE  NC |

147698                    Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 5
36/E00/0175/0 /64
▄▄▄▄▄▄▄3276
02/28/2010

# SunTrust

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 02/16 | 97.71 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AUTO-OWNERS | INS. PREM | CB011020860 |
| | 02/16 | 30.68 | | *CHECK CARD PURCHASE* | | TR DATE 02/11 |
| | | | | LOWES #00526* | | ASHEVILLE  NC |
| | 02/24 | 2,035.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE  8015343539 | | 8015343539 |
| | 02/25 | 285.00 | | *CHECK CARD PURCHASE* | | TR DATE 02/22 |
| | | | | RESERVATION NEXUS | | 801-6231796 UT |
| | 02/26 | 60.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AT&T | PAYMENT | 867618535WAS |

Withdrawals/Debits: 11

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 02/01 | 6,148.89 | 6,148.89 | 02/16 | 7,988.02 | 7,988.02 |
| | 02/02 | 6,136.33 | 6,136.33 | 02/17 | 8,788.02 | 8,788.02 |
| | 02/03 | 5,684.33 | 5,684.33 | 02/18 | 8,676.02 | 8,676.02 |
| | 02/04 | 5,233.29 | 5,233.29 | 02/19 | 8,519.37 | 8,519.37 |
| | 02/05 | 5,263.29 | 5,263.29 | 02/22 | 3,091.19 | 3,091.19 |
| | 02/08 | 4,343.15 | 4,343.15 | 02/24 | 11,056.19 | 11,056.19 |
| | 02/10 | 7,885.03 | 1,885.03 | 02/25 | 10,725.29 | 10,725.29 |
| | 02/11 | 7,885.03 | 7,885.03 | 02/26 | 10,553.29 | 10,553.29 |
| | 02/12 | 7,601.41 | 7,601.41 | | | |

Member FDIC                    **Continued on next page**

3/16/10 at 13:34:47.12                                                                    Page: 1

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of Feb 28, 2010
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: February 28, 2010

| | | | |
|---|---|---|---|
| Beginning GL Balance | | | 3,544.10 |
| Add: Cash Receipts | | | 16,820.96 |
| Less: Cash Disbursements | | | (11,575.96) |
| Add (Less) Other | | | (1,999.91) |
| Ending GL Balance | | | 6,789.19 |
| Ending Bank Balance | | | 10,553.29 |
| Add back deposits in transit | | | |
| Total deposits in transit | | | |
| (Less) outstanding checks | Dec 15, 2009 | | (2,540.84) |
| | Dec 4, 2009 | 1479 | (38.79) |
| | Dec 3, 2009 | 1498 | (13.30) |
| | Feb 8, 2010 | 1550 | (104.00) |
| | Feb 24, 2010 | 1561 | (1,067.17) |
| Total outstanding checks | | | (3,764.10) |
| Add (Less) Other | | | |
| Total other | | | |
| Unreconciled difference | | | 0.00 |
| Ending GL Balance | | | 6,789.19 |

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: _____SUNTRUST BANK_____

Address: _____P.O. Box 622227_____
Street and/or P. O. Box Number

_____ORLANDO   FL   32862 - 2227_____
City                            State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _____TAX_____

Account Number: ~~▬▬▬▬▬▬~~3284

DATE PERIOD BEGINS: _____2-1-2010_____

Ending Balance (per the attached
bank statement for this period)          $_____539.60_____

Outstanding Deposits and Other
Credits Not On Statement                 $_____

Outstanding Checks and Other
Debits Not On Statement                  $_____

Ending Reconciled Balance*               $_____539.60_____

DATE PERIOD ENDS: _____2-28-2010_____

Highest Daily Balance
During Above Period        $_____1339.60_____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

### The Hammocks, Inc. LLC
### Account Reconciliation
### As of Feb 28, 2010
### 000-1007 - SUNTRUST-TAX D/I/P
### Bank Statement Date: February 28, 2010

| | |
|---|---:|
| Beginning GL Balance | 1,339.60 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (800.00) |
| Ending GL Balance | 539.60 |
| Ending Bank Balance | 539.60 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 539.60 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /64
██████████3284
02/28/2010



# SUNTRUST

## Account
## Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | ██████3284 | 02/01/2010 - 02/28/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,400.74 | Average Balance | $996.74 |
| Deposits/Credits | $.00 | Average Collected Balance | $996.74 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $1,861.14 | | |
| Ending Balance | $539.60 | | |

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/01 | 1,061.14 | | *ELECTRONIC/ACH DEBIT* |
| | | | | ESC OF NC          E-CHECK          I.P.T.0201844.2 |
| | 02/17 | 800.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493276 |
| | Withdrawals/Debits: 2 | | | |

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 02/01 | 1,339.60 | 1,339.60 | 02/17 | 539.60 | 539.60 |

Member FDIC     Continued on next page

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _____ CAROLINA    FIRST _____

Address: _____ 200 COLLEGE    STREET _____
Street and/or P. O. Box Number

_Asheville_____ _NC____ _28806____
City                             State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): __NEW  D/I/P  OPERATING__

Account Number: _____████████ 89 680_____

DATE PERIOD BEGINS: _____ 2-1-2010 _____

Ending Balance (per the attached
bank statement for this period)     $ ( 14 982.89 )

Outstanding Deposits and Other
Credits Not On Statement            $ _____

Outstanding Checks and Other
Debits Not On Statement             $ _____

Ending Reconciled Balance*          $ ( 14 982.89 )

DATE PERIOD ENDS: _____ 2-28-2010 _____

Highest Daily Balance
     During Above Period     $ ( 14 982.89 )

\*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

3/16/10 at 13:32:52.96                                                                                           Page: 1

## The Hammocks, Inc. LLC
## Account Reconciliation
### As of Feb 28, 2010
### 000-1004 - CAROLINA FIRST-GENERAL
### Bank Statement Date: February 28, 2010

| | |
|---|---:|
| Beginning GL Balance | (14,982.89) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | (14,982.89) |
| Ending Bank Balance | |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | (14,982.89) |
| Ending GL Balance | (14,982.89) |



**CAROLINA FIRST**

7102489680  31  I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

| January 31, 2010 - February 28, 2010 | Account Number ⬛⬛⬛680 | Page 1 of 1 No enclosures |
|---|---|---|

**FREE BUSINESS CHECKING**          **Summary**          **7102489680**

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,982.89 | 0.00 | 0.00 | 0.00 | 0.00 | -14,982.89 |

28  Days in Statement Period

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 01-31 Beginning - Ending Balance | -14,982.89 | | |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

## Commission/Bonus Payments:

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

## Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| Byron Hadley | Security | $ 704.00 |
| Pat Israel | Gardens | 104.00 |
| Casual Labor | Security | 796.00 |
| | | $ |

## Total   Salary/Wage/Commission/Payments

$ 1604.00

* "Insider"  is  defined  in  11 U.S.C.
Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of: _2-28-2010_
     (Date of Reporting Period)

II.  Sales (gross) During Reporting Period: _____

III. Collections of Accounts Receivable
     During Reporting Period:                    $_____

IV.  New Accounts Receivables Generated
     During Reporting Period:                    $_____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ 2794.88 | $ | $ 2794.88 |
| TOTAL | $ 2794.88 | $ | $ 2794.85 |

## INVENTORY (Cost Basis)

Beginning Date:_____      Ending Date:_____

LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

## ACCRUED POST-PETITION LIABILITIES

___    No accrued liabilities existed at the end of this reporting period.

X    All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached. Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| American Hotel | 11-30-09 | 39.42 |
| Asheville Elevator | 9-30/11-30-09 | 510.00 |
| Enmark | 12-20-09 | 80.66 |
| Ervin Leasing | 1-20/2-20-16 | 213.34 |
| Deltacom | 8-17-09 | 1347.67 |
| Frank Rice, Jr | 9-30/10-31-09 | 402.50 |
| Southern Foods | 11-30-09 | 1912.21 |
| Thyssenkrup | April/July 09 | 1015.32 |
| Webb Chemical | July/Nov 09 | 568.60 |
| Yellow Book USA | April/July 09 | 833.00 |
|  |  |  |
|  |  |  |
|  |  |  |
| Payroll Taxes | Nov 09 | 4919.72 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities       $ 12,415.77

## AFFIRMATIONS

1.   Yes __X__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes __X__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes __X__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes _____   No* __X__   All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

\*      If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

---

The undersigned certifies that copy of Monthly Status Report for the month of February, 2010 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
402 West Trade Street, Room 200
Charlotte NC 28202-1669

**Internal Revenue Service**
320 Federal Place
Greensboro NC 27401

**Securities & Exchange Commission**
Atlanta Regional Office
3475 Lenox Road, Ste. 1000
Atlanta GA 30326-1232

This the 17th day of March, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305