# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:    **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

CASE NO:    09-10332

Reporting Period:

**FROM:** ___MARCH 1, 2010___

**TO:** ___MARCH 31, 2010___

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: ___4/29/10___    ___William E. H___
Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of ____ ____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: ___May 12, 2010___    _____
Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

## BEGINNING CASH POSITION

DATE: 3-1-2010        AMOUNT:  $ ( 5061.17 )

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description<br>Loan from Emily Gray | 10 000.00 | Description | |
| Online Deposit | 380.00 | Inventory Purchased | 2438.51 |
| | | Salaries/Wages | |
| | | Taxes (Total) | 59.07 |
| | | Insurance (Total) | 97.71 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 8441.86 |
| | | Rent | |
| | | Professional Fee | |
| | | Maintenance/Repair | 337.22 |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | Security | 3649.06 |
| | | Bank Fees | 12.91 |
| | | Gardens - Seeds | 88.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | 10 380.00 | TOTAL DISBURSEMENTS | 15014.68 |

## ENDING CASH POSITION

DATE: 3 31-2010        AMOUNT: $ ( 9695.85 )

# PAYMENTS TO SECURED CREDITORS

____ No Secured Debt

__X__ No Secured Debt Payments Made During Reporting Period

____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

__X__ No payments have been made on pre-petition unsecured debt during the reporting period.

____ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

```
ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.
```

Name of Bank:        CAROLINA   FIRST

Address:        200  COLLEGE   STREET
                      Street and/or P. O. Box Number

Asheville        NC        28806
    City                State        Zip Code

Type of Account:
    (i.e., Payroll, Tax, Operating):   NEW  D/I/P  OPERATING

Account Number:        7102489 680

DATE PERIOD BEGINS:        3-1-2010

    Ending Balance (per the attached        $ <14,982.89>
    bank statement for this period)

    Outstanding Deposits and Other        $        0
    Credits Not On Statement

    Outstanding Checks and Other        $        0
    Debits Not On Statement

    Ending Reconciled Balance*        $<14,982.89>

DATE PERIOD ENDS:        3-31-2010

Highest Daily Balance
    During Above Period        $        <14,982.89

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



**CAROLINA FIRST**

7102489680  31 I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

| February 28, 2010 - March 31, 2010 | Account Number 7102489680 | Page 1 of 1 No enclosures |
|---|---|---|

**FREE BUSINESS CHECKING**                    Summary                    **7102489680**

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,982 89 | 0 00 | 0 00 | 0 00 | 0 00 | -14,982 89 |

31  Days in Statement Period

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 02-28 Beginning - Ending Balance | -14,982.89 | | |

# BANK ACCOUNTS

ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: _____ SUNTRUST  BANK _____

Address: _____ P.O. Box   62227 _____
Street and/or P. O. Box Number

_____ ORLANDO      FL      32862 - 2227 _____
City                              State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _____ OPERATING _____

Account Number: _____ 10000 944 932.76 _____

DATE PERIOD BEGINS: _____ 3-1-2010 _____

Ending Balance (per the attached          $ _____ 12,061. 11 _____
bank statement for this period)

Outstanding Deposits and Other
Credits Not On Statement                  $ _____ 0 _____

Outstanding Checks and Other
Debits Not On Statement                   $ _____ 7254.60 _____

Ending Reconciled Balance*                $ _____ 4806.51 _____

DATE PERIOD ENDS: _____ 3-31- 2010 _____

Highest Daily Balance
During Above Period          $ _____ 12149 S _____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 4
36/E00/0175/0 /64
1000094493276
03/31/2010

# Account
# Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

NEW INFORMATION FOR CLIENTS DUE TO FEDERAL RESERVE CHECK CLEARING CONSOLIDATION
EFFECTIVE 3/1, ALL U.S. CHECKS DEPOSITED WILL BE TREATED AS LOCAL CHECKS. THIS
WILL SHORTEN THE TIME FUNDS MIGHT BE UNAVAILABLE TO YOU FROM 5 TO 2 DAYS IN
MOST CASES. THANK YOU FOR BANKING AT SUNTRUST; WE APPRECIATE YOUR BUSINESS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000094493276 | 03/01/2010 - 03/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $10,553.29 | Average Balance | $5,142.12 |
| Deposits/Credits | $10,380.00 | Average Collected Balance | $5,142.12 |
| Checks | $6,517.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $2,355.18 | | |
| Ending Balance | $12,061.11 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 03/30 | 10,000.00 | | DEPOSIT | | | |
| | 03/01 | 380.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT SERVICE  8015343539 | | 8015343539 | |

Deposits/Credits:  2        Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1550 | 104.00 | 03/05 | 1568 | 520.00 | 03/08 | 1574 | 225.00 | 03/15 |
| | *1561 | 1,067.17 | 03/02 | 1569 | 68.12 | 03/15 | 1575 | 304.00 | 03/18 |
| | *1564 | 56.16 | 03/03 | 1570 | 54.75 | 03/09 | 1576 | 320.00 | 03/23 |
| | 1565 | 1,517.80 | 03/03 | 1571 | 112.00 | 03/10 | 1577 | 320.00 | 03/26 |
| | 1566 | 452.00 | 03/01 | 1572 | 252.00 | 03/12 | 1578 | 350.00 | 03/30 |
| | 1567 | 412.00 | 03/05 | 1573 | 270.00 | 03/15 | 1579 | 112.00 | 03/29 |

Checks: 18        *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 03/01 | 70.00 | | *ELECTRONIC/ACH DEBIT* MERCHANT SERVICE  8015343539        8015343539 |
| | 03/02 | 12.91 | | *ELECTRONIC/ACH DEBIT* AUTHNET GATEWAY   BILLING      18195591 |
| | 03/08 | 1,983.69 | | *ELECTRONIC/ACH DEBIT* CHARTER COMMUNIC  CHARTER CO  0210311977 |
| | 03/15 | 43.10 | | *CHECK CARD PURCHASE*                         TR DATE 03/12 ASHEVILLE AREA HABITAT FO      ASHEVILLE  NC |
| | 03/16 | 97.71 | | *ELECTRONIC/ACH DEBIT* AUTO-OWNERS      INS. PREM   CB011020860 |
| | 03/23 | 7.31 | | *CHECK CARD PURCHASE*                         TR DATE 03/20 EBLEN SHORT STOP #6           ASHEVILLE  NC |
| | 03/23 | 41.95 | | *CHECK CARD PURCHASE*                         TR DATE 03/20 EBLEN SHORT STOP #6           ASHEVILLE  NC |
| | 03/30 | 10.11 | | *CHECK CARD PURCHASE*                         TR DATE 03/27 EBLEN SHORT STOP #6           ASHEVILLE  NC |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 4
36/E00/0175/0 /64
1000094493276
03/31/2010



# SUNTRUST

## Account Statement

| Withdrawals/<br>Debits | Date<br>Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 03/31 | 88.40 | | *CHECK CARD PURCHASE*<br>SELECT SEEDS | 860-6849310 CT | TR DATE 03/29 |

Withdrawals/Debits: 9

| Balance<br>Activity<br>History | Date | Balance | Collected<br>Balance | Date | Balance | Collected<br>Balance |
|---|---|---|---|---|---|---|
| | 03/01 | 10,411.29 | 10,411.29 | 03/15 | 3,712.59 | 3,712.59 |
| | 03/02 | 9,331.21 | 9,331.21 | 03/16 | 3,614.88 | 3,614.88 |
| | 03/03 | 7,757.25 | 7,757.25 | 03/18 | 3,310.88 | 3,310.88 |
| | 03/05 | 7,241.25 | 7,241.25 | 03/23 | 2,941.62 | 2,941.62 |
| | 03/08 | 4,737.56 | 4,737.56 | 03/26 | 2,621.62 | 2,621.62 |
| | 03/09 | 4,682.81 | 4,682.81 | 03/29 | 2,509.62 | 2,509.62 |
| | 03/10 | 4,570.81 | 4,570.81 | 03/30 | 12,149.51 | 12,149.51 |
| | 03/12 | 4,318.81 | 4,318.81 | 03/31 | 12,061.11 | 12,061.11 |

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.

Complete this section to balance this statement to your transaction register.

Month _____     Year _____

Bank Balance Shown on statement        $ _____

Your Transaction
Register Balance        $ _____

Add (+)
Deposits not shown on this
statement (if any)        $ _____
_____
Total (+)    $ _____

Add (+)
Other credits shown on
this statement but not
in transaction register.        $ _____
_____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

Add (+)
Interest paid (for use in balancing interest-bearing
accounts only).
Total (+)        $ _____

| | $ | | | $ | |
|---|---|---|---|---|---|
| | | | | | |

Subtract (-) Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |

Total (-)    $ _____

Total (-)        $ _____

Balance    $ _____
These balances should agree

Balance        $ _____

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/type, amount) and explain your concern. We will investigate and correct any error promptly. For your convenience we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: _SUNTRUST   BANK_

Address: _P. O. Box   622227_
Street and/or P. O. Box Number

_ORLANDO      FL      32862 - 2227_
City                                State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _TAX_

Account Number: _10000 9443284_

DATE PERIOD BEGINS: _3-1-2010_

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ _480.53_ |
| Outstanding Deposits and Other Credits Not On Statement | $ _∅_ |
| Outstanding Checks and Other Debits Not On Statement | $ _∅_ |
| Ending Reconciled Balance* | $ _480.53_ |

DATE PERIOD ENDS: _3-31-2010_

Highest Daily Balance
During Above Period    $ _539.60_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /64
1000094493284
03/31/2010


**SUNTRUST**

Account
Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

NEW INFORMATION FOR CLIENTS DUE TO FEDERAL RESERVE CHECK CLEARING CONSOLIDATION
EFFECTIVE 3/1, ALL U.S. CHECKS DEPOSITED WILL BE TREATED AS LOCAL CHECKS. THIS
WILL SHORTEN THE TIME FUNDS MIGHT BE UNAVAILABLE TO YOU FROM 5 TO 2 DAYS IN
MOST CASES. THANK YOU FOR BANKING AT SUNTRUST; WE APPRECIATE YOUR BUSINESS.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000094493284 | 03/01/2010 - 03/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $539.60 | Average Balance | $497.67 |
| Deposits/Credits | $.00 | Average Collected Balance | $497.67 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $59.07 | | |
| Ending Balance | $480.53 | | |

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 03/10 | 16.80 | | *ELECTRONIC/ACH DEBIT* IRS          USATAXPYMT 270046900336999 |
| | 03/10 | 19.35 | | *ELECTRONIC/ACH DEBIT* IRS          USATAXPYMT 270046900002801 |
| | 03/10 | 22.92 | | *ELECTRONIC/ACH DEBIT* IRS          USATAXPYMT 270046900525997 |

Withdrawals/Debits: 3

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 03/01 | 539.60 | 539.60 | 03/10 | 480.53 | 480.53 |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|--|-------------|
| | $ |
| | $ |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | |
|--|--|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| Ray Applegate | Security | $ 1286.00 |
| Don Norris | Security | $ 1460.00 |
| Casual Labor | Grounds/Security | $ 903.00 |
| | | $ |

### Total  Salary/Wage/Commission/ Payments

$ 3649 00

* "Insider" is defined in 11 U.S.C. Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of:   _3-31-2010_
                                         (Date of Reporting Period)

II.  Sales (gross) During Reporting Period: _____

III. Collections of Accounts Receivable
     During Reporting Period:              $_____

IV.  New Accounts Receivables Generated
     During Reporting Period:              $_____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $2794.88 | $ | $ 2794.88 |
| TOTAL | $    ∅ | $ | $    ∅ |

## INVENTORY (Cost Basis)

Beginning Date:_____   Ending Date:_____

## LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

## ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

_X_ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| American Hotel | 11-30-09 | 39.42 |
| Asheville Elevator | 9/30 - 11/30/09 | 510.00 |
| ENMARK | 1-30-10 | 280.66 |
| Ervin Leasing | 2-20 / 3-20-10 | 2134.34 |
| Delta com | 8-17-09 | 1347.67 |
| Frank Rice JR | 9-30/10-31-09 | 402.50 |
| ~~Southern Foods~~ | ~~11-30-09~~ | ~~112.21~~ |
| Thyssen Krup | April/July 09 | 1015.32 |
| Webb Chemical | July/Nov 09 | 568.60 |
| Yellow Book USA | April/July 09 | 833.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                    $ ~~9043.72~~ 7131.51

## AFFIRMATIONS

1.   Yes  ✓    No _____     All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes  ✓    No _____     All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes  ✓    No _____     All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes  ✓    No* _____     All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes  ✓    No _____     New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes  ✓    No _____     New DIP financial books and records have been opened and are being maintained monthly and are current.

\*      If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned certifies that copy of Monthly Status Report for the month of March, 2010 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
402 West Trade Street, Room 200
Charlotte NC 28202-1669

**Internal Revenue Service**
320 Federal Place
Greensboro NC 27401

**Securities & Exchange Commission**
Atlanta Regional Office
3475 Lenox Road, Ste. 1000
Atlanta GA 30326-1232

This the 13th day of May, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C.  State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305