# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**      **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

**CASE NO:**   **09-10332**

**Reporting Period:**

> **FROM:**      APRIL 1, 2010

> **TO:**         APRIL 30, 2010

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _5/11/10_          _William B. Troy_
                          Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of ____ ____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _May 12, 2010_          _____
                          Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 4-1-10                    AMOUNT:  $ ( 979763 )

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description LOAN FROM Emily | 16000.00 | Description | |
| DISPUTED CREDIT CARD | 150.85 | Inventory Purchased | |
| SELECT REGISTRY | 225.00 | Salaries/Wages | |
| | | Taxes (Total) | 320.41 |
| | | Insurance (Total | 97.71 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 4804.91 |
| | | Rent | |
| | | Professional Fee | |
| | | Maintenance/Repair | 1376.00 |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | NC SEC OF STATE | 202.00 |
| | | BANKRUPTCY FEES | 650.00 |
| | | BANK FEES | 141.75 |
| | | IND CONTRACTORS | 5526.00 |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | 16375.85 | TOTAL DISBURSEMENTS | 13118.78 |

**ENDING CASH POSITION**

DATE: 4 30-10                    AMOUNT: $ ( 6540.56 )

# PAYMENTS TO SECURED CREDITORS

_____ No Secured Debt

__X__ No Secured Debt Payments Made During Reporting Period

_____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |
|  |  |  |  |

# PAYMENTS ON PRE-PETITION DEBT

__X__ No payments have been made on pre-petition unsecured debt during the reporting period.

_____ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _SUNTRUST BANK_

Address: _P.O Box 622227_
Street and/or P. O. Box Number

_ORLANDO    FL    32862 - 2227_
City          State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _TAX_

Account Number: _10000 9443284_

DATE PERIOD BEGINS: _4-1-10_

Ending Balance (per the attached
bank statement for this period)            $ _480.53_

Outstanding Deposits and Other
Credits Not On Statement                    $ _0_

Outstanding Checks and Other
Debits Not On Statement                     $ _0_

Ending Reconciled Balance*                  $ _480.53_

DATE PERIOD ENDS: _4-30-10_

Highest Daily Balance
During Above Period        $ _480.53_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /64
1000094493284
04/30/2010


# SunTrust

## Account Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000094493284 | 04/01/2010 - 04/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $480.53 | Average Balance | $480.53 |
| Deposits/Credits | $.00 | Average Collected Balance | $480.53 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $480.53 | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/30 | 480.53 | 480.53 | | | |

   Member FDIC   Continued on next page

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: SUNTRUST BANK

Address: P.O. Box 622227

Street and/or P. O. Box Number

ORLANDO     FL    32862-2227

City         State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): OPERATING

Account Number: 10000 944932.76

DATE PERIOD BEGINS: 4-1-10

Ending Balance (per the attached
bank statement for this period)    $ 9757.58

Outstanding Deposits and Other
Credits Not On Statement    $ 0

Outstanding Checks and Other
Debits Not On Statement    $ 1795.78

Ending Reconciled Balance*    $ 7961.80

DATE PERIOD ENDS: 4-30-16

Highest Daily Balance
During Above Period    $ 19,223.36

\* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

5/10/10 at 17:18:03.35

## The Hammocks, Inc. LLC
## Account Reconciliation
## As of Apr 30, 2010
## 000-1006 - SUNTRUST-GENERAL D/I/P
## Bank Statement Date: April 30, 2010

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 4,704.73 |
| Add: Cash Receipts | | | | 16,375.85 |
| Less: Cash Disbursements | | | | (12,122.40) |
| Add (Less) Other | | | | (996.38) |
| Ending GL Balance | | | | 7,961.80 |
| Ending Bank Balance | | | | 9,757.58 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Dec 4, 2009 | 1479 | (38.79) | |
| | Dec 3, 2009 | 1498 | (13.30) | |
| | Apr 26, 2010 | 1604 | (196.00) | |
| | Apr 29, 2010 | 1607 | (200.19) | |
| | Apr 30, 2010 | 1608 | (307.50) | |
| | Apr 30, 2010 | 1611 | (400.00) | |
| | Apr 30, 2010 | 1612 | (320.00) | |
| | Apr 30, 2010 | 1613 | (320.00) | |
| Total outstanding checks | | | | (1,795.78) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 7,961.80 |



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 6
36/E00/0175/0 /64
1000094493276
04/30/2010

## SUNTRUST

# Account Statement

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000094493276 | 04/01/2010 - 04/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $12,061.11 | Average Balance | $12,295.60 |
| Deposits/Credits | $16,375.85 | Average Collected Balance | $12,288.10 |
| Checks | $17,633.31 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $1,046.07 | | |
| Ending Balance | $9,757.58 | | |

---

| Deposits/Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 04/09 | 16,000.00 | | DEPOSIT | 04/30 | 225.00 | | DEPOSIT |
| | 04/23 | 150.85 | | DISPUTE CREDIT | | | | |

Deposits/Credits:  3          Total Items Deposited: 1

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1580 | 2,438.51 | 04/05 | 1590 | 340.00 | 04/12 | 1600 | 200.00 | 04/20 |
| | 1581 | 2,726.27 | 04/02 | 1591 | 320.41 | 04/21 | 1601 | 340.00 | 04/23 |
| | 1582 | 2,089.82 | 04/02 | 1592 | 112.00 | 04/12 | 1602 | 112.00 | 04/23 |
| | 1583 | 288.00 | 04/05 | 1593 | 470.88 | 04/20 | 1603 | 200.00 | 04/27 |
| | 1584 | 370.00 | 04/07 | 1594 | 2,290.87 | 04/20 | ✳1605 | 380.00 | 04/28 |
| | 1585 | 112.00 | 04/05 | 1595 | 1,842.97 | 04/20 | 1606 | 650.00 | 04/29 |
| | 1586 | 195.00 | 04/12 | 1596 | 340.00 | 04/16 | ✳1609 | 340.00 | 04/30 |
| | 1587 | 146.57 | 04/12 | 1597 | 232.00 | 04/19 | 1610 | 112.00 | 04/30 |
| | 1588 | 112.00 | 04/06 | 1598 | 380.00 | 04/21 | | | |
| | 1589 | 402.01 | 04/12 | 1599 | 90.00 | 04/21 | | | |

Checks: 28          ✳Break in check sequence

---

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/01 | 70.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MERCHANT SERVICE  8015343539    8015343539    TR DATE 03/30 |
| | 04/01 | 32.94 | | *CHECK CARD PURCHASE* |
| | | | | GWP*PARK SEED RETAIL    800-845-3369 SC |
| | 04/02 | 12.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AUTHNET GATEWAY    BILLING    18381028 |
| | 04/02 | 110.13 | | *CHECK CARD PURCHASE*    TR DATE 03/30 |
| | | | | BOB LAWRENCE POWER E    800-0000000 NC |
| | 04/07 | 202.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | NC SOS    FILINGS    5090766 |
| | 04/08 | 96.93 | | *CHECK CARD PURCHASE*    TR DATE 04/06 |
| | | | | HARBOR FREIGHT TOOLS 223    ASHEVILLE  NC |

Member FDIC            Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 6
36/E00/0175/0 /64
1000094493276
04/30/2010


SUNTRUST

# Account
# Statement

| Withdrawals/<br>Debits | Date<br>Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 04/09 | 16.75 | | *CHECK CARD PURCHASE* | TR DATE 04/06 | |
| | | | | SEEDSOFCHANGE 00099986 | 888-7627333 NM | |
| | 04/09 | 20.32 | | *CHECK CARD PURCHASE* | TR DATE 04/06 | |
| | | | | MOORE'S SMALL ENGINE REPA | ASHEVILLE NC | |
| | 04/09 | 140.08 | | *CHECK CARD PURCHASE* | TR DATE 04/06 | |
| | | | | ASHEVILLE AREA HABITAT FO | ASHEVILLE NC | |
| | 04/12 | 60.00 | | *CHECK CARD PURCHASE* | TR DATE 04/08 | |
| | | | | CHARLOTTE STREET COMPUTER | ASHEVILLE NC | |
| | 04/15 | 6.22 | | *CHECK CARD PURCHASE* | TR DATE 04/13 | |
| | | | | CITIZENS FUEL #109 | ASHEVILLE NC | |
| | 04/15 | 107.74 | | *CHECK CARD PURCHASE* | TR DATE 04/12 | |
| | | | | STAPLES 00115931 | ASHEVILLE NC | |
| | 04/16 | 97.71 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AUTO-OWNERS INS. PREM | CB011020860 | |
| | 04/19 | 3.50 | | *CHECK CARD PURCHASE* | TR DATE 04/14 | |
| | | | | ADVANCE AUTO PARTS #4129 | WEAVERVILLE NC | |
| | 04/29 | 59.75 | | *IMPRINTED CHECK/DEPOSIT CHARGE* | | |
| | | | | HARLAND CLARKE CHK ORDERS 8000194 | | |
| | 04/30 | 10 00 | | *CHECK CARD PURCHASE* | TR DATE 04/28 | |
| | | | | EBLEN SHORT STOP #6 | ASHEVILLE NC | |

Withdrawals/Debits: 16

| Balance<br>Activity<br>History | Date | Balance | Collected<br>Balance | Date | Balance | Collected<br>Balance |
|---|---|---|---|---|---|---|
| | 04/01 | 11,958.17 | 11,958.17 | 04/16 | 17,416.11 | 17,416.11 |
| | 04/02 | 7,019.95 | 7,019.95 | 04/19 | 17,180.61 | 17,180.61 |
| | 04/05 | 4,181.44 | 4,181.44 | 04/20 | 11,995.89 | 11,995.89 |
| | 04/06 | 4,069.44 | 4,069.44 | 04/21 | 11,585.48 | 11,585.48 |
| | 04/07 | 3,497.44 | 3,497.44 | 04/23 | 11,284.33 | 11,284.33 |
| | 04/08 | 3,400.51 | 3,400.51 | 04/27 | 11,084.33 | 11,084.33 |
| | 04/09 | 19,223.36 | 19,223.36 | 04/28 | 10,704.33 | 10,704.33 |
| | 04/12 | 17,967.78 | 17,967.78 | 04/29 | 9,994.58 | 9,994.58 |
| | 04/15 | 17,853.82 | 17,853.82 | 04/30 | 9,757.58 | 9,532.58 |

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank: CAROLINA FIRST

Address: 200 COLLEGE STREET
Street and/or P. O. Box Number

Asheville          NC          28806
City                    State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): NEW D/I/P OPERATING

Account Number: 7102489680

DATE PERIOD BEGINS: 4-1-10

Ending Balance (per the attached          $ <14 982.89>
bank statement for this period)

Outstanding Deposits and Other
Credits Not On Statement                   $ 0

Outstanding Checks and Other
Debits Not On Statement                    $ 0

Ending Reconciled Balance*                 $ <14 982.89>

DATE PERIOD ENDS: 4-30-10

Highest Daily Balance
During Above Period          $ <14,982.89>

\* The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



**CAROLINA FIRST**

7102489680  31  I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

| | Account Number | Page 1 of 1 |
|---|---|---|
| March 31, 2010 - April 30, 2010 | 7102489680 | No enclosures |

**FREE BUSINESS CHECKING**          **Summary**          **7102489680**

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,982.89 | 0.00 | 0.00 | 0.00 | 0.00 | -14,982.89 |

30  Days in Statement Period

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03-31 Beginning - Ending Balance | -14,982.89 | | |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i e , Salaried, Wage)

| | AMOUNT PAID |
|---|-------------|
| | $ |
| | $ |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| ROY APPLEGATE | SECURITY | $ 1628.00 |
| DON NORRIS | MAINT | $ 1870.00 |
| CASUAL LABOR | GROUNDS/SECURITY | $ 1796.00 |
| CASUAL LABOR | | $ 232.00 |

Total Salary/Wage/Commission/Payments    $ 5526.00

* "Insider" is defined in 11U.S.C. Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.    Accounts Receivable Pending As of:    4-30-2010
(Date of Reporting Period)

II.   Sales (gross) During Reporting Period:    Ø

III.  Collections of Accounts Receivable
During Reporting Period:    $ Ø

IV.   New Accounts Receivables Generated
During Reporting Period:    $ Ø

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ 2794.88 | $ | $ 2794.88 |
| TOTAL | $ 2794.88 | $ | $ 2794.88 |

## INVENTORY (Cost Basis)

Beginning Date:_____    Ending Date:_____

## LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

# ACCRUED POST-PETITION LIABILITIES

___   No accrued liabilities existed at the end of this reporting period.

___   All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| AMERICAN HOTEL | 11-30-09 | 39.42 |
| Asheville Elevator | 9/30-11-30-09 | 510.06 |
| ENMARK | 1-30-10 | 280.66 |
| ERVIN LEASING | 1-20/4-20-10 | 4268.68 |
| DELTAcom | 8-17-09 | 1347.67 |
| FRANK RICE, JR | 9-30/10-31-09 | 402.50 |
| THYSSENKRUP | APRIL/JULY 09 | 1015.32 |
| WEBB CHEMICAL | JULY/NOV. 09 | 568.60 |
| YELLOW BOOK USA | APRIL/JULY 09 | 833.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                                    $ ___9265.85___

## AFFIRMATIONS

1.   Yes ___✓___   No _____     All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes ___✓___   No _____     All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes ___✓___   No _____     All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes ___✓___   No*_____     All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes ___✓___   No _____     New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes ___✓___   No _____     New DIP financial books and records have been opened and are being maintained monthly and are current.


\*     If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | **CERTIFICATE OF SERVICE** |
| Richmond Hill Inn,, | ) | |
| | ) | |
| Debtor. | ) | |

---

The undersigned certifies that copy of Monthly Status Report for the month of April, 2010 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
**402 West Trade Street, Room 200**
**Charlotte NC 28202-1669**

**Internal Revenue Service**
**320 Federal Place**
**Greensboro NC 27401**

**Securities & Exchange Commission**
**Atlanta Regional Office**
**3475 Lenox Road, Ste. 1000**
**Atlanta GA 30326-1232**

This the 13th day of May, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C.  State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**