IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 09-10332/Chapter 11 Proceeding |
| | ) | |
| THE HAMMOCKS, LLC d/b/a | ) | R E S P O N S E |
| Richmond Hill Inn, | ) | |
| | ) | |
| Debtor. | ) | |

The debtor/debtor-in-possession, responding to motion of Ervin Leasing for relief from stay – compel performance of executory contract, alleges and says:

1. Movant's allegations paragraphs 1, 2 and 6 are admitted.

2. Movant's allegations paragraphs 3, 4, 5, 7, 8, 9, 10, 11 and 12 are denied.

THEREFORE, the debtor/debtor-in-possession respectfully moves the Court for an order as follows:

1. For preliminary hearing on June 22, 2010 with final hearing in July, 2010.

2. To deny movant's request for relief from stay.

3. For a determination as to the finance contract and adequate protection, if appropriate

4. For legal fees and costs for respondent.

5. For other appropriate relief.

This the 24th day of May, 2010.

*/s/ David G. Gray*
_____
**David G. Gray, Attorney for Debtor**
**N. C. State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

* * * * * * * * * * * * * * * *

The undersigned certifies that copy of the foregoing has this day been served as electronically filed with the Court on the following:

George F. Sanderson, III, Attorney for Ervin Leasing

This the 24th day of May, 2010.

*/s/ David G. Gray*
_____
**David G. Gray, Attorney**