# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**   **THE HAMMOCKS, LLC** *dba* **Richmond Hill Inn**

**CASE NO:**   **09-10332**

**Reporting Period:**

> **FROM:** _____MAY 1, 2010_____
>
> **TO:** _____MAY 31, 2010_____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _____6/15/10_____     _____William B. Frey_____
                              Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of ____ ____ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _____June 15, 2010_____     _____
                                   Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: _5-1-2010_    AMOUNT: $ _(6879.66)_

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description _Loan from Emily Grey_ | 20 000.00 | Description | |
| | | Inventory Purchased | |
| | | Salaries/Wages | |
| | | Taxes (Total) | 8169.10 |
| | | Insurance (Total) | 97 72 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 7630.32 |
| | | Rent | |
| | | Professional Fee | 650 00 |
| | | Maintenance/Repair | 1128.56 |
| | | Maintenance/Repair | 205.24 |
| | | OTHER DISBURSEMENTS (List) | |
| | | _Bank Fees_ | 82.00 |
| | | _Computer_ | 763.59 |
| | | _Ind. Contractors_ | 5351.00 |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | 20 000.00 | TOTAL DISBURSEMENTS | 23 762.53 |

**ENDING CASH POSITION**

DATE: _5-31-2010_    AMOUNT: $ _<10,642.19>_

# PAYMENTS TO SECURED CREDITORS

_____ No Secured Debt

__X__ No Secured Debt Payments Made During Reporting Period

_____ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

__✓__ No payments have been made on pre-petition unsecured debt during the reporting period.

_____ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:    SUNTRUST  BANK

Address:    P.O. Box   62227

Street and/or P. O. Box Number

ORLANDO    FL    32862-2227

City        State    Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):    OPERATING

Account Number:    ████████████ 32.76

DATE PERIOD BEGINS:    5-1-2010

Ending Balance (per the attached
bank statement for this period)    $    11358.06

Outstanding Deposits and Other
Credits Not On Statement    $    0

Outstanding Checks and Other
Debits Not On Statement    $    7158.79

Ending Reconciled Balance*    $    4199.27

DATE PERIOD ENDS:    5-31-2010

Highest Daily Balance
During Above Period    $    12,524.69

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 6
36/E00/0175/0 /64
05/31/2010



# SunTrust

THE HAMMOCKS LLC DIP
CASE 09 103320
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

## Account Statement

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL
TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL
INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM
BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 3276 | 05/01/2010 - 05/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $9,757.58 | Average Balance | $8,211.50 |
| Deposits/Credits | $20,355.00 | Average Collected Balance | $8,196.98 |
| Checks | $14,069.36 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $4,685.16 | | |
| Ending Balance | $11,358.06 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 05/13 | 10,000.00 | | DEPOSIT | 05/27 | 10,000.00 | | DEPOSIT |
| 05/18 | 355.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | MERCHANT SERVICE  8015343539 | 8015343539 | | | |

Deposits/Credits: 3        Total Items Deposited: 2

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1498 | 13.30 | 05/17 | 1617 | 320.00 | 05/11 | 1627 | 1,860.54 | 05/19 |
| *1604 | 196.00 | 05/04 | 1618 | 136.00 | 05/17 | 1628 | 40.00 | 05/24 |
| *1607 | 200.19 | 05/04 | 1619 | 350.05 | 05/14 | 1629 | 300.00 | 05/24 |
| 1608 | 307.50 | 05/06 | 1620 | 320.00 | 05/17 | 1630 | 112.00 | 05/21 |
| *1611 | 400.00 | 05/03 | 1621 | 320.00 | 05/18 | 1631 | 340.00 | 05/21 |
| 1612 | 320.00 | 05/04 | 1622 | 400.00 | 05/20 | 1632 | 400.00 | 05/25 |
| 1613 | 320.00 | 05/04 | 1623 | 1,389.44 | 05/24 | 1633 | 320.00 | 05/25 |
| 1614 | 360.00 | 05/07 | 1624 | 1,253.25 | 05/25 | *1639 | 340.00 | 05/28 |
| 1615 | 112.00 | 05/07 | 1625 | 2,134.34 | 05/21 | 1640 | 112.00 | 05/28 |
| 1616 | 400.00 | 05/11 | 1626 | 992.75 | 05/25 | | | |

Checks: 29        *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/03 | 70.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | MERCHANT SERVICE  8015343539    8015343539 |
| 05/03 | 18.37 | | *CHECK CARD PURCHASE*                TR DATE 04/30 |
| | | | GENERAL EQUIPMENT            WEAVERVILLE  NC |
| 05/03 | 150.00 | | *CHECK CARD PURCHASE*                TR DATE 04/29 |
| | | | WELDING UNLIMITED            828-891-8501 NC |
| 05/04 | 12.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | AUTHNET GATEWAY    BILLING        18687970 |
| 05/06 | 763.59 | | *CHECK CARD PURCHASE*                TR DATE 05/03 |
| | | | STAPLES    00115931            ASHEVILLE  NC |
| 05/07 | 674.52 | | *CHECK CARD PURCHASE*                TR DATE 05/04 |
| | | | WW GRAINGER                 877-2022594 NC |

155130        Member FDIC        Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 6
36/E00/0175/0 /64
███████3276
05/31/2010



**SUNTRUST**

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 05/10 | 2,200.00 | | ONLINE BANKING TRANSFER TO 0175 1000094493284 | | |
| | 05/10 | 355.00 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | MERCHANT SERVICE   8015343539 | 8015343539 | |
| | 05/10 | 9.59 | | *CHECK CARD PURCHASE* | | TR DATE 05/06 |
| | | | | CITI STOP 108 | ASHEVILLE   NC | |
| | 05/13 | 44.13 | | *CHECK CARD PURCHASE* | | TR DATE 05/11 |
| | | | | HARBOR FREIGHT TOOLS 223 | ASHEVILLE   NC | |
| | 05/17 | 6.00 | | *CHECK CARD PURCHASE* | | TR DATE 05/12 |
| | | | | CITIZENS DO IT BEST HARDW | ASHEVILLE   NC | |
| | 05/17 | 26.95 | | *CHECK CARD PURCHASE* | | TR DATE 05/13 |
| | | | | CITIZENS DO IT BEST HARDW | ASHEVILLE   NC | |
| | 05/18 | 97.72 | | *ELECTRONIC/ACH DEBIT* | | |
| | | | | AUTO-OWNERS       INS PREM | CB011020860 | |
| | 05/19 | 40.03 | | *CHECK CARD PURCHASE* | | TR DATE 05/17 |
| | | | | EBLEN SHORT STOP #6 | ASHEVILLE   NC | |
| | 05/20 | 102.36 | | *CHECK CARD PURCHASE* | | TR DATE 05/17 |
| | | | | ASHEVILLE AREA HABITAT FO | ASHEVILLE   NC | |
| | 05/21 | 15.33 | | *CHECK CARD PURCHASE* | | TR DATE 05/18 |
| | | | | BOB LAWRENCE POWER E | 800-0000000 NC | |
| | 05/24 | 12.92 | | *CHECK CARD PURCHASE* | | TR DATE 05/19 |
| | | | | CITIZENS DO IT BEST HARDW | ASHEVILLE   NC | |
| | 05/24 | 58.29 | | *CHECK CARD PURCHASE* | | TR DATE 05/20 |
| | | | | CITIZENS DO IT BEST HARDW | ASHEVILLE   NC | |
| | 05/26 | 10.00 | | *CHECK CARD PURCHASE* | | TR DATE 05/24 |
| | | | | BUNCOMBE COUNTY GENERAL | ALEXANDER   NC | |
| | 05/28 | 18.36 | | *CHECK CARD PURCHASE* | | TR DATE 05/25 |
| | | | | CITIZENS DO IT BEST HARDW | ASHEVILLE   NC | |

Withdrawals/Debits: 20

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/01 | 9,757.58 | 9,532.58 | 05/18 | 11,609.67 | 11,609.67 |
| | 05/03 | 9,119.21 | 9,119.21 | 05/19 | 9,709.10 | 9,709.10 |
| | 05/04 | 8,071.02 | 8,071.02 | 05/20 | 9,206.74 | 9,206.74 |
| | 05/06 | 6,999.93 | 6,999.93 | 05/21 | 6,605.07 | 6,605.07 |
| | 05/07 | 5,853.41 | 5,853.41 | 05/24 | 4,804.42 | 4,804.42 |
| | 05/10 | 3,288.82 | 3,288.82 | 05/25 | 1,838.42 | 1,838.42 |
| | 05/11 | 2,568.82 | 2,568.82 | 05/26 | 1,828.42 | 1,828.42 |
| | 05/13 | 12,524.69 | 12,524.69 | 05/27 | 11,828.42 | 11,828.42 |
| | 05/14 | 12,174.64 | 12,174.64 | 05/28 | 11,358.06 | 11,358.06 |
| | 05/17 | 11,672.39 | 11,672.39 | | | |

6/7/10 at 17:32:34.26                                                                    Page: 1

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of May 31, 2010
### 000-1006 - SUNTRUST-GENERAL D/I/P
### Bank Statement Date: May 31, 2010

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 7,961.80 |
| Add: Cash Receipts | | | | 20,000.00 |
| Less: Cash Disbursements | | | | (13,802.37) |
| Add (Less) Other | | | | (9,960.16) |
| Ending GL Balance | | | | 4,199.27 |
| Ending Bank Balance | | | | 11,358.06 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Dec 4, 2009 | 1479 | (38.79) | |
| | May 24, 2010 | 1634 | (320.00) | |
| | May 25, 2010 | 1635 | (350.00) | |
| | May 25, 2010 | 1636 | (100.00) | |
| | May 28, 2010 | 1637 | (320.00) | |
| | May 28, 2010 | 1639 | (400.00) | |
| Total outstanding checks | | | | (1,528.79) |
| Add (Less) Other | | | | |
| | May 1, 2010 | JE-CREDIT | (5,630.00) | |
| Total other | | | | (5,630.00) |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 4,199.27 |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _SUNTRUST BANK_

Address: _P.O. Box 622227_
Street and/or P. O. Box Number

_ORLANDO    FL    32862 - 2227_
City          State     Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):  _TAX_

Account Number: ██████ _3284_

DATE PERIOD BEGINS: _5-1-2010_

Ending Balance (per the attached
bank statement for this period)          $ _2680.53_

Outstanding Deposits and Other
Credits Not On Statement                $ _5630 00_

Outstanding Checks and Other
Debits Not On Statement                 $ _8169.10_

Ending Reconciled Balance*              $ _141.43_

DATE PERIOD ENDS: _5-31-2010_

Highest Daily Balance
During Above Period      $ _2041.82_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /64

05/31/2010



# SunTrust

## Account Statement

THE HAMMOCKS LLC DIP
TAX ESCROW ACCOUNT
CASE 09 10332
87 RICHMOND HILL DR
ASHEVILLE NC 28806-3912

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL
TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL
INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM
BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 8284 | 05/01/2010 - 05/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $480.53 | Average Balance | $2,041.82 |
| Deposits/Credits | $2,200.00 | Average Collected Balance | $2,041.82 |
| Checks | $ 00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $ 00 | | |
| Ending Balance | $2,680.53 | | |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 05/10 | 2,200.00 | | ONLINE BANKING TRANSFER FROM 0175 1000094493276 |

Deposits/Credits:  1                    Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/01 | 480.53 | 480.53 | 05/10 | 2,680.53 | 2,680.53 |

306228                          Member FDIC                    Continued on next page

6/7/10 at 17:34:55.95

## The Hammocks, Inc. LLC
## Account Reconciliation
## As of May 31, 2010
## 000-1007 - SUNTRUST-TAX D/I/P
## Bank Statement Date: May 31, 2010

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 480.53 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (8,169.10) |
| Add (Less) Other | | | | 7,830.00 |
| Ending GL Balance | | | | 141.43 |
| Ending Bank Balance | | | | 2,680.53 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | May 10, 2010 | | (2,540.84) | |
| | May 31, 2010 | | (2,454.66) | |
| | May 31, 2010 | | (3,173.60) | |
| Total outstanding checks | | | | (8,169.10) |
| Add (Less) Other | May 1, 2010 | JE-CREDIT | 5,630.00 | |
| Total other | | | | 5,630.00 |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 141.43 |

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank:  CAROLINA FIRST

Address:  200 COLLEGE STREET
Street and/or P. O. Box Number

Asheville          NC          28806
City                State       Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):  NEW D/I/P OPERATING

Account Number:  ████████ 680

DATE PERIOD BEGINS:  5-1-2010

Ending Balance (per the attached
bank statement for this period)    $ <14,982.89>

Outstanding Deposits and Other
Credits Not On Statement           $ Ø

Outstanding Checks and Other
Debits Not On Statement            $ Ø

Ending Reconciled Balance*         $ <14,982.89>

DATE PERIOD ENDS:  5-31-2010

Highest Daily Balance
During Above Period    $ <14,982.89>

*
The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.



**CAROLINA FIRST**

7102489680  31  I

THE HAMMOCKS  LLC
DBA RICHMOND HILL INN
87 RICHMOND HILL DRIVE
ASHEVILLE  NC 28806

Our business and personal debit cards are convenient and free
Visit your local branch to get started today

| | Account Number | Page 1 of 1 |
|---|---|---|
| April 30, 2010 - May 31, 2010 | ████9680 | No enclosures |

| **FREE BUSINESS CHECKING** | | | **Summary** | | **7102489680** |

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| -14,982 89 | 0 00 | 0 00 | 0 00 | 0 00 | -14,982 89 |

31  Days in Statement Period

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04-30 Beginning - Ending Balance | -14,982 89 | | |

6/7/10 at 17:33:14.24                                                                                    Page: 1

# The Hammocks, Inc. LLC
## Account Reconciliation
### As of May 31, 2010
### 000-1004 - CAROLINA FIRST-GENERAL
### Bank Statement Date: May 31, 2010

| | |
|---|---:|
| Beginning GL Balance | (14,982.89) |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | |
| Ending GL Balance | (14,982.89) |
| Ending Bank Balance | |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | (14,982.89) |
| Ending GL Balance | (14,982.89) |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
|      |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|--|-------------|
| | $ |
| | $ |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | |
|--|--|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| DON NORRIS | MAINT | $ 1600.00 |
| ROY APPLEGATE | SECURITY | $ 1360.00 |
| CASUAL LABOR | MAINT/SECURITY | $ 2391.00 |
|  |  | $ |

### Total   Salary/Wage/Commission/
Payments

$ 5351.00

* "Insider" is defined in 11U.S.C.
Sec101(31)

# SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of: _5-31-2010_

(Date of Reporting Period)

II.  Sales (gross) During Reporting Period: ____0____

III. Collections of Accounts Receivable
During Reporting Period:              $ ____0____

IV.  New Accounts Receivables Generated
During Reporting Period:              $ ____0____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $2794.88 | $ | $ 2794.88 |
| TOTAL | $ 2794.88 | $ | $ 2794.88 |

# INVENTORY (Cost Basis)

Beginning Date:_____   Ending Date:_____

## LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and

general supplies

## ACCRUED POST-PETITION LIABILITIES

___    No accrued liabilities existed at the end of this reporting period.

___    All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| American Hotel | 11-30-09 | 39.42 |
| Asheville Elevator | 9/30 - 11-30-09 | 510.00 |
| Enmark | 1-30-10 | 400.00 |
| Erwin Brewery | 3-20/5-20-10 | 3201.51 |
| Delta Com | 8-17-09 | 1347.67 |
| Frank Rue Jr. | 9-30/10-31-09 | 403.50 |
| Thyssenkrupp | April/July 09 | 1015.32 |
| Webb Chemical | July/Nov 09 | 568.60 |
| Yellowbook USA | April/July 09 | 833.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Accrued Liabilities                    $ 8318.02

### AFFIRMATIONS

1.  Yes __✕__  No _____   All tangible assets of this bankruptcy estate are
adequately and properly insured and all other insurance
required by law or prudent business judgment are in
force.

2.  Yes __✕__  No _____   All insurance policies and renewals if applicable, have
been submitted to the Bankruptcy Administrator.

3.  Yes __✕__  No _____   All tax returns have been filed timely and payments
made. Copies of returns have been filed post-petition
have been submitted to the Bankruptcy Administrator.

4.  Yes __✕__  No*_____  All post-petition taxes have been paid or deposited into
a designated tax account.

5.  Yes __✕__  No _____   New Debtor-In-Possession (DIP) bank accounts have
been opened and have been reconciled.

6.  Yes __✕__  No _____   New DIP financial books and records have been
opened and are being maintained monthly and are
current.


\*      If the response is "no", a listing must appear on the Accrued Post-Petition
Liabilities sheet. The listing must include the name of the taxing authority,
type of tax, the amount due and the period the tax was incurred.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                              )        09-10332/Chapter 11 Proceeding
                                    )
THE HAMMOCKS, LLC d/b/a             )        **CERTIFICATE OF SERVICE**
Richmond Hill Inn,,                 )
                                    )
    Debtor.                         )

_____

The undersigned certifies that copy of Monthly Status Report for the month of May, 2010 has been served by first class mail in a properly addressed envelope with adequate postage affixed on each of the following parties:

**Bankruptcy Administrator**
**402 West Trade Street, Room 200**
**Charlotte NC 28202-1669**

**Internal Revenue Service**
**320 Federal Place**
**Greensboro NC 27401**

**Securities & Exchange Commission**
**Atlanta Regional Office**
**3475 Lenox Road, Ste. 1000**
**Atlanta GA 30326-1232**

This the 16th day of June, 2010.

David G. Gray, Attorney for Debtor/D.I.P.
N. C. State Bar No. 1733

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**